UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

*ELECTRONICALLY FILED*

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,<br><br>    *Plaintiffs*,<br><br>v.<br><br>GANNETT CO., INC.,<br><br>    *Defendant.* | No. 2:20-cv-00026-WOB-CJS |

## <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Gannett Co., Inc. by and through counsel, hereby discloses that it is a publicly traded company (NYSE: GCI). It has no parent company and no publicly traded company owns 10% or more of Gannett's stock.

Respectfully Submitted,

Date: March 26, 2020

*By: /s/ Michael P. Abate*
Jon L. Fleischaker
Michael Abate
Kaplan Johnson Abate & Bird LLP
710 West Main Street, Suite 400
Louisville, KY 40202
Tel: (502) 416-1630
jfleischaker@kaplanjohnsonlaw.com
mabate@kaplanjohnsonlaw.com

*Counsel for Defendant*

## <u>CERTFICATE OF SERVICE</u>

I hereby certify that on March 26, 2020, I filed the foregoing Corporate Disclosure

Statement with the Court and served it on counsel of record by filing it with the Court's CM/ECF

system. All counsel of record who have entered appearances are registered ECF users.


*s/Michael P. Abate*
*Counsel for Defendant*