UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

*ELECTRONICALLY FILED*

NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,

        *Plaintiffs*,

v.

GANNETT CO., INC.,

        *Defendant*.

No. 2:20-cv-00026-WOB-CJS

**[AGREED] ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT**

Pursuant to Local Civil Rule 7.1(b), the Parties have agreed to extend the time for Defendants to answer or otherwise respond to the Complaint to and including June 1, 2020. The parties expressly reserve all claims and defenses, including those arising under Fed. R. Civ. P. 12.

**SO ORDERED** this \_\_\_\_ day of April 2020.

        _____
        Hon. Candace J. Smith
        United States Magistrate Judge

*Tendered By*:

s/ Andrea N. Aikin
Jon L. Fleischaker
Michael P. Abate
Andrea N. Aikin
KAPLAN JOHNSON ABATE & BIRD LLP
710 W. Main St., 4th Floor
Louisville, KY 40202
(502) 540-8280
jfleischaker@kaplanjohnsonlaw.com
mabate@kaplanjohnsonlaw.com

*Counsel for Defendant*

s/ Todd V. McMurtry (w/ permission)
Todd V. McMurtry (82101)
Kyle M. Winslow (95343)
HEMMER DEFRANK WESSELS, PLLC
250 Grandview Drive, Ste. 500
Ft. Mitchell, KY 41017
tmcmurtry@hemmerlaw.com
kwinslow@hemmerlaw.com

*Counsel for Plaintiffs*

## CERTFICATE OF SERVICE

I hereby certify that on April 14, 2020, I filed the foregoing Agreed Order with the Court and served it on counsel of record by filing it with the Court's CM/ECF system. All counsel of record who have entered appearances are registered ECF users.

*s/Andrea N. Aikin*
*Counsel for Defendant*