**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

| | | |
|---|---|---|
| **NICHOLAS SANDMANN,** | : | **CASE NO. 2:20-cv-26-WOB-CJS** |
| | : | |
| **Plaintiff,** | : | **JUDGE BERTELSMAN** |
| | : | |
| **v.** | : | **PLAINTIFF'S FIRST AMENDED** |
| | : | **COMPLAINT WITH JURY** |
| **GANNETT SATELLITE** | : | **DEMAND** |
| **INFORMATION NETWORK, LLC** | : | |
| **7950 Jones Branch Drive** | : | |
| **McClean, Virginia 22102,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **GANNETT CO., INC.,** | : | |
| **7950 Jones Branch Drive** | : | |
| **McClean, Virginia 22102,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**NOW COMES** Nicholas Sandmann, by and through counsel, and states his First Amended Complaint for Defamation against Gannett Satellite Information Network, LLC and Gannett Co., Inc. (collectively, "Gannett") as follows:

## INTRODUCTION

1.     This is a defamation action arising out of Gannett's publication and republication of a false and defamatory factual narrative accusing Plaintiff Nicholas Sandmann ("Nicholas"), at the time a 16-year old minor high school student, of racist misconduct at the National Mall on January 18, 2019 (the "January 18 Incident").

2.     Gannett's reporting falsely conveyed that Nicholas confronted and blocked the path of Nathan Phillips ("Phillips"), a Native American activist who was purportedly merely praying and singing, and otherwise prevented Phillips' retreat while Nicholas and a mass of other young white boys taunted, jeered, and physically intimidated Phillips.

3.     The truth of the matter is that Phillips approached Nicholas and the other students from afar, bypassed wide open steps to his alleged destination of the Lincoln Memorial, specifically confronted Nicholas, and never attempted to move past, around, or away from Nicholas, who stood quietly for several minutes while Phillips beat a drum and sang loudly within inches of Nicholas' face.

4.     Gannett negligently and recklessly relied on the demonstrably unreliable Phillips and a false, incomplete, and out-of-context viral video that depicted Nicholas standing in a red "Make America Great Again" hat looking at Phillips, the drum-beating Native American elder.

5.     Twitter later banned the suspicious account that posted the out-of-context viral video to Twitter.

6.     Without conducting any reasonable investigation into Phillips, this short viral video, or the suspicious account that posted it on Twitter, Gannett jumped at the opportunity to falsely portray Nicholas as the white, Catholic, MAGA aggressor and instigator of a racially-threatening confrontation with the Black Hebrew Israelites and Phillips by allegedly getting into Phillips' face while he was conducting a prayer ceremony that was part of the Indigenous Peoples' March, "blocking" Phillips' path to the Lincoln Memorial and "not allowing [Phillips] to retreat" from a horde of taunting, jeering, intimidating students.

7.     More specifically, Gannett engaged its USA Today Network to publish the false narrative that Nicholas and his Covington Catholic ("CovCath") classmates were a big "mob" with a "mob mentality" that "were in the process of attacking four black individuals" (who were actually the Black Hebrew Israelites, a recognized hate group) who were "accosted" by Nicholas and the students and that such encounter was "volatile" and

"escalated" to an animalistic level where Nicholas and the students were "beast[s]" who "needed their pounds of flesh" and the Black Hebrew Israelites were their "prey."

8.  Gannett, by and through its USA Today Network, published the false accusations that Nicholas and his CovCath classmates "surrounded," "quickly circled," "mocked," "harassed," "accosted," and shouted "build that wall," "go back to the reservation," and "gone in 2020" taunts at a Native American elder and Vietnam Marine, "scaring" him, while he was engaged in peaceful prayer during a closing ceremony for the Indigenous Peoples' March, amounting to "racial hostility."

9.  Gannett, by and through its USA Today Network, falsely accused Nicholas of "trying to intimidate a Native American elder," performing a tomahawk chop, coming "worked up in a frenzy," "block[ing] [Phillips'] way and [not] allow[ing] [Phillips] to retreat," and "refusing to let [Phillips and other Native Americans] pass" while Phillips was engaged in peaceful prayer during a closing ceremony for the Indigenous Peoples' March.

10.  Gannett, by and through its USA Today Network, falsely published that Nicholas and his CovCath classmates, in both interactions with the Black Hebrew Israelites and Phillips, placed both groups "in fear of bodily harm or worse" and were ready to "kill" because they were "scared" (Phillips' statement: "...a scared man will kill you.  And that's what these boys were.  They were scared.").

11.  Gannett, by and through its USA Today Network, falsely accused Nicholas of being a "liar and a thie[f]" who gave "intentional falsehoods" in his description of the January 18 Incident.

12.  Gannett's accusations against Nicholas are totally, provably, and unequivocally false.

13.     In reality, the truth of what happened at the January 18 Incident is much longer than what the viral video showed, even though that short video clip and Phillips' manufactured lies were Gannett's primary basis for publishing its eleven-day-long campaign to assassinate Nicholas' character.

14.     In a practical demonstration that the accusations made against Nicholas in this case are factual events capable of being proven false, and though Gannett has thus far stood behind its coverage of Nicholas by not removing any of the false and defamatory articles, other news outlets have clarified, corrected, and/or retracted several false factual assertions also made by Gannett through its USA Today Network that are central to the false and defamatory gist conveyed by Gannett, and have admitted mistakes that were made in coverage of the January 18 Incident.

15.     For example, KTXL Fox40 issued "A Note To Our Viewers About Our Covington Coverage," stating, in part, as follows:

> "Early reports also contained unverified statements about the students' conduct, including statements by Phillips that they had chanted 'Build That Wall,' and made remarks offensive to Native Americans.  Though several videos have come to light since the incident, none of them contains evidence of hostile remarks by the students."

> ***

> "Our reports contained other remarks which, after videos emerged and both sides were heard from, proved unsubstantiated or untrue.  Sandmann was accused of blocking Phillips' path so he could not climb the steps of the Memorial to pray.  Students were accused of assembling in the Indigenous People's space, and taunting and mocking the Native Americans.  We reported the Diocese of Covington's condemnation of the Covington Catholic High School students, a denunciation that was retracted in six days when the church admitted it had rushed to judgment ... saying they had been 'bullied and pressured into making a statement prematurely.'"

> ***

> "The facts now available about this story show no evidence of taunting by the students ... Phillips was not denied freedom of movement – he

- 4 -

approached the student gathering and said he wanted to promote peace between the students and the other activist group that taunted them with profanity. Sandmann, for his part, professed the same motive: keeping calm, and preventing the situation from getting out of hand. His behavior, and the prompt arrival of the school buses, achieved this goal. Until the story went viral the next day."

\*\*\*

"The lion's share of the denunciations of this event landed on the students, and the focus of attention was on Sandmann, who reportedly had bought his red cap that afternoon. Such is the result of cell phone video presented as news: it shows a small window of reality for a short burst of time. Context, which is essential in any news report, is lacking. Judgments are reached without the benefit of all or even most of the facts. It is a prescription for error[.]"

\*\*\*

"We should have considered that the targets of this story were high school students."

\*\*\*

"We owe an apology to the students, their families, and the face of the Covington student group, Nick Sandmann. . . . Because of the way this story came together – fueled by a viral video with no on-scene reporting by independent voices – we lost sight of our standard of fairness, context, and accuracy. This is especially serious when the groundswell of misinformed anger fell on a group of teenagers who never sought the attention, let alone the abusive treatment, they got. They deserved better, and so did our viewers."

A true and correct copy of KTXL Fox40's statement is attached hereto as **Exhibit A**.

16.    After being sued, and while failing to issue an admission of fault, an apology, an adequate correction, or an unequivocal retraction, *The Washington Post* published an online "Editor's note related to Lincoln Memorial incident" providing, in part, as follows:

"Subsequent reporting, a student's statement and additional video allow for a more complete assessment of what occurred, either contradicting or failing to confirm accounts provided in that story – including that Native American activist Nathan Phillips was prevented by one student from moving on, that his group had been taunted by the students in the lead-up to the encounter, and that the students were trying to instigate a conflict."

*The Washington Post* published a similar Editor's Note in print as follows:

> "A Jan. 20 Metro article provided an account from Native American activists about an encounter with a group of high school students from Covington, Ky. Subsequent reporting and video evidence contradicted or failed to corroborate that one of the activists was accosted and prevented from moving on, that the activists had been taunted by the students in the lead-up to the encounter, that the students were trying to instigate a conflict, or that 'March for Life' participants chanted 'Build that wall.' A Jan. 21 Page One article reported an account by one of the activists that he had heard students earlier make disparaging comments about Native Americans and had heard students shout 'Go back to Africa!' The story reported the denial of one student that he had heard any students say anything hateful or racist at any time. The story should have noted that widely circulated video from that day does not corroborate that such statements were made."

True and correct copies of *The Washington Post's* Editor's Notes are attached hereto as **Exhibit B**.

17.    If Gannett had engaged in basic journalistic due diligence regarding the veracity of the viral video or the account that posted it to Twitter, it would have quickly discovered that what the viral video depicted was merely a brief, incomplete moment of the January 18 Incident and that the viral video was deprived of any context whatsoever.

18.    Likewise, if Gannett had engaged in basic journalistic due diligence regarding the veracity of Phillips as a witness, it would have quickly discovered that he was a dubious and dishonest source with a criminal background, has a history of lying about his military service and stolen valor, and has a history of lying about other encounters with children to promote his political and activist agenda.

19.    Gannett maliciously published its false and defamatory statements about Nicholas to advance its own political and financial agenda.

## DETAILED FACTUAL BACKGROUND

## THE JANUARY 18 INCIDENT

20.     On January 18, 2019, Nicholas attended the March for Life on a school trip chaperoned by sixteen (16) adults, nine (9) of whom were faculty members at CovCath.

21.     Nicholas and his classmates were instructed to meet at the steps of the Lincoln Memorial at the National Mall by 5:00 p.m. to catch their buses for the return trip to Kentucky.

22.     Nicholas was wearing a red Make America Great Again ("MAGA") hat that he had purchased that day as a souvenir.

23.     While at the National Mall, a small group of adult men who describe themselves as Black Hebrew Israelites – a recognized hate group – began verbally assaulting and taunting Nicholas and his CovCath classmates with threats of physical violence and vitriolic statements, shouting, among other things, "you only got one n***er in the crowd," "oh, you got two n***ers in the crowd," "get out, n***er, get out," "this is a faggot child molester," "Christ is coming back to kick yo cracker ass," "there will be no peace until there is bloodshed," "incest babies," "dirty ass crackers," and "future school shooters."

24.     One of Nicholas' classmates requested and received permission from a school chaperone to engage in CovCath school sports cheers in an effort to ignore and drown out the hate speech being hurled at them by the Black Hebrew Israelites.

25.     During a school cheer, Phillips and his activist companions – all of whom had been participating in the Indigenous Peoples March at the National Mall earlier that day – instigated a confrontation with Nicholas and his CovCath classmates.

26.     Phillips began singing the American Indian Movement ("AIM") song, which he has used previously in protests and as a type of rallying cry when confronting non-Indigenous Peoples.

27.     Rather than focusing their attention on the Black Hebrew Israelites, who had been relentlessly hurling insults at both the teenagers for almost an hour and the Native Americans attending the Indigenous Peoples March prior to that, Phillips and his activist companions deliberately targeted the CovCath students from a distance while beating drums, singing, dancing, and carrying cameras to hopefully capture a viral video moment of the confrontation.

28.     When Phillips first approached them, many of the CovCath students "felt like he was coming into their group to join in with the students' cheers" and some joined in dancing to Phillips' drumbeat and song.

29.     Phillips intentionally walked up to the crowd of CovCath students.

30.     Immediately behind and around Phillips were several of his own companions, and Nicholas and the CovCath students did not move toward Phillips or otherwise actively approach or surround him or his companions.

31.     Nicholas and the students acquiesced in Phillips' election to confront their group and beat his drum within inches of Nicholas' face.

32.     Once within their group, Phillips freely moved about, briefly walking up to certain students within the group of students, which included many children who were not CovCath students.

33.     Phillips then walked directly to where Nicholas was standing on the steps so that he could confront Nicholas and get within inches of his face.

