# **EXHIBIT H**

# GANNETT

May 15, 2019

**VIA EMAIL & FIRST-CLASS MAIL**

L. Lin Wood, Esq.
L. LIN WOOD, P.C.
1180 West Peachtree Street, Suite 2040
Atlanta, GA 30309
Email: lwood@linwoodlaw.com

Dear Mr. Wood:

I am associate general counsel for Gannett Co., Inc. My colleague Barbara Wall referred your correspondence on behalf of Nicholas Sandmann.

As you know, your correspondence referenced twenty-six articles and fourteen social media posts, further referencing more than one hundred and seventy-five statements within these forty publications. We appreciate you affording us the time to consider the issues you have raised.

At bottom, and although the USA TODAY Network[1] takes concerns regarding the accuracy of its news coverage seriously, we respectfully disagree with your characterization of our news coverage. Our coverage cannot reasonably be characterized as an attempt by "the USA Today Network [to] orchestrate[] and join[] an agenda-driven mainstream and social media mob whose goal was to harass, threaten, disparage, and vilify Nicholas," as your correspondence contends. Nor is it plausible to allege that our journalists "purposefully avoided the truth in its biased effort to advance an anti-Trump agenda." Furthermore, it is simply wrong to contend that the USA TODAY Network has failed to "publish the incontrovertible truth of this incident" as offered by Mr. Sandmann, his lawyers or supporters. Nothing could be further from the truth.

While your correspondence identifies numerous statements alleged to be actionable, the statements are divorced from the context of the articles in which they are found. To cite but one example, your correspondence seeks a retraction of our coverage of a question posed by NBC's Savanah Guthrie to Mr. Sandmann on the *Today* Show, but overlooks that the article primarily consists of Mr. Sandmann's version of events, including his response to Ms. Guthrie's question:

> On the *Today* Show, Nick talked about the events leading up to the face-off, saying that he and the other students were provoked. He said he felt threatened.

---

[1] Your correspondence refers to articles published by USA TODAY, *The Cincinnati Enquirer*, the *Courier-Journal*, the *Detroit Free Press* and *The Tennessean*. These publications are part of the USA TODAY Network of news organizations.

Office: 703 854 6417  tcurley@gannett.com
Gannett Co., Inc. · 7950 Jones Branch Drive · McLean, VA 22107

Thomas Curley
Associate General Counsel

2

> On one video, Phillips is quickly circled by students who begin to jump and chant.
>
> Nick said a chaperone gave them permission to start the chant seen in longer videos. As for why they started chanting, Nick said being positive seemed better than letting the Black Hebrew Israelites "slander us." The chants were school-related, Nick said.
>
> "I certainly hope they didn't feel threatened by us. I would just say the fact remains they initiated their comments with us. I mean they provoked us into a peaceful response of school spirit," Nick said.
>
> The Black Hebrew Israelites can be seen in longer videos of the incident harassing different groups of people before interacting with the group of Covington Catholic students.
>
> Nick told Guthrie that he wishes he and his classmates had walked away.
>
> "Do you feel from this experience that you owe anybody an apology?" Guthrie asked Nick. "Do you see your own fault in any way?"
>
> Nick responded by saying: "As far as standing there, I had every right to do so. I don't – I – my position is that I was not disrespectful to Mr. Phillips. I respect him. I'd like to talk to him. I mean – in hindsight I wish we could have walked away and avoided the whole thing."[2]

In other words, there is no reasonable reading of this article in which Ms. Guthrie's question standing alone could be actionable under the law of defamation, let alone credibly viewed as part of a calculated effort to disparage Mr. Sandmann.

The other challenged statements suffer from a variety of similar or other legal deficiencies, including but not limited to:

- the statements are not "of and concerning" Mr. Sandmann within the meaning of defamation law;

- taken as a whole or in context, the statements or implications are not reasonably capable of a defamatory meaning;

---

[2] https://www.cincinnati.com/story/news/2019/01/23/covington-catholic-today-show-nicholas-sandmann/2655300002/

Office 703.854.6412 tcurley@gannett.com
Gannett Co., Inc. · 7950 Jones Branch Drive · McLean, VA 22102

Thomas Curley
Associate General Counsel

3

- the statements are accurate;

- the statements were published without fault, including due to the reliance on wire services, news organizations or other reputable sources;

- the statements are non-actionable expressions of opinion; and/or

- the statements are not actionable pursuant to Section 230 of the Communications Decency Act.[3]

More fundamentally, the statements, conclusions and opinions which your correspondence claims the USA TODAY Network omitted to further a perceived agenda – and which you demand we publish to correct the record – we have in fact already published – repeatedly.

