# EXHIBIT I

# KENTON RECORDER

*Your Community Recorder newspaper serving all of Kenton County*



**2 DAY SALE**
1/26 - 1/27
8 AM - 8 PM

THURSDAY, JANUARY 24, 2019 ∎ BECAUSE COMMUNITY MATTERS ∎ PART OF THE USA TODAY NETWORK



In this Jan. 18, image made from a video provided by the Survival Media Agency, Nick Sandmann wearing a "Make America Great Again" hat, center left, stands in front of Nathan Phillips, a Native American singing and playing a drum in Washington. SURVIVAL MEDIA AGENCY VIA AP

## Video being analyzed from incident in Washington, DC

### Covington Catholic involved in the encounter that is being reviewed

**Sarah Brookbank** Cincinnati Enquirer | USA TODAY NETWORK

Video of an incident in Washington, D.C. on Friday involving Covington Catholic High School students, Native American marchers and Black Hebrew Israelites has sparked intense debate about how, exactly, the encounter played out.

Accounts of the episode vary widely and the question of each party's intent has been hotly contested. In an effort to establish a timeline, The Enquirer has reviewed video, shot from different angles, and paired it with interviews and other information to help bring clarity to what transpired.

**Multiple groups merge at The Lincoln Memorial**

The March for Life, which the Covington Catholic students traveled to Washington D.C. for, started at 10 a.m. Friday and featured music and a rally. At 1 p.m., the march itself began, ending outside the Supreme Court and Capitol Building. The March for Life events were scheduled to end around 3 p.m.

The Indigenous Peoples March occurred from 8 a.m. to 5 p.m. The rally portion of the event started at 11 a.m. and lasted until 5 p.m., according to a flyer for the event. The rally took place on Henry Bacon Drive, near the Lincoln Memorial.

The Capitol Building and Lincoln Memorial are on opposite sides of the National Mall, approximately 2.5 miles apart, according to Google Maps.

According to a Detroit Free Press interview with Nathan Phillips, the indigenous man surrounded by students in the video that sparked the outcry, the incident occurred after 5 p.m., when the Indigenous Peoples March ended.

Nick Sandmann, the Covington Catholic High School student shown in the video the Native American activist, said in a lengthy statement issued Sunday night: "I arrived at the Lincoln Memorial at 4:30 p.m. I was told to be there by 5:30 p.m., when our busses were due to leave



Flags fly over the Covington Catholic High School stadium in Park Hills, Jan 20. BRYAN WOOLSTON/AP

**MORE INSIDE**

A vigil for peace and against racism brought together people at the Roman Catholic Diocese of Covington on Jan. 22. Story and photos, page A8

Washington for the trip back to Kentucky. We had been attending the March for Life rally, and then had split up into small groups to do sightseeing."

**What the video shows**

The initial video, which quickly went viral, showed Sandmann, in a "Make America Great Again" hat, standing very close to and staring at Phillips while Phillips played the drum and chanted. They were surrounded by a larger group of students whose chants drowned out the Native American man.

That video alone only tells part of the story.

A separate video that surfaced over the weekend shows a preceding encounter between the students and a small group of Black Hebrew Israelites, who were also at the Lincoln Memorial.

In this video, apparently shot by one of the Black Hebrew Israelites, the group of men is seen arguing and

See VIDEO, Page 7A

## Nathan Phillips wants to meet with students from Covington Catholic school

**Melissa Reinert** Cincinnati Enquirer
USA TODAY NETWORK

Nathan Phillips has changed his mind on meeting with CovCath students.

He's offering to travel as a delegate representing the international coalition behind the Indigenous Peoples March to Covington Catholic High School in and have a dialogue about cultural appropriation, racism and the importance of listening to and respecting diverse cultures, he said in a news release.

"Race relations in this country and around the world have reached a boiling point," said Phillips. "It is sad that on the weekend of a holiday when we celebrate the life and legacy of Dr. Martin Luther King, Jr., racial hostility occurred on the steps of the Lincoln Memorial, where King gave his 'I Have a Dream' speech."



Nathan Phillips

Now, he says he'd like to use what occurred as a teachable moment.

Phillips and others were closing the Indigenous Peoples March with a prayer ceremony when, videos show, two groups, Black Hebrew Israelites and the high school students, began arguing. Phillips said he approached and stepped between the two groups in an effort to quell the incident.

