# EXHIBIT J

# 'I still have forgiveness in my heart'

### Phillips makes another appearance on 'Today'

**Sarah Brookbank**
Cincinnati Enquirer
USA TODAY NETWORK

The Native American elder now in the middle of a firestorm over an incident in Washington D.C. over the weekend was on the "Today" show on Thursday.

Nathan Phillips is seen, on videos that went viral, walking between a crowd of Covington Catholic students and a group of Black Hebrew Israelites, beating a drum and chanting a prayer.



**Nathan Phillips**

Phillips, 64, of Ypsilanti, Michigan, is a Native American elder of the Omaha tribe who was in D.C. for the Indigenous Peoples March. Phillips has said that he put himself between the two groups to diffuse the situation.

On Thursday, Phillips was live with Savannah Guthrie on the "Today" show. He said that while he is still angry about the situation, he has forgiveness for the students and the chaperones involved in the incident.

"Even though I'm still angry, I still have forgiveness in my heart for those students," Phillips said.

Nicholas Sandmann, the teen in the "Make America Great Again" hat who stands face-to-face with Phillips in the videos, was on the Today Show on Wednesday.

"Yesterday I woke up with all kinds of good feelings in my heart. For all those who've been mean to me, I want to forgive them," Phillips said. He said he has received death threats.

When asked if Phillips felt that Nick should apologize, Phillips said "yes."



Nick Sandmann, center left, stands in front of Native American activist Nathan Phillips at a rally in Washington, D.C. SURVIVAL MEDIA AGENCY VIA AP

Phillips said he would still be interested in speaking with the students involved and the chaperones.

Phillips also confirmed on "Today" that students were chanting "build the wall," despite it not being picked up on camera.

"I asked the young man this question. I'll ask you the same thing. Do you think, sir, that you should have walked away?" Guthrie asked.

"That's what I was trying to do," Phillips replied.

In the videos of the incident, Phillips walks toward the group of students chanting and singing, as he approaches the students, they quickly circle him. Phillps said he was trying to walk through the crowd when Nick stood in his way.

On "Today," Phillips said he felt that Nick's statement was coached and lacked sincerity and responsibility. It's a sentiment he also shared with The Enquirer.

"I have read the statement from Nick Sandmann, the student who stared at me for a long time. He did not apologize, and I believe there are intentional falsehoods in his testimony," Phillips told the Enquirer earlier this week. "But I have faith that human beings can use a moment like this to find a way to gain understanding from one another."

Nick had a pre-recorded segment on the Today Show on Wednesday with Savannah Guthrie.

Nick said he's not sorry for standing in front of Phillips, with what some have characterized as a smirk on his face. He said he would like to meet Phillips and have a chance to talk with him.

"He (Sandmann) needs to put out a different statement," Phillips told The Enquirer. "I'm disappointed with his statement. He didn't accept any responsibility. That lack of responsibility, I don't accept it."



**ROSS✚SIMONS**
fabulous jewelry & great prices for more than 65 years

**Sterling Silver Personalized Paw Bracelet**

Crafted in our Rhode Island studios of polished sterling silver, our charm paw can be engraved with the name or initial of your choice! Cable chain from Italy. Toggle clasp. 7". Please allow an extra 2-3 business days for personalization.
Also available in 8" $89

**Only $79 plus free shipping**
Personalized items cannot be returned.

Ross-Simons Item **#910948**
To receive this special offer, use offer code: **MYPET1**
1.800.556.7376 or visit ross-simons.com/mypet

*Call today to connect with a*
**SENIOR LIVING ADVISOR**

**INDEPENDENT LIVING • ASSISTED LIVING • MEMORY CARE**

**UNDERSTAND YOUR OPTIONS**
Learn the different types of senior care available

**LOCAL KNOWLEDGE**
Our Advisors have the local knowledge to help you hand-pick communities in your area

**SIMPLIFY**
Your dedicated Advisor will simplify your search and help schedule tours

**EXPERIENCE**
Our Advisors help thousands of families understand their options every day

**SUPPORT**
Our team is happy to provide additional support from movers to attorneys and more

A Place for Mom has helped over a million families find **senior living solutions** that meet their **unique needs**. Our Advisors are **trusted, local experts** who can help you understand your options.

*There's no cost to you!*
**(800) 526-1502**




*a Place for Mom.*
Joan Lunden, former host of Good Morning America and senior living advocate.