# EXHIBIT M



When asked if Phillips felt that Nick should apologize, Phillips said "yes." Phillips said he would still be interested in speaking with the students involved and the chaperones.

Phillips also confirmed on "Today" that students were chanting "build the wall," despite it not being picked up on camera.

### Get the News Alerts newsletter in your inbox.

Get alerted to the latest stories to stay on top of the news.

Delivery: Varies

Your Email →

"I asked the young man this question. I'll ask you the same thing. Do you think, sir, that you should have walked away?" Guthrie asked.

"That's what I was trying to do," Phillips replied.

In the videos of the incident, Phillips walks toward the group of students chanting and singing, as he approaches the students, they quickly circle him. Phillps said he was trying to walk through the crowd when Nick stood in his way.



On "Today," Phillips said he felt that Nick's statement was coached and lacked sincerity and responsibility. It's a sentiment he also shared with The Enquirer.

"I have read the statement from Nick Sandmann, the student who stared at me for a long time. He did not apologize, and I believe there are intentional falsehoods in his testimony," Phillips told the Enquirer earlier this week. "But I have faith that human beings can use a moment like this to find a way to gain understanding from one another."





2019-20
Feb. 10, 2020, 6:49 a.m.

Golf carts to hit the streets in Milford
Feb. 9, 2020, 9:36 p.m.

Amy Murray leaving Cincinnati City Council
Feb. 10, 2020, 8:44 a.m.



WARBY PARKER   BUY NOW PAY LATER

another."



Nick Sandmann, center left, stands in front of Native American activist Nathan Phillips at a rally in Washington, D.C. *(Photo: Survival Media Agency via AP, Survival Media Agency)*

Nick had a pre-recorded segment on the Today Show on Wednesday with Savannah Guthrie.

Nick said he's not sorry for standing in front of Phillips, with what some have characterized as a smirk on his face. He said he would like to meet Phillips and have a chance to talk with him.

"He (Sandmann) needs to put out a different statement," Phillips told The Enquirer. "I'm disappointed with his statement. He didn't accept any responsibility. That lack of responsibility, I don't accept it."

More: Nathan Phillips wants to meet with Covington Catholic students

More: Covington Catholic student Nicholas Sandmann on Today Show: 'People judged me based off one expression'

More: Diocese of Covington cleared of threats after report of suspicious package

More: Analysis: What the video from the incident at the Indigenous Peoples March tell us about what happened

     
CONNECT | TWEET | LINKEDIN | COMMENT | EMAIL | MORE

WARBY PARKER