# EXHIBIT N

FREEP.COM | FRIDAY, JANUARY 25, 2019 | 5A

## Metro

### Kischnick
Continued from Page 4A

shown admirable dedication to overcoming alcohol and drug use, after Kischnick told the court he'd been offered a job helping a counseling group find new locations.

Prosecutors initially requested a sentence of 55 months, saying they'd unraveled a chain of cash bribes, a free $3,500 driveway at his former home, as well as thousands in restaurant meals with costly wines, and the use for more than three years of a furnished luxury apartment, whose total value exceeded $50,000.

But Kischnick's defense attorney, Anjali Prasad, cited a total of less than $10,000 for Kischnick's bribes and other improper gains and recounted for 20 minutes his devotion to Alcoholics Anonymous and counseling. And she persuaded the judge that the free use of the apartment was, without testimony from the apartment owners, unproven as an abuse of his position.

"We don't have any live witnesses" to demonstrate that Kischnick provided or threatened anything to obtain the free rent and furniture at the Somerset Apartments complex in Troy, Edmunds said.

Kischnick also was ordered to undergo two years of supervised release following his prison term. His punishment compares with Kilpatrick's 28-year prison sentence for significantly more serious crimes.

Kischnick's was hired in 2012 as the city manager, giving him the power of a CEO at Troy City Hall, in a city that — like most of Detroit's suburbs — has a part-time mayor.

Troy Councilman Ethan Baker said he was surprised that Kischnick received such a light sentence. But Baker said he was glad to see that "there will be some justice served" for residents and city employees.

"Our City Hall staff have suffered a lot" under Kischnick's reign, Baker said.

Sitting with Baker in the front row of the courtroom was Councilwoman Edna Abrahim. The city's forensic audit, aimed at having outside experts scrutinize every step of Kischnick's tenure, should be done in a month or two, Abrahim said.

"That may enlighten us as to other financial mismanagement" Kischnick may have committed, she said.

Prasad told the court that her client had been a diligent civil servant but alcoholism and mental illness led to his downfall. Kischnick, when he addressed the judge, said there was a history of alcoholism in his family.

"I now spend a minimum of 40 hours a week in therapy," he said.

According to investigators, as spelled out in a 51-page sentencing memo sent to the judge last week, the key evidence against Kischnick were FBI recordings of his conversations with executives of Troy's primary paving contractor. Whenever he wanted money or favors from city vendors, "his mantra was, 'Let it rain,'" Assistant U.S. Attorney Dawn Ison told the court.

In the recordings, Ison said, Kischnick repeatedly demanded cash payoffs in return for extending without bids the work of DeLisio Contracting of Clinton Township. The company, which has been a key vendor to the City of Troy for more than a decade, issued the following statement last week to the Free Press:

"DiLisio Contracting became a victim of then City Manager Brian Kischnick's exploitation of his position for his own personal gain.

"During the course of the FBI's investigation into Kischnick's corruption, DiLisio Contracting cooperated with the government, which included giving things of value to Kischnick — at the direction and with the approval of the FBI and the Department of Justice.

"DiLisio Contracting proudly helped the citizens of Troy by doing its part to insure the integrity of City government, and to bring a corrupt official to justice by following federal law enforcement's instructions.

"DiLisio Contracting will continue to serve Troy residents by fulfilling a substantial purchase order it received from the City of Troy in late-August 2018, following Kischnick's guilty plea. DiLisio Contracting has never participated in a 'pay-to-play' scheme or bribery to receive contracts in the City of Troy or elsewhere."

Contact Bill Laitner: blaitner@freepress.com

> "Public corruption is so destructive. It undermines so much of what we all work for."
> **U.S. District Judge Nancy Edmunds,**
> who sentenced Brian Kischnick

### Phillips on 'Today' show: Student seemed insincere

**Both sides wished everyone in incident had walked away**

DeJanay Booth
Detroit Free Press
USA TODAY NETWORK

A day after Covington Catholic High School student Nick Sandmann told his side of the encounter with Native-American Nathan Phillips, Phillips described the explanation as "coached" and displaying "insincerity."

"I was upset, I was made to sit down and watch it," Phillips said on NBC's "Today" show on Thursday. "Someone tried to show it to me before I went to my prayer ceremony, and I got into about the first 30 seconds, 40 seconds of it and I said, 'Well that's all I needed to hear.'"

Sandmann, the student seen in a viral video standing in front of Phillips as the 64-year-old chanted, was interviewed by the "Today" show on Wednesday. Phillips attended an Indigenous Peoples March on Jan. 18 in Washington, D.C., while Sandmann and a group of students from the Kentucky high school attended a March for Life rally in the same area.

