# **EXHIBIT O**



Washington, D.C. (Photo: Chris Stranad, Chris Stranad) and few others from the march walked in that direction, leading to the viral encounter.

> "Yesterday I woke up with all kinds of good feelings in my heart. For all those who've been mean to me, I want to forgive them." -Nathan Phillips pic.twitter.com/w2QMjbzX45
>
> — TODAY (@TODAYshow) January 24, 2019

The extended version also showed the students chanting, which Sandmann said was a school chant that they were given permission to do by a chaperone.

While Sandmann said he wished they the students had walked away, Phillips explained he tried to walk away and was blocked.

"There's a lot of time he could have walked away," Phillips said.

"There was a spot, there was a place where I could take my people because we were surrounded," Phillips said. "I was looking past the crowd and I took that first step and that crowd backed up. I took a second step and the crowd started breaking apart there. I took a third (step) and I actually seen a clear space and we started going that way. From somewhere, from a clear space, a person was there."

Previous reports stated that Phillips was a Vietnam veteran. Phillips does not say he served in the war, but was in the U.S. Marine Corps while the war was ongoing.

"What I've always said was I never stepped foot in south Vietnam. I don't know how much clearer that can be," he said.

Phillips said although he is upset about the issue, he has forgiveness for the students and even the chaperones who were there.

> "Even though I'm angry, I still have that forgiveness in my heart for those students." - Nathan Phillips pic.twitter.com/i21J4OBdzF
>
> — TODAY (@TODAYshow) January 24, 2019

     

CONNECT   TWEET   LINKEDIN   COMMENT   EMAIL   MORE