# EXHIBIT P

# Stormy Daniels calls out 'disgusting punks' from Covington Catholic

**Billy Kobin**, Louisville Courier Journal   Published 7:58 p.m. ET Jan. 19, 2019 | Updated 12:17 p.m. ET Jan. 23, 2019

The adult film star Stormy Daniels is suggesting building a wall — around the Catholic high school in Kentucky whose students surrounded and mocked Native Americans during a march in Washington, D.C.

Daniels weighed in Saturday on the incident involving Covington Catholic High students after video surfaced showing a young man in a "Make America Great Again" cap trying to intimidate a Native American elder. Dozens of Covington students can be seen jeering and chanting along.

"I'm suddenly in favor of building a wall...around Covington Catholic High in KY," wrote Daniels, legally known as Stephanie Clifford, on Twitter. "And let's electrify it to keep those disgusting punks from getting loose and creating more vileness in society."

> I'm suddenly in favor of building a wall...around Covington Catholic High in KY. And let's electrify it to keep those disgusting punks from getting loose and creating more vileness in society.
>
> — Stormy Daniels (@StormyDaniels) January 19, 2019

**Background:** Covington Catholic apologizes for students who mocked indigenous man

**Read this:** What video from Covington Catholic incident tell us about what happened

Daniels is known for her legal dispute with President Donald Trump and his attorney Michael Cohen over alleged hush money paid to silence Daniels about an affair she said she had with Trump in 2006.

The school and the Roman Catholic Diocese of Covington condemned the actions of the students against the man, Nathan Phillips, on Saturday afternoon after millions of people viewed videos of incident, many expressing their outrage on social media.

> I found the young lady who took video. This was written by her friend. She's turned her IG comments off She's strong but tired 2. She wants us 2 spread awareness but not words/threats of violence. She wants the kids 2 apologize. She's wise & kind. It's 3am. I'll b back later😴 pic.twitter.com/pu4egRCW6w
>
> — Lulu Says (@lulu_says2) January 19, 2019

"We extend our deepest apologies to Mr. Phillips. This behavior is opposed to the Church's teachings on the dignity and respect of the human person," the statement from the school and diocese said. "The matter is being investigated and we will take appropriate action, up to and including expulsion."

**Related:** St. X freshman calls on Covington Catholic students to remember MLK

The students' focus was largely centered on Phillips, an Omaha tribe elder and Vietnam War veteran, who beat a drum as the young man in the MAGA hat stood nearby and stared at him.

### MORE STORIES


In Kentucky, you can be charged for jail costs — even if you're innocent
Feb. 7, 2020, 4:42 p.m.


Kentucky judge accused of sexual misconduct may be impeached
Feb. 7, 2020, 5:08 p.m.


'Tiger Baby Playtime' wildlife permit revoked by feds for 120+ violations
Feb. 7, 2020, 6:43 p.m.









"It was getting ugly, and I was thinking: 'I've got to find myself an exit out of this situation and finish my song at the Lincoln Memorial,' " Phillips told The Washington Post. "I started going that way, and that guy in the hat stood in my way and we were at an impasse. He just blocked my way and wouldn't allow me to retreat."

More: Covington Catholic could expel students who taunted Native American man

**DIG DEEPER**
**Covington Catholic incident**

- Covington student Nick Sandmann: I was judged 'based off one expression'
- Bevin: Covington Catholic kids more responsible than adults in video
- Trump reportedly may meet with Covington Catholic students at White House
- The March for Life is a different kind of field trip for schools like Covington Catholic
- Longer video shows start of the Covington Catholic confrontation



Max Londberg and Sarah Brookbank of the Cincinnati Enquirer contributed. Reach Billy Kobin at bkobin@courierjournal.com or 502-582-7030.

    
CONNECT | TWEET | LINKEDIN | COMMENT | EMAIL | MORE

Tabo͡o͡la Feed


**Earn 3X Points on Gas Stations & Transit!**
Wells Fargo


**6 Credit Cards You Should Not Ignore If You Have Excellent Credit**
NerdWallet


**Support American Fishermen With Wild Caught Seafood Delivery**
Wild Alaskan Company


Tiger Baby Playtime wildlife permit revoked by feds for 120+ violations
Feb. 7, 2020, 6:43 p.m.


Bill arming school police is first education legislation heading to Beshear
Feb. 7, 2020, 5:34 p.m.


Our Reader's Watchdog reporter helps when no one else will
Feb. 7, 2020, 7:20 p.m.


Can this 89-year-old stop her eviction from her independent living apartment?
Feb. 7, 2020, 9:04 p.m.

