# EXHIBIT Q







## The children were ignorant about Native Americans

There are also eyewitnesses that confirm the students were shouting "Build the Wall" and "Go back to the Reservation" and "Gone in 2020." The teens were also observed performing the insulting "tomahawk chop" of the Atlanta Braves sports team. This is confirmed by those who were in fear of bodily harm or worse.

When surrounded by these youth some Native people tried to engage them in dialogue. In response to "You are on stolen land," a teen said "Land gets stolen. That how it works. It's the way of the world."

More reports are surfacing of other racial offenses at Covington Catholic. There is a photograph of Covington Catholic students in black face and black body paint yelling at an African American player of an opposing team during a basketball game in 2012..

There is also a social media account from a referee, Marshall Jolly, who states "As a

