UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

*ELECTRONICALLY FILED*

| | |
|---|---|
| NICHOLAS SANDMANN, *Plaintiff*, v. GANNETT CO., INC. and GANNETT SATELLITE INFORMATION NETWORK, LLC, *Defendants*. | No. 2:20-cv-00026-WOB-CJS **ORAL ARGUMENT REQUESTED** |

**Defendants Gannett Co., Inc. and Gannett Satellite Information Network, LLC's
Phase I Motion for Summary Judgment**

Pursuant to Fed. R. Civ. P. 56 and the Court's Scheduling Orders (Docs. 50, 58), Defendants Gannett Co., Inc. and Gannett Satellite Information Network, LLC, move for summary judgment for the reasons stated in the accompanying Defendants' Joint Memorandum of Law in Support of Motion for Summary Judgment and Defendants Gannett Co., Inc. and Gannett Satellite Information Network, LLC's Supplemental Memorandum of Law in Support of Phase I Motion for Summary Judgment. Defendants request oral argument on this Motion.

Dated: December 20, 2021

*s/ Michael P. Abate*
Jon L. Fleischaker
Michael P. Abate
KAPLAN JOHNSON ABATE & BIRD LLP
710 W. Main St., 4th Floor
Louisville, KY 40202
(502) 540-8280
jfleischaker@kaplanjohnsonlaw.com
mabate@kaplanjohnsonlaw.com

Michael J. Grygiel (admitted *pro hac vice*)
Kelly L. McNamee (admitted *pro hac vice*)
Candra M. Connelly (*pro hac vice* application pending)
GREENBERG TRAURIG, LLP
54 State Street, 6th Floor
Albany, New York 12207
(518) 689-1400
grygielm@gtlaw.com
mcnameek@gtlaw.com
connellyc@gtlaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2020, I filed the foregoing with the Court and served it upon opposing counsel by submitting it through the Court's CM/ECF system. All counsel of record are registered ECF users.

*s/ Michael P. Abate*
Counsel for Defendants
