**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | CASE NO. 19-CV-00056-WOB-CJS |
| Plaintiff, | |
| v. | |
| NBCUNIVERSAL MEDIA, LLC | |
| Defendant. | |
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | CASE NO. 20-CV-00023-WOB-CJS |
| Plaintiff, | |
| v. | |
| THE NEW YORK TIMES COMPANY d/b/a THE NEW YORK TIMES | |
| Defendant. | |
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | CASE NO. 20-CV-00024-WOB-CJS |
| Plaintiff, | |
| v. | |
| CBS NEWS, INC., et al. | |
| Defendants. | |

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | CASE NO. 2:20-CV-00025-WOB-CJS |
| Plaintiff, | |
| v. | |
| ABC NEWS, INC., et al. | |
| Defendants. | |
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | CASE NO. 2:20-CV-00026-WOB-CJS |
| Plaintiff, | |
| v. | |
| GANNETT CO., INC. AND GANNETT SATELLITE INFORMATION NETWORK, LLC, | |
| Defendants. | |
| | CASE NO. 2:20-CV-00027-WOB-CJS |
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | |
| Plaintiff, | |
| v. | |
| ROLLING STONE, LLC, et al. | |
| Defendants. | |

## **DECLARATION OF MARCUS FREJO**

1.  My name is Marcus Frejo. I make this Declaration from personal knowledge and am competent to testify to the facts stated herein.

2.  I am the individual pictured towards the middle of this image wearing glasses and a white cap:



3.  I am a musician and music producer. My music mixes the modern substance of freestyling, Hip Hop, and Funk with traditional Native American forms and values. I have played concerts at many reservations and urban locations. I have also worked for programs on alcohol, drug, and suicide prevention.

4.  On January 18, 2019, I participated in the Indigenous Peoples March, an event sponsored by the Indigenous Peoples Movement, in Washington, D.C. I drove there from Oklahoma City, where I live. My understanding of the Indigenous Peoples March was that it was intended to celebrate unity among indigenous peoples and raise awareness about the injustices we

face. The March included speeches, songs, dancing, and prayer. Because I am a musician, when I participate in events or demonstrations I often help lead song and dancing. That evening I performed at a fundraising concert in support of the Indigenous Peoples' Movement at the Songbyrd Music House in Washington, D.C.

5. I attended the Indigenous Peoples March with my friend, Anthony Tee ("Tony"), who also goes by the name "Nymasis." Tony is also a musician and we have often performed together, both professionally and at events supporting the rights of Indigenous People.

6. Towards the end of the March, Tony and I helped lead a prayer song near the Lincoln Memorial during a round dance, a traditional and sacred Native American dance that is performed in a circle. Round dances are typically held at Native American community gatherings, and they celebrate our culture, community ties, and traditions. The round dance also features rhythmic drumming with instruments like hand drums. Drumming is an integral part of the round dance and Native culture more broadly

7. After the round dance, other participants in the Indigenous Peoples March began to leave. I felt fulfilled and revitalized by the experience. So I decided to stay for a bit longer at the Lincoln Memorial to enjoy the positive, spiritual energy I was feeling. At some point that afternoon I noticed a small group of Black men, who I later learned call themselves the Black Hebrew Israelites. I had first noticed them when they were taunting Native Americans during the rally. Later, I saw that the Black Hebrew Israelites were engaged in a verbal back-and-forth with a group of white high-school age teenagers, many of whom were wearing "Make America Great Again" hats. It appeared as though both the Black Hebrew Israelites and the students were mocking and heckling each other.

4

8. Over time, it seemed to me that the tensions between the two groups were rising. More students had arrived, and eventually, the students greatly outnumbered the Black Hebrew Israelites. As their group grew in size, the students were getting rowdier and more aggressive, and they began shouting and screaming more loudly. I heard chants coming from within the students which seemed to me intended to taunt the Black Hebrew Israelites.

9. I then observed a student taking his shirt off and leading the others in shouting, jumping, and clenching their fists. I thought they were doing an appropriated version of the haka, a traditional dance performed by the Maori, who are indigenous to New Zealand. I later learned that students said this was a school cheer they call the sumo cheer, but that is not what it looked like to me at the time. It seemed to me that the students were mocking the haka and indigenous culture, and that their shouts and gestures were aggressively taunting the Black Hebrew Israelites.

10. As the students grew louder and more aggressive, it seemed to me like they were preparing themselves for something. I grew increasingly concerned that there could be a physical altercation between the students and the Black Hebrew Israelites.

11. As the students were growing louder, I was standing nearby watching and filming some of the confrontation. I saw Nathan Phillips starting to drum and sing while standing some distance away, and I recognized that he was using my friend Tony's drum. I did not personally know Mr. Phillips then. I recognized him and knew his name because I had attended protests at Standing Rock Indian Reservation a few years before and had seen him there, but I had not personally met him.

12. Mr. Phillips is obviously elder to me, and I respected Mr. Phillips as a Native elder. In Native culture, elders play an important role in families and communities. Elders impart wisdom

5

and values and model behavior for Native youth. Within Native culture, elders are afforded great respect and deference, and are to be protected.

13. When I saw Mr. Phillips drumming, I moved back from the students. In my culture, we believe that song and prayer have the power to calm down and restore balance to tense situations. So that was what I believed Mr. Phillips was trying to do, which seemed to me a natural and positive response to the situation I was witnessing. I wanted to stay with Mr. Phillips as an elder and support what he was doing. I had my own drum with me in a backpack, and so I went to be with Mr. Phillips. He was singing the American Indian Movement song, a familiar song among many Native Americans that is often used to bring prayer, peace, and unity to a situation.

