# EXHIBIT E

| # | | | | Timestamp | Direction / Body / Participants |
|---|---|---|---|---|---|
| 497 | Native Messages | Name/Number Redacted | Number Redacted<br>Nick Sandmann* (owner)<br>Number Redacted<br>Nick Sandmann* (owner) | 1/19/2019 8:28:27 PM(UTC-5) | **Direction:** Incoming<br>**Body:** Your definitely handling this better than i would<br>**Participants:**<br>Number Redacted Nick Sandmann — 1/19/2019 8:28:46 PM(UTC-5)<br>Number Redacted Nick Sandmann<br>**Source Extraction:** Logical (1)<br>**Status:** Read<br>**Message Type:** iMessage<br>**Folder:** Inbox |
| 498 | Native Messages | Name/Number Redacted | Number Redacted<br>Nick Sandmann* (owner)<br>Number Redacted<br>Nick Sandmann* (owner) | 1/19/2019 8:29:02 PM(UTC-5) | **Direction:** Incoming<br>**Body:** Can i ask what made you stand in front of the indian guy<br>**Participants:**<br>Number Redacted Nick Sandmann — 1/19/2019 8:29:03 PM(UTC-5)<br>Number Redacted Nick Sandmann<br>**Source Extraction:** Logical (1)<br>**Status:** Read<br>**Message Type:** iMessage<br>**Folder:** Inbox |
| 499 | Native Messages | Number Redacted<br>Nick Sandmann* (owner) | Name/Number Redacted<br>Number Redacted<br>Nick Sandmann* (owner) | 1/19/2019 8:29:15 PM(UTC-5) | **Direction:** Outgoing<br>**Body:** yeah<br>**Participants:**<br>Name/Number Redacted — 1/19/2019 8:29:16 PM(UTC-5)<br>Number Redacted Nick Sandmann<br>**Source Extraction:** Logical (1)<br>**Status:** Sent<br>**Message Type:** iMessage<br>**Folder:** Sent |
| 500 | Native Messages | Number Redacted<br>Nick Sandmann* (owner) | Name/Number Redacted<br>Number Redacted<br>Nick Sandmann* (owner) | 1/19/2019 8:29:54 PM(UTC-5) | **Direction:** Outgoing<br>**Body:** the whole thing with the black people calling us things and the guy moving through the crowd trying to intimidate us<br>**Participants:**<br>Name/Number Redacted — 1/19/2019 8:29:56 PM(UTC-5)<br>Number Redacted Nick Sandmann<br>**Source Extraction:** Logical (1)<br>**Status:** Sent<br>**Message Type:** iMessage<br>**Folder:** Sent |

| # | | | | Timestamp | Message | | |
|---|---|---|---|---|---|---|---|
| 501 | Native Messages | Number Redacted / Nick Sandmann* (owner) | Name/Number Redacted / Number Redacted / Nick Sandmann* (owner) | Timestamp: 1/19/2019 8:30:07 PM(UTC-5) | Direction: Outgoing<br>Body: it just made me want to stand up for the school<br><br>Participants:<br><br>| Participant | Delivered | Read | Played |<br>|---|---|---|---|<br>| Name/Number Redacted | 1/19/2019 8:30:08 PM(UTC-5) | | |<br>| Number Redacted Nick Sandmann | | | |<br><br>Source Extraction: Logical (1)<br>Status: Sent<br>Message Type: iMessage<br>Folder: Sent | | |
| 502 | Native Messages | Name/Number Redacted | Number Redacted / Nick Sandmann* (owner) / Number Redacted / Nick Sandmann* (owner) | Timestamp: 1/19/2019 8:39:32 PM(UTC-5) | Direction: Incoming<br>Body: Black people?<br><br>Participants:<br><br>| Participant | Delivered | Read | Played |<br>|---|---|---|---|<br>| Number Redacted Nick Sandmann | | 1/19/2019 8:39:41 PM(UTC-5) | |<br>| Number Redacted Nick Sandmann | | | |<br><br>Source Extraction: Logical (1)<br>Status: Read<br>Message Type: iMessage<br>Folder: Inbox | | |
| 503 | Native Messages | Number Redacted / Nick Sandmann* (owner) | Name/Number Redacted / Number Redacted / Nick Sandmann* (owner) | Timestamp: 1/19/2019 8:39:44 PM(UTC-5) | Direction: Outgoing<br>Body: yeah<br><br>Participants:<br><br>| Participant | Delivered | Read | Played |<br>|---|---|---|---|<br>| Name/Number Redacted | 1/19/2019 8:39:45 PM(UTC-5) | | |<br>| Number Redacted Nick Sandmann | | | |<br><br>Source Extraction: Logical (1)<br>Status: Sent<br>Message Type: iMessage<br>Folder: Sent | | |
| 504 | Native Messages | Name/Number Redacted | Number Redacted / Nick Sandmann* (owner) / Number Redacted / Nick Sandmann* (owner) | Timestamp: 1/19/2019 8:39:47 PM(UTC-5) | Direction: Incoming<br>Body: I never heard about that<br><br>Participants:<br><br>| Participant | Delivered | Read | Played |<br>|---|---|---|---|<br>| Number Redacted Nick Sandmann | | 1/19/2019 8:42:35 PM(UTC-5) | |<br>| Number Redacted Nick Sandmann | | | |<br><br>Source Extraction: Logical (1)<br>Status: Read<br>Message Type: iMessage<br>Folder: Inbox | | |