# EXHIBIT F



N.S. 001814