# **EXHIBIT G**





N.S. 000129