# EXHIBIT H

| 568 | Native Messages | Name/Number Redacted | Number Redacted Nick Sandmann* (owner) Name/Number Redacted Number Redacted Nick Sandmann* (owner) | Timestamp: 1/19/2019 10:23:14 PM(UTC-5) | Direction: Incoming<br>Body: Maybe it's not that bad<br><br>Participants:<br><br>| Participant | Delivered | Read | Played |<br>|---|---|---|---|<br>| Number Redacted Nick Sandmann | | 1/19/2019 10:23:14 PM(UTC-5) | |<br>| Name/Number Redacted | | | |<br>| Number Redacted Nick Sandmann | | | |<br><br>Source Extraction: Logical (1)<br>Status: Read<br>Message Type: iMessage<br>Folder: Inbox | |
| 569 | Native Messages | Name/Number Redacted | Number Redacted Nick Sandmann* (owner) Number Redacted Nick Sandmann* (owner) | Timestamp: 1/19/2019 10:23:48 PM(UTC-5) | Direction: Incoming<br>Body: Ya well I hope this guy posts it and that was smart bc then you don't have to see the awful things<br><br>Participants:<br><br>| Participant | Delivered | Read | Played |<br>|---|---|---|---|<br>| Number Redacted Nick Sandmann | | 1/19/2019 10:24:31 PM(UTC-5) | |<br>| Number Redacted Nick Sandmann | | | |<br><br>Source Extraction: Logical (1)<br>Status: Read<br>Message Type: iMessage<br>Folder: Inbox | |
| 570 | Native Messages | Number Redacted Nick Sandmann* (owner) | Name/Number Redacted Number Redacted Nick Sandmann* (owner) | Timestamp: 1/19/2019 10:25:10 PM(UTC-5) | Direction: Outgoing<br>Body: Yeah at this point I've been called everything imaginable<br><br>Participants:<br><br>| Participant | Delivered | Read | Played |<br>|---|---|---|---|<br>| Name/Number Redacted | 1/19/2019 10:25:11 PM(UTC-5) | | |<br>| Number Redacted Nick Sandmann | | | |<br><br>Source Extraction: Logical (1)<br>Status: Sent<br>Message Type: iMessage<br>Folder: Sent | |

| # | Type | From | To | Timestamp | Details |
|---|---|---|---|---|---|
| 571 | Native Messages | Name/Number Redacted<br>Number Redacted | Number Redacted<br>Nick Sandmann* (owner)<br>Number Redacted<br>Nick Sandmann* (owner) | 1/19/2019 10:25:28 PM(UTC-5) | **Direction:** Incoming<br>**Body:** That's awful I'm so sorry<br>**Participants:**<br>Participant / Delivered / Read / Played<br>Number Redacted Nick Sandmann — 1/19/2019 10:25:49 PM(UTC-5)<br>Number Redacted Nick Sandmann<br>**Source Extraction:** Logical (1)<br>**Status:** Read<br>**Message Type:** iMessage<br>**Folder:** Inbox |
| 572 | Native Messages | Number Redacted<br>Nick Sandmann* (owner) | Name/Number Redacted<br>Number Redacted<br>Nick Sandmann* (owner) | 1/19/2019 10:27:45 PM(UTC-5) | **Direction:** Outgoing<br>**Body:** I'd hope more famous twitter people voice their opinions on our side<br>**Participants:**<br>Participant / Delivered / Read / Played<br>Name/Number Redacted — 1/19/2019 10:27:45 PM(UTC-5)<br>Number Redacted Nick Sandmann<br>**Source Extraction:** Logical (1)<br>**Status:** Sent<br>**Message Type:** iMessage<br>**Folder:** Sent |
| 573 | Native Messages | Name/Number Redacted | Number Redacted<br>Nick Sandmann* (owner)<br>Number Redacted<br>Nick Sandmann* (owner) | 1/19/2019 10:28:54 PM(UTC-5) | **Direction:** Incoming<br>**Body:** Me too bc you did nothing wrong and this guy does this for a living to ruin yoinks kids lives. I think roles were reversed and you were acting like the adult and he was the kid<br>**Participants:**<br>Participant / Delivered / Read / Played<br>Number Redacted Nick Sandmann — 1/19/2019 10:29:29 PM(UTC-5)<br>Number Redacted Nick Sandmann<br>**Source Extraction:** Logical (1)<br>**Status:** Read<br>**Message Type:** iMessage<br>**Folder:** Inbox |
| 574 | Native Messages | Number Redacted<br>Nick Sandmann* (owner) | Name/Number Redacted<br>Number Redacted<br>Nick Sandmann* (owner) | 1/19/2019 10:29:58 PM(UTC-5) | **Direction:** Outgoing<br>**Body:** I agree, he was trying to intimidate young kids<br>**Participants:**<br>Participant / Delivered / Read / Played<br>Name/Number Redacted — 1/19/2019 10:29:59 PM(UTC-5)<br>Number Redacted Nick Sandmann<br>**Source Extraction:** Logical (1)<br>**Status:** Sent<br>**Message Type:** iMessage<br>**Folder:** Sent |