# EXHIBIT L

DocuSign Envelope ID: A70E4169-F430-4A7B-B9D7-64D9CB5B6042
**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Sandra Graves-Alcorn, Ph.D.
Licensed Professional Art Therapist



He had a good recall regarding his trip to Washington, and the ensuing encounter with the native American with a drum. He said, at first he thought it was a joke, but then the man kept coming and getting louder, until he stopped right in front of him. Nick recalled that he could not move, as he was being blocked by the crowd. So, he put his hands behind his back and tried to smile, to show the man he meant no harm. At this point, he felt confused and unsure what to do, So, he stood there, until the coach called all of his classmates to get on the bus to go home. He remarked that he remembered thinking, "that was weird," and then went to sleep on the bus..



N.S. 000039