UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

*ELECTRONICALLY FILED*

| | |
|---|---|
| NICHOLAS SANDMANN,<br><br>*Plaintiff*,<br><br>v.<br><br>GANNETT CO., INC. and GANNETT SATELLITE INFORMATION NETWORK, LLC,<br><br>*Defendants*. | No. 2:20-cv-00026-WOB-CJS |

**[PROPOSED] ORDER**

The Court, having considered the Motion for Summary Judgment filed by Defendants Gannett Co., Inc. and Gannett Satellite Information Network, LLC, and being otherwise sufficiently advised, hereby GRANTS the Motion. JUDGMENT is hereby entered for Defendants on all of Plaintiff's claims.

Dated: _____       _____