UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

*ELECTRONICALLY FILED*

| | |
|---|---|
| NICHOLAS SANDMANN,<br><br>             *Plaintiff,*<br><br>v.<br><br>GANNETT CO., INC. and GANNETT SATELLITE INFORMATION NETWORK, LLC,<br><br>             *Defendants.* | No. 2:20-cv-00026-WOB-CJS<br><br><br>**ATTORNEY'S DECLARATION IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Michael J. Grygiel, make the following Declaration pursuant to 18 U.S.C. § 1746:

1.      I am a shareholder with the law firm Greenberg Traurig, LLP, and have been admitted *pro hac vice* as co-counsel to defendants Gannett Co., Inc. and Gannett Satellite Information Network, LLC, in this proceeding. I submit this Declaration in support of my clients' motion for summary judgment, and to provide the Court with documentary evidence referenced in their supplemental memorandum of law in addition to that included in the joint Defendants' Motion for Summary Judgment [Dkt. No. 66].

2.      Annexed hereto as **Exhibit 1** is a true and correct copy of pages 20, 288-289, 320-321, 359 and 393 from the transcript of Plaintiff Nicholas Sandmann's deposition testimony on September 13-14, 2021.

3.      Annexed hereto as **Exhibit 2** are true and correct copies of text messages (N.S. 000662-663, 000665, 000667, 000671) exchanged between Plaintiff Nicholas Sandmann, his CCHS classmates (whose names have been redacted), and other individuals in connection with

Plaintiff's January 18, 2019, encounter with Nathan Phillips at the Lincoln Memorial in Washington, D.C.

4.      Annexed hereto as **Exhibit 3** is a "Stand Your Ground" t-shirt featuring Plaintiff's image (N.S. 001799).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 20, 2021
      Albany, New York


                                        */s/ Michael J. Grygiel*
                                        Michael J. Grygiel

# EXHIBIT 1

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                      20

| | | |
|---|---|---|
| 1 | A.    I have worked in my counsel's law firm | 09:21:56 |
| 2 | and I have worked at a golf course this past | 09:21:58 |
| 3 | summer and I have also worked for the then Senate | 09:22:01 |
| 4 | Majority Leader Mitch McConnell. | 09:22:06 |
| 5 | Q.    Okay.  Let's do those one at a time.  So | 09:22:09 |
| 6 | what did you do in your counsel's office? | 09:22:11 |
| 7 | A.    I mostly spend time organizing | 09:22:13 |
| 8 | spreadsheets and cataloging information off | 09:22:16 |
| 9 | Twitter as well as doing some research. | 09:22:20 |
| 10 | Q.    Excuse me.  When did you do that? | 09:22:24 |
| 11 | A.    I did that the summer going into my | 09:22:26 |
| 12 | senior year of high school. | 09:22:34 |
| 13 | Q.    What did you do for Senator McConnell? | 09:22:36 |
| 14 | A.    I spent most of my time driving around | 09:22:39 |
| 15 | the state speaking to potential voters.  And then | 09:22:41 |
| 16 | I also spent time talking to college students on | 09:22:45 |
| 17 | Zoom. | 09:22:49 |
| 18 | Q.    And when did you do that? | 09:22:49 |
| 19 | A.    I did it during the -- his most recent | 09:22:51 |
| 20 | campaign, leading up to November 3rd. | 09:22:57 |
| 21 | Q.    And how long did you do that for? | 09:23:00 |
| 22 | A.    I think I did it for about two and a | 09:23:03 |
| 23 | half to three months.  I can't recall exactly. | 09:23:06 |
| 24 | Q.    And was that a -- was that paid | 09:23:09 |
| 25 | employment? | 09:23:12 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    288

