## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION
## AT COVINGTON

| | | |
|---|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | : : : : : | CASE NO. 2:20-CV-00026-WOB-CJS **ORAL ARGUMENT REQUESTED** |
| Plaintiff, | : : | |
| v. | : : | |
| GANNETT CO., INC. AND GANNETT SATELLITE INFORMATION NETWORK, LLC, | : : : : | |
| Defendants. | : | |

### Defendants Gannett Co., Inc. and Gannett Satellite Information Network, LLC's Motion to Strike Report and Testimony of Craige Roberts

Defendants Gannett Co., Inc. and Gannett Satellite Information Network, LLC ("Defendants"), move for an Order granting Defendants' motion to strike the report and testimony of Craige Roberts for the reasons stated in the accompanying Defendants' Joint Memorandum of Law in Support of Motion to Strike Report and Testimony of Craige Roberts and proposed Order. Defendants request oral argument on this Motion.

Dated: February 11, 2022  /s/ Michael P. Abate
　　　　　　　　　　　　　　 Jon L. Fleischaker
　　　　　　　　　　　　　　 Michael P. Abate
　　　　　　　　　　　　　　 KAPLAN JOHNSON ABATE & BIRD LLP
　　　　　　　　　　　　　　 710 W. Main Street, 4th floor
　　　　　　　　　　　　　　 Louisville, KY 40202
　　　　　　　　　　　　　　 Phone: (502) 540-8280
　　　　　　　　　　　　　　 jfleischaker@kaplanjohnsonlaw.com
　　　　　　　　　　　　　　 mabate@kaplanjohnsonlaw.com

ACTIVE 62953423v3

Michael J. Grygiel (*pro hac vice*)
Cynthia E. Neidl (*pro hac vice*)
Kelly L. McNamee (*pro hac vice*)
Candra M. Connelly (*pro hac vice*)
GREENBERG TRAURIG, LLP
54 State Street, 6th floor
Albany, NY 12207
Phone: (518) 689-1400
grygielm@gtlaw.com
neidlc@gtlaw.com
mcnameek@gtlaw.com
connellyc@gtlaw.com

*Counsel for Defendants Gannett Co., Inc. and Gannett Satellite Information Network, LLC*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 11, 2022, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by e-mail or first-class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Todd V. McMurtry
Jeffrey A. Standen
J. Will Huber
HEMMER DEFRANK WESSELS PLLC
250 Grandview Drive, Suite 500
Fort Mitchell, Kentucky 41017
tmcmurtry@HemmerLaw.com
jstanden@HemmerLaw.com
whuber@HemmerLaw.com

            */s/ Michael P. Abate*
            *Counsel for Defendants Gannett Co. Inc. and*
            *Gannett Satellite Information Network, LLC*