34.     Phillips was a complete stranger to Nicholas.

35.     While staring and glaring at Nicholas, Phillips continued to beat his drum and sing loudly within inches of Nicholas' face for several minutes.

36.     Contrary to Phillips' initial lie that he was "swarmed" by the students as he was preparing to leave or his subsequent lie, republished by Gannett, that he was trying to move to the top of the steps of the Lincoln Memorial, Phillips approached the students from a distance and walked past clear pathways leading to the Lincoln Memorial.

37.     When Phillips made his incursion into the crowd of students and directly confronted Nicholas, Phillips never made any attempt to move past, around, or away from Nicholas even though he could have done so at any time.

38.     Phillips had walked a distance over to Nicholas and stopped directly in front him, which was exactly where Phillips wanted to be.

39.     Prior to being directly confronted by Phillips, Nicholas had not noticed Phillips at the National Mall.

40.     Nicholas was startled and confused by the actions of Phillips in singling him out and confronting him.

41.     During the confrontation instigated by Phillips, Nicholas stood still, as he was concerned that turning away from Phillips might be misconstrued as a sign of disrespect.

42.     While he stood there with Phillips beating a drum near his face and singing loudly, Nicholas remained silent and did not utter a single word to Phillips.

43.     Nicholas did not make any gestures by hand or otherwise toward Phillips.

44.     At all times, Nicholas acted respectfully, responsibly, appropriately, and in a manner consistent with the values instilled upon him by his family and his faith.

45.     While Phillips fully engaged Nicholas' attention, at least one of the other members of Phillips' group taunted and insulted Nicholas' classmates.

46.     One of Phillips' accomplices walked up the steps around Nicholas and was berating one of the other students: "So if you want to make America a great cause for you white people, go back to Europe where you came from.  This is not your land."  After the student responded, the adult Native American then said to the teenager: "Get the fuck out of my face with that shit."

47.     At that point, Nicholas' attention wavered from Phillips – for the only time during the encounter – when he gestured to his fellow student not to engage with Phillips' profanity spewing cohort and instead to pay attention to Phillips.

48.     The confrontation ended when Nicholas and his fellow CovCath students were instructed to board buses to return to Kentucky.

49.     After Nicholas moved away from him, Phillips made no attempt to climb the steps toward the Lincoln Memorial.

50.     Instead, Phillips stepped up to the spot vacated by Nicholas, and he and his supporters celebrated their "victory" over the CovCath students.

51.     The Phillips supporter who had told one of the other students to "go back to Europe" shouted "I got him man.  I got him, man, I got him.  . . .  We won grandpa, we fucking won grandpa."

52.     Phillips then held his drum above his head and beat it loudly and rapidly as the rest of his group cheered, yelled, and jumped around in celebration.

53.     In the interviews Phillips gave after the January 18 Incident, Phillips purported to express factual descriptions of the encounter to media, but Phillips intentionally lied in order to stir up controversy and the media republished his lies without the slightest diligence.

54.     At no point in time was Phillips frightened or blocked by Nicholas – to the contrary, he was very deliberate in his actions, including placing himself where he wanted to be – and any statements by him to that effect were misrepresentations of the truth.

55.     During the entirety of the January 18 Incident, contrary to Phillips' statements, Nicholas:

    (a)     did not instigate a confrontation of any kind;

    (b)     did not surround Phillips or the Black Hebrew Israelites;

    (c)     did not target, confront, or assault Phillips or the Black Hebrew Israelites;

    (d)     did not threaten Phillips;

    (e)     did not move from where he was standing when Phillips approached him;

    (f)     did not block Phillips' path or egress;

    (g)     did not taunt, mock, or harass Phillips or anyone else present; and

    (h)     did not engage in any conduct whatsoever that could even remotely be described or characterized as racist, a hate crime, blocking, intimidation, or as placing any person "in fear of bodily harm or worse."

**ONLINE VIDEOS OF THE JANUARY 18 INCIDENT**

56.     On the evening of January 18, 2019, at 7:33 p.m., Kaya Taitano, a participant in the Indigenous Peoples March, posted online a selectively edited 59 second video depicting only a small portion of the interaction between Nicholas and Phillips, *see* https://www.instagram.com/p/Bsy8ocfFVAR/ (last visited Feb. 7, 2020); and later that night, she posted a 3 minute 44 second video of the interaction that included the time period in the initial video, *see* https://www.youtube.com/watch?v=sIG5ZB0fw1k (last visited Feb. 7, 2020) (collectively, the "Taitano Videos").

57.     The Taitano Videos were a severely incomplete representation of the facts of the January 18 Incident. The Taitano Videos did <u>not</u> show, among other things:

(a)     the Black Hebrew Israelites' misconduct and homophobic, racist slurs directed at the CovCath students;

(b)     that Phillips had approached the students and inserted himself into their area before confronting Nicholas;

(c)     that the students were already engaged in school cheers at the time Phillips approached;

(d)     Nicholas engaging in any misconduct, including harassing, mocking, or taunting anyone;

(e)     Nicholas making any gesture of any kind except to, at times, awkwardly smile;

(f)     Nicholas uttering any words to Phillips or his companions;

(g)     Nicholas moving into Phillips' path;

(h)     Nicholas blocking Phillips' escape; or

(i)     Nicholas physically or verbally threatening Phillips in any manner.

58.     At 11:13 p.m. on January 18, 2019, @2020fight, a fake Twitter account with a following of approximately 41,000, tweeted a 1 minute 1 second clip from the Taitano Videos with the comment, "This MAGA loser gleefully bothering a Native American protestor at the Indigenous Peoples March" (the "2020fight Video" or "Viral Video"). For the Court's convenience, a screenshot or ("cover image") of the 2020fight Video tweet is attached here:



59.     Upon information and belief, Gannett did not take any reasonable steps to investigate the @2020fight account to determine whether the video had been edited and whether the account was legitimate.

60.     The 2020fight Video is reported as having been viewed at least 2,500,000 times, retweeted 14,000 times, and liked 27,000 times before the account was suspended by Twitter no later than January 21.

61.     The viral video even aroused suspicion in Congress: on January 22, 2019, the House Intelligence Committee asked Twitter to provide information about how the viral video took off so fast. *See* Kate Conger and Sheera Frenkel, *Who Post Viral Video of Covington Students and Protester? Congress Wants to Know*, NY Times (Jan. 23, 2019), https://www.nytimes.com/2019/01/23/technology/covington-video-protester-congress.html.

62.     Congress suspected the @2020fight account was part of a Russian disinformation campaign to undermine American political discourse and our election systems. *See id.*

63.     Even Mark Warner—the democrat senator from Virginia—separately asked Twitter to provide more information about the account that initially published viral video. *Id.*

64.     Screenshots available online of the 2020fight Video show it was viewed at least 10.6 million times.

65.     Any reasonable, objective, and unbiased journalist would have readily known that the 2020fight Video was little more than a snapshot of a limited portion of the January 18 Incident and that accurate and fair reporting on it required investigation into the events which occurred before and after those depicted in the short video clip posted on Twitter.

66.     According to media reports, the @2020fight account was created in December 2016, tweeted an average of 130 times a day, and immediately aroused suspicion for its high follower count, unusually high rate of tweets, highly polarized and yet inconsistent political messaging, and the use of someone else's image in the profile photo.

67.     An accurate, contemporaneous video as to what occurred on January 18, 2019, was available online on the evening of January 18, 2019, when Shar Yaqataz Banyamyan, one of the Black Hebrew Israelites who was present for the encounter between Phillips and Nicholas, was streaming a Facebook Live video while the January 18 Incident was occurring (the "Banyamyan Video").

68.     Following the conclusion of the Facebook Live video stream on January 18, the 1 hour and 46-minute video was available for public viewing on Banyamyan's Facebook page.

69.     The Banyamyan Video was deleted from Facebook no later than January 20 at 2:00 am EST, but prior to being deleted, it was downloaded, copied, and mirrored onto

- 14 -

YouTube by different individuals, and therefore preserved and made widely available on the internet no later than 1:00 am EST on January 20. *See, e.g.,* https://www.youtube.com/watch?v=t3EC1_gcr34&feature=youtu.be&t=523 (last visited Feb. 7, 2020); *see also* https://twitter.com/Timcast/status/1086866650446655488 (last visited Feb. 7, 2020).

70.     A plethora of additional relevant video of the January 18 Incident was also available online but ignored by Gannett and the social media mob as Gannett continued its false reporting and the republication of the false accusations by news outlets.

71.     In fact, before Gannett even published its first accusations about Nicholas on January 19, longer videos were available online that demonstrated the falsehoods in Phillips' account of the January 18 Incident.

72.     For instance, and as an example only, video of Phillips instigating and approaching Nicholas and his classmates – rather than the other way around – was available on Twitter no later than 12:48 p.m. on January 19, 2019, and additional videos continued to appear on social media and in the media throughout January 19 and 20:



*See* https://twitter.com/mariajudy__/status/1086681831804674048 (last visited Feb. 7, 2020); *see* *also,* *e.g.,* https://twitter.com/AmeerWashington/status/1086729474912276480 (tweeting longer video on January 19, at 3:57 pm) (last visited Feb. 7, 2020).

73. A statement from a CovCath student, along with links to additional videos, was available on Twitter at 10:00 pm on January 19, 2019. *See, e.g.,* https://twitter.com/AClementsWKRC/status/1086822521012473858?ref_src=twsrc%5 Etfw%7Ctwcamp%5Etweetembed%7Ctwterm%5E1086822521012473858&ref_url=http s%3A%2F%2Fwww.dailywire.com%2Fnews%2F42416%2Fheres-what-you-need-know-about-confrontation-emily-zanotti (last visited Feb. 7, 2020).

74. From online video and fair use of media broadcasts, Nicholas' counsel produced a fourteen-minute video distilling what occurred on January 18, entitled

"Nicholas Sandmann: The Truth in 15 Minutes" (the "Sandmann Video"), available at https://www.youtube.com/watch?v=lSkpPaiUF8s (last visited Feb. 7, 2020).

75.    The Banyamyan and Sandmann Video accurately set forth the truth of the January 18 Incident.

76.    The Banyamyan and Sandmann Video demonstrate that this incident was instigated by Phillips and that Nicholas was targeted by professional activists whose false accusations neatly fit Gannett's demonstrable anti-Trump agenda, particularly following the furor over the President's tweet about Elizabeth Warren earlier that week.

77.    Indeed, Gannett's anti-Trump bias is readily evident: its own USA Today published an article on September 29, 2016 authored by its Editorial Board that expressly declared "Trump is 'unfit for the presidency.'"  *See* USA Today Editorial Board, *USA TODAY's Editorial Board: Trump is 'unfit for the presidency'*, USA Today (Sep. 29, 2016) https://www.usatoday.com/story/opinion/2016/09/29/dont-vote-for-donald-trump-editorial-board-editorials-debates/91295020/ (last visited Aug. 24, 2020).  Moreover, this article proudly declares that "The [USA Today] Editorial Board has never taken sides in the presidential race.  We're doing it now."  *Id.*

78.    The Banyamyan and Sandmann Video demonstrate that Nicholas did not engage in any misconduct and, more specifically, did not engage in the misconduct attributed to him by Gannett.

79.    While Gannett referenced or linked to the incomplete, selectively-edited and politically-motivated Taitano Videos or Viral Video in many of its publications, most of the photos and videos used by Gannett in its false and defamatory publications were captured by and sourced from the "Survival Media Agency," which is a company of photographers and videographers who set out to capture incendiary and compelling political imagery at various protests across the world.  *See* SURVIVAL MEDIA AGENCY, OUR

STORY, PORTFOLIO, available at http://survivalmediaagency.com/our-story/ (last visited Feb. 7, 2020).

80.     The Survival Media Agency is a biased source that admits on its website that its primary purpose in capturing images is to provide visual imagery to mainstream media outlets that will disseminate the images in order to use as a political tool—to promote the political agenda of activists and protestors who are the subjects of that imagery.