What follows below is only a sample of what has been published and we offer it to correct the record regarding the substance of our news coverage of this public controversy.

For example, and prior to Mr. Sandmann's appearance on NBC, the USA TODAY Network published the entirety of Mr. Sandmann's statement concerning the events at the Lincoln Memorial and repeatedly reported upon the substance of his statement. *See, e.g., Covington Catholic student from incident at the Indigenous Peoples March issues statement with his side of the story*, THE CINCINNATI ENQUIRER ("I am providing this factual account of what happened on Friday afternoon at the Lincoln Memorial to correct misinformation and outright lies being spread about my family and me. … The protestor everyone has seen in the video began playing his drum as he waded into the crowd, which parted for him. I did not see anyone try to block his path. He locked eyes with me and approached me, coming within inches of my face. He played his drum the entire time he was in my face. I never interacted with this protestor. I did not speak to him. I did not make any hand gestures or other aggressive moves. To be honest, I was startled and confused as to why he had approached me. We had already been yelled at by another group of protestors, and when the second group approached I was worried that a situation was getting out of control where adults were attempting to provoke teenagers. ….").[4]

Indeed, at the time of the incident and on a continuing basis thereafter, the USA TODAY Network published numerous articles giving prominence to Mr. Sandmann's views or those of his family, as well as statements by his attorneys:

---

[3] Of course, the foregoing is not intended to be a complete statement of our legal position and defenses. Instead, as demonstrated below, we focus in this correspondence on what appears to be a misunderstanding concerning the nature and scope of our news coverage about this controversy.

[4] https://www.cincinnati.com/story/news/politics/2019/01/20/covington-catholic-student-video-issues-statement-his-side-story/2634008002/

Thomas Curley
Associate General Counsel

4

- On Sunday night, Sandmann released a three-page statement in which Nick defended his actions and offered his version of events. ***Describing himself as a Christian and practicing Catholic, he wrote that the Native American man, Nathan Phillips, had approached him, not the other way around. Phillips supported that in separate interviews later in the weekend.***[5]

- Accounts of the episode vary widely, and the question of each party's intent has been hotly contested. In an effort to establish a timeline, *The Enquirer* has reviewed video, shot from different angles, and paired it with interviews and other information to help bring clarity to what transpired.[6]

- After short clips went viral this weekend of an incident between students from Covington Catholic High School and a Native American man at a rally in Washington, D.C., people are now saying full-length clips show the students were provoked. … Sandmann released a statement Sunday night in which he said Phillips approached him. "I believed that by remaining motionless and calm, I was helping to diffuse the situation. I realized everyone had cameras and that perhaps a group of adults was trying to provoke a group of teenagers into a larger conflict. I said a silent prayer that the situation would not get out of hand," he said in the statement.[7]

- A small group of pro-life and religious leaders urged the FBI and the U.S. Justice Department to investigate threats made against the Covington Catholic High School students. … "Every year, we are regularly harassed, regularly disparaged," [Religious leader Mark] Harrington said. "We produce videos…that show the treatment that we get, and our young people get at the Women's March, yet crickets from the media." Harrington said Nick Sandmann, the student who the viral video focused on was in the "wrong place at the wrong time with a MAGA hat, and it's national news."[8]

- The bishop who oversees Covington Catholic High School apologized Thursday for the school's and Diocese of Covington's reaction to the incident at the Lincoln

---

[5] https://www.usatoday.com/story/news/local/2019/01/21/covington-catholic-runswitch-pr-helped-student-in-controversial-video/2638400002/ (emphasis added)

[6] https://www.freep.com/story/news/2019/01/20/analyzing-video-incident-indigenous-peoples-march/2631412002/

[7] https://www.tennessean.com/story/news/2019/01/20/covington-catholic-incident-indigenous-peoples-march-longer-video/2631381002/

[8] https://www.usatoday.com/story/news/2019/01/29/rally-urge-fbi-investigation-into-threats-against-covcath-students/2708739002/