"I have read the statement from Nick Sandmann, the student who stared at me for a long time. He did not apologize, and I believe there are intentional falsehoods in his testimony," Phillips continued. "But I have faith that human beings can use a moment like this to find a way to gain understanding from one another."

Phillips expressed appreciation for the statements from the school and the mayor of Covington that mockery and taunting are not representative of the compassion, respect, and other inclusive values they want to teach.

"So, let's create space for the teaching of tolerance to happen," he said.

Phillips, the Indigenous Peoples March and the Lakota People's Law Project are preparing to

See PHILLIPS, Page 8A

### Drivers needed to deliver Community Recorder once a week

Part-time adult motor route drivers are needed in the Villa Hills and Edgewood areas to deliver the Recorder newspapers. Drivers must be available on Thursdays and have a reliable vehicle. For more information, call 859-442-3461.

---

**How to submit news**
To submit news and photos to the Community Press/Recorder, visit the Cincinnati Enquirer's Share website: http://bit.ly/2FjtKoF

**Contact The Press**
News: 513-248-8600, Retail advertising: 513-768-8404, Classified advertising: 513-421-6300, Delivery: 859-781-4421. See page A2 for additional information

Vol. 2 No. 1 © 2019
The Community Recorder
ALL RIGHTS RESERVED

Price $1.00



6  53174 25020  9



**CD MANAGEMENT ACCOUNT**
**2.54% APY**

$2,500 minimum opening deposit • 1-year maturity term • Call 859-905-5590
Apply online at centralbank.com • Florence • Crestview Hills • Ft. Mitchell

Annual Percentage Yield (APY) is accurate as of 1/23/2019. The account is a variable rate and the rate may change after the account is opened. This is the posted rate, but rates may vary if amount, term or other conditions vary. Fees may reduce earnings on the account. Penalty may be imposed for early withdrawal. Account will be closed if the balance falls below $500 at any time during the term.

Member FDIC

**Central Bank**
CENTRAL TO YOU



A man leaves a sign with the words "This was not Okay," at Covington Catholic High School Jan 20. BRYAN WOOLSTON/AP

## Video

Continued from Page 1A

talking with a number of people who appear to be involved in the Indigenous Peoples March.

The group of Black Hebrew Israelites also interacted with people who were walking around the area between the Lincoln Memorial and the Reflecting Pool.

A large group of people gathered on the steps of the Lincoln Memorial behind the Black Hebrew Israelites, as one of the members continues to shout at the crowd. It is not clear from the videos when the Covington Catholic students entered the crowd.

The man then turned around and address the large crowd gathered on the steps.

"A bunch of babies made out of incest," the man said. "You worship blasphemy."

According to Phillips, the Covington Catholic students were observing the Black Israelites talk and started to get upset at their speeches.

At one point the students started a chant, similar to what you would hear from the student section of a pep rally.

A student walked down the stairs, took off his jacket and shirt, which caused the students to yell and jump around. They started a small chant, with the shirtless boy leading the group. The student then put his shirt back on and went back into the crowd.

The man filming the video said "do you see who the real caveman is now?"

"When we arrived, we noticed four African American protestors who were also on the steps of the Lincoln Memorial," Sandmann said in his statement. "I am not sure what they were protesting, and I did not interact with them. I did hear them direct derogatory insults at our school group."

Shortly after that, the students started jumping around and chanting the opening of the White Stripes "Seven Nation Army."

According to Sandmann: "Because we were being loudly attacked and taunted in public, a student in our group asked one of our teacher chaperones for permission to begin our school spirit chants to counter the hateful things that were being shouted at our group. The chants are commonly used at sporting events."

The video then shows Phillips approaching, beating his drum, while the students were sitting down.

Phillips said he was trying to defuse the situation, according to a Detroit Free Press interview.

Phillips said some of the members of the Black Hebrew Israelites were "saying some harsh things" and that one member spit in the direction of the Catholic students.

"So I put myself in between that, between a rock and hard place," he said.

"They were in the process of attacking these four black individuals," Phillips told the Detroit Free Press. "I was there and I was witnessing all of this.... As this kept on going on and escalating, it just got to a point where you do something or you walk away, you know? You see something that is wrong and you're faced with that choice of right or wrong."

None of the videos show students attacking the Black Hebrew Israelites.