A short video shared on social media on Jan. 19 seemed to show Sandmann and the students surrounding Phillips, who described the encounter as threatening.

A longer version of the encounter surfaced this week that appeared to show a group of Black Hebrew Israelites shouting toward the students before Phillips and a few others from the march walked in that direction, leading to the viral encounter.

The extended version also showed the students chanting, which Sandmann said was a school chant that they were given permission to do by a chaperone.

While Sandmann said he wished the students had walked away, Phillips explained he tried to walk away and was blocked.

"There's a lot of time he could have walked away," Phillips said.



Native American advocate Nathan Phillips had attended an Indigenous Peoples March on Jan. 18. COURTESY OF CHRIS STRANAD

A longer version of the encounter surfaced this week that appeared to show a group of Black Hebrew Israelites shouting toward the students before Phillips and a few others from the march walked in that direction.

"There was a spot, there was a place where I could take my people because we were surrounded," Phillips said. "I was looking past the crowd and I took that first step and that crowd backed up. I took a second step and the crowd started breaking apart there. I took a third (step) and I actually seen a clear space and we started going that way. From somewhere, from a clear space, a person was there."

Previous reports stated that Phillips was a Vietnam veteran. Phillips does not say he served in the war, but was in the U.S. Marine Corps while the war was ongoing.

"What I've always said was I never stepped foot in south Vietnam. I don't know how much clearer that can be," he said.

Phillips said although he is upset about the issue, he has forgiveness for the students.



**WANTED**

• ROOFING • WINDOWS • SIDING • BATHROOMS
• KITCHENS • GUTTER PROTECTION

A select number of home owners in your area will be given the opportunity to have brand new upscale windows installed in their home at a reasonable cost, provided we can use your home in our marketing campaign to promote our windows. Should your home and location meet our marketing needs, you will receive attractive pricing (35% - 45% less than the national average!)
**Best of all our windows are priced to fit anyone's budget!**

This is a limited offer and is first come, first serve.

**Call Today to See if Your Home Qualifies!**

**Relationships Built on Trust**
Family owned & operated since 1961

**KROLL CONSTRUCTION**
ROOFING • WINDOWS • SIDING

877-358-0825



**Raytheon Missile Systems OPEN HOUSE**
Monday, January 28, 2019 • 2PM to 7PM
Doubletree by Hilton
5801 Southfield Fwy • Detroit, MI 48228

Raytheon is looking to fill immediate openings located in Arizona, North Texas and Alabama for the following disciplines:

Recent College Graduate Engineer, Entry Level Engineer, Early Career Engineer, Entry to Mid Level Engineer, Mid Career Engineer, Senior Level Engineer, Director I-Program Management, Mgr II Proj Mgmt/Plng Opns, Prcpl Pgm Cost Sch&Ctl Anal, Principal Technical Planner, Program Planner II, Program Planning and Scheduling Intern, Senior Program Planner I, Mgr I QA Engineering, Mgr II QA Engineering, Mgr III QA Engineering, Quality & Mission Assurance Operations Director, Quality Assurance Engr I, Quality Assurance Engr II, Quality Inspector, Sr. Auditor, Sr. Business Planner, Sr. Consulting R6Sigma Analyst, Sr. Mgr QA Engineering, Sr. Quality Assurance Eng I, Sr. Quality Assurance Eng II, Sr. Quality Control Engr II, Team Ldr II Test & Inspec, TechStudent, Sr. Cyber Defense Technologist, Cyber Security/Information Assurance, Sr. IT Systems Administrator (SA), IT Systems Administrator (SA), Sr. Computer Network Technologist

Pre-register at:
**www.targetedjobfairs.com**
For information, call:
**1-800-695-1939**

If unable to attend please visit:
https://jobs.Raytheon.com/Tucson
Raytheon is an Equal Opportunity Employer M/F/D/V.
All positions will require U.S. Citizenship and the ability to obtain a Department of Defense Security Clearance.

Sign-On Bonuses and Relocation Packages available for all positions.



**THE GUILTY**

"ONE OF THE MORE INGENIOUS IMPORTED THRILLERS TO HIT THEATERS IN A LONG WHILE."
DAVID FEAR, ROLLING STONE

This weekend exclusively at the
Detroit Film Theatre at the DIA.

Showtimes and tickets at dia.org/dft
or call the box office at 313-833-4005.

DFT — DETROIT INSTITUTE OF ARTS