14. I approached Mr. Phillips to let him know I was going to sing with him. I have reviewed a video that I understand is labeled Video 17 in this case, and at 1:10 of that video I see myself briefly speaking to Mr. Phillips. While I do not recall my exact words, I said words to the effect of I am going to sing with you. Mr. Phillips did not ask me to join him or to videotape anything, nor did I hear him ask anyone else to join him or to videotape anything. I decided to sing with him because I believed it was the right thing to do, and I still do. I moved a little closer to the students and the Black Hebrew Israelites because I thought everyone would see us and hear our song better that way. I took my drum out of my backpack and called out "Nymasis" to my friend, who was standing farther back from me, to show him what I was doing.

15. Mr. Phillips then began walking up towards the students until he stood in front of them. I did not know he was going to do that, but my natural instinct was to follow his lead as an elder. I assumed that he went in front of the students because he thought it was the best way to bring positive energy directly to them and defuse the tensions before the situation escalated any further. As we approached the students, it seemed to me they started dancing, hooting, and

6

laughing at us. I saw teens raise and lower their arms in a tomahawk chop, which I felt ridiculed Native Americans and our culture. I became increasingly concerned for Mr. Phillips' safety. I felt a responsibility to protect him from any potential physical harm. We are taught in Native culture to always protect the safety of our elders. So I kept a close eye on Mr. Phillips and the crowd to try to make sure Mr. Phillips stayed safe. I was surprised that no adults seemed to be supervising the students or telling them to act appropriately in a public place like the Lincoln Memorial.

16. After standing in front of the students as they behaved in that manner, it appeared to me that Mr. Phillips started trying to make his way forward and through the crowd. So I followed behind him. As Mr. Phillips moved forward, students started to move to the side out of his way and it seemed they were parting for him so he could walk forward.

17. As students moved to the side and Mr. Phillips moved forward, I noticed that one student, who I later came to know was Nicholas Sandmann, seemed to me to move to stand in front of Mr. Phillips and remain there in his way. From where I was standing, it seemed like Mr. Sandmann intentionally sought some kind of stand-off with Mr. Phillips, as other students both in front of and behind Mr. Sandmann were doing the opposite and moving away.

18. It seemed to me then, and it still does, that Mr. Sandmann blocked Mr. Phillips. It seemed to me that he stepped in front of Mr. Phillips and planted himself there to try to prevent Mr. Phillips from walking forward through the crowd as he had been doing. It also seemed to me that once he stood in front of Mr. Phillips, Mr. Sandmann was smirking at him to mock him.

19. When I saw what Mr. Sandmann was doing, I became even more fearful that Mr. Sandmann or someone else might be intending to provoke some kind of confrontation that could result in Mr. Phillips being harmed, or that someone in the crowd might unintentionally strike him. So in response to Mr. Sandmann's actions, I moved from behind Mr. Phillips and stood next to

him by his side, to try to position myself as a buffer between Mr. Phillips and the crowd to his right to protect him.

20. At one point while Mr. Sandmann and Mr. Phillips were still facing each other, a man wearing a red hat standing near me and a student began arguing with each other. I did not know the man in the red hat, but I assumed that like me he was there because he wanted to support what Mr. Phillips was doing. I respect his right to express his views, but I did not think that was a good way to handle the situation because I thought it could inflame tensions rather than ease them. So I briefly spoke to the man in the hat and said don't talk to him, don't engage, which I see on Video 3 at 2:02.

21. I continued singing the American Indian Movement song and hitting my hand drum. Although it took time, it seemed to me that the spiritual peace we were hoping to share with our drumming and singing eventually spread through some of the students. I felt some of the students were joining in our song and the situation seemed to me to be growing calmer. Eventually an adult came over, the students began dispersing, and Mr. Sandmann walked away.

22. After the students started to disperse, I knew I was eventually going to need to leave, and I was concerned that Mr. Phillips not be left alone. I said something to Mr. Phillips to let him know I was leaving, and the man in the red hat told me "don't worry about it, we're here." So I asked the man in red hat "you got him?", referring to Mr. Phillips, and in response, the man in the red hat said several times, "I got him," which I understood to mean that he would remain and be with Mr. Phillips. A woman standing there, who I did not know, also responded and told me that, "we got Nate," which I understood to re-assure me that she was also going to be there with Mr. Phillips.

8

23. Shortly after that the man in the red hat said, "We won grandpa." I did not know what he meant by that and I did not respond to it. At that point, Mr. Phillips ended the song. Shortly after that I heard Mr. Phillips call out, "Relatives, relatives." I understood him to be trying to get the attention of everyone in the vicinity there, because that is a common expression to try to get the attention of a group of people.

24. After the incident was over, I felt very good about what had happened. I felt like Mr. Phillips had succeeded in diffusing a potentially dangerous confrontation between the students and the Black Hebrew Israelites, and I was glad to have joined him in trying to do that. I felt like song and prayer had accomplished exactly what I had hoped it would, and I still feel that way. To me it was a teachable moment that if you try to bring a positive message, you can accomplish something positive.

25. I have read that Mr. Sandmann and his lawyers claim that drumming, singing and approaching the students was some kind of conspiracy to manufacture a viral moment to make President Trump's supporters look bad. Those accusations are just false. There were fewer than a handful of people near Mr. Phillips when he began his prayer and to my knowledge hardly anyone knew each other. The only words I exchanged with Mr. Phillips then were to let him know I would sing with him. As I experienced it, the prayer and song that I participated in that day to try to bring healing to a volatile situation was a sacred moment that reflected the essence of who I am as a spiritual being and what I value about my religion and culture.

I affirm under the penalties of perjury that the foregoing is true and correct, to the best of my knowledge.

Dated: November 15, 2021

_____
Marcus Frejo