| | | |
|---|---|---|
| 1 | We are going to play the video that I will | 10:05:59 |
| 2 | represent the tweet links to.  Obviously, on | 10:06:02 |
| 3 | paper, I can't. | 10:06:05 |
| 4 | MR. McMURTRY:  This is one of the better | 10:06:05 |
| 5 | videos, I agree.  Is it Tom Petty?  It's one of | 10:06:08 |
| 6 | my favorites. | 10:06:11 |
| 7 | THE WITNESS:  I love Tom Petty. | 10:06:13 |
| 8 | (Thereupon, a video recording of Exhibit | 10:06:33 |
| 9 | 23 was played.) | 10:06:33 |
| 10 | MS. MEEK:  I'm starting from the | 10:06:40 |
| 11 | beginning of Exhibit 23. | 10:06:42 |
| 12 | BY MR. SIEGEL: | 10:08:31 |
| 13 | Q.    That's the video you linked to, right? | 10:08:31 |
| 14 | A.    Yes. | 10:08:34 |
| 15 | Q.    And why did you say you liked that video | 10:08:35 |
| 16 | or you liked it better than the one you were | 10:08:45 |
| 17 | responding to? | 10:08:48 |
| 18 | A.    I think because I like the song attached | 10:08:49 |
| 19 | to it better.  But in all honesty, this is part | 10:08:53 |
| 20 | of a larger trend of things that I post where I'm | 10:08:57 |
| 21 | very cynical about what happened, just to keep my | 10:09:01 |
| 22 | spirits relatively high. | 10:09:04 |
| 23 | Q.    Did you feel like the song expressed | 10:09:06 |
| 24 | something that spoke to you? | 10:09:08 |
| 25 | A.    Yes, as I testified earlier about how I | 10:09:11 |

CONTAINS CONFIDENTIAL INFORMATION

Transcript of Nicholas Sandmann

Conducted on 9/13/2021 & 9/14/2021                    289

| | | |
|---|---|---|
| 1 | wanted to stand up for the school. | 10:09:15 |
| 2 | Q. Okay. So it's the stand -- you feel | 10:09:18 |
| 3 | like you stood your ground? | 10:09:21 |
| 4 | A. Yes. | 10:09:23 |
| 5 | Q. I will just represent the screenshot of | 10:09:30 |
| 6 | this tweet was taken in early August, I think, | 10:09:33 |
| 7 | you know -- | 10:09:38 |
| 8 | A. Uh-huh. | 10:09:38 |
| 9 | Q. -- maybe six weeks ago? | 10:09:39 |
| 10 | And it appears that the tweet was no | 10:09:41 |
| 11 | longer on your Twitter feed after that point. Is | 10:09:44 |
| 12 | that right? Do you know if that's right? | 10:09:49 |
| 13 | A. I'm unaware of ever deleting this. | 10:09:52 |
| 14 | Q. Okay. And have you deleted any tweets | 10:09:55 |
| 15 | from your Twitter feed? | 10:10:01 |
| 16 | A. I've deleted tweets from back before | 10:10:02 |
| 17 | this ever happened that I look at now. I know I | 10:10:07 |
| 18 | wasn't the smartest kid at 14 or 15, and I would | 10:10:12 |
| 19 | rather -- I would rather look a lot more | 10:10:16 |
| 20 | professional. | 10:10:19 |
| 21 | Q. You don't want -- you don't want them to | 10:10:20 |
| 22 | show up on a job search five years from now? | 10:10:21 |
| 23 | A. Well, not necessarily that. I just | 10:10:24 |
| 24 | would rather have a more accurate reflection -- | 10:10:26 |
| 25 | MR. SIEGEL: I got it. | 10:10:29 |

PLANET DEPOS

888.433.3767 | WWW.PLANETDEPOS.COM

CONTAINS CONFIDENTIAL INFORMATION

Transcript of Nicholas Sandmann

Conducted on 9/13/2021 & 9/14/2021                    320

| | | |
|---|---|---|
| 1 | MR. SIEGEL: Okay. Let's just play it | 11:08:35 |
| 2 | one more time. Maybe go one more second past. | 11:08:37 |
| 3 | MS. MEEK: Okay. Going back to 3:20. | 11:08:44 |
| 4 | MR. SIEGEL: No, no, no, I'm sorry. | 11:08:49 |
| 5 | Yeah. Just -- you can go maybe five seconds | 11:08:50 |
| 6 | before and then go one second past so he can | 11:08:53 |
| 7 | focus just on that. | 11:08:57 |
| 8 | MS. MEEK: Playing from 3:27. | 11:09:00 |
| 9 | (Thereupon, a video recording of Exhibit | 11:09:03 |
| 10 | 16 was played.) | 11:09:03 |
| 11 | BY MR. SIEGEL: | 11:09:13 |
| 12 | Q.    So would it be fair to say that whoever | 11:09:13 |
| 13 | said that is kind of in a sing-song voice, like | 11:09:18 |
| 14 | you can't move him? | 11:09:22 |
| 15 | A.    Yeah. It was Beau. | 11:09:23 |
| 16 | Q.    That was Beau? | 11:09:26 |
| 17 | A.    Yeah. | 11:09:27 |
| 18 | Q.    Okay. And do you think that could be | 11:09:29 |
| 19 | interpreted as mocking Mr. Phillips? | 11:09:32 |
| 20 | A.    No. | 11:09:36 |
| 21 | Q.    Why not? | 11:09:37 |
| 22 | A.    Because, I mean, that's a very neutral, | 11:09:38 |
| 23 | truthful statement. | 11:09:44 |
| 24 | Technically, he is not allowed to move | 11:09:46 |
| 25 | me or put his hands on me, if you are looking at | 11:09:49 |