81.     While relying on the Viral Video, Gannett primarily published a video clip captured by the Survival Media Agency, which prominently shows Nicholas' face, and published the video or a cover image of that video into its online articles (the "SMA Video").  For the Court's convenience, a screenshot (or "cover image") from the SMA Video is available here:



In this Friday, Jan. 18, 2019 image made from video provided by the Survival Media Agency, a teenager wearing a "Make America Great Again" hat, center left, stands in front of an elderly Native American singing and playing a drum in Washington. *(Photo: Survival Media Agency via AP)*

**NICHOLAS' STATEMENT AND NBC INTERVIEW**

82.     On the afternoon of January 20, 2019, in an attempt to stem the threats of physical violence being made against him, his family, and his CovCath classmates, Nicholas made public a statement in which he provided a detailed and accurate factual

description of the January 18 Incident.  A copy of Nicholas' January 20 statement is attached hereto as ***Exhibit C***.

83.    On January 23, 2019, in a further attempt to stem the threats of physical violence being made against him, his family, and his CovCath classmates, Nicholas agreed to an interview by Savannah Guthrie on the NBC *Today* show in which he reiterated his detailed and accurate factual description of his encounter with Phillips despite accusatory, "victim shaming" questions by Guthrie.

## AN INVESTIGATION CONFIRMS THE TRUTH

84.    Pressured by the agendas of certain individuals, a false and defamatory statement of and concerning Nicholas was also published by the Diocese of Covington on January 19 before a proper investigation had been conducted by the Diocese.

85.    If Gannett had bothered to speak to the Diocese of Covington, it would have learned that the statement was issued without any investigation by the Diocese.

86.    For instance, on January 25, 2019, the Diocese of Covington issued a statement stating, among other things, "[w]e should not have allowed ourselves to be bullied and pressured into making a statement prematurely," and "I especially apologize to Nicholas Sandmann and his family..."  A true and correct copy of said statement is attached hereto as ***Exhibit D***.

87.    Subsequently, the Diocese of Covington retained through its counsel a third-party investigative firm, Greater Cincinnati Investigation, Inc. ("GCI"), to investigate and determine the facts of the January 18 Incident.

88.    On January 22, the Diocese of Covington issued a statement indicating that "the independent, third-party investigation is planned to begin this week" and stating that "[i]t is important for us to gather the facts that will allow us to determine what corrective actions, if any, are appropriate" and that "[w]e pray that we may come to the truth. . . ."

*See* https://www.archlou.org/statement-regarding-covington-catholic-incident/ (last visited Feb. 7, 2020).

89.    On February 11, 2019, GCI issued its Final Investigative Report (the "GCI Report"), a true and correct copy of which is attached hereto as ***Exhibit E***.

90.    On February 11, 2019, Diocese Bishop Foys released the GCI Report and said in a letter to the CovCath parents that the GCI Report exonerated the students and demonstrated that the students did not instigate the incident at the Lincoln Memorial. A true and correct copy of said letter is attached hereto as ***Exhibit F***.

91.    The GCI Report is entirely consistent with all video evidence as well as statements issued by Nicholas and other CovCath students and chaperones.

92.    According to the GCI Report, four (4) licensed investigators spent approximately 240 man hours investigating the incident, interviewed 43 students and 13 chaperones, reviewed approximately 50 hours of Internet activity, and attempted to interview Phillips, who failed to respond to phone calls, emails, or investigators who waited outside his home for 6 hours and left a note asking him to contact them.

93.    The GCI Report made the following key findings:

(a)    Nicholas' January 20 statement accurately reflects the January 18 Incident.

(b)    There was "no evidence that students responded [to the Black Hebrew Israelites] with any offensive or racist statements of their own."

(c)    The students asked their chaperones if they could perform school cheers to drown out the Black Hebrew Israelites' invective, and upon receiving approval, they performed the same cheers that are commonly performed at football or basketball games.

(d)      There was "no evidence that the students performed a 'Build the Wall' chant."

(e)      Phillips approached the CovCath students.

(f)      There was "no evidence of offensive or racist statements by students to Mr. Phillips or members of his group."

(g)      The majority, if not all, of the MAGA hats being worn by students were purchased before, during, or after the March for Life.

(h)      In previous years, some students had purchased 'Hope' hats in support of President Obama.

(i)      "Mr. Phillips' public interviews contain some inconsistencies. . . ."

### PHILLIPS WAS A BIASED AND UNRELIABLE WITNESS

94.      Gannett did not publish Phillips' statements as opinion but rather published it as a factual narrative of what occurred during the January 18 Incident in news articles.

95.      Phillips was not making truthful statements about the January 18 Incident or his state of mind during that incident.  Instead, Phillips was intentionally spreading lies about the events and about Nicholas in an attempt to stir up animosity toward pro-life, Catholic Trump-supporters, and to create publicity for Phillips' activism in favor of Indigenous Peoples.

96.      The statements of Phillips republished by Gannett were uttered by Phillips and republished by Gannett as a factual narrative of the events capable of being proven false, not expressions of his opinion.

97.      Publicly available information demonstrates that Phillips is – and was at all times during Gannett's reporting on the January 18 events – a biased and unreliable witness, and it was negligent and reckless for Gannett to publish without any investigation

Phillips' narrative as if it were a truthful, factual account of the January 18 Incident or of Phillips' feelings or reactions during those events.

### Activism and Publicity-Seeking

98.     Phillips has a well-documented history of leftist activism that should have caused Gannett to question his accusations against a white, MAGA hat-wearing Catholic teenager.

99.     Phillips has a known bias against President Trump that was readily discoverable with a single Google search.

100.    Indeed, there are dozens of photographs and articles involving Phillips available online, as he regularly seeks out the media and publicity.

101.    In 2012, Phillips was featured in a Skrillex video for a song called "Make it Bun Dem," which depicts activism and violence against a police officer, including Phillips wielding a shotgun while staring down a police officer.  *See* https://www.youtube.com/watch?v=BGpzGu9Yp6Y&fbclid=IwAR03qui2DycCtozD4ywL0yAMf6kUqp2ZkxEDWDAl1ezWfKlt59Q8QgOYgTA (last visited Aug. 24, 2020).  This video has in excess of 460 million views.

102.    Also in 2012, Phillips was the subject of a documentary titled "Between Earth and Sky."  *See, e.g.,* https://www.imdb.com/title/tt2508074/ ("The story of a Native American family's struggle against cancer and cultural extinction takes an unexpected turn as money becomes more and more important.") (last visited Feb. 7, 2020).

103.    From November 2016 to February 2017, Phillips lived at a camp in North Dakota near Standing Rock Indian Reservation to protest the Dakota Access Pipeline project that was revived by President Trump shortly after he was elected.

104.     That protest was ended when the governor of North Dakota ordered the evacuation of the camps, and 200 law enforcement officers in full riot gear forcibly removed those protestors who refused to leave willingly.  Phillips left just ahead of the deadline – after his group started fires that resulted in injuries to protestors.

105.     Phillips' daughter initially left the camp ahead of the deadline, but then she returned to the camp to be one of the last protestors to be forcibly removed.  As she went back into the camp, Phillips sang the AIM song as a rally cry in her support against the authorities – the same song that he sang during the January 18 Incident.

106.     On April 27, 2017, Phillips protested regarding various environmental issues, including the Dakota Access Pipeline, by beating his drum and singing on the steps of the Trump International Hotel in Washington, D.C.:



: Native Youth Alliance Executive Director Nathan Phillips of Omaha Tribe in Nebraska beats a drum on the steps in front of the Trump International Hotel during a protest April 27, 2017 in Washington, DC. Organized by The Indigenous Environmental Network, the protesters gathered in front of the hotel that bears the name of U.S. President Donald Trump to rally against the Dakota Access Pipeline, the XL Pipeline and other projects and programs that they say damages the environment. (Photo by Chip Somodevilla/Getty Images)

107.     Phillips, along with his group Native Youth Alliance, participated in numerous marches and protests in Washington, D.C. and New York City throughout 2017 and 2018, including the Native Nations Rise March on Washington; divestment actions in New York City where they camped outside a Wells Fargo bank branch and then

marched to City Hall; the Peoples' Climate March in Seattle; and the United Nations Permanent Forum on Indigenous Issues. *See, e.g.,* https://www.vogue.com/projects/13542941/return-to-standing-rock/ (last visited Feb. 7, 2020).

108.     On January 13, 2019, just 5 days before the January 18 Incident, Phillips live-streamed on Facebook and said, among other things, that "[w]e need universal healthcare for everybody in America.  We could do it, we could feed everybody in America, but yet they want to build a wall, and they want to divide people. . . ." *See* https://www.facebook.com/NativeYouthAlliance/videos/2262929833751375/ (last visited Feb. 7, 2020).

109.     Shortly after the January 18 Incident, Phillips appeared at a "Fake Trump Emergency" protest at the White House on February 18, during which he announced to the crowd that "[w]e need to build up this country instead of building a wall." *See* https://www.facebook.com/moveon/videos/vb.7292655492/324827541476931/?type=2&theater (last visited Feb. 7, 2020).

110.     Following the January 18 Incident, Phillips became a "mainstream media darling," engaging in a publicity tour during which he manufactured out of whole cloth varying and conflicting descriptions of the events prior to, during, and after the January 18 Incident in a superficial attempt to garner public sympathy and advance his own political agenda.

111.     Gannett, through its USA Today Network, ignored Phillips' obvious bias and lack of credibility and provided Phillips a worldwide platform to spread his lies, and it did so without any effort whatsoever to verify the accuracy of the inflammatory accusations Phillips was making against children or to investigate Phillips' background.

### **Protest at Washington D.C. Catholic Church**

112.    Gannett and its USA Today Network certainly should have known—and it did know—by the evening of January 19, 2019, that Phillips was using the January 18 Incident for his own benefit and political motives.

113.    Phillips' activism in Washington, D.C. continued the following day, January 19, 2019, when Phillips led a group of protestors in a rally at the Basilica of the National Shrine of the Immaculate Conception in Washington, D.C. around 5:00 pm.  *See, e.g.,* Jon Brown, *Nathan Phillips and Other Protestors Storm DC Basilica, Demand Punishment For Covington Boys*, Daily Caller (Jan. 24, 2019) https://dailycaller.com/2019/01/23/nathan-phillips-protesters-storm-basilica-covington/ (last visited Aug. 24, 2020).

114.    The protestors, who were playing drums and chanting, attempted to enter the Basilica during Mass but were rebuffed by security guards.

115.    Security guards were forced to lock the doors of the Basilica with the congregation still inside to prevent Phillips' group from entering the Basilica and disrupting Mass.

116.    During the protest at the Basilica, Phillips read a statement saying that "[w]e demand that the students of Covington Catholic High School be reprimanded not just by the school officials but, as seniors, by their upcoming universities."

117.    Phillips also made demands from the Catholic Church, asking that it "hold itself responsible for the . . . hundred-plus years of genocide that indigenous peoples have endured and endure persistently."

118.    As part of their demonstration outside the Basilica, the protestors reportedly performed the AIM song, the same one that Phillips sang during the January 18 Incident.

**Stolen Valor**

119.    Gannett and its reporters falsely reported that Phillips was a Vietnam veteran in an attempt to bolster outrage at his purported mistreatment.

120.    Phillips previously stated unequivocally in a video posted to Facebook on January 3, 2018, that "I'm a Vietnam vet . . . . I got honorable discharge, and one of the boxes in there . . . shows whether it is peacetime or what my box says is that I was 'in theater.'"                                                                 *See* https://www.facebook.com/NativeYouthAlliance/videos/1552014181500389/ (Jan. 3, 2018) (Phillips live-streaming:  "I got a Section 8 home because I'm a veteran, a wartime veteran like that, honorable, 'in theater.'") (last visited Feb. 7, 2020); https://www.facebook.com/NativeYouthAlliance/videos/1713504705351335 (May 18, 2018) (Phillips live-streaming:  "Myself, I'm a Vietnam veteran, uh times like that, you know.  My DD-214, my discharge paper, says um, says uh 'honorable discharge,' um and it says uh 'in theater'. . . .") (last visited Feb. 7, 2020); https://www.facebook.com/NativeYouthAlliance/videos/1369302426544046/ (Dec. 17, 2018) (Phillips live-streaming: "some of my supporters who come to support me as a veteran, you know, Vietnam times, honorably discharged, 'in theater,' that's what my DD-214 says" and "I was gifted a place to stay because of my Vietnam times") (last visited Feb. 7, 2020).