Office: 703.854.6417 tcurley@gannett.com
Gannett Co., Inc. · 7950 Jones Branch Drive · McLean, VA 22107

Thomas Curley
Associate General Counsel

5

> Memorial. An initial statement from officials condemned the students for their actions. A statement released Tuesday said the diocese would initiate a third-party investigation of the incident. "***We apologize to anyone who has been offended in any way by either of our statements which were made with good will based on the information we had***," wrote Bishop Roger Foys. "We should not have allowed ourselves to be bullied and pressured into making a statement prematurely, and we take full responsibility for it. ***I especially apologize to Nicholas Sandmann and his family as well as to all CovCath families who have felt abandoned during this ordeal***."[9]

- Testifying before a phalanx of cameras, [Ted] Sandmann said his 16-year-old son, Nick, endured a torrent of online abuse, threats and ridicule after the video of the Washington, D.C., encounter — his son in a red Make America Great Again hat face to face with the Native American leader — exploded on the internet, attracting millions of views. "It shows how far out of control social media has become," Sandmann said.[10]

- "The legal team representing Nick Sandmann has filed a lawsuit in federal court seeking $250 million in damages against the *Washington Post*, according to Sandmann's attorney."[11]

- Covington Catholic High School student Nick Sandmann plans to sue CNN for more than $250 million over alleged "vicious" and "direct attacks," his lawyer told Fox News. This comes just weeks after the Kentucky teen's legal team filed a lawsuit in federal court against the *Washington Post*.[12]

- Nick Sandmann's legal team has filed another lawsuit, this time against NBCUniversal and MSNBC, according to a lawyer representing him. The lawsuit against the network asks for $275 million in damages. This will be the third defamation lawsuit filed against a media company by Nick's team. … "In short, the false and defamatory gist of NBCUniversal's collective reporting conveyed to its viewers and readers that Nicholas was the face of an unruly hate mob of

---

[9] https://www.usatoday.com/story/news/nation/2019/01/27/bishop-covcath-this-no-win-situation-we-not-going-win/2695509002/ (emphasis added). The Bishop's statement was published in full in the article.

[10] https://www.courier-journal.com/story/news/politics/ky-legislature/2019/03/06/covington-catholic-nick-sandmann-father-supports-kentucky-anti-doxing-bill/3078603002/

[11] https://www.courier-journal.com/story/news/2019/02/19/covington-catholic-student-nick-sandmann-legal-team-sues-washington-post/2921868002/

[12] https://www.usatoday.com/story/news/nation/2019/03/09/covington-catholic-lawsuit-planned-against-cnn-lawyer-says/3114618002/

Office: 703.854.6417 tcurley@gannett.com
Gannett Co., Inc. 7950 Jones Branch Drive McLean, VA 22107

Thomas Curley
Associate General Counsel

6

> hundreds of white racist high school students who physically assaulted, harassed, and taunted two different minority groups engaged in peaceful demonstrations, preaching, song, and prayer," according to a complaint provided by Nick's attorneys.[13]

The USA TODAY Network also published an eyewitness account of a Covington chaperone in an article headlined *Covington Catholic parent: 'Nothing the chaperones could have done differently'*:

> No one with the Covington Catholic group at the time saw it as a confrontation, [parent Val] Andreev said. They didn't think anything of it until the next day when social media erupted with outrage.
>
> "If you look at any videos, there was no confrontation," Andreev told the USA TODAY Network. "There was nothing to control. There was not any aggression."
>
> He said another chaperone made the Covington Catholic boys move further back from the Native American protesters. He didn't hear any of the Covington Catholic students chant "build that wall." He said chaperones gave permission for the students to chant "school spirit" slogans in response to some members of the Black Israelites yelling obscenities at them.
>
> ***He backed Sandmann's statement that Phillips and the Native Americans approached them. He believes the students were targeted by the Native American protesters because some were wearing red "Make America Great Again" hats.***
>
> ***"Our boys were set up for this event," Andreev said. "It was staged."***[14]

In addition, the USA TODAY Network also published the results of the Diocese's investigation:

> The Diocese of Covington's investigation involving Covington Catholic students in Washington D.C. that went viral has concluded and found that the students did not "instigate the incident."