As Phillips and two other men entered the crowd of students, they circled him and began clapping and cheering. A student with a "Make America Great Again" hat stood in front of Phillips with a smirk on his face. The two were nearly touching as Phillips sang and beat his drum. The students shouted and chanted with the beat, laughing

"I started going that way, and that guy in the hat stood in my way and we were at an impasse," Phillips told The Washington Post. "He just blocked my way and wouldn't allow me to retreat."

"I did not see anyone try to block his path," Sandmann said in his statement. "He locked eyes with me and approached me, coming within inches of my face. He played his drum the entire time he was in my face. I never interacted with this protestor. I did not speak to him. I did not make any hand gestures or other aggressive moves."

**The encounter winds down**

Phillips was joined by others, likely from the Indigenous Peoples March. One of those men, wearing a red hat, talked to students as they began to break apart.

The man in the red hat said to an apparent stu-

See VIDEO, Page 9A













Snow covers the grounds of Covington Catholic High School Jan. 20.
LISA CORNWELL/AP

## Video

Continued from Page 7A

dent, "go back to Europe where you came from. This is not your land." He told the student to get out of his face. The student responded by saying "let's go all the way back to Africa."

Sandmann backed up and motioned to the other student who was arguing with the man in the red hat. After that, the crowd of Covington Catholic students began to separate.

Phillips is then seen talking to the crowd, motioning toward the students, who stayed in the area between the Indigenous people and the Black Hebrew Israelites.

A man with the Black Hebrew Israelites began shouting about "sodomy" and "homosexuals." The students interacted with the man and someone off camera told the students to step back.

The man with the Black Hebrew Israelites told students that Donald Trump kissed Rudy Giuliani while Giuliani was in drag. "Your president is a homosexual," he said.

"Who cares. That's homophobic," a student said back.

After a few minutes, an apparent student asked "are the busses here yet?"

A few minutes later the students ran off, chanting "let's go home."

**Racial slurs and 'Get Out'**

Another video of interactions between students and the Black Hebrew Israelites made the rounds on social media, showing the men addressing a black student in the crowd with racial slurs.

The man with the Black Hebrew Israelites proceeded to make references to "Get Out," a horror movie about a black man who learns a disturbing secret when he meets his white girlfriend's family.

It's unclear when this video takes place.

The man in the video says "get out" and uses a racial slur, to which the crowd of students responds with surprise. One student yells, "Why are you being mean?"



# MOST PREFERRED
# NURSING CARE + REHAB

For senior transitional care, Carespring nursing homes are among the region's most preferred. We provide personal, positive care for seniors and those in need of transitional and rehabilitative services. Our centers are staffed by experienced Nurses, Nutritionists and full time Therapy Professionals, all specializing in superior care. Inpatient or outpatient, there's a Carespring close to home.

**RECOVERY BEGINS AT CARESPRING.COM**

 COLDSPRING — 300 Plaza Drive, Cold Spring, KY 41076 — FOR A TOUR CALL: 859-441-4600

 BOONESPRING — 10250 US-42, Union, KY 41091 — FOR A TOUR CALL: 859-414-1720

 HIGHLANDSPRING — 960 Highland Avenue, Ft. Thomas, KY 41075 — FOR A TOUR CALL: 859-572-0660

 VILLASPRING — 630 Viox Drive, Erlanger, KY 41018 — FOR A TOUR CALL: 859-727-6700

---



**We are a Winning Team that is Solution-Focused with Highly Ethical people who are Personally Connected In Service To Others.**

 A Winning Team  Solution Focused  Highly Ethical 

 Personally Connected   In Service To Others

**72 months 0% financing available**

call Thomas & Galbraith for **Competitive Savings** on Carrier HVAC Systems
up to 15-year Carefree parts & labor warranty
free estimates and second opinions

**$100 Off Furnace Repair**
(513) 327-2592
up to 2-year parts & labor warranty on repairs

**$52 Furnace Tune-Up**
No Breakdown Guaranteed
(513) 327-2592

**12% Off Plumbing Repairs & Equipment**
(513) 327-2592

**Unclog Any Drain $93 or FREE**
We'll open your drain or you don't pay. We'll keep it open for 1 year.
(513) 327-2592

schedule your free estimate on new equipment **(513) 327-2592**

  24–7–365 emergency service   trusted for 42 years

 A+ BBB ACCREDITED BUSINESS


THOMAS & GALBRAITH
HEATING • COOLING • PLUMBING