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    321

| | | |
|---|---|---|
| 1 | this legally.  So I don't -- I don't see that as | 11:09:53 |
| 2 | how you could take that as disrespectful to | 11:10:01 |
| 3 | Mr. Phillips. | 11:10:04 |
| 4 | Q.    Does the tone of voice that he says it | 11:10:04 |
| 5 | in, you can't move him, does that affect your | 11:10:07 |
| 6 | answer at all? | 11:10:11 |
| 7 | A.    No.   That was the way in which we | 11:10:11 |
| 8 | recited our school spirit chants. | 11:10:15 |
| 9 | Q.    Okay.  So your interpretation of it is | 11:10:19 |
| 10 | Beau was reciting it here as if it were a cheer? | 11:10:24 |
| 11 | A.    Yes. | 11:10:28 |
| 12 | MR. SIEGEL:  Okay.  Just go back.  Play | 11:10:28 |
| 13 | that one more time. | 11:10:34 |
| 14 | BY MR. SIEGEL: | 11:10:35 |
| 15 | Q.    And can you point out to me where you | 11:10:35 |
| 16 | see that it is Beau who is saying this? | 11:10:38 |
| 17 | A.    Okay.  It might be helpful to do it | 11:10:41 |
| 18 | frame by frame so I can -- | 11:10:44 |
| 19 | MS. MEEK:  Sure.  I will do that from | 11:10:45 |
| 20 | 3:27. | 11:10:48 |
| 21 | THE WITNESS:  Okay. | 11:10:50 |
| 22 | (Thereupon, a video recording of Exhibit | 11:10:55 |
| 23 | 16 was played.) | 11:10:55 |
| 24 | THE WITNESS:  You will see him when the | 11:11:13 |
| 25 | camera shows back over to the left. | 11:11:15 |

| # | | Time |
|---|---|---|
| 1 | about what the man in the red hat said with | 12:05:36 |
| 2 | anyone that changes anything that you have | 12:05:39 |
| 3 | testified about before? | 12:05:42 |
| 4 | A.   No.  I -- I generally heard the same | 12:05:43 |
| 5 | things I heard from the other angle. | 12:05:46 |
| 6 | Q.   Okay.  Were you -- could you make out | 12:05:48 |
| 7 | anything about what the man in the white hat was | 12:05:51 |
| 8 | communicating? | 12:05:54 |
| 9 | A.   Not really. | 12:05:55 |
| 10 | MR. SIEGEL:  Okay.  All right.  Let's | 12:05:59 |
| 11 | take a -- let's take a lunch break. | 12:06:01 |
| 12 | THE VIDEOGRAPHER:  We are going off the | 12:06:04 |
| 13 | record.  The time is 12:06 p.m. | 12:06:06 |
| 14 | (Thereupon, there was a recess taken at | 12:06:12 |
| 15 | 12:06 p.m.) | 12:06:12 |
| 16 | (Thereupon, the proceedings were resumed | 12:50:03 |
| 17 | at 12:50 p.m.) | 12:50:03 |
| 18 | THE VIDEOGRAPHER:  We are back on the | 12:50:11 |
| 19 | record.  The time is 12:50 p.m. | 12:50:21 |
| 20 | BY MR. SIEGEL: | 12:50:25 |
| 21 | Q.   Okay.  Nick, you delivered a speech that | 12:50:25 |
| 22 | was broadcast as part of the Republican National | 12:50:30 |
| 23 | Convention, right? | 12:50:35 |
| 24 | A.   That is correct. | 12:50:37 |
| 25 | Q.   And how did you come to do that? | 12:50:38 |