121.    However, it was quickly discovered and exposed that Phillips had lied about his service, that he did not serve in Vietnam, that he was "discharged" instead of "honorably discharged," that he had been AWOL at least three times, and that he had never even been deployed outside of the United States.  *See, e.g., Dave Urbanski, Nathan Phillips listed as AWOL three times in 1975 as active duty reservist, record shows*, The

Blaze (Jan. 24, 2019), https://www.theblaze.com/news/nathan-phillips-awol-criminal-record (last visited Aug. 24, 2020).

122.   Gannett was forced to issue a correction to its stories that had falsely identified Phillips as a Vietnam veteran, although Gannett failed to disclose to its readers that Phillips had actually lied about his service:

> *Corrections & Clarifications: This story has been updated to clarify the original description of Nathan Phillips' military service. Phillips is a Vietnam-era veteran who served in the U.S. Marine Corps Reserve from May 1972 to May 1976 and did not deploy to a war zone, according to the Defense Department.*

*See, e.g.,* https://www.usatoday.com/story/news/nation/2019/01/19/kentucky-diocese-incident-indigenous-peoples-march-covington-catholic-high-school/2624503002/ (last visited Feb. 7, 2020).

**Previous Unsubstantiated Claim of Harassment**

123.   The January 18 Incident is not the first time that Phillips claimed to have been taunted and harassed by a group of white students.

124.   In April 2015, Phillips claimed that he was harassed by a group of students at Eastern Michigan University.  *See* Fox 2 Detroit, *Native American claims racial harassment by EMU students dressed as indians [sic]*, (Apr. 22, 2015), http://www.fox2detroit.com/news/native-american-claims-racial-harassment-by-emu-students-dressed-as-indians (last visited Aug. 24, 2020).

125.   Phillips asserted that he walked over to a yard where a theme party was being held at which 30-40 students were dressed as Hurons, the former EMU mascot, and that when he asked what they were doing, they said that they were honoring him.

126.    Much like his statement in response to the January 18 Incident, Phillips said in an interview in 2015 that after he walked over to the fence and told the students they were being racist, "it really got ugly." *Id.*

127.    Although Phillips called the police to report the EMU students, he said that by the time the police arrived, "it was like there was no party there at all."

128.    Phillips said that "there's a lot of hate behind that" and called on school authorities to investigate and punish the students: "'Whoever would sit judgment on them, the university, the law, you know, society, that is their job. . . .'" *Id.*

129.    In a different interview, Phillips said that the students told him that they were "doing a ceremony to impregnate women." *See* David Edwards, *College students in 'red face' mock native elder, claim racist party is ceremony to 'impregnate women*,' Raw Story (Apr. 19, 2015), https://www.rawstory.com/2015/04/college-students-in-red-face-mock-native-elder-claim-racist-party-is-ceremony-to-impregnate-women/ (last visited Aug. 24, 2020).

130.    In another interview, Phillips claimed that the party-goers "began charging the fence," which is reportedly why he called the police. *See* Simon Moya-Smith, *University Party in MI Reveals Unsafe Climate For Native American Students*, Indian Country Today (Apr. 25, 2015), https://newsmaven.io/indiancountrytoday/archive/university-party-in-mi-reveals-unsafe-climate-for-native-american-students-FBGkN1DHYky5iAUol88lUQ/ (last visited Aug. 24, 2020).

131.    Much like the political climate surrounding the January 18 Incident, the political climate in Ypsilanti at the time of the alleged taunting and harassment in 2015 was already racially charged with debates over a partial reinstatement of the former EMU mascot, the Huron, a Native American logo.

132.   Fueled in part by Phillips' claim of harassment, protestors held press conferences and demonstrations at the school, objecting to any use of the mascot.  *See*, *e.g.,* Kim Kozlowski, *Native Americans rally against Hurons logo at EMU*, Detroit News (June                                       16,                                       2015), https://www.detroitnews.com/story/news/local/michigan/2015/06/16/eastern-michigan-university-hurons-logo/28797179/ (last visited Aug. 24, 2020).

133.   Phillips attended one of the on-campus rallies, giving an interview to MLive, and playing his drum.  *See* C. Douglas Golden, *Drum-Banging Indian Nathan Phillips Was in the News 4 Years Ago, Telling an Eerily Similar Story*, The Western Journal (Jan. 21, 2019)  https://www.westernjournal.com/ct/drum-banging-indian-nathan-phillips-news-4-years-ago-telling-eerily-similar-story/ (last visited Aug. 24, 2020).

134.   There was never any identification of the students who allegedly taunted Phillips in that instance, and there is no available record that any type of disciplinary actions were taken by the university or the police.

### Criminal Activities

135.   Unlike Nicholas, Phillips has a criminal background involving violence and assault, which should have led Gannett to question the truthfulness and accuracy of Phillips' claims that he was "blocked" bya Nicholas or that he was frightened by the high school student.

136.   Phillips has admitted to violence, proudly and laughingly stating that he "beat up" the boyfriend of a "little blonde-hair, blue-eyed hippie girl" who spit on him. *See* https://www.facebook.com/NativeYouthAlliance/videos/326861671434840/?t=4351 (Oct. 29, 2018) (last visited Feb. 7, 2020).

137.   Phillips also has reportedly been charged with, arrested for, and/or convicted of numerous crimes, including escaping from prison, assault, and various alcohol-related crimes. *See*, *e.g.*, https://www.washingtonexaminer.com/politics/native-american-activist-nathan-phillips-has-violent-criminal-record-and-escaped-from-jail-as-teenager (last visited Feb. 7, 2020).

**Inconsistent Statements**

138.   Phillips is known to have given at least nine interviews to mainstream media following the January 18 Incident, including *Detroit Free Press*, *The Washington Post*, *CNN*, *NBCUniversal, The Associated Press,* MSNBC*,* ABC, CBS, NBC, and *Democracy Now!*.

139.   The accusations of Phillips and his companions, as published by Gannett through its USA Today Network and the others identified above, are remarkable in their inconsistency with each other, as Phillips' story changed over time.

140.   According to the first *Washington Post* print article, Phillips stated that the students "suddenly swarmed around him as he and other activists were wrapping up the march."

141.   According to *The Associated Press*, Phillips changed his story to say that "he felt compelled to get between two groups with his ceremonial drum to defuse a confrontation."

142.   According to *DemocracyNow!*, Phillips stated that "I wasn't focusing on anybody except taking the youth out of there, the Indigenous youth that was with me, out of that situation, and that's when Mr. Sandmann stood in front of me and blocked my path."

143.    According to the *Washington Post*, Phillips stated that it "was getting ugly" and he needed to find "an exit out" of there, but Nicholas "blocked [his] way and wouldn't allow me to retreat."

144.    According to NBC, Phillips stated that "I was blocked" because "we couldn't go right.  We couldn't go left, back."

145.    But according to another *Washington Post* print article, Phillips queried "why should I go around him?"

146.    Contrary to Phillips' public claims that the students yelled "build that wall," "go back to Africa," and "go back to the reservation," and that Phillips has seen video in which you can hear the students shouting "build that wall," no video evidence exists substantiating these accusations.

147.    Contrary to Phillips' claim to *Democracy Now!* that the students left because they were "running from the police," the video evidence and statements of witnesses demonstrate that the students left to catch their buses, and Phillips then turned away from the top of the stairs and celebrated his perceived "win" with his companions.

148.    The fact that Phillips changed his story within the first day after the events were reported should have put Gannett on further notice that Phillips was not a reliable or trustworthy witness.

149.    Phillips told his narrative as though it were a factual recitation of events, and that is how Gannett reported it.

150.    Even a cursory review of Phillips' past would have raised serious concerns among objective journalists as to his reliability and credibility as a source for describing the January 18 Incident.

## GANNETT WAS THE PUBLISHER

151.    One in five newspapers is owned by Gannett.  *See* Marc Tracy, *Gannett, Now Largest U.S. Newspaper Chain, Targets 'Inefficiencies'*, NY TIMES (Nov. 19, 2019), https://www.nytimes.com/2019/11/19/business/media/gannett-gatehouse-merger.html (last visited Aug. 24, 2020).

152.    According to its website, Gannett owns and operates 261 local media brands across 46 states and Guam and reaches "over 50% of the total U.S. digital audience." *See* GANNETT, About Us, https://www.gannett.com/who-we-are/ (last visited Feb. 7, 2020); *see also* https://marketing.usatoday.com/ (last visited Aug. 24, 2020).

153.    The centerpiece of Gannett's media empire is its "USA Today" print and online newspaper, which its website calls "the most widely read newspaper in the United States" that is—on its own—read by "more than 5 million people" each day.

154.    Gannett dubs its massive network of media companies the "USA Today Network."

155.    Specifically, Gannett Satellite Information Network, LLC does business as "USA Today" and the "USA Today Network."

156.    The Cincinnati Enquirer, Detroit Free Press, USA Today, Louisville Courier-Journal, and Tennessean are wholly-owned and controlled by Gannett as part of its "USA Today Network," and each brand has its own website, newspaper, and social media accounts.

157.    The divisions of the USA Today Network are under single ownership and oversight, routinely share the bulk of their journalists and stories, and share in revenues and publication expenses.

158.    This lawsuit concerns false and defamatory newspaper and online reporting published by Gannett, by and through its USA Today Network.

159.    Gannett exercises control, editorial or otherwise, over the USA Today Network and its divisions.

160.    Gannett directly participates in the content published by its USA Today Network.

161.    Gannett directly benefits from advertisements and other content published by the USA Today Network.

162.    Already in the course of this litigation, Gannett has assumed responsibility for the USA Today Network publications alleged herein.

163.    Indeed, in a letter responding to Nicholas' demand for retraction, which was propounded upon Gannett on April 22, 2019 (attached as **_Exhibit G_**), Gannett Co., Inc.'s Associate General Counsel Thomas Curley admits that Gannett was in fact the publisher of the USA Today Network publications Nicholas demanded retraction of.    A true and correct copy of Thomas Curley's letter is attached as **_Exhibit H_**.

164.    Repeatedly, Mr. Curley's letter refers to the defamatory publications in a manner that substantively evidences Gannett's ownership and control over the USA Today Network publications at issue.

165.    His letter defends the USA Today Network publications with such phrases as "our news coverage," "[o]ur coverage," and "our journalists."

166.    Mr. Curley even flatly admits that his company is responsible for the USA Today reporting: "The USA TODAY Network has reported your client's statements and perspective and we will of course continue to do so."

167.    Furthermore, reasonable consumers understand the USA Today Network to be a unified identity and brand—a single publisher.

168.    For example, most divisions of the USA Today Network (e.g., Cincinnati Enquirer, Louisville Courier-Journal, etc.) use the same website template and header, as

illustrated in this collage of compiled screenshots of a handful of the USA Today Network websites:



169.    Moreover, the badge that appears on most commonly used web browsers tabs when a USA Today Network website is accessed appears to show a unified blue dot logo, which mimics the "USA Today" blue dot logo:



170.    These facts tend to show that Gannett exercises regular control over the USA Today Network and directly participates in content published by its divisions.

## GANNETT'S USA TODAY NETWORK COVERAGE

171.    In January 2019, Gannett directed its USA Today Network to publish at least ten (10) original false and defamatory print newspaper articles, sixteen (16) original false and defamatory online articles, nine (9) of which are subject of this action, and many tweets false accusing Nicholas and his CovCath classmates of racist conduct.

172.    Gannett was among the first members of the print and online mainstream media to assassinate Nicholas' character and reputation.

173.    Gannett published its first false and defamatory online article about the January 18 Incident on January 19, 2019.

174.    Gannett published its first false and defamatory print newspaper article about the January 18 Incident on January 20, 2019.

175.    Gannett repeatedly referenced the Viral Video, which featured Nicholas prominently by publication of his face.

176.    Gannett incorporated video clips and images created by the Survival Media Agency (the "SMA Video"), which is a biased source of videographers and photographers who set out to capture controversial visual imagery of protests and activism in order to use the visual imagery as a political tool.