---

[13] https://www.usatoday.com/story/news/nation/2019/05/02/covington-catholic-nick-sandmann-legal-team-sues-nbc-msnbc/3649837002/

[14] https://www.tennessean.com/story/news/politics/2019/01/21/where-were-covington-catholic-students-chaperones/2637118002/ (emphasis added)

Thomas Curley
Associate General Counsel

7

> On Wednesday, Bishop Rev. Roger Foys said his hopes had been realized in that the students were exonerated and that they "can move forward with their lives." … Here's what the investigation found:
>
> - No evidence was found that students performed a "Build the Wall" chant or made racist remarks to the Black Hebrew Israelites or Phillips
> - Most of the students felt like (Phillips) was coming into their group to join in with the students' cheers, investigators said. None of the students said they felt threatened by Phillips and many stated they were "confused."
> - Video shows that some students performed a "tomahawk chop" to the beat of Phillips' drumming and some joined in with his chant.
> - Nine chaperones reported being present at the Lincoln Memorial when the main interactions took place. Investigators said video confirms at least five chaperones were present.
> - Chaperones said they didn't feel that students were in danger or threatened. …[15]

In short, the USA TODAY Network did not simply publish the views of Mr. Phillips or his supporters, but instead reported multiple perspectives of the event. To again cite but one of many examples, the *Detroit Free Press* wrote at length concerning the Black Hebrew Israelites group in an article headlined *Hate movement against whites, Jews, gays new focus of D.C. video clash*:

> News reports thrust the movement into the national spotlight and raised questions about the intentions of the Israelites, who can be found proselytizing on street corners in cities nationwide, including Detroit.
>
> ***But, Beirich, the director of the civil-rights organization's project to track domestic extremists, said the obscure movement's followers promote hate against Jewish, gay and white people. In many ways, she added, they are a "mirror image" of white groups that hate blacks.***
>
> The Southern Poverty Law Center — founded by civil rights attorneys in the 1970s to fight racism, white supremacist groups and protect people from discrimination — lists organizations ascribing to the movement as hate groups.
>
> Judith Weisenfeld — a professor at Princeton University whose research focuses on African-American religion — said that while

---

[15] https://www.cincinnati.com/story/news/local/northern-ky/2019/02/13/bishop-covcath-students-did-not-instigate-d-c-incident-and-behavior-commendable/2858401002/

Thomas Curley
Associate General Counsel

8

> Black Hebrew Israelites followers fit the center's definition of a hate group, "they have no power to do much."
>
> "They reject whiteness and see themselves as God's people in a way that's not unlike the theological rejection that the Nation of Islam does," she said. "***What they were doing this weekend is what they do: They plant themselves and they orally assault people in their proselytizing.***"
>
> Before the initial viral video was taken, a small group of Black Hebrew Israelites were sermonizing and shouting insults at the mostly white students from Kentucky wearing "Make America Great Again" ball caps.
>
> The Black Hebrew Israelites have denied that they were instigators, and other groups tied to the movement have said they have been unfairly targeted by the Southern Poverty Law Center. But longer videos from the day show them insulting the students and having tense exchanges with a group of Native American protesters.[16]

From the outset of the controversy and thereafter, the USA TODAY Network also published multiple articles and editorials critically examining the spread of information concerning this incident on social and other media:

- *Cincinnati Enquirer*: Our role as a local news organization is to be a reliable source for news and information, especially when a story goes viral and conflicting narratives emerge. I think it's important that we quickly "plant our flag" in a developing story so readers and viewers know we're out there doing our jobs, reporting the story in real time. Those are the demands of the digital age. Did we plant the flag too early? That's a judgment call not everyone will agree with, so I accept the criticism. What I won't accept are accusations that we acted irresponsibly. On the contrary, it was our reporting, shared nationally through the USA TODAY Network, that helped give people a more accurate understanding of the confrontation.[17]

- USA TODAY: *How a few shady social media posts fed a viral firestorm over Covington Catholic (and why it will happen again)*: An investigation conducted on behalf of the Diocese of Covington concluded last week that the students did

---

[16] https://www.freep.com/story/news/local/michigan/2019/01/23/black-hebrew-israelites-catholic/2645464002/ (emphasis added)