CONTAINS CONFIDENTIAL INFORMATION

Transcript of Nicholas Sandmann

Conducted on 9/13/2021 & 9/14/2021                    393

| # | | Time |
|---|---|---|
| 1 | because I think it's really for Phase 2, but just | 13:35:12 |
| 2 | to sort of help with the timeline so we know. | 13:35:13 |
| 3 | When did you first learn that this | 13:35:17 |
| 4 | incident was out there in some way on social | 13:35:21 |
| 5 | media or wherever? | 13:35:26 |
| 6 | A.    Somewhere -- somewhere between 2 and | 13:35:27 |
| 7 | 3 a.m., on the bus back, I got woken up, and | 13:35:30 |
| 8 | people had found it trending on Twitter. | 13:35:34 |
| 9 | MR. SIEGEL:  Okay.  Let's go to -- I | 13:35:42 |
| 10 | think I skipped it the last time, but we will | 13:35:44 |
| 11 | still mark it as Exhibit 8.  And Exhibit 8 is DOC | 13:35:47 |
| 12 | 1 and 2.  It's an e-mail that was produced by the | 13:36:20 |
| 13 | diocese. | 13:36:24 |
| 14 | A.    Okay. | 13:36:25 |
| 15 | Q.    And is it -- I take it that the FR | 13:36:26 |
| 16 | Schomaker is for father? | 13:36:33 |
| 17 | A.    Yes. | 13:36:36 |
| 18 | Q.    Who is Father Schomaker? | 13:36:36 |
| 19 | A.    He -- I think he was the vicar general | 13:36:39 |
| 20 | at the diocese number two, which is the second in | 13:36:43 |
| 21 | command, basically. | 13:36:47 |
| 22 | Q.    Okay.  And did you know him? | 13:36:48 |
| 23 | A.    I didn't know him personally.  I had | 13:36:53 |
| 24 | seen him a handful of times when the bishop would | 13:36:56 |
| 25 | visit the school or when I would attend church | 13:37:03 |

# EXHIBIT 2

| 1529 | Native Messages | ███████ | Nick Sandmann* (owner) ███████ Nick Sandmann* (owner) | Timestamp: 2/1/2019 9:42:35 PM(UTC-5) | Direction: Incoming Body: Yo Nick, its Isaac Boldery. Pretty sure you know me but if not, I graduated CCH last year. I'm texting you to get permission from your parents to print a shirt that has your face on it. Participants: | | | 🏷 |

Participant | Delivered | Read | Played
--- | --- | --- | ---
███████ Nick Sandmann | | Nick | 2/1/20 19 9:42:5 3 PM(UT C-5)
███████ Nick Sandmann | | Nick |

Source Extraction: Logical (1)
Status: Read
Message Type: iMessage
Folder: Inbox

| 1530 | Native Messages | Nick Sandmann* (owner) | ███████ Nick Sandmann* (owner) | Timestamp: 2/1/2019 9:43:44 PM(UTC-5) | Direction: Outgoing Body: I can ask them, do you have a picture of what it would look like? Participants: | | | 🏷 |

Participant | Delivered | Read | Played
--- | --- | --- | ---
███████ | 2/1/2019 9:43:45 PM(UTC-5) | 2/1/20 19 9:43:5 1 PM(UT C-5) |
███████ Nick Sandmann | | Nick |

Source Extraction: Logical (1)
Status: Sent
Message Type: iMessage
Folder: Sent

| 1531 | Native Messages | ███████ | Nick Sandmann* (owner) ███████ Nick Sandmann* (owner) | Timestamp: 2/1/2019 9:44:29 PM(UTC-5) | Direction: Incoming Participants: | | | 🏷 |

Participant | Delivered | Read | Played
--- | --- | --- | ---
███████ Nick Sandmann | | Nick | 2/1/20 19 9:44:3 3 PM(UT C-5)
███████ Nick Sandmann | | Nick |

Attachments:



IMG_3979.JPG
~/Library/SMS/Attachments /ee/14/D600D636-A6D6- 4D18-B704- CS4BA7E9A29D/IMG_3979.J PG

Source Extraction: Logical (1)
Status: Read
Message Type: iMessage
Folder: Inbox

N.S. 000662       519

| 1532 | Native Messages | ▮▮▮▮▮ | Nick Sandmann* (owner) ▮▮▮▮▮ Nick Sandmann* (owner) | Timestamp: 2/1/2019 9:45:14 PM(UTC-5) | Direction: Incoming Body: On the back it says #standwithcovington | | ▢ |

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ Nick Sandmann | | 2/1/2019 9:45:19 PM(UTC-5) | |
| ▮▮▮ Nick Sandmann | | | |

Source Extraction: Logical (1)
Status: Read
Message Type: iMessage
Folder: Inbox

| 1533 | Native Messages | ▮▮▮▮▮ | Nick Sandmann* (owner) ▮▮▮▮▮ Nick Sandmann* (owner) | Timestamp: 2/1/2019 9:46:38 PM(UTC-5) | Direction: Incoming Body: And, about $100 was raised for you and your family. Not much but theres people who wanted to support | | ▢ |