177.    To the extent the January 18 Incident was newsworthy at all, it was not "hot news" or "breaking news."

178.    Gannett continued to push the false factual narrative that Nicholas and the CovCath students had done something wrong and owed Phillips an apology long after many other members of the mainstream media had recognized their errors and began distancing themselves from Phillips' lies.

179.    Gannett, for many days, falsely described the incident as having occurred during the Indigenous Peoples' March—despite the undisputed evidence that the incident

occurred after and apart from the location of the Indigenous Peoples' March—thus shoring up its false narrative that Nicholas had perpetrated conduct which could constitute a hate crime, punishable by 18 U.S.C. § 245 (b), and an assault by aggressively interrupting prayer and song at the Indigenous Peoples' March.

## EXPRESSIONS OF HATRED AND SCORN BY THE PUBLIC

180.   Within hours after the articles were published by Gannett online that falsely accused Nicholas of blocking and confronting a Native Elder and Vietnam vet, Nicholas became the subject of overwhelming public hatred, contempt, disgrace and scorn from the public.

181.   Gannett, whose coverage emphasized that Nicholas was wearing a "MAGA" hat and committed conduct amounting to "racial hostility" placing people in "fear of bodily harm or worse," caused and contributed to the rampant cyber-assault and cyber-bullying suffered by Nicholas in the aftermath of its initial reporting which was also undertaken in mass by the mob of other bullies made up of other members of the mainstream media, individuals on Twitter, church officials, celebrities, and politicians.

182.   Various USA Today Network websites—controlled by Gannett—display evidence of that public hatred and scorn in the comments posted in response to Gannett's accusations.

183.   It is well-known, and it was well-known at the time Gannett published its false and defamatory articles and tweets, that many people consider the phrase "Make America Great Again" – and particularly wearing a MAGA hat – to be the equivalent of a racist statement.  *See, e.g.,* Kristen Jordan Shamus, *Are Trump's Make America Great Again hats patriotic or racist?*, Detroit Free Press (Jan. 24, 2019), https://www.freep.com/story/news/local/michigan/2019/01/24/maga-hats-racism-donald-trump/2659479002/ (last visited Feb. 7, 2020) ("Many, including actress and

- 36 -

activist Alyssa Milano, now are calling the baseball caps the modern-day white hoods of the Ku Klux Klan, representing a white nationalist ideology pushed by the president.").

184.    It also is well-known, and it was well-known at the time Gannett published its false and defamatory articles and tweets about Nicholas, that many people consider chanting "Build the wall!" to be racist.  *See, e.g.,* Jamelle Bouie, *Trump's Wall of Shame*, NY Times (Jan. 24, 2019), https://www.nytimes.com/2019/01/24/opinion/trump-wall-shutdown.html  (last visited Feb. 7, 2020) ("Whether praised by its supporters or condemned by its opponents, the wall is a stand-in for the larger promise of broad racial (and religious) exclusion and domination. It's no surprise, then, that some Americans use 'Build the wall' as a racist chant. . . .  In fact, you can almost think of the wall as a modern-day Confederate monument. . . ."); Zak Cheney-Rice, *Trump Never Actually Believed in the Wall*, New York Magazine (Jan. 10, 2019), http://nymag.com/intelligencer/2019/01/trump-never-believed.html (last visited Feb. 7, 2020) ("'Build the wall!' chants whipped [Trump's] nativist base into a frenzy when he was a candidate . . . as both rallying cry and racist taunt.")

185.    In fact, the understanding that "Build the wall!" is racist is so widespread that chanting that phrase has been used as the basis for termination of employees and disciplining of students.  *See, e.g.,* Brianna Sacks, *A School Employee Was Removed From Campus After Shouting 'Build the Wall' at Striking Los Angeles Teachers*, Buzzfeed News (Jan. 17, 2019), https://www.buzzfeednews.com/article/briannasacks/los-angeles-teachers-strike-employee-build-wall (last visited Feb. 7, 2020).

186.    The false accusation that Nicholas and his classmates were chanting "Build the Wall!" at Native Americans during and/or following an Indigenous Peoples' March provided additional context to the false and defamatory factual narrative published by

Gannett, from which a reasonable reader would undoubtedly conclude that they were being accused of racist conduct.

187.    This is particularly true given the furor just days earlier regarding a tweet on January 13, 2019, by the President in which he referred to Elizabeth Warren as "Pocahontas" and referenced the Wounded Knee massacre of Native Americans.  *See, e.g.,* Tim Elfrink, *Trump invokes one of the worst Native American massacres to mock Elizabeth Warren*, The Washington Post (Jan. 14, 2019), https://www.washingtonpost.com/nation/2019/01/14/trump-invokes-one-worst-native-american-massacres-mock-elizabeth-warren/  (last visited Aug. 24, 2020); Mary Papenfuss, *Native Americans Slam Trump For Racist 'Wounded Knee' Dig At Sen. Elizabeth Warren*, HuffPost (Jan. 14, 2019), https://www.huffpost.com/entry/native-americans-trump-wounded-knee-elizabeth-warren_n_5c3d4086e4b0e0baf540636f (last visited Aug. 24, 2020).

188.    Gannett explicitly linked the January 18 Incident with the President's controversial tweet.  For example, on January 19, in the Cincinnati Enquirer's first online article with the original headline, "School faces backlash after teens mob Native American veteran from Michigan at march," which contained two different links to the Viral Video derived from the Taitano Videos, Gannett actually inserted the President's tweet about Elizabeth Warren into the middle of its story about the January 18 Incident:



[https://www.cincinnati.com/story/news/2019/01/19/video-shows-apparent-incident-indigenous-peoples-march/2623820002/](https://www.cincinnati.com/story/news/2019/01/19/video-shows-apparent-incident-indigenous-peoples-march/2623820002/) (last visited Feb. 7, 2020).

189.   Phillips, who apparently told Gannett and other outlets that Nicholas and his classmates had chanted "Build the wall!" obviously considered the chant to be offensive.

190.   If chanting "Build the wall!" was not considered to be a racist chant, which added additional context to the false narrative, Gannett would have had no reason to report it.

191.   Similarly, if wearing a MAGA hat was not considered by some to be racist, there would have been no reason for Gannett to include that detail so prominently in its articles.

## PARTIES, JURISDICTION, AND VENUE

192.   Nicholas is a citizen and domiciliary of the State of Kentucky.

193.   Nicholas resides with his family in Kenton County, Kentucky.

194.   Nicholas is an 18-year-old who recently graduated from CovCath, an all-male Catholic high school in Park Hills, Kentucky.

195.   At the time of the January 18 Incident and relevant Gannett publications, Nicholas was 16 years old and was an 11th grade student at CovCath.

196.    Gannett Co., Inc. is a foreign corporation existing under the laws of the State of Delaware with its principal place of business being located at 7950 Jones Branch Drive, McLean, Virginia 22107.  Gannett Co., Inc. may be served by delivery of a copy of the summons and complaint to its duly-appointed registered agent, Corporation Service Company, 251 Little Falls Drive, Wilmington, Delaware 19808.

197.    Gannett Satellite Information Network, LLC is a foreign corporation existing under the laws of the State of Delaware with its principal place of business being located at 7950 Jones Branch Drive, McLean, Virginia 22107.   Gannett Satellite Information Network, LLC may be served by delivery of a copy of the summons and complaint to its duly-appointed registered agent, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

198.    The term "Gannett" as used herein encompasses both defendants collectively.

199.    Gannett Co., Inc. owns and operates Gannett Satellite Information Network, LLC.

200.    Gannett Satellite Information Network, LLC exercises direct control over each of the USA Today Network divisions whose publications give rise to this action for defamation.

201.    Both Gannett Co., Inc. and Gannett Satellite Information Network, LLC directly participated in the publication of the articles alleged in this Complaint.

202.    Gannett Co., Inc. is a citizen and domiciliary of the State of Delaware and the State of Virginia.

203.    Gannett Satellite Information Network, LLC is a citizen and domiciliary of the State of Delaware and the State of Virginia.

204.    There exists complete diversity of citizenship between Plaintiff and Gannett.

205.    The amount in controversy greatly exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interests, costs, and attorneys' fees, as required to sustain subject-matter jurisdiction in this Court.

206.    This Court has subject-matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a).

207.    Gannett Co., Inc. and Gannett Satellite Information Network, LLC:

(a) transact business in the State of Kentucky, including through the distribution of its content through print newspaper and the Internet;

(b) committed the tortious acts identified herein in the State of Kentucky;

(c) published the print and online articles identified herein in the State of Kentucky;

(d) have intentionally sought and obtained benefits from its tortious acts in the State of Kentucky; and

(e) directed its conduct at Nicholas, a citizen of Kentucky.

208.    Nicholas suffered substantial and perpetual reputational and emotional harm in this District.

209.    There is a reasonable and direct nexus between Gannett's tortious conduct in Kentucky and the harm suffered by Nicholas in Kentucky and beyond.

210.    Gannett is subject to the jurisdiction of this Court pursuant to KRS § 454.210.

211.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because Gannett is subject to personal jurisdiction in this District and/or a substantial part of the events giving rise to this claim occurred in this District, including publication and injury.

## CAUSE OF ACTION FOR DEFAMATION

212.    Nicholas reasserts and incorporates by reference the foregoing paragraphs of this Complaint as if fully restated herein.

213.    Gannett published to third parties without privilege no less than three (3) original false and defamatory print newspaper articles, six (6) original false and defamatory online articles, and numerous tweets of and concerning Nicholas.  All will be collectively referred to as the "False and Defamatory Accusations."

214.    Each of the False and Defamatory Accusations conveyed in context that Nicholas, among other things, engaged in racist misconduct, including blocking Phillips' retreat.

215.    Gannett negligently and with reckless disregard of the truth relied on the false and incomplete Viral Video and Phillips' manufactured lies, which gave its readers a false and incomplete factual basis about what occurred at the January 18 Incident.

216.    Gannett published imputations of specific conduct such as "blocking" Phillips' "retreat," which are words that have factual connotations that can be proven either true or false.

### GANNETT'S USA TODAY NETWORK PUBLICATIONS

### The Cincinnati Enquirer (the "Enquirer")

217.    Defendant Gannett Satellite Information Network, LLC does business as the "Cincinnati Enquirer."

218.    Gannett, by and through the Cincinnati Enquirer, published two (2) original false and defamatory newspaper articles and three (3) original false and defamatory online articles on its website Cincinnati.com.   Gannett's publication by and through the Enquirer will hereinafter be referenced simply as "the Enquirer."

219.    The Enquirer republished and recirculated many of the false and defamatory articles published by the other USA Today Network affiliates identified herein.

### The Cincinnati Enquirer's Newspaper Articles

### The Enquirer's First Newspaper Article

220.    The Enquirer's first newspaper article was published on January 24, 2019, in the Kenton Recorder, an ancillary, community-specific subsidiary publication of the Cincinnati Enquirer, on the front page, 1A, continuing on pages 7A and 9A with the headline, "Video being analyzed from incident in Washington, DC" (the "Enquirer's First Newspaper Article").  A true and correct copy of the Enquirer's First Newspaper Article is attached hereto as *Exhibit I*.

221.    In publishing its First Newspaper Article, the Enquirer negligently and with reckless disregard for the truth relied on and republished the false factual narrative of Phillips.

222.    The Enquirer's First Newspaper Article is about Nicholas because it prominently published an image of his face on the front page above the headline of the article, and, in the same caption under the image, the Enquirer specifically identified Nicholas by his name:



In this Jan. 18, image made from a video provided by the Survival Media Agency, Nick Sandmann wearing a "Make America Great Again" hat, center left, stands in front of Nathan Phillips, a Native American singing and playing a drum in Washington. SURVIVAL MEDIA AGENCY VIA AP

223. The Enquirer's First Newspaper Article is about Nicholas because it emphasizes his individual and singular involvement by:

      (a) specifically identifying him by name in the article;

      (b) prominently publishing an image of his face via a cover image from the SMA Video;

      (c) specifically identifying him by name in the caption above the article, and by other descriptive circumstances in the article such as "a student with a 'Make America Great Again' hat stood in front of Phillips with a smirk on his face."