[17] https://www.cincinnati.com/story/opinion/2019/01/25/fake-news-played-role-covington-catholic-high-school-story-but-like-confrontation-itself-its-not-sim/2671545002/

Office 703.854.6417 tcurley@gannett.com
Gannett Co., Inc. · 7950 Jones Branch Drive · McLean, VA 22107

not instigate the incident and made no "offensive or racist statements," though the report acknowledged some students made a "tomahawk chop" gesture. The investigation determined, as did reporting by some news outlets, that Phillips had approached the students as they exchanged words with the Black Hebrew Israelites, contradicting what he first said when describing the standoff. Phillips said he stepped between the students and the Black Hebrew Israelites to defuse the "volatile" situation. But fuller video of the entire encounter shows Phillips walk past the Black Hebrew Israelites and up to the students.[18]

- *Courier-Journal*: Here in Louisville, we updated our Saturday and Sunday stories, headlines and photos/videos more than two dozen times. We pushed hard to represent the views of everyone in this debate, including Rep. Thomas Massie, who strongly defended the boys on Twitter; President Trump; the tribal leader; the student; and Kentucky's governor. I hope what unfolded at the Lincoln Memorial and over the ensuing three days taught all of us — editors, politicians, activists and anyone willing to blast opinions on social media — to pause a bit longer, gather more information and act even more thoughtfully should something similar happen again. As editors, we owe that to our readers, to the public and frankly, to the First Amendment that allows us to pursue these careers we love.[19]

- *Detroit Free Press*: Those of us in the so-called mainstream media know caution is always called for, and we do not presume social media posts to be true until we have verified them ourselves. In this instance, we all wish we had understood more about the origins of the furor, and the pivotal role played by the trolls Twitter has since expelled from its website, earlier in the game. … **Perhaps the most wisdom in this whole controversy comes from the "Today" show interview with Nick Sandmann**, the Covington Catholic student who was shown in the video to be smiling (or however you wish to describe his facial expression) at Phillips: "I mean, in hindsight, I wish we could've walked away and avoided the whole thing." I feel for that young man, being thrust into the spotlight similarly to the kids after the Florida school shooting last year. **Having been a teen-age boy once (albeit countless decades ago), I admired his poise**.[20]

---

[18] https://www.usatoday.com/story/news/investigations/2019/02/19/covington-catholic-outrage-spread-shady-facebook-and-twitter-posts/2667213002/

[19] https://www.courier-journal.com/story/opinion/2019/01/25/covington-catholic-controvery-how-louisville-and-cincinnati-covered/2683343002/

[20] https://www.freep.com/story/opinion/2019/01/25/nathan-phillips-covington-catholic-lessons/2675868002/ (emphasis added)

Thomas Curley
Associate General Counsel

10

Similarly, although your correspondence notes the publication of opinions which are alleged to have been directed to Covington Catholic students generally or Mr. Sandmann in particular, your correspondence omits the numerous articles, posts or columns published by the USA TODAY Network which included statements of support for the students or Mr. Sandmann:

- The President tweeted Monday night: ***Looking like Nick Sandman [sic] & Covington Catholic students were treated unfairly with early judgements proving out to be false - smeared by media***. Not good, but making big comeback! "New footage shows that media was wrong about teen's encounter with Native American"[21]

- The Covington Catholic students at the center of a viral firestorm after their encounter with a Native American activist have been "tried, convicted and sentenced by the media" and "partisan observers," Senate Majority Leader Mitch McConnell said. Speaking Wednesday on the Senate floor, McConnell said "far-left activists and members of the national and state media" used portions of a video from the Friday encounter outside the Lincoln Memorial in Washington, D.C., to justify attacks on students from the all-male Catholic school in Park Hills, Kentucky. "***Because of what some highly partisan observers thought they saw in a few seconds of a confusing video***," McConnell said, "***these kids, their families and their school were met with a deluge, a literal deluge, of partisan vitriol***."[22]

- Gov. Matt Bevin in an interview with Fox News called out the "bigotry show by the media" in the Covington Catholic coverage and claimed the students acted "far more responsible" than the adults in the video. ... "There has been an incredible amount of bigotry shown by the media," Bevin said. "***The people who took this and ran with this, who didn't verify anything, the people who made assumptions about these kids because of their color, because of their gender, because of their faith, because of where they lived, because of the hat that they were wearing***. People didn't bother to do the basic checking of facts that anybody who is worth their salt in the media should have and would have done because

---

[21] https://www.cincinnati.com/story/news/2019/01/21/donald-trumps-statement-incident-between-covcath-student-and-protestor/2641495002/ (emphasis added)

[22] https://www.courier-journal.com/story/news/politics/2019/01/23/mitch-mcconnell-covington-catholic-outrage-partisan-vitriol/2657654002/ (emphasis added). Although your correspondence references this article, it omits the subject matter, *i.e.*, Senator McConnell's support for the Covington students.