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ Nick Sandmann | | 2/1/2019 9:48:58 PM(UTC-5) | |
| ▮▮▮ Nick Sandmann | | | |

Source Extraction: Logical (1)
Status: Read
Message Type: iMessage
Folder: Inbox

| 1534 | Native Messages | Nick Sandmann* (owner) ▮▮▮▮▮ | Nick Sandmann* (owner) | Timestamp: 2/1/2019 9:49:17 PM(UTC-5) | Direction: Outgoing Body: Ok thank you. I'll ask my parents when I can. | | ▢ |

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ | 2/1/2019 9:49:18 PM(UTC-5) | 2/1/2019 9:49:26 PM(UTC-5) | |
| ▮▮▮ Nick Sandmann | | | |

Source Extraction: Logical (1)
Status: Sent
Message Type: iMessage
Folder: Sent

| 1535 | Native Messages | ▮▮▮▮▮ | Nick Sandmann* (owner) ▮▮▮▮▮ Nick Sandmann* (owner) | Timestamp: 2/1/2019 9:49:31 PM(UTC-5) | Direction: Incoming Body: Dope thanks man | | ▢ |

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ Nick Sandmann | | 2/1/2019 9:49:37 PM(UTC-5) | |
| ▮▮▮ Nick Sandmann | | | |

Source Extraction: Logical (1)
Status: Read
Message Type: iMessage
Folder: Inbox



| | | | | | | |
|---|---|---|---|---|---|---|
| 1540 | Native Messages | [redacted] | [redacted]<br>Nick Sandmann* (owner)<br>[redacted]<br>Nick Sandmann* (owner) | Timestamp:<br>2/1/2019 9:52:07 PM(UTC-5) | **Direction:** Incoming<br>**Body:** Alright dope<br>**Participants:**<br>Participant / Delivered / Read / Played<br>[redacted] Nick Sandmann — Read: 2/1/2019 9:55:36 PM(UTC-5)<br>[redacted] Nick Sandmann<br>**Source Extraction:** Logical (1)<br>**Status:** Read<br>**Message Type:** iMessage<br>**Folder:** Inbox | |
| 1541 | Native Messages | [redacted] | [redacted]<br>Nick Sandmann* (owner)<br>[redacted]<br>Nick Sandmann* (owner) | Timestamp:<br>2/2/2019 2:04:05 PM(UTC-5) | **Direction:** Incoming<br>**Body:** Found this shit in some random comment section<br>**Participants:**<br>Participant / Delivered / Read / Played<br>[redacted] Nick Sandmann — Read: 2/2/2019 5:31:28 PM(UTC-5)<br>[redacted] Nick Sandmann<br>**Attachments:**<br><br>IMG_0568.jpeg<br>~/Library/SMS/Attachments/dd/13/FE365484-130E-42C8-9A4A-3EE4846A7EC0/IMG_0568.jpeg<br>**Source Extraction:** Logical (1)<br>**Status:** Read<br>**Message Type:** iMessage<br>**Folder:** Inbox | |
| 1542 | Native Messages | [redacted] | [redacted]<br>Nick Sandmann* (owner)<br>[redacted]<br>Nick Sandmann* (owner) | Timestamp:<br>2/3/2019 4:45:40 PM(UTC-5) | **Direction:** Incoming<br>**Body:** Any info?<br>**Participants:**<br>Participant / Delivered / Read / Played<br>[redacted] Nick Sandmann — Read: 2/3/2019 4:46:15 PM(UTC-5)<br>[redacted] Nick Sandmann<br>**Source Extraction:** Logical (1)<br>**Status:** Read<br>**Message Type:** iMessage<br>**Folder:** Inbox | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

| 1547 | Native Messages | ▇▇▇▇▇ | ▇▇▇▇▇ Nick Sandmann* (owner) ▇▇▇▇▇ ▇▇▇▇▇ ▇▇▇▇▇ ▇▇▇▇▇ ▇▇▇▇▇ Nick Sandmann* (owner): | Timestamp: 2/3/2019 8:34:40 PM(UTC-5) | **Direction:** Incoming<br>**Body:** Chief Philips halftime show | | |
|------|-----------------|------|------|------|------|------|------|

**Participants:**

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| ▇▇▇▇▇ Nick Sandmann | | 2/3/2019 9:25:57 PM(UTC-5) | |
| ▇▇▇▇▇ Nick Sandmann | | | |