224. The Enquirer's First Newspaper Article is about Nicholas because the headline specifically references the Viral Video, which prominently features Nicholas' face. Furthermore, the Enquirer's First Newspaper Article recounts and describes in detail to the reader what the Viral Video shows, which includes a description of Nicholas and, specifically, his purported conduct.

225.   Nicholas' friends and acquaintances reasonably understood the Enquirer's First Newspaper Article to be about Nicholas, specifically.

226.   In the Enquirer's First Newspaper Article, Gannett published or republished the following false and defamatory statement:

> "'I [Nathan Phillips] started going that way, and that guy in the hat stood in my way and we were at an impasse,' Phillips told the Washington Post. 'He [Nicholas Sandmann] just blocked my [Nathan Phillips'] way and wouldn't allow me to retreat.'"

227.   The Enquirer's First Newspaper Article is defamatory per se.

**The Enquirer's Second Newspaper Article**

228.   The Enquirer's second newspaper article was published on January 25, 2019, on page 12A with the headline "'I still have forgiveness in my heart'" (the "Enquirer's Second Newspaper Article").  A true and correct copy of the Enquirer's Second Newspaper Article is attached hereto as ***Exhibit J***.

229.   The Enquirer's Second Newspaper Article was republished and recirculated online by USA Today Network affiliate Louisville Courier-Journal.  The Louisville Courier-Journal's online version of the Enquirer's Second Newspaper Article remains online and can be viewed by the Court at https://www.courier-journal.com/story/news/local/2019/01/24/nathan-phillips-today-show-covington-catholic-nick-sandmann-guthrie/2665851002/ (last visited Feb. 7, 2020).

230.   The Enquirer's Second Newspaper Article was republished and recirculated online by USA Today.  The USA Today's online version of the Enquirer's Second Newspaper Article remains online and can be viewed by the Court at https://www.usatoday.com/story/news/nation/2019/01/24/nathan-phillips-today-show-covington-catholic-nick-sandmann-guthrie/2665816002/ (last visited Feb. 7, 2020).

- 45 -

231.   In publishing its Second Newspaper Article, the Enquirer negligently and with reckless disregard for the truth relied on and republished the false factual narrative of Phillips.

232.   The Enquirer's Second Newspaper Article is about Nicholas because it prominently published an image of his face on the front page above the headline of the article, and, in the same caption under the image, the Enquirer specifically identified Nicholas by his name:



Nick Sandmann, center left, stands in front of Native American activist Nathan Phillips at a rally in Washington, D.C. SURVIVAL MEDIA AGENCY VIA AP

233.   The Enquirer's Second Newspaper Article is about Nicholas because it emphasizes his individual and singular involvement by specifically identifying him by name in the article and by other descriptive circumstances.

234.   Nicholas' friends and acquaintances reasonably understood the Enquirer's Second Newspaper Article to be about Nicholas specifically.

235.   In its Second Newspaper Article published through the Enquirer, Gannett published or republished the following false and defamatory statements:

(a) "'Do you think, sir, that you should have walked away?' Guthrie asked. 'That's what I was trying to do,' Phillips replied."

(b) "Phillips said he was trying to walk through the crowd when Nick stood in his way."

236.   The Enquirer's Second Newspaper Article is defamatory per se.

## The Enquirer's Online Articles

### The Enquirer's First Online Article

237.   The Enquirer's first online article was published on the morning of January 19, 2019, on Cincinnati.com and then updated at 11:05 p.m. (the "Enquirer's First Online Article").

238.   Upon information and belief, the Enquirer's First Online Article was first published with the headline, "School faces backlash after teens mob Native American veteran from Michigan at march."

239.   Shortly thereafter, in a practical demonstration that the first headline was actionable as a matter of law, the headline was subsequently changed to, "NKY Catholic school faces backlash after video of incident at Indigenous Peoples March surfaces."

240.   A true and correct copy of the Enquirer's First Online Article as it currently exists is attached hereto as ***Exhibit K***.

241.   The Enquirer's First Online Article is still available online and can be viewed by the Court at   https://www.cincinnati.com/story/news/2019/01/19/video-shows-apparent-incident-indigenous-peoples-march/2623820002/   (last visited Aug. 24, 2020).

242.   The Enquirer's First Online Article was republished and recirculated online by USA Today Network affiliate the Detroit Free Press.  The Detroit Free Press' online version of the Enquirer's First Online Article remains online and can be viewed by the Court at   https://www.freep.com/story/news/local/michigan/2019/01/19/indigenous-peoples-march-covington-catholic-high-school/2629018002/   (last visited Feb. 7, 2020).

243.    The Enquirer's First Online Article was republished and recirculated online by USA Today Network affiliate Louisville Courier-Journal.  The Louisville Courier-Journal's online version of the Enquirer's First Online Article remains online and can be viewed by the Court at https://www.courier-journal.com/story/news/2019/01/19/covington-catholic-criticized-after-video-shows-incident-indigenous-peoples-march/2624320002/ (last visited Feb. 7, 2020).

244.    The Enquirer's First Online Article was republished and recirculated online by USA Today.  The USA Today's online version of the Enquirer's First Online Article remains online and can be viewed by the Court at https://www.usatoday.com/story/news/nation/2019/01/19/kentucky-diocese-incident-indigenous-peoples-march-covington-catholic-high-school/2624503002/ (last visited Feb. 7, 2020).

245.    The Enquirer's First Online Article was republished and recirculated online by USA Today Network affiliate Tennessean.  Tennessean's online version of the Enquirer's First Online Article remains online and can be viewed by the Court at https://www.tennessean.com/story/news/local/michigan/2019/01/19/indigenous-peoples-march-covington-catholic-high-school/2629018002/ (last visited Feb. 7, 2020) and https://www.tennessean.com/story/news/nation/2019/01/19/kentucky-diocese-incident-indigenous-peoples-march-covington-catholic-high-school/2624503002/ (last visited Feb. 7, 2020).

246.    The Enquirer's First Online Article links to a Twitter post that contains one of the incomplete and incorrect Taitano Videos and the Viral Video derived from the Taitano Videos.

247.    The Enquirer's First Online Article is about Nicholas because it singles out and emphasizes Nicholas' individual and singular involvement by specifically identifying

him by name and by linking to other articles that show a picture of his face and specifically identify him by name and by other descriptive circumstances.  The Enquirer's First Online Article is about Nicholas because it specifically identifies him by name and other descriptive circumstances, and he is the only CovCath student identified by name.

248.   Nicholas' friends and acquaintances recognized Nicholas as the subject of the Enquirer's First Online Article's false and defamatory accusations.

249.   The Enquirer's First Online Article republished and embedded into the article the Taitano Interview of Nathan Phillips Video, which added false context and implied the existence of undisclosed, false and defamatory facts.

250.   The Enquirer's First Online Article republished and embedded a tweet from "Lulu Says" (@lulu_says2) that encouraged its readers to dox, i.e., identify the names and personal information of minor children (in this case, Nicholas Sandmann and the other CovCath students).  The Lulu Says tweet read, "I dgaf [don't give a fuck] if they are minors. They need to be identified.  What school are they from? Who was chaperoning them? This is one of the most horrific displays of ignorance, racism & disrespect. My god. I feel sick."

251.   In the Enquirer's First Online Article, Gannett published or republished the following false and defamatory statement:

> "'It was getting ugly, and I was thinking: "I've got to find myself an exit out of this situation and finish my song at the Lincoln Memorial,"' Phillips told the Washington Post. 'I started going that way, and that guy in the hat stood in my way and we were at an impasse.  He just blocked my way and wouldn't allow me to retreat.'"

252.   The Enquirer's First Online Article is defamatory per se.

**The Enquirer's Second Online Article**

253.   The Enquirer's second online article was published on January 22, 2019 on Cincinnati.com with the headline "Analysis: What the video from the incident at the Indigenous Peoples March tell us about what happened" (the "Enquirer's Second Online

Article"). A true and correct copy of the Enquirer's Second Online Article is attached hereto as ***Exhibit L***.

254. The Enquirer's Second Online Article remains available online and can be viewed by the Court at https://www.cincinnati.com/story/news/2019/01/20/analyzing-video-incident-indigenous-peoples-march/2631412002/ (last visited Feb. 7, 2020).

255. The Enquirer's Second Online Article was republished and recirculated online by USA Today with the headline "Analysis: Breaking down the full video with Covington Catholic students" and prominently publishes a video clip of Nicholas emphasizing his individual involvement. The USA Today's online version of the Enquirer's Second Online Article remains online and can be viewed by the Court at https://www.usatoday.com/story/news/nation/2019/01/22/covington-catholic-analyzing-video-incident-indigenous-peoples-march/2644511002/ (last visited Feb. 7, 2020).

256. The Enquirer's Second Online Article is about Nicholas because it published a picture of Nicholas's face and identified him by descriptive circumstances in the caption directly beneath the picture, "a teenager wearing a 'Make America Great Again' hat, center left, stands in front of an elderly Native American ....":



In this Friday, Jan. 18, 2019 image made from video provided by the Survival Media Agency, a teenager wearing a "Make America Great Again" hat, center left, stands in front of an elderly Native American singing and playing a drum in Washington. *(Photo: Survival Media Agency via AP)*

257.    Nicholas' friends and acquaintances recognized Nicholas as the subject of the Enquirer's Second Online Article's false and defamatory accusations.

258.    In the Enquirer's Second Online Article, Gannett published or republished the following false and defamatory statement:

> "'I [Nathan Phillips] started going that way, and that guy in the hat stood in my way and we were at an impasse,' Phillips told the Washington Post. 'He [Nicholas Sandmann] just blocked my [Nathan Phillips] way and wouldn't allow me to retreat.'"

259.    The Enquirer's Second Online Article is defamatory per se.

**The Enquirer's Third Online Article**

260.    The Enquirer's third online article was published on January 24, 2019, on Cincinnati.com with the headline "Nathan Phillips on 'Today' show: 'I still have forgiveness in my heart'" (the "Enquirer's Third Online Article").  A true and correct copy of the Enquirer's Third Online Article is attached hereto as ***Exhibit M***.

261.    The Enquirer's Third Online Article remains available online and can be viewed by the Court at https://www.cincinnati.com/story/news/2019/01/24/nathan-phillips-today-show-covington-catholic-nick-sandmann-guthrie/2665601002/    (last visited Feb. 7, 2020).

262.    The Enquirer's Third Online Article was republished and recirculated online by USA Today Network affiliate Louisville Courier-Journal with the headline "Nathan Phillips on 'Today' show: 'I still have forgiveness in my heart'" and prominently published a video clip of Nicholas, emphasizing his individual involvement.   The Louisville Courier-Journal's online version of the Enquirer's Third Online Article remains online and can be viewed by the Court at https://www.courier-journal.com/story/news/local/2019/01/24/nathan-phillips-today-show-covington-catholic-nick-sandmann-guthrie/2665851002/ (last visited Feb. 7, 2020).

263.    The Enquirer's Third Online Article was republished and recirculated online by USA Today with the headline "Nathan Phillips on Today Show: 'I'm still angry, I still have forgiveness in my heart'" and prominently publishes a video clip of Nicholas, emphasizing his individual involvement.   The USA Today's online version of the Enquirer's Third Online Article remains online and can be viewed by the Court at https://www.usatoday.com/story/news/nation/2019/01/24/nathan-phillips-today-show-covington-catholic-nick-sandmann-guthrie/2665816002/ (last visited Feb. 7, 2020).

264.    The Enquirer's Third Online Article is about Nicholas because it specifically emphasizes his individual involvement by publishing the cover image from the SMA Video at the top of the article:



Additionally, in this article, the SMA Video was edited and modified by Gannett, and Gannett specifically identifies Nicholas by name in this edited version of the SMA Video:



The viral video shows Covington student Nick Sandmann standing **face-to-face** with Phillips.

The Enquirer's Third Online Article is about Nicholas because it specifically identifies him by name in the body of the article and by other descriptive circumstances.

265.   Nicholas' friends and acquaintances recognized Nicholas as the subject of the Enquirer's Third Online Article's false and defamatory accusations.

266.   In the Enquirer's Third Online Article, Gannett published or republished the following false and defamatory statements:

      (a) "'Do you think, sir, that you should have walked away?' Guthrie asked. 'That's what I was trying to do,' Phillips replied."