Thomas Curley
Associate General Counsel

11

> this fit the narrative and the stereotype and the bigotry that they wanted so desperately to run with."[23]

- [U.S. Representative Thomas] Massie on Sunday said the students' parents and mentors should be proud of the way the students responded. "***In the face of racist and homosexual slurs, the young boys refused to reciprocate or disrespect anyone. Even when taunted by homophobic bigots, which was obviously bewildering to them, they insulted no one***," he wrote. "It is my honor to represent them."[24]

- Columnist Scott Jennings: "The Cabal will do virtually anything to keep The Narrative afloat. … It vilified — in error and without investigation — a mild-mannered teenager for wearing a hat while visiting the Lincoln Memorial. … ***Sandmann and his classmates, via video evidence and an investigative report, were exonerated, but The Cabal refuses to punish the actual instigators for spewing hate and dissembling about what really happened***. Instead, The Cabal searches for Orwell's face crimes while calling for hat bans.[25]

Finally, print coverage of the incident by the USA TODAY Network was similar in kind. For example, USA TODAY published the following articles: *New video shows a different side of standoff with Native American; Student decries 'outright lies' fostered by posts*, published on 1/22/19 ("The longer version of the incident is more complex, and now that it has surfaced, the rush to judge the teenagers, who were in the nation's capital for the anti-abortion March for Life, is coming under attack."); *Covington outrage shows danger of mobs; Don't add your uninformed opinion to social media din*, published on 1/24/19 ("The initial media narrative – that the boys had targeted, mobbed and harassed a Native American man in some hateful display of racism and white supremacy – appears to have been woefully misguided."). *The Cincinnati Enquirer* published the following articles: *Our boys were set up,' CovCath chaperone says; National Mall confrontation called tinderbox*, published on 1/22/19; *Bishop clears Covington Catholic teens in incident; Investigation shows students didn't 'instigate' D.C. situation*, published on 2/21/19; *CovCath actions commendable, bishop says*, published on 2/14/19; *Report: Black Hebrew Israelites listed as hate group by Southern Poverty Law Center*, published on 1/22/19; *A few questions for Nathan Phillips,* published on 1/26/19; *Bishop Foys apologizes and calls for investigation*, published on 1/31/19. The *Courier-Journal* published the following articles: *Rep. Massie defends high school students*, published on 1/22/19; *Bevin: Students were 'far more*

---

[23] https://www.courier-journal.com/story/news/politics/2019/01/23/matt-bevin-defends-covington-catholic-students-fox-news-tucker-carlson/2655273002/ (emphasis added)

[24] https://www.tennessean.com/story/news/politics/2019/01/20/covington-catholic-video-thomas-massie-defends-kentucky-students/2634130002/ (emphasis added)

[25] https://www.courier-journal.com/story/opinion/2019/02/19/trump-hasnt-unleashed-army-racist-maga-hat-monsters/2903556002/ (emphasis added)

Thomas Curley
Associate General Counsel

12

*responsible' than adults,* published on 1/24/19; *McConnell: Media 'tried, convicted and sentenced' students*, published on 1/24/19; *Attorneys consider libel lawsuits; Media outlets, dioceses warned to save documents from CovCath controversy*, published on 2/4/19.

As noted, the preceding is but a sample of our news coverage of this public controversy. However, this summary amply reflects that our coverage cannot fairly be caricatured as one-sided or driven by an ideological agenda. On the contrary, and from the outset of this incident, the USA TODAY Network has reported your client's statements and perspective and we will of course continue to do so. While we respectfully request that your client reconsider the threat of litigation, we nevertheless reserve all of our rights, privileges and defenses.

Sincerely,

Thomas Curley

cc: Barbara W. Wall, Esq.