Source Extraction: Logical (1)
Status: Read
**Message Type:** iMessage
**Folder:** Inbox

| 1548 | Native Messages | ▇▇▇▇▇ | Nick Sandmann* (owner) Nick Sandmann* (owner) | Timestamp: 2/5/2019 3:02:34 PM(UTC-5) | **Direction:** Incoming<br>**Body:** Hey, any news on approval for the shirts? I know youve been busy so I just wanted to give ya some time | | |
|------|-----------------|------|------|------|------|------|------|

**Participants:**

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| ▇▇▇▇▇ Nick Sandmann | | 2/5/2019 3:04:26 PM(UTC-5) | |
| ▇▇▇▇▇ Nick Sandmann | | | |

Source Extraction: Logical (1)
Status: Read
**Message Type:** iMessage
**Folder:** Inbox

| 1549 | Native Messages | Nick Sandmann* (owner) | ▇▇▇▇▇ Nick Sandmann* (owner) | Timestamp: 2/5/2019 3:05:03 PM(UTC-5) | **Direction:** Outgoing<br>**Body:** Yeah, I've been told we need to ask the lawyers on their opinion. I wish i could just give you the go ahead! | | |
|------|-----------------|------|------|------|------|------|------|

**Participants:**

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| ▇▇▇▇▇ | 2/5/2019 3:05:05 PM(UTC-5) | 2/5/2019 3:45:43 PM(UTC-5) | |
| ▇▇▇▇▇ Nick Sandmann | | | |

Source Extraction: Logical (1)
Status: Sent
**Message Type:** iMessage
**Folder:** Sent

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

| 1561 | Native Messages | ▬▬▬▬ | Nick Sandmann* (owner) ▬▬▬▬ Nick Sandmann* (owner) | Timestamp: 2/10/2019 7:07:37 PM(UTC-5) | **Direction:** Incoming **Body:** Hey were you able to ask the lawyers? **Participants:** | | ▣ |
|---|---|---|---|---|---|---|---|

Participants table (1561):

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▬▬▬ Nick Sandmann | | 2/10/2019 7:48:24 PM(UTC-5) | |
| ▬▬▬ Nick Sandmann | | | |

Source Extraction: Logical (1)
Status: Read
Message Type: iMessage
Folder: Inbox

| 1562 | Native Messages | Nick Sandmann* (owner) ▬▬▬▬ | ▬▬▬▬ Nick Sandmann* (owner) | Timestamp: 2/10/2019 9:31:09 PM(UTC-5) | **Direction:** Outgoing **Body:** Yeah, unfortunately I don't think it's a good idea. Other people printed them but they didn't ask us so idk if stuff will happen to them. **Participants:** | | ▣ |
|---|---|---|---|---|---|---|---|

Participants table (1562):

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▬▬▬ | 2/10/2019 9:31:10 PM(UTC-5) | 2/10/2019 9:31:14 PM(UTC-5) | |
| ▬▬▬ Nick Sandmann | | | |

Source Extraction: Logical (1)
Status: Sent
Message Type: iMessage
Folder: Sent

| 1563 | Native Messages | ▬▬▬▬ | ▬▬▬▬ Nick Sandmann* (owner) ▬▬▬▬ Nick Sandmann* (owner) | Timestamp: 2/10/2019 9:31:24 PM(UTC-5) | **Direction:** Incoming **Body:** Alright man thanks **Participants:** | | ▣ |
|---|---|---|---|---|---|---|---|

Participants table (1563):

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▬▬▬ Nick Sandmann | | 2/10/2019 9:31:36 PM(UTC-5) | |
| ▬▬▬ Nick Sandmann | | | |

Source Extraction: Logical (1)
Status: Read
Message Type: iMessage
Folder: Inbox

| 1564 | Native Messages | Nick Sandmann* (owner) ▬▬▬▬ | ▬▬▬▬ Nick Sandmann* (owner) | Timestamp: 2/10/2019 9:31:53 PM(UTC-5) | **Direction:** Outgoing **Body:** Sorry :/ **Participants:** | | ▣ |
|---|---|---|---|---|---|---|---|

Participants table (1564):

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▬▬▬ | 2/10/2019 9:31:53 PM(UTC-5) | 2/10/2019 9:31:56 PM(UTC-5) | |
| ▬▬▬ Nick Sandmann | | | |

Source Extraction: Logical (1)
Status: Sent
Message Type: iMessage
Folder: Sent

# EXHIBIT 3



N.S. 001799