      (b) "Phillips said he was trying to walk through the crowd when Nick stood in his way."

267.   The Enquirer's Third Online Article is defamatory per se.

**The Detroit Free Press**

268.   Defendant Gannett Satellite Information Network, LLC does business as the "Detroit Free Press."

269.   The Detroit Free Press ("DFP") is owned and controlled by Gannett through its USA Today Network.

270.   Gannett, by and through DFP, published one (1) original false and defamatory newspaper article and one (1) original false and defamatory online article on its website Freep.com.   Gannett's publication by and through DFP will hereinafter be referenced simply as "DFP."

**The DFP's Newspaper Article**

271.    The DFP's newspaper article was published on January 25, 2019 on page 5A with the headline "Phillips on 'Today' show: Student seemed insincere" ("DFP's Newspaper Article").  A true and correct copy of the DFP's Newspaper Article is attached hereto as ***Exhibit N***.

272.    The DFP's Newspaper Article is about Nicholas because it emphasizes his individual, singular involvement by identifying him specifically in the headline as the "student" who purportedly made an "insincere" statement, specifically identifying him by name in the first sentence of the article who was individually involved in the "encounter," specifically identifying him by name several times in the article, by referencing the Viral Video which depicts his face and by other descriptive circumstances.

273.    Nicholas' friends and acquaintances reasonably understood the DFP's Newspaper Article to be about Nicholas specifically.

274.    In DFP's Newspaper Article, Gannett published the following false and defamatory statements:

> (a) "While Sandmann said he wished the students had walked away, Phillips explained he tried to walk away and was blocked."

> (b) "'There was a spot, there was a place where I could take my people because we were surrounded,' Phillips said.  'I was looking past the crowd and I took that first step and that crowd backed up. I took a second step and the crowd started breaking apart there. I took a third (step) and I actually seen a clear space and we started going that way.  From somewhere, from a clear space, a person was there.'"

275.    DFP's Newspaper Article is defamatory per se.

**The DFP's Online Article**

276.    The DFP's online article was published on January 24, 2019 on Freep.com with the headline "Nathan Phillips on 'Today' show: Student's explanation felt insincere"

(the "DFP's Online Article").  A true and correct copy of the DFP's Online Article is attached hereto as ***Exhibit O***.

277.    The DFP's Online Article remains available online and can be viewed by the Court    at    https://www.freep.com/story/news/local/michigan/2019/01/24/nathan-phillips-covington-catholic-nick-sandmann/2665695002/ (last visited Feb. 7, 2020).

278.    The DFP's Online Article was republished and recirculated online by USA Today with the headline "Nathan Phillips on Today Show: Student's explanation felt insincere'" and prominently publishes a video clip of Nicholas, emphasizing his individual involvement.  The USA Today's online version of the DFP's First Online Article remains online    and    can    be    viewed    by    the    Court    at https://www.usatoday.com/story/news/local/michigan/2019/01/24/nathan-phillips-covington-catholic-nick-sandmann/2665695002/ (last visited Feb. 7, 2020).

279.    The DFP's Online Article was even republished by at least one other media outlet that was not an affiliate of the USA Today Network: MSN (a service powered by Microsoft News) republished and recirculated the DFP's First Online Article with the headline "Nathan Phillips on 'Today' show: Students explanation felt insincere" and prominently published a video clip of Nicholas, emphasizing his individual involvement. This    MSN    version    remains    online    and    can    be    viewed    by    the    Court    at https://www.msn.com/en-us/lifestyle/lifestyle-buzz/nathan-phillips-on-today-show-students-explanation-felt-insincere/ar-BBSG179 (last visited Feb. 7, 2020).

280.    The DFP's Online Article is about Nicholas because it emphasizes his individual, singular involvement by publishing a version of the SMA Video (which prominently shows his face) edited by Gannett which specifically identifies Nicholas by name:



The viral video shows Covington student Nick Sandmann standing **face-to-face** with Phillips.

281.   The DFP's Online Article is about Nicholas because it emphasizes his individual, singular involvement by identifying him by name in the body of the article, referencing his statement about January 18 Incident and by other descriptive circumstances.

282.   In its Online Article published through the DFP, Gannett published or republished the following false and defamatory statements:

   (a) "While Sandmann said he wished they the students had walked away, Phillips explained he tried to walk away and was blocked."

   (b) "'There was a spot, there was a place where I could take my people because we were surrounded,' Phillips said.  'I was looking past the crowd and I took that first step and that crowd backed up. I took a second step and the crowd started breaking apart there. I took a third (step) and I actually seen a clear space and we started going that way. From somewhere, from a clear space, a person was there.'"

283.   DFP's Online Article is defamatory per se.

**Louisville Courier-Journal**

284.   Defendant Gannett Satellite Information Network, LLC does business as the "Louisville Courier-Journal."

285.   The Louisville Courier-Journal ("LCJ") is owned and controlled by Gannett through its USA Today Network.

286.    Gannett, by and through LCJ, published one (1) original false and defamatory online article on its website Courier-Journal.com.  Gannett's publication by and through LCJ will hereinafter be referenced simply as "LCJ."

### The LCJ's Online Article

287.    The LCJ's Online Article was published on January 19, 2019 on Courier-journal.com with the headline "Stormy Daniels calls out 'disgusting punks' from Covington Catholic" ("LCJ's Online Article").  A true and correct copy of the LCJ's Online Article is attached hereto as *Exhibit P*.

288.    The LCJ's Online Article remains available online and can be viewed by the Court at https://www.courier-journal.com/story/news/2019/01/19/covington-catholic-indigenous-peoples-march-called-out-by-stormy-daniels/2628767002/ (last accessed Nov. 26, 2019).

289.    The LCJ's Online Article was republished and recirculated online by USA Today Network affiliate the Cincinnati Enquirer with the headline "Stormy Daniels calls out 'disgusting punks' from Covington Catholic."  The Cincinnati Enquirer's online version of the LCJ's Online Article remains online and can be viewed by the Court at https://www.cincinnati.com/story/news/2019/01/19/covington-catholic-indigenous-peoples-march-called-out-by-stormy-daniels/2628767002/ (last accessed Nov. 26, 2019).

290.    The LCJ's Online Article was republished and recirculated online by USA Today Network affiliate the Detroit Free Press with the headline "Stormy Daniels calls out 'disgusting punks' from Covington Catholic."  The Detroit Free Press' online version of the LCJ's Online Article remains online and can be viewed by the Court at https://www.freep.com/story/news/2019/01/19/covington-catholic-indigenous-

peoples-march-called-out-by-stormy-daniels/2628767002/ (last accessed Nov. 26, 2019).

291. The LCJ's Online Article was republished and recirculated online by USA Today with the headline "Stormy Daniels calls out 'disgusting punks' from Covington Catholic.'" The USA Today's online version of the LCJ's Online Article remains online and can be viewed by the Court at https://www.usatoday.com/story/news/2019/01/19/covington-catholic-indigenous-peoples-march-called-out-by-stormy-daniels/2628767002/ (last accessed Nov. 26, 2019).

292. The LCJ's Online Article was republished and recirculated online by USA Today Network affiliate the Tennessean with the headline "Stormy Daniels calls out 'disgusting punks' from Covington Catholic." The Tennessean's online version of the LCJ's Online Article remains online and can be viewed by the Court at https://www.tennessean.com/story/news/2019/01/19/covington-catholic-indigenous-peoples-march-called-out-by-stormy-daniels/2628767002/ (last accessed Nov. 26, 2019).

293. The LCJ's Online Article is about Nicholas because it singles out and emphasizes Nicholas' individual involvement by referencing the Viral Video, which prominently depicts Nicholas' face, and by other descriptive circumstances, such as linking to other articles naming Nicholas and describing him as "that guy in the hat" who "stood in Phillips' way and … blocked [Phillips'] way and wouldn't allow [him] to retreat."

294. Nicholas' friends and acquaintances recognized Nicholas as the subject of the LCJ's Online Article's false and defamatory accusations.

295. In its Online Article published through the LCJ, Gannett published or republished the following false and defamatory statements:

(a) "Daniels weighed in Saturday on the incident involving Covington Catholic High students after video surfaced showing a young man in a 'Make America Great Again' cap trying to intimidate a Native American elder."

(b) "'It was getting ugly, and I [Nathan Phillips] was thinking: "I've got to find myself an exit out of this situation and finish my song at the Lincoln Memorial," Phillips told the Washington Post. 'I [Nathan Phillips] started going that way, and that guy in the hat stood in my way and we were at an impasse.  He just blocked my way and wouldn't allow me to retreat.'"

296.   LCJ's Online Article is defamatory per se.

## The Tennessean

297.   Defendant Gannett Satellite Information Network, LLC does business as the Tennessean.

298.   The Tennessean is owned and controlled by Gannett through its USA Today Network.

299.   Gannett, by and through the Tennessean, published one (1) original false and defamatory online article.  Gannett's publication by and through the Tennessean will hereinafter be referenced simply as the "Tennessean."

300.   The Tennessean republished and recirculated many of the false and defamatory articles identified herein.

### Tennessean's Online Article

301.   Tennessean's Online Article was published on January 30, 2019, on Tennessean.com with the headline "Covington school kids intimidated Native Americans. Who taught them this?" ("Tennessean's Online Article").  A true and correct copy of the Tennessean's Online Article is attached hereto as ***Exhibit Q***.

302.   The Tennessean's Online Article remains available online and can be viewed by the Court at https://www.tennessean.com/story/opinion/2019/01/30/covington-kids-intimidated-native-americans-who-taught-them-that/2716469002/ (last accessed Nov. 12, 2019).

- 59 -

303.   The Tennessean's Online Article was republished and recirculated online by USA Today with the headline "Covington school kids intimidated Native Americans.  Who taught them that?'"   The USA Today's online version of the Tennessean's Online Article remains online and can be viewed by the Court at https://www.usatoday.com/story/opinion/2019/01/30/covington-kids-intimidated-native-americans-who-taught-them-that/2716469002/ (last accessed Nov. 27, 2019).

304.   The Tennessean's Online Article is about Nicholas because it singles out and emphasizes Nicholas' individual involvement by embedding the SMA Video which prominently shows his face:



305.   The Tennessean's Online Article is about Nicholas because it singles out and emphasizes Nicholas' individual involvement by referencing the Viral Video which prominently depicts Nicholas' face and by other descriptive circumstances.

306.   Nicholas' friends and acquaintances recognized Nicholas as the subject of the Tennessean's Online Article's false and defamatory accusations.

307.   In its Online Article published through the Tennessean, Gannett published the following false and defamatory statement:

> "Most credibly, an Indigenous eyewitness states: 'We were surrounded by the boys, and we were alarmingly outnumbered.  As we attempted to continue our path and move through the crowd, the boys closed in around us, until finally one particular boy stood in front of Nathan and refused

to let us pass ... There were so many boys that I couldn't see around them."

308.   The Tennessean's Online Article is defamatory per se.

## GANNETT'S TWEETS

309.   Gannett posted numerous tweets about the January 18 Incident that linked to various portions of the False and Defamatory Accusations identified herein (the "Tweets").

310.   On January 19, 2019 at 4:52 PM, the Cincinnati Enquirer reporter Max Londberg published a tweet from his personal Twitter account (@MaxLondberg) that contained the following statement and link to the First Online Enquirer Article (the "First Tweet"), thereby republishing the article's false and defamatory accusations: "Just spoke with Chase Iron Eyes, one of the organizers of the inaugural Indigenous Peoples March in D.C., during which a group of Catholic high school students from Kentucky tried to chant over about five Native Americans performing a closing ceremony."

311.   The       Court       can       review       the       First       Tweet       at https://twitter.com/MaxLondberg/status/1086743099513159680.

312.   On January 19, 2019 at 1:47 PM, the Louisville Courier-Journal published a tweet from its account (@courierjournal) that linked to the Cincinnati Enquirer's First Online Article with the caption "Covington Catholic faces backlash after video shows incident at indigenous march," thereby republishing the article's false and defamatory accusations (the "Second Tweet").   The Court can review the Sixth Tweet at https://twitter.com/courierjournal/status/1086696555061612544.

313.   On January 19, 2019 at 2:00 PM, the Louisville Courier-Journal reporter Joe Gerth tweeted from his personal account (@Joe_Gerth) a link to the Cincinnati Enquirer's First Online Article, thereby republishing the article's false and defamatory accusations, with the caption, "I'm embarrassed by my religion and embarrassed by

young people today. What are they teaching at Covington Catholic and what are Catholic parents teaching their children?" (the "Third Tweet").

314.    On January 19, 2019 at 4:25 PM, the Louisville Courier-Journal reporter Billy Kobin tweeted from his personal account (@Billy_Kobin) a link to the Cincinnati Enquirer's First Online Article, thereby republishing the article's false and defamatory accusations, with the caption, "Backlash continues after video appears to show Covington Catholic students surrounding and heckling an indigenous man in Washington, D.C. That man has been identified as Vietnam vet and Native American elder Nathan Phillips" (the "Fourth Tweet").

315.    On January 19, 2019 at 8:06 PM, the Louisville Courier-Journal reporter Billy Kobin tweeted from his personal account (@Billy_Kobin) a link to the LCJ's Online Article, thereby republishing the article's false and defamatory accusations, with the caption, "Stormy Daniels calls out 'disgusting punks' from Covington Catholic" (the "Fifth Tweet").

## NICHOLAS IS A PRIVATE FIGURE

316.    Nicholas is a private figure for the purposes of this defamation action, having lived his entire life outside of the public eye.

317.    Prior to the January 18 Incident, Nicholas had no notoriety of any kind in the community at large.

318.    Nicholas did not by any voluntary act involve himself in any particular and identifiable public controversy.

319.    Nicholas did not involve himself publicly to the extent that he either assumed a role of public prominence or was in a position to influence others or the outcome of any identifiable public controversy.

320.    Nicholas has never enjoyed regular and continuing access to the media.

321.   Nicholas made no public appearances prior to the initial false accusations against him arising from the January 18 Incident.

322.   Following the January 18 Incident and prior to Gannett's initial False and Defamatory Accusations, Nicholas had issued no public statements and made no media appearances.

323.   Following the January 18 Incident, Nicholas issued only one public statement and gave one interview.

324.   Nicholas' limited public statements were reasonable, proportionate, and in direct response to the false accusations against him and do not render Nicholas a limited purpose public figure with respect to any of the False and Defamatory Accusations published by Gannett and its USA Today Network.

## GANNETT PUBLISHED NEGLIGENTLY AND MALICIOUSLY

325.   Gannett did not conduct a reasonable investigation before publishing its false and defamatory statements about Nicholas.

326.   Gannett's duty to investigate is heightened where, as here, the January 18 Incident was not breaking news and involved a minor child.

327.   Gannett published its False and Defamatory Accusations negligently and with actual knowledge of falsity or a reckless disregard for the truth.

328.   The negligence, actual malice and common law malice of Gannett is demonstrated by its utter and knowing disregard for the truth available in the complete video of the January 18 Incident—the Banyamyan Video—which was available contemporaneously with the edited clip—the Viral Video—Gannett chose because it appeared to support its biased narrative.

329.   Gannett knew, or certainly could have discovered with a simple Google search, that Phillips has a history of activism, opposition to President Trump and his

policies, and criminal activity such that it was not reasonable for Gannett to publish Phillips' statements without some minimal level of corroboration and additional investigation.

330.   Gannett also knew, or should have known, that Phillips – a man who was in the Marines, who faced down law enforcement in riot gear, and who has admitted to committing assault – was not actually scared of a teenage boy who did nothing more than stand completely still.

331.   Instead, Gannett should have investigated the possibility that Phillips was fabricating his description of the entire incident to get publicity and further his activist narrative.

332.   Indeed, Nicholas did not engage in any conduct whatsoever as he stood perfectly still, and therefore any other characterization of conduct on his part was necessarily a false statement of fact.

333.   Gannett provided its readers with the SMA Video or the Viral Video derived from the Taitano Videos, which Gannett knew was selectively edited, politically motivated and highly misleading, and falsely represented to its readers that the Viral Video contained a complete picture of the January 18 Incident.

334.   Gannett negligently and with actual malice published its False and Defamatory Accusations by departing from the reasonable standard of care employed by journalists, including those standards articulated by the Society of Professional Journalists' Code of Ethics and its self-prescribed ethical Code.

335.   Gannett had obvious reasons to doubt the veracity of its purported firsthand sources, including because they are manifestly biased and because the short video evidence on which Gannett relied did not show Nicholas or the students uttering the chants or slurs they were accused of making or blocking Phillips' egress.

336.    Gannett consciously elected to ignore this contrary information in favor of its pre-conceived false narrative against President Trump and his supporters.

337.    Not only was Gannett aware that the snippets of video it reviewed and broadcast did not support its False and Defamatory Accusations, but Gannett also was aware that the video it reviewed was unsourced and obviously incomplete; nonetheless, Gannett published its False and Defamatory Accusations against Nicholas without any reasonable investigation.

338.    Gannett continued to publish its False and Defamatory Accusations with actual knowledge of falsity, having reviewed video evidence and statements of Nicholas contradicting its False and Defamatory Accusations.

339.    Gannett failed to publish the relevant portions from the longer videos that accurately depicted what happened during the January 18 Incident.

340.    Gannett negligently and recklessly failed to seek information from other obvious sources who were present at the January 18 Incident and would have demonstrated its False and Defamatory Accusations to be false, including Nicholas, and upon information and belief, his classmates, and/or the chaperones.

341.    Gannett negligently and recklessly published its False and Defamatory Accusations despite internal inconsistencies in Phillips' statements, as well as material differences in his statements to other outlets published January 19 and 20.

342.    Gannett negligently and recklessly published its False and Defamatory Accusations in derogation of accepted principles of journalistic standards, including by:

> (a) failing to treat Nicholas as a human being deserving of respect;
>
> (b) failing to verify each accusation before publication;
>
> (c) failing to examine the way in which its own biases and agenda shaped its false reporting.;

- 65 -

(d) wrongfully placing an anti-Trump, anti-Catholic, and anti-pro-life agenda over the harm its False and Defamatory Accusations caused to Nicholas; and

(e) failing to take special care not to misrepresent or oversimplify its coverage, and by failing to provide accurate context to its False and Defamatory Accusations.

343. Upon information and belief, at the time of its initial reporting of and concerning Nicholas, Gannett did not know Nicholas' age and did not make any reasonable attempt to ascertain it despite the general knowledge that Nicholas was a high school student and thus a minor.

344. Gannett's actual malice and common law malice is further evidenced by its failure to retract its False and Defamatory Accusations, even after Nicholas demanded retraction in his letter dated April 22, 2019.

345. Gannett published its False and Defamatory Accusations with common law malice, including because:

(a) it knew its False and Defamatory Accusations were false but published them anyway;

(b) it intended to harm Nicholas because he was a Catholic student at the March for Life wearing a MAGA hat, and it consciously ignored the threats of harm that it knew would inevitably ensue from its accusatory coverage in favor of its political agenda;

(c) it failed to retract its False and Defamatory Accusations despite the harm and danger it knew would be inflicted upon Nicholas; and

(d) it callously ignored the consequences of its actions upon a minor child.

## DAMAGES

346.   The publication of the False and Defamatory Accusations directly and proximately caused substantial and permanent damage to Nicholas.

347.   As a direct and proximate result of the False and Defamatory Accusations, Gannett created a false reputation for Nicholas, falsely branding him as a racist and instigator of a racially intimidating assault and hate crime.

348.   By imposing a false reputation on Nicholas, the False and Defamatory Accusations deprive Nicholas, a minor, of his right to create through his own acts and words his unique reputation as an adult and human being.

349.   The False and Defamatory Accusations are now forever a part of the historical Internet record and will haunt and taint Nicholas for the remainder of his natural life and impugn his reputation for generations to come.

350.   The False and Defamatory Accusations were republished by third parties and members of the mainstream and social media mob, which was reasonably foreseeable.

351.   The False and Defamatory Accusations against Nicholas are defamatory *per se*, as they are libelous on their face without resort to additional facts, and subjected Nicholas to public hatred, contempt, scorn, obloquy, and shame.

352.   As a direct and proximate result of Gannett's False and Defamatory Accusations:

> (a) Nicholas suffered personal physical injury and physical sickness;
>
> (b) Nicholas suffered permanent, perpetual harm to his reputation;
>
> (c) Nicholas suffered and will continue to suffer severe emotional and mental distress;

(d) Nicholas sought and received medical treatment for emotional and mental distress at Cincinnati Children's Hospital and to date has incurred Four Hundred Thirty-Eight Dollars ($438.00) in out-of-pocket medical expenses, with a probability of additional expenses being incurred in the future; and

(e) Nicholas is forced to live his life in a constant state of concern over his safety and the safety of his family.

353.    As a proximate result of Gannett's false accusations, Nicholas has suffered a brain injury, dendritic atrophy, and other permanent brain injuries to his prefrontal cortex which has resulted in permanent neuropsychological damage.

354.    For five days, beginning May 4, 2020, a team of five professionals from Shelton Forensic Solutions conducted psychological, neuropsychological, and psychiatric evaluations of Nicholas to determine the scope of his brain injury.   Their examination of Nicholas resulted in a sixty-three-page forensic evaluative report.

355.    The unanimous conclusion of the five professionals, each of whom holds a terminal degree, is that "Nick has met or meets criteria for Post-Traumatic Stress Disorder."

356.    The professionals concluded that:

(a) "It is clear that [Nicholas] has suffered traumas, and that he continues to be affected by those traumas in both typical and atypical ways,";

(b) the dendritic atrophy Nicholas suffered "refers to the change in the branching of [his] neurons";

(c) "there is no doubt that Nick's exposure, at the young age 16, to such wide-scale and sustained public hate has affected him neuropsychologically"; and

(d) Nicholas will suffer a "lifelong permanent impairment" caused by "the multiple fractures it creates and the resulting fragility of the victim coupled with the likelihood of the future triggering events."

357.   Consistent with these professionals' opinion, Nicholas' loss of neurons has damaged his prefrontal cortex, resulting in a loss of attention-span, flexibility, and inhibition; Nicholas has suffered physical injuries to the white matter in his brain, leading to diminished cognitive processing; Nicholas has suffered psychical injuries to his hippocampus that cause him to suffer sleep inconsistencies.

358.   Gannett's conduct has proximately caused Nicholas' brain to be altered structurally and functionally.

359.   Gannett published its False and Defamatory Accusations with actual malice and common law malice, thereby entitling Nicholas to an award of punitive damages.

360.   Gannett's conduct was outrageous and willful, demonstrating that entire want of care that raises a conscious indifference to consequences.

361.   Nicholas is entitled to an award of punitive damages to punish Gannett and to deter it from repeating such egregiously unlawful misconduct in the future.

**WHEREFORE**, Nicholas respectfully prays:

(a)   That judgment be entered against Gannett for substantial compensatory damages in an amount not less than Forty-Five Million Dollars ($45,000,000.00);

(b)   That judgment be entered against Gannett for punitive damages in an amount not less than One Hundred and Fifty Million Dollars ($150,000,000.00);

(c)   That Nicholas recover his reasonable attorneys' fees and expenses from Gannett;

(d)     Trial by jury on all issues so triable;

(e)     That all costs of this action be taxed to Gannett; and

(f)     That the Court grant all such other and further relief that the Court

deems just and proper, including equitable relief.


Respectfully submitted this 28th day of August, 2020.


**HEMMER DEFRANK WESSELS PLLC**              **L. LIN WOOD, P.C.**

**/s/ Todd V. McMurtry**                     L. Lin Wood (*pro hac vice*)
Todd V. McMurtry (KBA #82101)                L. LIN WOOD, P.C.
HEMMER DEFRANK WESSELS, PLLC                 1180 W. Peachtree St., Ste. 2040
250 Grandview Drive, Ste. 500                Atlanta, GA 30309
Ft. Mitchell, KY 41017                       Phone: (404) 891-1402
Phone: (859) 344-1188                        Fax: (404) 506-9111
Fax: (859) 578-3869                          lwood@linwoodlaw.com
tmcmurtry@hemmerlaw.com