# EXHIBIT A



Planet Depos®
We Make It *Happen*™

# Transcript of Craige Roberts, Ph.D.

**Date:** December 7, 2021
**Case:** Sandmann, et al. -v- NBCUniversal Media, LLC, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
             UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF KENTUCKY
             NORTHERN DIVISION AT COVINGTON


------------------------------X

NICHOLAS SANDMANN, by and      :
Through his parents and natural
Guardians,  TED SANDMANN and   :
JULIE SANDMANN,
                 Plaintiff,    : Case No.
             V                   19-CV-00056-WOB-CJS
NBCUNIVERSAL MEDIA, LLC,        :
                 Defendant.
                               :

------------------------------ X

NICHOLAS SANDMANN, by and      :
Through his parents and natural
Guardians, TED SANDMANN and    :
JULIE SANDMANN,
                 Plaintiff,    : Case No.
             V                   20-CV-00023-WOB-CJS
                               :
THE NEW YORK TIMES COMPANY
D/B/A THE NEW YORK TIMES,      :
                 Defendant.

------------------------------ X

NICHOLAS SANDMANN, by and      :
Through his parents and natural
Guardians, TED SANDMANN and    :
JULIE SANDMANN,
                 Plaintiff,    : Case No.
             V                   20-CV-00024-WOB-CJS
                               :
CBS NEWS, INC., et al.,
                 Defendants. :

------------------------------ X

Job No.:  416134

Pages 1 - 224

Reported by:  Lisa M Barrett
```

```
1   (continued caption)

2   ------------------------------ X

3   NICHOLAS SANDMANN, by and        :
    through his parents and natural
4   Guardians, TED SANDMANN and      :
    JULIE SANDMANN,
5                    Plaintiff,   : Case No.
                     V             2:20-CV-00025-WOB-CJS
6                                 :
    ABC NEWS, INC., et al.,
7                    Defendants.  :

8   ------------------------------ X

9   NICHOLAS SANDMANN, by and        :
    Through his parents and natural
10  Guardians, TED SANDMANN and      :
    JULIE SANDMANN,
11                   Plaintiff,   : Case No.
                  V                2:20-CV-00026-WOB-CJS
12                                :
    GANNETT CO.,INC. AND GANNETT  :
13  SATELLITE INFORMATION NETWORK,
    LLC,
14                   Defendants.  :

15  ------------------------------ X

16  NICHOLAS SANDMANN, by and        :
    Through his parents and natural
17  Guardians, TED SANDMANN and      :
    JULIE SANDMANN,
18                   Plaintiff    : Case No.
                  V                2:20-CV-00027-WOB-CJS
19                                :
    ROLLING STONE, LLC, et al.,
20                   Defendants.  :

21  ------------------------------ X

22       Deposition of CRAIGE ROBERTS, Ph.D.

23       Conducted in-person and virtually

24     Tuesday, December 7, 2021 at 9:30 a.m.

25
```

1              Deposition of CRAIGE ROBERTS, Ph.D.,

2     conducted in-person and virtually,

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22              Pursuant to Notice, before Lisa M

23     Barrett, Notary Public for the State of

24     Maryland.

25

```
 1            A P P E A R A N C E S:

 2   Tuesday, December 7, 2021:

 3   ON BEHALF OF THE PLAINTIFF:

 4           TODD V. McMURTRY, ESQUIRE

 5           WILL HUBER, ESQUIRE

 6           HEMMER DEFRANK WESSELS, PLLA

 7           250 Grandview Drive, Suite 500

 8           Ft. Mitchell, Kentucky 41017

 9           859.344.1188

10   ON BEHALF OF THE DEFENDANTS ABC NEWS, INC.,
     ABC NEWS INTERACTIVE, INC. AND THE WALT DISNEY
11   COMPANY:

12           MEENAKSHI KRISHNAN, ESQUIRE

13           DAVIS WRIGHT TREMAINE, LLP

14           1301 K Street, Northwest,

15           Suite 500 Washington, DC 20005

16           202.973.4499

17   ON BEHALF OF THE DEFENDANTS CBS NEWS, INC.,
     VIACOMCBS, INC., AND CBS INTERACTIVE, INC.:
18

19           JESSICA LAURIN MEEK, ESQUIRE

20           DENTONS BINGHAM GREENBAUM, LLP

21           10 West Market Street, Suite 2700

22           Indianapolis, Indiana 46204

23           317.635.8900

24

25        A P P E A R A N C E S (Continued)
```

```
1    ON BEHALF OF THE DEFENDANTS CBS NEWS, INC.,
     VIACOMCBS, INC., AND CBS INTERACTIVE, INC.:
2

3              NATALIE J. SPEARS, ESQUIRE

4              DENTONS US, LLP

5              233 South Wacker Drive Suite 5900

6              Chicago, Illinois 60606

7              312.876.8000

8

9    ON BEHALF OF THE DEFENDANT ROLLING STONE, LLC
     AND PENSKE MEDIA CORPORATION:
10

11             KEVIN T. SHOOK, ESQUIRE

12             RYAN GOELLNER, ESQUIRE

13             FROST BROWN TODD, LLC

14             10 West Broad Street

15             Columbus, Ohio 43215

16             615.565.1222

17

18   ON BEHALF OF THE DEFENDANTS GANNETT CO., INC.
     AND GANNETT SATELLITE INFORMATION NETWORK, LLC:

19             MICHAEL P. ABATE, ESQUIRE

20             KAPLAN JOHNSON

21             ABATE & BIRD, LLP

22             710 West Main Street 4th Floor

23             Louisville, Kentucky 40202

24             502.540.8280

25        A P P E A R A N C E S:   (Continued)
```

1  ON BEHALF OF THE DEFENDANTS GANNETT CO., INC.
   AND GANNETT SATELLITE INFORMATION NETWORK, LLC:
2

3          MICHAEL J. GRYGIEL, ESQUIRE

4          GREENBERG TRAURIG, LLP

5          54 State Street 6th Floor Albany,

6          New York 12207

7          518.689.1400

8  ON BEHALF OF THE DEFENDANTS NBCUNIVERSAL MEDIA, LLC
   AND THE NEW YORK TIMES COMPANY D/B/A
9  THE NEW YORK TIMES:

10         DARREN W. FORD, ESQUIRE

11         GRAYDON HEAD & RITCHEY, LLP

12         2400 Chamber Center Drive, Suite 300

13         Ft. Mitchell, Kentucky 41017

14         859.578.3071

15

16  Also present:  David Hernandez, Videographer,

17             Socrates Matthews, Planet Depos AV Technician

18

19

20

21

22

23

24

25

1                        C O N T E N T S

2

3    EXAMINATION OF CRAIGE ROBERTS, Ph.D.           PAGE

4    By MS. SPEARS:                                 12

5                        E X H I B I T S

6

7    EXHIBIT              DESCRIPTION               PAGE

8

9    Exhibit A     Expert Report of Craige          47
                   Roberts, Ph.D

10

11   Exhibit B     Document entitled: Craig         223
                   Roberts, Sandmann

12                 deposition notes, December
                   7, 2021

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1    --- Commencing at 9:59 a.m.
2              REMOTE TECHNICIAN:  Thank you to        09:59:03
3    everyone for attending this proceeding remotely   09:59:28
4    which we anticipate will run smoothly.            09:59:30
5              Please remember to speak slowly and do  09:59:32
6    your best not to talk over one another.           09:59:34
7              Please be aware that we are recording   09:59:36
8    this proceeding for back up purposes.  Any        09:59:38
9    off-the-record discussions should be had away from 09:59:40
10   the computer.                                     09:59:42
11             Please remember to mute your mic for    09:59:43
12   those conversations.  Please have your video      09:59:45
13   enabled to help the reporter identify who is      09:59:46
14   speaking.                                         09:59:48
15             If you are unable to connect with video 09:59:49
16   and are connecting via phone, please identify     09:59:51
17   yourself each time before speaking.  I apologize  09:59:54
18   in advance for any technical-related              09:59:56
19   interruptions.  Thank you.                        09:59:59
20             THE VIDEOGRAPHER:  Here begins number 1 10:00:01
21   for the videotape deposition of Craige Roberts in 10:00:03
22   the matter of --                                  10:00:08
23             MS. SPEARS:  I'll read the matters      10:00:11
24   listed here.  This is the video-recorded          10:00:12
25   deposition of Nicholas Sandmann in the matter of  10:00:14
```

| | | |
|---|---|---|
| 1 | Nicholas Sandmann et al. versus NBCUniversal Media | 10:00:20 |
| 2 | LLC.  Case number 19-CV-00056-WOB-CJS. | 10:00:20 |
| 3 | In the case of Nicholas Sandmann versus | 10:00:26 |
| 4 | the New York Times.  Case Number | 10:00:30 |
| 5 | 20-CV-00023-WOB-CJS.  In the matter of Nicholas | 10:00:30 |
| 6 | Sandmann versus CBS News, Inc., et al.  Case | 10:00:36 |
| 7 | Number 20-CV-00024-WOB-CJS. | 10:00:36 |
| 8 | In the matter of Nicholas Sandmann | 10:00:57 |
| 9 | versus Nicholas Sandmann, et al. versus ABC News, | 10:01:01 |
| 10 | Incorporated, et al., Case Number | 10:01:01 |
| 11 | 2:20-CV-00025-WOB-CJ. | 10:01:01 |
| 12 | In the matter of Nicholas Sandmann | 10:01:01 |
| 13 | versus Rolling Stone, LLC, et al.  Case Number | 10:01:01 |
| 14 | 2:20-CV-00027-WOB-CJS. | 10:01:01 |
| 15 | THE VIDEOGRAPHER:  Today's date it's | 10:01:12 |
| 16 | December 7th -- | 10:01:12 |
| 17 | -- (overspeaking) -- | 10:01:14 |
| 18 | MS. SPEARS:  One more.  Sorry, it's not | 10:01:16 |
| 19 | on the caption here.  But in the matter of | 10:01:16 |
| 20 | Nicholas Sandmann versus Gannett Company Inc., et | 10:01:18 |
| 21 | al. and that's case number 20-CV-00026-WOB-CJS. | 10:01:22 |
| 22 | THE VIDEOGRAPHER:  Today's date is | 10:01:32 |
| 23 | December 7th, 2021 and the time is 10:01 a.m. | 10:01:33 |
| 24 | The videographer today is David | 10:01:37 |
| 25 | Hernandez representing Planet Depos. | 10:01:37 |

| | |
|---|---|
| 1 | This video deposition is taking place | 10:01:42 |
| 2 | at Dentons US LLP at 1221 Avenue of the Americas, | 10:01:45 |
| 3 | New York. | 10:01:50 |
| 4 | Will counsel please identify themself | 10:01:51 |
| 5 | and state whom they represent. | 10:01:52 |
| 6 | MR. FORD:  Good morning, this is Darren | 10:01:57 |
| 7 | Ford.  I'm sorry, go ahead, Natalie. | 10:01:58 |
| 8 | MS. SPEARS:  Go ahead, Darren. | 10:02:02 |
| 9 | MR. FORD:  Oh, this is Darren Ford | 10:02:04 |
| 10 | representing New York Times Company and | 10:02:05 |
| 11 | NCBUniversal Media LLC. | 10:02:08 |
| 12 | MR. HUBER:  Will Huber for the | 10:02:12 |
| 13 | plaintiff, Nicholas Sandmann. | 10:02:14 |
| 14 | MR. SHOOK:  Good morning, this is Kevin | 10:02:16 |
| 15 | Shook.  I'm with Frost Brown Todd, LLC. | 10:02:19 |
| 16 | With me today Ryan Goellner also with | 10:02:22 |
| 17 | Frost Brown Todd LLC.  We represent Rolling Stone. | 10:02:23 |
| 18 | MS. KRISHNAN:  Good morning.  Meenakshi | 10:02:29 |
| 19 | Krishnan representing ABC. | 10:02:31 |
| 20 | MR. ABATE:  Michael Abate with Kaplan, | 10:02:36 |
| 21 | Johnson Abate and Bird, co-counsel for Gannett Co. | 10:02:38 |
| 22 | Inc. and Gannett Satellite Information Network on | 10:02:40 |
| 23 | behalf of USA Today. | 10:02:44 |
| 24 | This is Michael Grygiel, Greenberg | 10:02:46 |
| 25 | Traurig.  Co-counsel with Mr. Abate for the | 10:02:47 |

| | | |
|---|---|---|
| 1 | Gannett Company and Gannett Satellite Information | 10:02:47 |
| 2 | Network as the publisher of USA Today. | 10:02:47 |
| 3 | MR. SIEGEL:  And Nathan Siegel also | 10:02:56 |
| 4 | representing ABC. | 10:02:56 |
| 5 | MR. McMURTRY:  Todd McMurtry, here for | 10:02:59 |
| 6 | the plaintiff, Nicholas Sandmann. | 10:02:59 |
| 7 | MS. SPEARS:  And good morning, | 10:02:59 |
| 8 | everybody.  This is Nathalie Spears.  I am here | 10:02:59 |
| 9 | with my colleague Jessie Meek, representing the | 10:02:59 |
| 10 | CBS defendants. | 10:02:59 |
| 11 | THE VIDEOGRAPHER:  The Court Reporter | 10:03:19 |
| 12 | is Lisa Barrett.  Would the Reporter please swear | 10:03:20 |
| 13 | in the witness. | 10:03:22 |
| 14 | (Oath Stipulation read by Court Reporter) | 10:03:22 |
| 15 | CRAIGE ROBERTS Ph.D, having been duly | 10:03:22 |
| 16 | sworn testified as follows: | 10:03:22 |
| 17 | BY MS. SPEARS: | 10:04:37 |
| 18 | Q    Can you please state your name for the | 10:04:38 |
| 19 | record. | 10:04:39 |
| 20 | A    Craige Roberts. | 10:04:41 |
| 21 | Q    And that is spelled C-R-A -- | 10:04:42 |
| 22 | A    C-R-A-I-G-E. | 10:04:46 |
| 23 | Q    Okay.  I wasn't sure if that was going | 10:04:48 |
| 24 | to be pronounced "Craige" or "Craig," but it's | 10:04:50 |
| 25 | "Craig". | 10:04:55 |

| | | |
|---|---|---|
| 1 | A    Correct. | 10:04:55 |
| 2 | Q    Is that a family name? | 10:04:55 |
| 3 | A    Great grandmother. | 10:04:57 |
| 4 | Q    Great grandmother.  Okay.  Have you | 10:04:59 |
| 5 | been deposed before? | 10:04:59 |
| 6 | A    I have. | 10:04:59 |
| 7 | Q    Okay and so you understand the rules, | 10:05:13 |
| 8 | they're a little bit different here as you've -- | 10:05:13 |
| 9 |         -- (overspeaking) -- | 10:05:13 |
| 10 | A    Yeah.  They're a little different. | 10:05:13 |
| 11 | That's fine. | 10:05:13 |
| 12 | (Court reporter interjection re overspeaking.) | 10:05:13 |
| 13 | BY MS. SPEARS: | 10:05:14 |
| 14 | Q    Thank you.  That's one of the rules, so | 10:05:14 |
| 15 | thank you for stating that. | 10:05:15 |
| 16 |         If you need a break at any time please | 10:05:16 |
| 17 | let me know.  If you don't understand one of my | 10:05:18 |
| 18 | questions, please let me know, otherwise the | 10:05:20 |
| 19 | record will assume and I will assume that you have | 10:05:22 |
| 20 | understood. | 10:05:25 |
| 21 |         -- (overspeaking) -- | 10:05:25 |
| 22 | A    Understood. | 10:05:26 |
| 23 | Q    And nods of the head also don't work in | 10:05:28 |
| 24 | depositions, so you have to say "yes" or "no." | 10:05:30 |
| 25 | A    I'm trying just not to overlap what | 10:05:31 |

| | | |
|---|---|---|
| 1 | you're saying.  Okay.  That's fine.  I understand. | 10:05:33 |
| 2 | Q    Great.  All right.  Where do you live | 10:05:36 |
| 3 | currently? | 10:05:38 |
| 4 | A    I live here in New York City.  Do you | 10:05:39 |
| 5 | want the address? | 10:05:42 |
| 6 | Q    Sure. | 10:05:43 |
| 7 | A    501 West 123rd Street, Apartment 20F, | 10:05:44 |
| 8 | New York, 10027. | 10:05:45 |
| 9 | Q    And how long have you lived here? | 10:05:49 |
| 10 | A    I've lived in the city for five years, | 10:05:50 |
| 11 | but at that address for three. | 10:05:52 |
| 12 | Q    And by way of background, where were | 10:05:55 |
| 13 | you born? | 10:05:58 |
| 14 | A    Terre Haute, Indiana. | 10:05:58 |
| 15 | Q    And did you grow up there? | 10:06:19 |
| 16 | (Court reporter interjection re audio) | 10:06:19 |
| 17 | A    Is that better?  Hello. I didn't hear | 10:06:19 |
| 18 | what she said. | 10:06:19 |
| 19 | BY MS. SPEARS: | 10:06:23 |
| 20 | Q    Is she close enough because I do want | 10:06:30 |
| 21 | to make sure that we're good to go here and we | 10:06:32 |
| 22 | don't have continuing issues.  So don't be shy on | 10:06:35 |
| 23 | the court reporting side.  Does that sound better? | 10:06:40 |
| 24 | (Court reporter clarification.) | 10:06:42 |
| 25 | A    I'll tell you again.  I was born in | 10:06:48 |

| | | |
|---|---|---|
| 1 | Terre Haute, Indiana.  Can you hear me now? | 10:06:50 |
| 2 | COURT REPORTER:  Yes. | 10:06:57 |
| 3 | BY MS. SPEARS: | 10:06:57 |
| 4 | Q    Okay, great.  And that's where you grew | 10:06:58 |
| 5 | up? | 10:07:01 |
| 6 | A    I did. | 10:07:02 |
| 7 | Q    And where's Terre Haute in Indiana? | 10:07:04 |
| 8 | A    Terre Haute is on the western border of | 10:07:04 |
| 9 | Indiana with Illinois, about 200 miles due south | 10:07:04 |
| 10 | of Chicago. | 10:07:07 |
| 11 | Q    And did you go to high school in Terre | 10:07:08 |
| 12 | Haute? | 10:07:10 |
| 13 | A    I did.  Wiley High School. | 10:07:13 |
| 14 | Q    What high school is that? | 10:07:13 |
| 15 | A    Wiley.  No longer exists.  My great | 10:07:13 |
| 16 | grandfather went there so... | 10:07:17 |
| 17 | Q    Was it a public high school? | 10:07:19 |
| 18 | A    Yes. | 10:07:21 |
| 19 | Q    You went to University in Indiana, as | 10:07:21 |
| 20 | well? | 10:07:25 |
| 21 | A    I did. | 10:07:25 |
| 22 | Q    And where did you study? | 10:07:26 |
| 23 | A    Indiana University as part of the | 10:07:27 |
| 24 | undergraduate. | 10:07:29 |
| 25 | Q    And what was your undergraduate degree? | 10:07:30 |

| | | |
|---|---|---|
| 1 | A    My degree was in theater. | 10:07:32 |
| 2 | Q    And when did you graduate? | 10:07:34 |
| 3 | A    I graduated in 1978, my undergraduate. | 10:07:37 |
| 4 | Q    Did you attend graduate school? | 10:07:45 |
| 5 | A    Yes, I did. | 10:07:47 |
| 6 | Q    Where? | 10:07:48 |
| 7 | A    I studied for another year at Indiana | 10:07:48 |
| 8 | University.  Then I went to the University of | 10:07:52 |
| 9 | Massachusetts in Amherst for my Ph D. | 10:07:54 |
| 10 | Q    And when you studied another year at | 10:07:57 |
| 11 | Indiana University, what did you study? | 10:07:59 |
| 12 | A    I was studied linguistics at that time. | 10:08:01 |
| 13 | Q    Okay, and that was part of graduate | 10:08:04 |
| 14 | training? | 10:08:06 |
| 15 | A    Yes.  That was working towards a | 10:08:06 |
| 16 | Master's degree, but the Master's really didn't | 10:08:08 |
| 17 | matter for my graduate education, so much as the | 10:08:11 |
| 18 | classwork that I took there. | 10:08:16 |
| 19 | So, when I was admitted to University | 10:08:17 |
| 20 | of Massachusetts of Amherst, I went there the | 10:08:20 |
| 21 | following year and didn't complete the Master's. | 10:08:23 |
| 22 | Q    So the year that you did in 1979 to | 10:08:29 |
| 23 | '80 at Indiana State, that was part of your | 10:08:31 |
| 24 | training in linguistics? | 10:08:36 |
| 25 | A    Yes, at the time while I was taking | 10:08:37 |

1  coursework there I also had studied lexicography,                    10:08:39

2  dictionary making and I worked as a research                         10:08:46

3  assistant on the dictionary of Haitian Creole,                       10:08:49

4  French and English under Professor Arthur                            10:08:49

5  (inaudible).                                                         10:08:53

6         Q     And what is lexicography?                               10:08:54

7         A     Lexicography is the study of how to                     10:08:57

8  make dictionaries.                                                   10:08:59

9         Q     And how did you get interested in                      10:09:01

10 lexicography?                                                        10:09:03

11        A     Well, that's a long story.  But I had                   10:09:05

12 been living in New York prior to -- I took some                      10:09:07

13 time off.  After my junior year of college, I came                   10:09:10

14 here and lived.                                                      10:09:14

15               I thought I might be interested in the                 10:09:15

16 arts, but instead I got interested in linguistics                    10:09:17

17 and met someone who was a very famous collector                      10:09:19

18 and seller of dictionaries and got very interested                   10:09:27

19 in that work and she told me, you know, there's a                    10:09:31

20 place where people pay to do that instead of being                   10:09:33

21 an expensive hobby, so I went to graduate school.                    10:09:36

22        Q     And what interested you about                          10:09:43

23 lexicography?                                                        10:09:45

24        A     I'd always been interested in meaning                   10:09:46

25 and I realized that there was a way to study                         10:09:50

| | | |
|---|---|---|
| 1 | meaning in a more systematic way that touched on | 10:09:53 |
| 2 | deeper issues about -- philosophical issues about | 10:09:55 |
| 3 | meaning in a way that could be conveyed. | 10:09:59 |
| 4 | Q    Then you went to University of | 10:10:07 |
| 5 | Massachusetts at Amherst? | 10:10:09 |
| 6 | A    Yes. | 10:10:11 |
| 7 | Q    And you studied linguistics there? | 10:10:12 |
| 8 | A    Yes.  At the time U Mass Amherst -- | 10:10:14 |
| 9 | well still it's one of the top universities in the | 10:10:18 |
| 10 | world to study in my area.  Not just linguistics | 10:10:21 |
| 11 | but linguistic semantics, the study of meaning. | 10:10:23 |
| 12 | And at the time my advisor there Barbara H Partee | 10:10:24 |
| 13 | was and still is one of the top people in the | 10:10:30 |
| 14 | field, so I wanted to work with her. | 10:10:33 |
| 15 | Q    Let's back up there a little bit.  Tell | 10:10:35 |
| 16 | me what is linguistics. | 10:10:36 |
| 17 | A    Linguistics is a scientific study of | 10:10:39 |
| 18 | language.  It's a very large field, not in terms | 10:10:41 |
| 19 | of number of people in it, but in terms of the | 10:10:44 |
| 20 | range of issues that people study.  Everything | 10:10:46 |
| 21 | from the history of languages, from the grammars | 10:10:48 |
| 22 | of particular languages.  But in modern | 10:10:53 |
| 23 | linguistics we are more interested in how people | 10:10:57 |
| 24 | learn and convey linguistic meaning to each other. | 10:11:03 |
| 25 | That's a complicated subject and I | 10:11:10 |

1    wanted to study not just sound patterns or syntax          10:11:14

2    or grammar but meaning.  How we convey meaning.            10:11:18

3         Q    What types of questions do linguists            10:11:22

4    have special expertise to answer?                         10:11:27

5                   -- (overspeaking) --                       10:11:30

6         A    Well, it depends on the linguist.  I            10:11:30

7    wouldn't be here -- I purport to have no special          10:11:33

8    knowledge about historical grammar, how language          10:11:36

9    has changed or the relationships between different        10:11:38

10   languages historically.  That's not my expertise.        10:11:41

11   But in my particular case we -- I am able to bring        10:11:43

12   evidence to bear about the plain meaning of              10:11:50

13   expressions of a variety of languages but English        10:11:54

14   in particular.                                           10:12:00

15        Q    Does the type of linguistic study you          10:12:00

16   consider yourself an expert in, have a name?             10:12:04

17        A    Semantics.  Formal semantics.                  10:12:10

18        Q    What is semantics?                             10:12:11

19        A    Semantics is the study of meaning in           10:12:13

20   linguistics.                                             10:12:16

21        Q    How is semantics different from                10:12:16

22   linguistics?                                             10:12:20

23        A    It's a subfield of linguistics.  As I          10:12:21

24   said, linguistics is complex.  There's historical        10:12:24

25   linguistics, cycle linguistics, phonology.  The          10:12:27

| | | |
|---|---|---|
| 1 | study of the sound patterns.  Semantics is the | 10:12:29 |
| 2 | study of meaning.  I can tell you more about the | 10:12:31 |
| 3 | study, if you are interested. | 10:12:34 |
| 4 | Q    So, when you were you refer to yourself | 10:12:37 |
| 5 | as a linguist, do you refer to yourself as a | 10:12:39 |
| 6 | semantics linguist? | 10:12:43 |
| 7 | A    No, if you are saying you are a | 10:12:45 |
| 8 | physicist, then you can study particle physics or | 10:12:47 |
| 9 | nuclear physics or, you know, a variety of other | 10:12:53 |
| 10 | subfields in which your expertise would primarily | 10:12:56 |
| 11 | lie and mine is semantics within the -- I'm a | 10:12:59 |
| 12 | linguist who studies semantics so you can say I'm | 10:13:03 |
| 13 | a semanticist or a formal semanticist. | 10:13:05 |
| 14 | Q    Okay, and what kinds of data or | 10:13:11 |
| 15 | information do linguists who specialize in | 10:13:11 |
| 16 | semantics rely upon when you undertake an | 10:13:16 |
| 17 | analysis? | 10:13:19 |
| 18 | A    Well, we are scientists so we have | 10:13:20 |
| 19 | certain empirical methodologies that we use to | 10:13:22 |
| 20 | study the ways in which we convey meaning. | 10:13:27 |
| 21 | So that, itself, is (phone sounds.) | 10:13:30 |
| 22 | Q    Sorry.  The telephone just went off in | 10:13:38 |
| 23 | the room, but you can pick up where you left off. | 10:13:39 |
| 24 | A    Yeah.  So, for example, you might say | 10:13:42 |
| 25 | that the meaning of a sentence that I utter is a | 10:13:45 |

1    function of several factors.                    10:13:49

2            Primarily the meanings of the words     10:13:51

3    that I utter, but also the syntactic structure.  10:13:53

4    As I said in my report, John loves Mary means    10:13:57

5    something very different than Mary loves John, so 10:14:01

6    you have to know that John's the subject of one,  10:14:03

7    the object of the other, etcetera, so you have to 10:14:06

8    know the meanings of the words.                   10:14:07

9            The syntactic structure in which they    10:14:10

10   obtain in that utterance and the way in which     10:14:13

11   syntax puts the meanings of words together to     10:14:16

12   compose more complex meanings.  And then in       10:14:20

13   addition you have to look at various contextual   10:14:23

14   factors.  In particular, if there's a pronoun or  10:14:26

15   ellipsis in the sentence, we study the ways in    10:14:30

16   which people rely and really treat the meaning of 10:14:34

17   "he."  We say "He looks hungry," that means       10:14:37

18   something very different if I've been talking     10:14:39

19   about John versus a male alligator.  Right.  It   10:14:40

20   depends on the question under discussion and the  10:14:45

21   context of utterance and --                       10:14:47

22       Q    So, let me stop you there for a second.  10:14:49

23   So my question there was:  What kind of data or   10:14:51

24   information do you rely on?  You mention the       10:14:54

25   meaning of words, syntactic structure.            10:14:56

| | | |
|---|---|---|
| 1 | -- (overspeaking) -- | 10:14:59 |
| 2 | What type of data? | 10:15:00 |
| 3 | -- (inaudible) -- | 10:15:00 |
| 4 | A    What data do we work on? | 10:15:01 |
| 5 | Q    Yes. | 10:15:03 |
| 6 | A    In the case of lexicography, this I | 10:15:03 |
| 7 | studied -- it's an old study, I studied this with | 10:15:07 |
| 8 | Professor Edward Gates, who was a lexicographer | 10:15:10 |
| 9 | that worked for Merriam-Webster Company in | 10:15:14 |
| 10 | Springfield, Massachusetts.  And classical | 10:15:17 |
| 11 | lexicographic procedure consists in finding usages | 10:15:21 |
| 12 | of the term that you are studying in, collecting | 10:15:25 |
| 13 | those from a wide variety of sources, literature, | 10:15:27 |
| 14 | newspaper reporting, essays. | 10:15:32 |
| 15 | Today we use radio programs, television | 10:15:35 |
| 16 | programs and the web, of course, to collect all | 10:15:37 |
| 17 | these usages. | 10:15:42 |
| 18 | They used to have shoeboxes full of | 10:15:43 |
| 19 | them.  Huge rooms full of shoeboxes of collections | 10:15:45 |
| 20 | of usages.  These are ordinary usages by people | 10:15:46 |
| 21 | who are native speakers of the language under | 10:15:52 |
| 22 | study and then the lexicographer attempts to | 10:15:54 |
| 23 | organize these into different possible sentences, | 10:15:59 |
| 24 | looking at context and evidence interpretation in | 10:16:02 |
| 25 | those passages in which they occur. | 10:16:05 |

| | | |
|---|---|---|
| 1 | And then they develop sensors or | 10:16:07 |
| 2 | dictionary definitions, some people call them. | 10:16:12 |
| 3 | Now a dictionary definition then is a reflection | 10:16:14 |
| 4 | of one of the meanings that ordinary people take | 10:16:17 |
| 5 | the given term to have. | 10:16:22 |
| 6 | Q    Okay, so what you just described | 10:16:25 |
| 7 | essentially as what lexicographers do, putting | 10:16:27 |
| 8 | together dictionaries, correct? | 10:16:31 |
| 9 | A    I talked to you about the data that | 10:16:32 |
| 10 | they use. | 10:16:33 |
| 11 | Q    Yeah, they use data to put together | 10:16:33 |
| 12 | dictionaries. | 10:16:35 |
| 13 | A    Right. | 10:16:36 |
| 14 | Q    So dictionaries are one form of | 10:16:37 |
| 15 | data that -- | 10:16:39 |
| 16 | A    One form. | 10:16:39 |
| 17 | Q    -- linguists use. | 10:16:40 |
| 18 | A    Right. | 10:16:43 |
| 19 | Q    What other data or is dictionary the | 10:16:43 |
| 20 | main data? | 10:16:44 |
| 21 | A    Well, no.  I mean, as I said there are | 10:16:45 |
| 22 | three prongs at least, major parts of the meaning | 10:16:47 |
| 23 | of a sentence I might utter. | 10:16:49 |
| 24 | -- (overspeaking) -- | 10:16:52 |
| 25 | Q    Okay, so what other data? | 10:16:52 |

| | | |
|---|---|---|
| 1 | A    So, the second prong is the syntactic | 10:16:54 |
| 2 | structure and linguists have been studying syntax | 10:16:59 |
| 3 | for centuries.  But in particular, since the | 10:17:02 |
| 4 | advent of generative grammar in the 1950s, | 10:17:05 |
| 5 | enormous progress has been made to study the many | 10:17:09 |
| 6 | and sometimes very complex and tactic structures | 10:17:12 |
| 7 | of a language, and the evidence that people draw | 10:17:15 |
| 8 | on again are texts and usages that are found in | 10:17:18 |
| 9 | the plain language of the speakers of the | 10:17:22 |
| 10 | language.  In other words -- | 10:17:25 |
| 11 | -- (overspeaking) -- | 10:17:27 |
| 12 | Q    Which you would find in dictionaries. | 10:17:27 |
| 13 | A    No, dictionaries do not record | 10:17:30 |
| 14 | syntactic structure.  You would go to -- I mean | 10:17:32 |
| 15 | the grammarians, the syntacticians in this case, | 10:17:36 |
| 16 | draw on actual usage.  They find the uses that | 10:17:40 |
| 17 | people make that are -- that other people who are | 10:17:44 |
| 18 | native speakers say, now that's sensible, that | 10:17:48 |
| 19 | sounds like English.  So now you'll find people -- | 10:17:51 |
| 20 | this is more recent because of the advent of | 10:17:55 |
| 21 | crowd-sourcing on the web, they use tools like | 10:17:59 |
| 22 | Mechanical Turk.  It's a very commonly used one to | 10:18:03 |
| 23 | do linguistic research on the web and get native | 10:18:07 |
| 24 | speakers to give judgments about whether they | 10:18:12 |
| 25 | think a particular structure of a certain word and | 10:18:15 |

| # | | |
|---|---|---|
| 1 | the syntactic structure sounds like English.  Does | 10:18:17 |
| 2 | it sound fine or not and, if so, what does it | 10:18:20 |
| 3 | mean? | 10:18:22 |
| 4 | So, now we use -- we can use | 10:18:23 |
| 5 | crowd-sourcing, but that's a relatively recent | 10:18:26 |
| 6 | tool.  Just like lexicographers, syntacticians | 10:18:29 |
| 7 | have been studying the actual usages that you find | 10:18:33 |
| 8 | in both spoken and written English by native | 10:18:36 |
| 9 | speakers and studying what the native speakers | 10:18:42 |
| 10 | take them to mean and what the structures are | 10:18:42 |
| 11 | listed in English.  So it's listed in English to | 10:18:44 |
| 12 | say John has an apple, but now John has apple of | 10:18:46 |
| 13 | ... meaning -- | 10:18:53 |
| 14 | --(overspeaking) -- | 10:18:54 |
| 15 | Q    Okay, so dictionary's syntactic | 10:18:55 |
| 16 | structure -- | 10:18:56 |
| 17 | A    Syntax -- | 10:18:57 |
| 18 | -- (overspeaking) -- | 10:18:58 |
| 19 | Q    -- is the second thing -- | 10:18:58 |
| 20 | -- (overspeaking) -- | 10:18:59 |
| 21 | A    -- semantics -- | 10:18:59 |
| 22 | Q    And what is -- yeah.  You have to wait | 10:19:00 |
| 23 | until I'm done. | 10:19:03 |
| 24 | Thank you, Mr. McMurtry. | 10:19:04 |
| 25 | So, in considering data that linguists | 10:19:06 |

| | | |
|---|---|---|
| 1 | would use we talked about number one, | 10:19:08 |
| 2 | dictionaries, two syntactic structures and | 10:19:12 |
| 3 | resources that talk about syntactic structure. | 10:19:15 |
| 4 | Anything else? | 10:19:17 |
| 5 | A    So I was not quite finished with the | 10:19:18 |
| 6 | syntax.  The results of all this study is -- are | 10:19:20 |
| 7 | recorded in grammars by sophisticated linguistic | 10:19:21 |
| 8 | syntacticians.  And they're excellent grammars of | 10:19:27 |
| 9 | English starting -- well, actually starting in the | 10:19:32 |
| 10 | early -- late 19 -- early 20th century, but | 10:19:33 |
| 11 | certainly starting in the 1950s.  And these are -- | 10:19:36 |
| 12 | these are books that gather that information, | 10:19:40 |
| 13 | compile it and talk about underlying relationships | 10:19:45 |
| 14 | between these different syntactic structures.  And | 10:19:47 |
| 15 | that's what a generative grammar is.  A generative | 10:19:51 |
| 16 | grammar is a set of recursive rules that aims to | 10:19:54 |
| 17 | generate all and only the grammatical licit (?) | 10:19:58 |
| 18 | sentences of the language, so you find that in | 10:20:02 |
| 19 | grammar. | 10:20:04 |
| 20 | That's not the sort of thing that most | 10:20:05 |
| 21 | ordinary people read, but it's used by people, for | 10:20:06 |
| 22 | example, who are making natural language | 10:20:09 |
| 23 | understanding tools for computers, for human | 10:20:11 |
| 24 | computer interface.  So that's the second kind of | 10:20:16 |
| 25 | tool and the second kind of data that I can draw | 10:20:19 |

| | | |
|---|---|---|
| 1 | on. | 10:20:21 |
| 2 | The third kind are semantic judgments. | 10:20:21 |
| 3 | So, as I said, when you use Mechanical Turk, you | 10:20:23 |
| 4 | might be exploring what sounds like elicit, | 10:20:29 |
| 5 | meaning grammatical sentence of the language you | 10:20:34 |
| 6 | are studying, say English here, but you might also | 10:20:36 |
| 7 | ask, what does this mean and by exploring the | 10:20:39 |
| 8 | meanings of sentence in this way and what the | 10:20:42 |
| 9 | entailments are, people like me make judgments | 10:20:45 |
| 10 | about the ways in which the meanings of the words | 10:20:48 |
| 11 | interact with the syntactic structure to compose a | 10:20:53 |
| 12 | more complex meaning to the meaning of the | 10:20:58 |
| 13 | sentence. | 10:21:02 |
| 14 | Q    Anything else or that's the primary? | 10:21:03 |
| 15 | A    No, besides that we study the ways that | 10:21:04 |
| 16 | context influences interpretation so one of the | 10:21:06 |
| 17 | things I'm most well known for is my work on the | 10:21:09 |
| 18 | question under discussion. | 10:21:13 |
| 19 | If you Google "question under | 10:21:14 |
| 20 | discussion" Craige Roberts will come up.  So I | 10:21:15 |
| 21 | study the ways in which we encode the kinds of | 10:21:19 |
| 22 | factors in context, this utterance -- the context | 10:21:25 |
| 23 | that we have in this discourse, the kinds of | 10:21:32 |
| 24 | factors that come to bear on resolving | 10:21:35 |
| 25 | context-sensitive expressions in an utterance. | 10:21:38 |

| | | |
|---|---|---|
| 1 | And context-sensitive expressions, as I | 10:21:41 |
| 2 | said, include things like pronouns and ellipses, | 10:21:43 |
| 3 | etcetera. | 10:21:46 |
| 4 | Q    Thank you.  Anything else in terms of | 10:21:48 |
| 5 | data or those are the main things? | 10:21:50 |
| 6 | A    That's the data for evidence about the | 10:21:51 |
| 7 | way that meaning is composed as a function of the | 10:21:53 |
| 8 | parts in the context in -- yeah. | 10:21:57 |
| 9 | Q    So, the -- just getting back to my | 10:21:58 |
| 10 | initial question, the kinds of data that linguists | 10:22:00 |
| 11 | rely on when they undertake an analysis, those are | 10:22:06 |
| 12 | the types that we just talked about.  Those are | 10:22:10 |
| 13 | the kinds of data, correct? | 10:22:11 |
| 14 | A    The primary kinds of data, yes. | 10:22:12 |
| 15 | Q    Okay.  And as a linguist when you | 10:22:16 |
| 16 | write -- you've written a lot, I take it. | 10:22:18 |
| 17 | A    I have. | 10:22:21 |
| 18 | Q    I've looked at your CV, correct? | 10:22:21 |
| 19 | A    Yes. | 10:22:23 |
| 20 | Q    And when you write, you're careful | 10:22:23 |
| 21 | about words you use and the meanings they have . | 10:22:25 |
| 22 | -- (overspeaking) -- | 10:22:28 |
| 23 | A    I am -- | 10:22:28 |
| 24 | Q    -- as a linguist; right? | 10:22:28 |
| 25 | A    Yes. | 10:22:30 |

| | | |
|---|---|---|
| 1 | MR. McMURTRY:  Let her finish her | 10:22:31 |
| 2 | question first. | 10:22:31 |
| 3 | THE WITNESS:  I'm sorry. | 10:22:31 |
| 4 | MR. McMURTRY:  Yeah, it's -- | 10:22:31 |
| 5 | -- (overspeaking) -- | 10:22:31 |
| 6 | THE WITNESS:  I don't intend to foul | 10:22:31 |
| 7 | up.  Sorry. | 10:22:31 |
| 8 | BY MS. SPEARS: | 10:22:31 |
| 9 | Q    Thank you.  So, you also talk about, in | 10:22:40 |
| 10 | your report, pragmatics.  What is -- that you | 10:22:48 |
| 11 | specialize in pragmatics as well, correct? | 10:22:52 |
| 12 | A    Yes. | 10:22:54 |
| 13 | Q    What is pragmatics? | 10:22:55 |
| 14 | A    Pragmatics is the study of the way in | 10:22:58 |
| 15 | which context influences interpretation. | 10:23:00 |
| 16 | Q    And what is -- when you use it in that | 10:23:03 |
| 17 | way, what is context? | 10:23:08 |
| 18 | A    Context, it could be -- it depends on | 10:23:12 |
| 19 | the theory that you look at, the way in which it's | 10:23:15 |
| 20 | defined, actually.  This is a technical debate | 10:23:18 |
| 21 | within the field.  I have a theory of context. | 10:23:21 |
| 22 | Loosely and formally, you could say that the | 10:23:26 |
| 23 | context is the information that interlocutors | 10:23:28 |
| 24 | share in the course of a discourse and hence | 10:23:33 |
| 25 | information that might potentially be drawn upon | 10:23:35 |

1    to help resolve context sensitive aspects of the          10:23:37
2    meaning of them.                                           10:23:41
3        Q    When you say "interlocutors," what do             10:23:43
4    you mean by that?                                          10:23:44
5        A    Interlocutors in a discourse are people           10:23:46
6    that are speaking with each other.                         10:23:48
7        Q    And why is context important to                   10:23:50
8    linguists?                                                 10:23:53
9        A    As I said, there are many                         10:23:55
10   context-sensitive expressions in a language and            10:23:56
11   also other ways in which context comes to bear.            10:24:00
12        Would you like me to give an example              10:24:02
13   besides pronouns and ellipses?                             10:24:04
14       Q    Sure.                                             10:24:08
15       A    Yeah.  So if I say to you, John only              10:24:08
16   introduced Sue to Bill, that could be true in a            10:24:13
17   context in which it would be false that John only          10:24:16
18   introduced Sue to Bill.                                    10:24:20
19        I'll say the two utterances again.               10:24:24
20   John only introduced Sue to Bill, versus John only         10:24:26
21   introduced Sue to Bill.                                    10:24:31
22        So suppose that there's several people           10:24:33
23   at a party and John introduced several different           10:24:35
24   people to Bill.  Then -- but the only person that          10:24:39
25   Sue met was Bill.  One of those will be true.              10:24:46

| | | |
|---|---|---|
| 1 | John only introduced Sue to Bill but the other one | 10:24:52 |
| 2 | was false. | 10:24:57 |
| 3 | John only introduced Sue to Bill | 10:24:57 |
| 4 | because Bill met several people.  So all I did | 10:25:00 |
| 5 | there was I put emphasis on one of the different | 10:25:04 |
| 6 | objects, Sue versus Bill. | 10:25:08 |
| 7 | Q    So in that example you gave, that is an | 10:25:10 |
| 8 | example of how context -- | 10:25:12 |
| 9 | -- (overspeaking) -- | 10:25:15 |
| 10 | A    And -- | 10:25:17 |
| 11 | -- (overspeaking) -- | 10:25:17 |
| 12 | Q    Hold on.  I have to finish the | 10:25:17 |
| 13 | question.  So that's an example of the way in | 10:25:19 |
| 14 | which context can impact meaning when it's spoken | 10:25:22 |
| 15 | by somebody by virtue of how they emphasize a | 10:25:25 |
| 16 | certain word, correct? | 10:25:28 |
| 17 | A    No. | 10:25:29 |
| 18 | Q    No. | 10:25:30 |
| 19 | A    You misunderstood, but you didn't let | 10:25:30 |
| 20 | me finish. | 10:25:32 |
| 21 | Q    Okay. | 10:25:33 |
| 22 | A    So what I did was give you the | 10:25:33 |
| 23 | utterances but my point was that the emphasis on | 10:25:35 |
| 24 | the accent on "Bill" versus "Sue" is said in the | 10:25:40 |
| 25 | theory, actually, the theory based on my work to | 10:25:45 |

| | | |
|---|---|---|
| 1 | be a reflection of which alternatives are under | 10:25:48 |
| 2 | consideration and that reflects the question under | 10:25:51 |
| 3 | discussion. | 10:25:53 |
| 4 | So, if I put it -- so that is a | 10:25:54 |
| 5 | contextual factor.  So if the question is: Who did | 10:25:57 |
| 6 | Bill introduce to Sue?  Who did Bill introduce to | 10:26:02 |
| 7 | Sue?  John only introduced -- I'm sorry, who did | 10:26:06 |
| 8 | John -- my names confused. | 10:26:11 |
| 9 | Who did John introduce to Sue?  By | 10:26:13 |
| 10 | saying:  John only introduced Bill to Sue, that's | 10:26:16 |
| 11 | an appropriate answer to that question. | 10:26:19 |
| 12 | Notice if I say:  Who did John | 10:26:21 |
| 13 | introduce to Bill?  And I say John only introduced | 10:26:23 |
| 14 | Sue to Bill, that would be an odd answer to that | 10:26:29 |
| 15 | question.  So there's a correlation between which | 10:26:32 |
| 16 | words I put the emphasis on among the objects and | 10:26:36 |
| 17 | the question under discussion.  And that's one way | 10:26:40 |
| 18 | that you can see that which question's under | 10:26:42 |
| 19 | discussion and that is a contextual factor. | 10:26:45 |
| 20 | It has a bearing both on the felicity | 10:26:47 |
| 21 | of the accent placement and which of the | 10:26:50 |
| 22 | utterances is appropriate, answers that question | 10:26:54 |
| 23 | and hence which is true.  Which is false. | 10:26:55 |
| 24 | Q    So, I may be a little confused now. | 10:27:00 |
| 25 | -- (overspeaking) -- | 10:27:02 |

| | | | |
|---|---|---|---|
| 1 | A | That's a complex question. | 10:27:03 |
| 2 | | -- (overspeaking) -- | 10:27:04 |
| 3 | Q | But let me ask you -- that's a complex | 10:27:04 |
| 4 | question whether -- | | 10:27:07 |
| 5 | | -- (overspeaking) -- | 10:27:07 |
| 6 | A | No, let me -- | 10:27:08 |
| 7 | Q | Whether Bill -- | 10:27:09 |
| 8 | A | No  -- (overspeaking) -- | 10:27:09 |
| 9 | Q | -- only introduced John to Sue, is it? | 10:27:09 |
| 10 | A | Oh, it's difficult to explain, but | 10:27:12 |
| 11 | native speakers have no problems with it at all. | | 10:27:14 |
| 12 | That's the interesting thing. | | 10:27:18 |
| 13 | Q | An average person can understand that | 10:27:19 |
| 14 | type of -- | | 10:27:21 |
| 15 | | -- (overspeaking) -- | 10:27:21 |
| 16 | A | Oh, yeah, yeah -- | 10:27:22 |
| 17 | | -- (overspeaking) -- | 10:27:22 |
| 18 | Q | -- sentence structure. | 10:27:22 |
| 19 | A | -- not explanation.  They understand | 10:27:22 |
| 20 | the English. | | 10:27:24 |
| 21 | Q | Right. | 10:27:26 |
| 22 | A | And the difference is which English | 10:27:26 |
| 23 | utterance is felicitous and what the two | | 10:27:28 |
| 24 | in-utterances mean. | | 10:27:30 |
| 25 | Q | And so I mean, boiling that down what | 10:27:32 |

| | | |
|---|---|---|
| 1 | you are essentially saying is that context can | 10:27:35 |
| 2 | impact the way in which a word is used in the | 10:27:37 |
| 3 | sentence or the way in which an accent on a | 10:27:41 |
| 4 | certain word is used in a sentence, correct? | 10:27:45 |
| 5 | A     That would be reduction beyond -- no, | 10:27:48 |
| 6 | that's not what I'm -- so -- | 10:27:51 |
| 7 | Q     Okay. | 10:27:53 |
| 8 | A     What I mean is -- may I? | 10:27:54 |
| 9 | Q     Sure. | 10:27:55 |
| 10 | A     Let me try again.  I meant that given | 10:27:56 |
| 11 | the whole utterance, and I'm going to say it now | 10:27:59 |
| 12 | without accent:  John only introduced Sue to Bill. | 10:28:01 |
| 13 | Okay?  That's the utterance. | 10:28:07 |
| 14 | How you can understand that, one way I | 10:28:09 |
| 15 | could say it which reflects one kind of question | 10:28:11 |
| 16 | under discussion, could be true and it's not a | 10:28:15 |
| 17 | function of the words.  The same words are in both | 10:28:18 |
| 18 | the sentences, whether I put accent on Bill or | 10:28:21 |
| 19 | Sue.  So it's not the words.  The accent reflects | 10:28:24 |
| 20 | the context and the context tells you what we call | 10:28:27 |
| 21 | the truth conditions, when it's true and when it's | 10:28:32 |
| 22 | false.  And one of those accents as a function of | 10:28:35 |
| 23 | the question under discussion that it reflects, | 10:28:39 |
| 24 | can yield something that's true while the other | 10:28:43 |
| 25 | accent could be false, given the same actual | 10:28:45 |

| | |
|---|---|
| 1 | circumstances in which we assess it's true. | 10:28:48 |
| 2 | Q    Okay, and context can also be the | 10:28:51 |
| 3 | situation in which the statements are made, | 10:28:56 |
| 4 | correct? | 10:28:58 |
| 5 | A    Yes, in fact, that's what I said. | 10:28:58 |
| 6 | Q    External to the words themselves, | 10:29:01 |
| 7 | correct? | 10:29:03 |
| 8 | A    Yes, that's right, as long as we have | 10:29:03 |
| 9 | access to it as interlocutors, okay?  And that's | 10:29:06 |
| 10 | one reason why I said the information available to | 10:29:10 |
| 11 | the interlocutors. | 10:29:12 |
| 12 | So if the context of utterance is one | 10:29:14 |
| 13 | in which you have access to information that I | 10:29:18 |
| 14 | don't, that access that we don't -- that | 10:29:20 |
| 15 | information we don't share will not be part of | 10:29:23 |
| 16 | what I, as the person listening to you, take into | 10:29:26 |
| 17 | consideration in interpreting what you've said. | 10:29:31 |
| 18 | It's only shared context that is | 10:29:33 |
| 19 | brought to bear on meaning in a licit way, in | 10:29:36 |
| 20 | interaction. | 10:29:41 |
| 21 | Q    Right.  Okay. So -- or I should say | 10:29:45 |
| 22 | "understood." | 10:29:47 |
| 23 | Let's go back to talking about your | 10:29:48 |
| 24 | employment history. | 10:29:52 |
| 25 | A    Yeah. | 10:29:53 |

1      Q    So, I just want to wrap that up.  You          10:29:53
2    did a postdoctoral fellowship after your graduate      10:29:58
3    work, correct?                                          10:30:03
4      A    It's a post doctoral fellowship.  I was         10:30:04
5    for two years at the Center for the Study of            10:30:07
6    Language and Information at Stanford University,        10:30:10
7    which is one of the first institutions for             10:30:11
8    cognitive science.  The study -- the                   10:30:14
9    inter-disciplinary study of --                         10:30:16
10              -- (overspeaking) --                        10:30:20
11     A    -- language.                                     10:30:20
12     Q    Okay, then after that, what did you do?          10:30:20
13     A    I accepted a position at Ohio State              10:30:22
14   University in the linguistics department.               10:30:24
15     Q    And from what years to what years were           10:30:29
16   you at the Ohio State University?                       10:30:32
17     A    I went there in 1988 and I retired in            10:30:35
18   2016.                                                   10:30:37
19     Q    And you taught undergraduate and                 10:30:38
20   graduate courses at Ohio State?                         10:30:42
21     A    I did.                                           10:30:45
22     Q    And on your resume it says you taught            10:30:46
23   undergraduate and graduate courses and seminars in     10:30:50
24   syntax, semantics and pragmatics.  What does           10:30:54
25   syntax mean?                                            10:31:00

| | | |
|---|---|---|
| 1 | A    I mentioned that before.  That's the | 10:31:01 |
| 2 | study of what, in a given language -- which ways | 10:31:03 |
| 3 | of putting words together is deemed grammatical | 10:31:06 |
| 4 | for that language. | 10:31:10 |
| 5 | Q    You are a visiting professor at the | 10:31:12 |
| 6 | University of Amsterdam and the University of | 10:31:14 |
| 7 | Michigan? | 10:31:16 |
| 8 | A    Yes. | 10:31:17 |
| 9 | Q    Correct.  In philosophy; is that | 10:31:18 |
| 10 | correct? | 10:31:21 |
| 11 | A    That's the department I was in at | 10:31:21 |
| 12 | Michigan. | 10:31:23 |
| 13 | Q    And did you teach philosophy? | 10:31:23 |
| 14 | A    I taught a seminar on philosophy of | 10:31:25 |
| 15 | language.  Philosophy of language. | 10:31:28 |
| 16 | Q    And how does philosophy relate to | 10:31:30 |
| 17 | linguistics? | 10:31:34 |
| 18 | A    Well, remember, I mentioned I was at a | 10:31:34 |
| 19 | cognitive science center as my post-doc at | 10:31:36 |
| 20 | Stanford.  And cogni-science brings together | 10:31:40 |
| 21 | several fields that have -- that study things | 10:31:44 |
| 22 | about human cognition generally but language in | 10:31:44 |
| 23 | particular.  And those fields are linguistics, of | 10:31:48 |
| 24 | course, but also philosophy because there are | 10:31:50 |
| 25 | people who have studied language in philosophy for | 10:31:52 |

| | | |
|---|---|---|
| 1 | centuries and psychology and computer science | 10:31:56 |
| 2 | because of competition linguistics and sociology. | 10:32:01 |
| 3 | Sometimes anthropology. | 10:32:04 |
| 4 | So, in particular, the people who | 10:32:09 |
| 5 | study -- I said I was a formal semanticist and we | 10:32:11 |
| 6 | use logical tools to capture the ways that | 10:32:17 |
| 7 | different languages encode meaning.  This is very | 10:32:21 |
| 8 | useful as a way of capturing the meaning, | 10:32:26 |
| 9 | independent of a language in which you are doing | 10:32:30 |
| 10 | the analysis, okay?  And it's very helpful if | 10:32:32 |
| 11 | you're, for example, a computational linguist. | 10:32:36 |
| 12 | Q    Well, let me stop you there for a | 10:32:41 |
| 13 | second because I just want to -- at a high-level, | 10:32:44 |
| 14 | how does philosophy relate to linguistics? | 10:32:46 |
| 15 | A    I'm trying to explain to you. | 10:32:49 |
| 16 | Q    Okay. | 10:32:51 |
| 17 | A    Okay, so philosophers are interested in | 10:32:51 |
| 18 | a variety of things including thought and language | 10:32:54 |
| 19 | and the way that language reflects thought. | 10:32:56 |
| 20 | So for 200 years philosophers have | 10:32:58 |
| 21 | studied the way in which they think that language | 10:33:01 |
| 22 | relates to thought and as a consequence, they have | 10:33:04 |
| 23 | studied -- especially logicians are very | 10:33:07 |
| 24 | interested in expressions like the word "the" or | 10:33:11 |
| 25 | the word "every," etcetera.  So they have very | 10:33:14 |

| | | |
|---|---|---|
| 1 | detailed analyses of these words and they have had | 10:33:18 |
| 2 | a bearing on the analyses that linguistics -- | 10:33:21 |
| 3 | linguists take into consideration, so we interact | 10:33:26 |
| 4 | with people who have a common interest in | 10:33:30 |
| 5 | academia. | 10:33:31 |
| 6 | Q    You developed and taught a class called | 10:33:32 |
| 7 | "Language in the Law"? | 10:33:36 |
| 8 | A    Yes. | 10:33:37 |
| 9 | Q    In 2005 to 2016? | 10:33:37 |
| 10 | A    Yes. | 10:33:38 |
| 11 | Q    What was the focus of that course? | 10:33:42 |
| 12 | A    That was an advanced undergraduate | 10:33:44 |
| 13 | course for students who were interested in going | 10:33:44 |
| 14 | into the law, law enforcement related to fields. | 10:33:46 |
| 15 | It was a writing course so it was a | 10:33:50 |
| 16 | very demanding course for the students and it was | 10:33:52 |
| 17 | a course in which we tried to talk -- first of | 10:33:57 |
| 18 | all, give them some basic information about the | 10:33:59 |
| 19 | way that "we" is understood by native speakers and | 10:34:02 |
| 20 | how you might bring that information to bear on | 10:34:03 |
| 21 | assessing the plain meaning of some -- of a given | 10:34:15 |
| 22 | expression. | 10:34:17 |
| 23 | Then we looked at case law and some of | 10:34:19 |
| 24 | the sort of standard ways in which attorneys | 10:34:22 |
| 25 | approached language and tried to think about how | 10:34:28 |

1   linguistic tools could be useful in assessing        10:34:39

2   meaning in contentious cases.                        10:34:44

3        Q    What law did you look at for that          10:34:46

4   course?                                              10:34:48

5        A    I would have look at my notes.  If         10:34:48

6   you'd like, I can do that at my computer here.       10:34:51

7        Q    That's all right --                        10:34:53

8             -- (overspeaking) --                       10:34:53

9        A    -- of course it is.                        10:34:53

10            -- (overspeaking) --                       10:34:54

11       Q    -- just what you recall sitting here.      10:34:54

12       A    I -- for example, one of the books I       10:34:56

13  used a lot was a book by Larry Solan called "The     10:34:57

14  Language of Judges." Larry Solan is an               10:35:01

15  interesting -- I think he's a Professor at           10:35:05

16  Brooklyn, was it?  I can't remember.  John J.        10:35:06

17  College or Brooklyn College, one of these places     10:35:08

18  here in New York, but he has a Ph D. in              10:35:08

19  linguistics actually from the same school that I     10:35:08

20  went to, University of Massachusetts in Amherst      10:35:16

21  and he's taught language in the law for a long       10:35:18

22  time --                                              10:35:21

23       Q    Any specific area of law?                  10:35:22

24       A    Well --                                    10:35:23

25       Q    Or is he just focused on writing and       10:35:24

1  language?                                              10:35:28

2      A    I'm sorry, I don't understand the            10:35:29

3  question.                                              10:35:30

4      Q    Sure.  My question I was trying to get        10:35:30

5  at is were you, in your class "Language and the       10:35:32

6  Law" were you focused on any specific area?           10:35:35

7      A    No, we looked pretty broadly at the          10:35:39

8  variety of the kinds of cases.                        10:35:42

9           I'm not sure what the question is            10:35:44

10  trying to get at.  Sorry.                             10:35:45

11      Q    So is it criminal law or civil law?          10:35:46

12      A    Yeah, both.                                   10:35:49

13      Q    Both?                                         10:35:51

14      A    Yeah.                                         10:35:53

15      Q    Did you teach anything about defamation      10:35:53

16  law in your class?                                    10:35:56

17      A    Not particularly.  I think we might          10:35:59

18  have looked at one or two cases in which             10:36:01

19  defamation was an issue, but that wasn't one of      10:36:04

20  the focuses.                                          10:36:06

21      Q    From 2016 to 2019, you were a visiting       10:36:07

22  Professor at NYU in the linguistics department; is   10:36:09

23  that correct?                                         10:36:13

24      A    Yes.                                          10:36:14

25      Q    And you said you -- have you retired         10:36:14

| | | |
|---|---|---|
| 1 | from there or what's your -- | 10:36:18 |
| 2 | -- (overspeaking) -- | 10:36:20 |
| 3 | Q    -- status? | 10:36:20 |
| 4 | A    -- (overspeaking) -- linguistics | 10:36:21 |
| 5 | professors don't retire. | 10:36:23 |
| 6 | They are just hired -- they are not | 10:36:24 |
| 7 | even hired for long term.  It's just, you know, | 10:36:25 |
| 8 | for a semester or a year, yeah, and they only | 10:36:27 |
| 9 | hired me to teach one course. | 10:36:30 |
| 10 | Q    Okay, and what did you teach? | 10:36:31 |
| 11 | A    I taught a course on indexicality. | 10:36:33 |
| 12 | Q    What's indexicality? | 10:36:38 |
| 13 | A    Indexi -- indexicals are a certain | 10:36:40 |
| 14 | class of context-sensitive expressions that | 10:36:43 |
| 15 | include:  I, you, we, here, now, yesterday, | 10:36:46 |
| 16 | tomorrow.  And they are sensitive to context in a | 10:36:49 |
| 17 | very particular way and I've been developing a | 10:36:52 |
| 18 | novel theory of the relationship between those | 10:36:55 |
| 19 | expressions and context. | 10:36:58 |
| 20 | Q    The -- strike that.  You are currently | 10:37:03 |
| 21 | Professor Emerita at OSU? | 10:37:07 |
| 22 | A    Yes. | 10:37:12 |
| 23 | Q    What does that mean? | 10:37:12 |
| 24 | A    It means I'm not just retired, but I'm | 10:37:13 |
| 25 | still eligible to serve on graduate committees. | 10:37:15 |

1   I have access to university resources from my                10:37:18

2   research.                                                    10:37:21

3          It's an honored position, you know, a                 10:37:24

4   position of respect that says I'm still an active            10:37:28

5   member of the research community, even though I              10:37:31

6   retired from teaching.                                       10:37:33

7       Q    And do you hold any other current                   10:37:40

8   positions, teaching positions?                               10:37:41

9       A    Not teaching positions.  I actually                 10:37:43

10  have just have received an invitation to be a                10:37:45

11  Research Scholar at Barnard College starting in              10:37:48

12  January of 2022.                                             10:37:52

13      Q    You also list you are an affiliate of               10:37:55

14  Rutgers --                                                   10:37:58

15      A    Yes.                                                10:37:59

16      Q    -- for Cognitive Science?  What's that?            10:37:59

17      A    The cognitive science is an                         10:38:01

18  interdisciplinary study of a variety of things               10:38:02

19  having to do with human cognition, but as I said,            10:38:05

20  in particular they're interested in language.                10:38:07

21  Because I have a long history of working in an                10:38:09

22  interdisciplinary way with psychologists,                    10:38:12

23  philosophers and computer scientists, when I moved           10:38:17

24  here I knew the people well at Rutgers and they               10:38:20

25  invited me to be part of their cognitive science             10:38:23

1    center.                                                10:38:25

2         Q    And what does it mean to be an               10:38:27

3    affiliate?                                             10:38:28

4         A    I have -- they don't give me any money.      10:38:29

5    This is all for glory and -- but they deem me --       10:38:32

6    it's really a way of saying that I'm a respected       10:38:36

7    member of the community.  I'm a resource that they     10:38:40

8    would like their faculty and students to draw on.      10:38:42

9              For example, even though it's not            10:38:45

10   official anymore, I am still an affiliate at NYU.      10:38:47

11   I go to courses and seminars there all the time.       10:38:50

12   I'm on committees for graduate students.  I'm          10:38:53

13   writing letters for one of them right now.             10:38:56

14        Q    Okay, so is this basically -- have we        10:38:59

15   gone through your basic employment and teaching        10:39:02

16   history.  Have I left anything out?                    10:39:04

17        A    Many other things but that'll do.            10:39:07

18        Q    Any other important positions you've         10:39:11

19   held that I've left out.                               10:39:12

20        A    Those are my principle positions, yes.       10:39:14

21        Q    And obviously with all of your               10:39:16

22   extensive research and training as a linguist and      10:39:18

23   you've gone through, even in your answers very         10:39:23

24   deeply into, you know, the thought process here,       10:39:25

25   when you are reading something in everyday life        10:39:28

1    does your training sort of impact how you read or        10:39:31

2    interpret things?                                        10:39:35

3         A    No, not unless there's an issue that           10:39:37

4    comes up.  So, may I explain?  If I was reading          10:39:39

5    and I'm an avid reader, I read constantly, I just        10:39:43

6    read like you do.  I'm looking for content.              10:39:46

7              If it's beautiful, I'm reading poetry          10:39:48

8    and I'm impressed and moved by the form.  When           10:39:50

9    something doesn't work, then probably more likely        10:39:54

10   than you, I'm more likely than you to stop and           10:39:57

11   think about why it doesn't work, what was                10:39:59

12   infelicitous or seemed out of place or                   10:40:03

13   ungrammatical, but that's because I have that            10:40:09

14   training to look at that.                                10:40:11

15        Q    Yeah, I would think that in reading            10:40:13

16   things, just given your background, what you do          10:40:14

17   for a living that's a prism through which you are        10:40:17

18   constantly looking, right?                               10:40:19

19        A    Not really.  That would kind of spoil          10:40:20

20   it for me, no.  And I don't like Scrabble.  I            10:40:22

21   don't like word games.                                   10:40:24

22        Q    Do you -- you said you're an avid              10:40:28

23   reader.                                                  10:40:31

24        A    Yeah.                                          10:40:32

25        Q    How often do you read and watch the           10:40:32

| | | |
|---|---|---|
| 1 | news? | 10:40:34 |
| 2 | A     Umm... I read the news every day.  I | 10:40:36 |
| 3 | mostly read the news.  I look at things online, as | 10:40:40 |
| 4 | well, videos, etcetera, yeah. | 10:40:43 |
| 5 | Q     Are there particular newspapers that | 10:40:48 |
| 6 | you subscribe to? | 10:40:50 |
| 7 | A     New York Times and Washington Post. | 10:40:52 |
| 8 | Q     Any others? | 10:40:54 |
| 9 | A     Not subscribe. | 10:40:55 |
| 10 | Q     Are there particular news programs that | 10:40:56 |
| 11 | you watch regularly? | 10:41:01 |
| 12 | A     I don't watch the news.  I look at | 10:41:02 |
| 13 | streaming.  If there's an article either in the | 10:41:05 |
| 14 | New York Times or the Washington Post or if one of | 10:41:10 |
| 15 | my friends might post something on Facebook from | 10:41:12 |
| 16 | The Guardian or some other local newspaper that | 10:41:16 |
| 17 | they read and it looks like an interesting story, | 10:41:21 |
| 18 | I'll go there and if there's a video or streaming | 10:41:23 |
| 19 | I'll watch that. | 10:41:26 |
| 20 | Q     Do you watch TV? | 10:41:27 |
| 21 | A     No. | 10:41:28 |
| 22 | Q     Do you have any special expertise in | 10:41:33 |
| 23 | video analysis? | 10:41:35 |
| 24 | A     No. | 10:41:37 |
| 25 | Q     Do you have any special expertise in | 10:41:42 |

| | | |
|---|---|---|
| 1 | reconstructing events through analysis and videos? | 10:41:44 |
| 2 | A    No. | 10:41:48 |
| 3 | Q    Let's go to your -- I want to mark your | 10:41:48 |
| 4 | expert report and I have a copy here.  We are | 10:41:56 |
| 5 | going to mark it as Exhibit A to this deposition. | 10:41:58 |
| 6 | (Exhibit A was marked for | 10:42:01 |
| 7 | identification.) | 10:42:01 |
| 8 | BY MS. SPEARS: | 10:42:12 |
| 9 | Q    I'm marking Exhibit A to the deposition | 10:42:12 |
| 10 | and that is a copy of Plaintiff's 26(a)2 | 10:42:15 |
| 11 | disclosures, Phase I followed by Exhibit A to that | 10:42:22 |
| 12 | disclosure which is a report dated November 10th, | 10:42:29 |
| 13 | 2021; do you recognize this? | 10:42:35 |
| 14 | A    Yes, I do. | 10:42:37 |
| 15 | Q    Is this the report you wrote in this | 10:42:38 |
| 16 | case? | 10:42:41 |
| 17 | A    Yes. | 10:42:41 |
| 18 | Q    I should say "in these cases"? | 10:42:42 |
| 19 | A    Yes, that's right. | 10:42:44 |
| 20 | -- (indiscernible) -- | 10:42:48 |
| 21 | Q    If you would look at page 2 to 3 of | 10:42:48 |
| 22 | your report, so it starts in sort of a letter form | 10:42:51 |
| 23 | on page 1, "Dear Mr. McMurtry."  Do you see that? | 10:43:03 |
| 24 | A    Yes. | 10:43:06 |
| 25 | Q    And if you go to page -- the appendix | 10:43:07 |

|   |   |   |
|---|---|---|
| 1 | of the report, essentially. | 10:43:13 |
| 2 | A    Sure. | 10:43:16 |
| 3 | Q    It's actually page 1 of the appendix | 10:43:26 |
| 4 | which is at the back.  It says November of 2021, | 10:43:29 |
| 5 | Craige Roberts' brief. | 10:43:30 |
| 6 | A    Sorry, are you talking about page 16? | 10:43:31 |
| 7 | Q    No, it's page 1. | 10:43:33 |
| 8 | A    Oh, my CV.  Is that what you are | 10:43:35 |
| 9 | talking about? | 10:43:38 |
| 10 | Q    Mm-hmm.  Your CV. | 10:43:39 |
| 11 | A    Yes. | 10:43:43 |
| 12 | Q    So that we're on the same page, it's | 10:43:43 |
| 13 | your CV brief. | 10:43:45 |
| 14 | A    Yeah. | 10:43:47 |
| 15 | Q    CV November 2021, page 1. | 10:43:47 |
| 16 | A    Yes. | 10:43:51 |
| 17 | Q    It's at the back of your report.  Do | 10:43:52 |
| 18 | you see that? | 10:43:53 |
| 19 | A    Yes. | 10:43:54 |
| 20 | Q    You list several publications here, | 10:43:55 |
| 21 | starting on page 2 and over to page 3. | 10:43:59 |
| 22 | In any of these publications -- you can | 10:44:06 |
| 23 | take a minute to look -- | 10:44:08 |
| 24 | A    Yeah. | 10:44:09 |
| 25 | Q    -- did you analyze videos of live | 10:44:10 |

| | |
|---|---|
| 1 | action or events to determine the veracity of | 10:44:13 |
| 2 | statements? | 10:44:16 |
| 3 | A    No. | 10:44:17 |
| 4 | Q    Do any of those publications discuss | 10:44:17 |
| 5 | how to approach a video analysis review, such as | 10:44:20 |
| 6 | how to review videos of live events? | 10:44:24 |
| 7 | A    No. | 10:44:26 |
| 8 | Q    Page 2, down at the very first list | 10:44:27 |
| 9 | under books, it says "Haitian Creole English | 10:44:32 |
| 10 | French Dictionary."  I think you mentioned that | 10:44:36 |
| 11 | when you were speaking earlier, correct? | 10:44:39 |
| 12 | A    Yes. | 10:44:41 |
| 13 | Q    I assume that provides translations | 10:44:42 |
| 14 | between Haitian, Creole, English or French? | 10:44:44 |
| 15 | A    Correct. | 10:44:47 |
| 16 | Q    Do you speak Haitian Creole and French? | 10:44:49 |
| 17 | A    Yes. | 10:44:52 |
| 18 | Q    Do you speak any other languages? | 10:44:53 |
| 19 | A    Not well. | 10:44:55 |
| 20 | Q    Do you speak Haitian Creole and French | 10:44:57 |
| 21 | well? | 10:45:01 |
| 22 | A    French pretty well, yes.  Haitian not | 10:45:01 |
| 23 | as well because I haven't had occasion to use it | 10:45:05 |
| 24 | much since I did the dictionary. | 10:45:07 |
| 25 | Q    And that was in 1981? | 10:45:09 |

1     A    I worked on the dictionary from '78 to          10:45:11
2  '80, when I was first an undergraduate and then a        10:45:15
3  graduate assistant at Indiana University on the          10:45:17
4  dictionary project.                                      10:45:19
5          I wrote an article that was a                    10:45:23
6  dictionary procedure article which was one of my         10:45:25
7  first published articles, but I didn't include it        10:45:28
8  here that was a procedures manual for the                10:45:31
9  dictionary.                                              10:45:35
10     Q    That's okay.  You know, I just wanted           10:45:36
11 to establish the timeframe.                              10:45:37
12     A    Okay.                                           10:45:39
13     Q    If we have more time I could hear more          10:45:39
14 about the Haitian Creole dictionary, but I'm going       10:45:41
15 to pass.                                                 10:45:44
16          So I take it you speak French as a              10:45:49
17 foreign language, obviously; you're a native             10:45:52
18 English speaker, correct?                                10:45:56
19     A    Correct.                                        10:45:57
20     Q    Are you able to distinguish languages           10:45:57
21 from other human sounds?                                 10:46:00
22     A    It depends on the language.  I think I          10:46:01
23 could always tell if it was a human language from        10:46:03
24 various things, but that's a weird question.             10:46:05
25 Sorry.                                                   10:46:08

| | | |
|---|---|---|
| 1 | Q    That's okay.  I've been accused of | 10:46:10 |
| 2 | asking weird questions before.  Page 3.  You -- | 10:46:12 |
| 3 | the second one down has domain selection and | 10:46:17 |
| 4 | dynamic semantics in quantification and natural | 10:46:20 |
| 5 | language.  What is natural language? | 10:46:26 |
| 6 | A    Natural language is -- it's in | 10:46:28 |
| 7 | contraposition to artificial languages which would | 10:46:32 |
| 8 | be languages like logic, which is a kind of | 10:46:35 |
| 9 | language or a computer languages. | 10:46:38 |
| 10 | Q    I see.  Down a little bit further, | 10:46:39 |
| 11 | midway on page 3, I see a publication of yours | 10:46:42 |
| 12 | entitled "Domain selection" in -- | 10:46:46 |
| 13 | A    That's the same one. | 10:46:52 |
| 14 | Q    Oh, that's the same one.  Sorry. | 10:46:52 |
| 15 | "Discourse Context and Dynamic interpretation." | 10:46:52 |
| 16 | A    Yes. | 10:46:54 |
| 17 | Q    What's discourse context? | 10:46:55 |
| 18 | A    As I said -- I mean, there's a lot of | 10:46:57 |
| 19 | kinds of context in the world, but I'm talking | 10:47:01 |
| 20 | about the context that bears on the interpretation | 10:47:03 |
| 21 | of language, so we call that discourse context | 10:47:05 |
| 22 | because it's the context in which a discourse | 10:47:08 |
| 23 | takes place between interlocutors.  I wasn't | 10:47:10 |
| 24 | speaking specifically of the kind of context | 10:47:18 |
| 25 | that's relevant for interpretation of language. | 10:47:19 |

1      Q    What does dynamic interpretation mean?                10:47:24

2      A    Yeah.  Context changes in the course of              10:47:28

3  interpretation of a single complex sentence                  10:47:31

4  sometimes.  I could give you examples and so you             10:47:35

5  call that dynamic context.  The context that                 10:47:37

6  changes while the sentence is being spoken.  I               10:47:39

7  could give you a simple example.  I could say               10:47:43

8  "Give me a copy of that," pointing in one                    10:47:46

9  direction; that, pointing in another direction              10:47:49

10  and; that, pointing in a third direction.  And the        10:47:52

11  context in which I'm pointing -- the context              10:47:55

12  includes my pointing and the information that you         10:47:57

13  get from the pointing about what I'm pointing at          10:48:01

14  in that, you know, visual context.                        10:48:04

15          So there the context has changed                  10:48:05

16  because one point when I said "that" I was                 10:48:07

17  pointing in one direction.  Another point, I'm            10:48:10

18  pointing in different and then a third.  So that's        10:48:12

19  a dynamic context, but there are many more complex        10:48:14

20  ways in which a complex syntactic structure leads         10:48:19

21  to the possibility of updating contextual                 10:48:22

22  information in the course of interpretation and           10:48:25

23  that's one of my areas of expertise.                      10:48:27

24      Q    By the way, you mentioned earlier that           10:48:32

25  there was a technical debate in your field related        10:48:34

| | | |
|---|---|---|
| 1 | to some -- some of the works you've -- or some of | 10:48:38 |
| 2 | the specialities that you focused on.  What were | 10:48:44 |
| 3 | you referencing? | 10:48:46 |
| 4 |      A    Well, for example, I told you I'm | 10:48:47 |
| 5 | teaching a course on indexicality, and there's a | 10:48:48 |
| 6 | famous theory of indexicality due to a | 10:48:54 |
| 7 | philosopher -- you don't need to know all | 10:48:57 |
| 8 | the details Caplan in the '80s.  And I'm arguing | 10:48:58 |
| 9 | that if you looked across the wide variety of | 10:49:01 |
| 10 | human languages, there's empirical evidence from | 10:49:03 |
| 11 | those languages that his theory makes the wrong | 10:49:07 |
| 12 | predictions in a number of cases and so is | 10:49:10 |
| 13 | inadequate, so I have a better theory to offer. | 10:49:11 |
| 14 |      Q    Are there any theories of yours in | 10:49:15 |
| 15 | linguistics that are the subject of debate in your | 10:49:19 |
| 16 | field? | 10:49:21 |
| 17 |      A    Sure.  Of course.  If you are an | 10:49:29 |
| 18 | interested theorist, there are.  So mine, I have a | 10:49:29 |
| 19 | theory about "the." I'm actually you're at the | 10:49:32 |
| 20 | table with one of the world's foremost experts on | 10:49:32 |
| 21 | the English word "the" which is the most common | 10:49:32 |
| 22 | word in English language.  And there's a ferocious | 10:49:32 |
| 23 | debate going back to Russell and Whitehead and | 10:49:42 |
| 24 | Frega (?) in the late 19th, early 20th century | 10:49:45 |
| 25 | about the meaning of "the."  And I have a stance | 10:49:46 |

1    about that which is still controversial.                    10:49:48

2         Q    Anything else in your work that is                10:49:50

3    controversial?                                              10:49:52

4         A    Oh, controversial.  I mean, I told you            10:49:54

5    my work on the question under discussion's very,            10:49:56

6    very influential.  There's a large -- if you go to          10:49:58

7    my web page, there's a large bibliography, you can          10:50:02

8    link from there that goes to about half of the              10:50:06

9    work that's been written about the question under           10:50:08

10   discussion.                                                 10:50:11

11        Q    Can you tell me just briefly what is              10:50:11

12   the debate about your theory of the question under          10:50:13

13   discussion?                                                 10:50:15

14        A    Whether I have the right theory of the            10:50:16

15   question under discussion.  I characterize it in a          10:50:19

16   certain, very precise formal way, which I could             10:50:22

17   give you a lecture about, if you wanted.                    10:50:25

18        Q    No thanks.                                        10:50:28

19        A    I don't think you want it, but, but is            10:50:28

20   that the right way to do it.                                10:50:30

21             So one of the students that I'm writing           10:50:32

22   letters for now has an alternative to one aspect            10:50:35

23   of my theory which I think improves on it but, of           10:50:37

24   course, in science, and I'm a scientists, we have           10:50:40

25   a hypothesis not because we think we're always              10:50:43

| | | |
|---|---|---|
| 1 | right, but because we think that's the best | 10:50:48 |
| 2 | explanation we have to give at this point. | 10:50:50 |
| 3 | If new data comes to bear, we revise | 10:50:52 |
| 4 | our hypothesis, so in that sense, all theory is | 10:50:54 |
| 5 | always, in science, up for revision. | 10:50:57 |
| 6 | The virtue of a good theory is its | 10:51:03 |
| 7 | clarity so that we can understand exactly what it | 10:51:05 |
| 8 | predicts. | 10:51:08 |
| 9 | Q    On page 5 of your CV, in a couple of | 10:51:09 |
| 10 | talks you've given on character assassination? | 10:51:17 |
| 11 | A    Mm-hmm. | 10:51:21 |
| 12 | Q    What are those? | 10:51:21 |
| 13 | A    It's a joke.  It's a linguistic joke. | 10:51:22 |
| 14 | I told you about the guy's name Caplan, | 10:51:25 |
| 15 | whose work on indexicality is the most influential | 10:51:28 |
| 16 | and famous in the field and he calls the meaning | 10:51:33 |
| 17 | of an indexical its character.  It's a technical | 10:51:37 |
| 18 | term, has a very specific meaning in that theory. | 10:51:40 |
| 19 | And so I called my talk -- I called my work | 10:51:43 |
| 20 | character assassination because I'm dissing his | 10:51:45 |
| 21 | theory of character. | 10:51:49 |
| 22 | Q    Got it.  So, that's helpful.  Thank | 10:51:50 |
| 23 | you.  It's funny as well. | 10:51:52 |
| 24 | A    (Laughter) | 10:51:56 |
| 25 | Q    You have a talk towards the bottom of | 10:51:56 |

| | | | |
|---|---|---|---|
| 1 | | page 5, "OSU Pragmatics Group Slurs" from very -- | 10:52:02 |
| 2 | A | Yeah. | 10:52:11 |
| 3 | Q | Well, a year ago. | 10:52:12 |
| 4 | A | Yeah. | 10:52:12 |
| 5 | Q | Very recently.  What's this group | 10:52:14 |
| 6 | | about? | 10:52:16 |
| 7 | A | The OSU Pragmatics Group is something I | 10:52:16 |
| 8 | | started when I was there.  It's a working group | 10:52:19 |
| 9 | | for non-credit for graduate students who are | 10:52:22 |
| 10 | | interested in pragmatics, and it's very important | 10:52:24 |
| 11 | | for their professional development. | 10:52:26 |
| 12 | Q | And what's the slurs -- | 10:52:28 |
| 13 | | -- (overspeaking) -- | 10:52:29 |
| 14 | A | So I was -- I was attending by Zoom and | 10:52:29 |
| 15 | | their subject of that discussion is slurs, which | 10:52:32 |
| 16 | | are offensive terms in natural language.  And | 10:52:38 |
| 17 | | I have some things to say about the meaning of | 10:52:42 |
| 18 | | slurs and how I think they come to bear and bear | 10:52:45 |
| 19 | | on the truth condition of the utterance, that is | 10:52:53 |
| 20 | | to say whether it's true or false. | 10:52:56 |
| 21 | Q | And do slurs have universal meaning? | 10:52:58 |
| 22 | A | No, they are very particular to the | 10:53:00 |
| 23 | | group that uses them, I would say. | 10:53:02 |
| 24 | Q | And does the perspective of the | 10:53:05 |
| 25 | | listener or the interlocutor hearing the slur also | 10:53:08 |

1  matter?                                              10:53:11

2       A    Well, yes, I said "the group."  So        10:53:12

3  if -- if we're in crowd in a certain ethnic group   10:53:13

4  sometimes a term that would be used by an outsider   10:53:21

5  as an offensive slur can be used as an in-crowd      10:53:24

6  group as almost a badge of pride, so it depends on   10:53:28

7  who you're talking to what the slur -- not just      10:53:33

8  what it means truth conditionally but the            10:53:33

9  implications and the emotional connotations, yes.    10:53:33

10       Q    And cultural differences can --          10:53:42

11            -- (overspeaking) --                      10:53:42

12       A    And cultural differences come to bear,    10:53:43

13  that's correct.                                      10:53:45

14       Q    Let's look to your CV, page 2.  Have      10:53:50

15  you ever testified in a defamation case before?     10:54:01

16            You list a bunch of cases where you've    10:54:07

17  been engaged as a -- as an expert to do expert      10:54:08

18  work.                                                10:54:11

19       A    No.                                        10:54:11

20       Q    Have you ever testified in a defamation   10:54:11

21  case before?                                         10:54:14

22       A    I don't believe so, no, I have not.       10:54:15

23       Q    Is this case listed at the bottom of      10:54:16

24  your list of cases on page 2 or is that a           10:54:19

25  different case?                                       10:54:22

| | | | |
|---|---|---|---|
| 1 | A | This is this case. | 10:54:23 |
| 2 | Q | So that's Hemmer DeFrank Wessels -- | 10:54:24 |
| 3 | A | Yes. | 10:54:27 |
| 4 | Q | -- Attorneys at Law, Ft. Mitchell. | 10:54:27 |
| 5 | A | Yes. | 10:54:28 |
| 6 | Q | Retained as expert witness in a | 10:54:28 |
| 7 | defamation suit, preparing a report. | | | 10:54:28 |
| 8 | | Have you ever been retained by Hemmer | 10:54:33 |
| 9 | DeFrank Wessels before? | | | 10:54:35 |
| 10 | A | No. | 10:54:37 |
| 11 | Q | Have you ever been asked to review | 10:54:43 |
| 12 | videos in connection with any expert testimony | | | 10:54:45 |
| 13 | before? | | | 10:54:46 |
| 14 | A | No. | 10:54:48 |
| 15 | Q | In how many matters have you provided | 10:54:56 |
| 16 | expert testimony? | | | 10:54:58 |
| 17 | A | You mean in the courtroom and | 10:54:59 |
| 18 | deposition or what do you mean by "provided expert | | | 10:55:00 |
| 19 | testimony"? | | | 10:55:03 |
| 20 | Q | Yeah, let me clarify that.  In how many | 10:55:04 |
| 21 | matters have you provided an expert opinion in an | | | 10:55:06 |
| 22 | report? | | | 10:55:09 |
| 23 | A | I would have to count.  I don't -- I | 10:55:10 |
| 24 | never -- I haven't kept track of the number.  Out | | | 10:55:11 |
| 25 | of the cases you see listed here probably 7 or 10. | | | 10:55:15 |

| | | |
|---|---|---|
| 1 | I'm sorry, I don't know exactly the number. | 10:55:19 |
| 2 | Q    Does this list here that we see on | 10:55:22 |
| 3 | pages 1 and 2 contain a complete list of your | 10:55:25 |
| 4 | work -- legal work -- excuse me, expert work for | 10:55:30 |
| 5 | legal cases? | 10:55:31 |
| 6 | A    I suspect it does.  I don't remember. | 10:55:32 |
| 7 | Remember, this is a brief curriculum vitae so I | 10:55:35 |
| 8 | might have taken out something that didn't seem | 10:55:37 |
| 9 | very important. | 10:55:41 |
| 10 | Q    Have you ever been excluded as an | 10:55:42 |
| 11 | expert? | 10:55:44 |
| 12 | A    Excluded, meaning by a judge? | 10:55:44 |
| 13 | Q    Sure, let me rephrase that.  Has your | 10:55:46 |
| 14 | report ever been excluded in a case? | 10:55:48 |
| 15 | A    Sorry, I'm just not sure the technical | 10:55:51 |
| 16 | sense.  May I try to clarify? | 10:55:53 |
| 17 | Q    Let me try to clarify, and I could ask | 10:55:55 |
| 18 | the question a little better, so thank you. | 10:55:59 |
| 19 | Have you ever given a report or provided a report | 10:56:01 |
| 20 | as an expert in a case and your report has been | 10:56:04 |
| 21 | rejected by the court? | 10:56:08 |
| 22 | A    May I put it a different way?  It | 10:56:12 |
| 23 | was -- was my testimony ever ruled, after the | 10:56:14 |
| 24 | fact, inadmissible?  Yes. | 10:56:16 |
| 25 | Q    Okay.  When? | 10:56:18 |

1        A      In the second case here, you have the          10:56:20
2    Deters, Benzinger LaVelle, etcetera, in the case        10:56:22
3    pertaining to licensure of healthcare facilities.       10:56:27
4    I testified at a magistrate's hearing.  It was a        10:56:30
5    very interesting testimony.                             10:56:33
6            My attorney knew at the time that my --          10:56:34
7    because they had very strict legal tradition in         10:56:37
8    Kentucky of sticking to the plain meaning of the        10:56:46
9    terms in question, and that there was a                 10:56:49
10   possibility that my testimony would be deemed           10:56:51
11   inadmissible because I was testifying as a              10:56:53
12   linguistic expert.  But the judge -- the                10:56:58
13   magistrate, rather, wanted to hear my testimony so     10:57:00
14   he did and it rang the bell.  Even though he            10:57:03
15   legally decided it wasn't admissible, I think it        10:57:08
16   had influence on the case's outcome.  I was very        10:57:11
17   proud of my testimony in that case.                     10:57:14
18       Q      In that case, the magistrate ruled your      10:57:16
19   testimony inadmissible though?                          10:57:18
20       A      They ruled that -- not because of what       10:57:20
21   I said, but because I was a linguistics expert          10:57:22
22   that the testimony was not admissible.                  10:57:27
23       Q      Any other cases that you issued a            10:57:38
24   report in your testimony where your report was          10:57:40
25   deemed inadmissible?                                    10:57:44

1        A    No.  Let me say this: If it was, I            10:57:45

2    don't know.  No one ever said, oh that was deemed      10:57:52

3    inadmissible.                                          10:57:54

4        Q    Fair enough.  You have a report listed        10:57:56

5    at -- or I'm sorry, not a report but it says           10:58:08

6    testified in court on the first listing on page 1      10:58:13

7    there.                                                 10:58:16

8        A    Yes.                                          10:58:16

9        Q    With Dinsmore & Shohl.                        10:58:16

10       A    Yes.                                          10:58:16

11       Q    Trademark law and interpretation of an        10:58:16

12   advertising slogan.                                    10:58:16

13       A    Yes.                                          10:58:20

14       Q    What were your opinions in that case?         10:58:24

15       A    Let me see if I can remember the              10:58:26

16   details.  It was a fascinating case.  In Ohio we       10:58:28

17   have Nationwide Insurance which has this               10:58:33

18   well-known advertising slogan:  "Nationwide at         10:58:35

19   your side."  I think that's it.                        10:58:40

20       Q    I'm familiar with it.                         10:58:41

21       A    Yes, every everybody is.  And there was       10:58:42

22   a little bank in New England.  I can't remember        10:58:44

23   which one, Sovereign Bank and they had come up         10:58:47

24   with a new advertising slogan, "Sovereign Bank         10:58:50

25   always by your side" or something like that.  I        10:58:54

| | |
|---|---|
| 1 | can't remember.  I'm sorry, you know, I'd have to | 10:58:59 |
| 2 | look up the slogan now, but I testified on the | 10:59:01 |
| 3 | part of Sovereign that the new slogan they wanted | 10:59:04 |
| 4 | to use was not synonymous with Nationwide at your | 10:59:10 |
| 5 | side." | 10:59:14 |
| 6 | Oh, no, "Nationwide on your side," | 10:59:14 |
| 7 | That's it.  "Nationwide on your side" versus | 10:59:17 |
| 8 | "Sovereign Bank always at your side."  And I | 10:59:19 |
| 9 | testified that they are not synonymous, yeah. | 10:59:22 |
| 10 | I had a really good punch line.  You want to hear | 10:59:30 |
| 11 | my punch line? | 10:59:33 |
| 12 | Q    Not really -- | 10:59:34 |
| 13 | A    Oh, too bad. | 10:59:35 |
| 14 | Q    -- but it seems like you want to tell | 10:59:35 |
| 15 | me. | 10:59:36 |
| 16 | A    That's okay. | 10:59:36 |
| 17 | Q    What was it? | 10:59:36 |
| 18 | A    Well, it's about truth conditions.  So | 10:59:36 |
| 19 | the attorney for Nationwide was cross-examining me | 10:59:39 |
| 20 | and he said, you know -- he was questioning my | 10:59:45 |
| 21 | analysis and I just said to him that -- I agreed | 10:59:49 |
| 22 | that, yeah, I thought he would have to agree that | 10:59:52 |
| 23 | the point where he was standing was at the side of | 10:59:55 |
| 24 | the attorney for Sovereign Bank.  He agreed that | 10:59:58 |
| 25 | was true. | 11:00:02 |

| | | |
|---|---|---|
| 1 | And I said you are certainly not on his | 11:00:03 |
| 2 | side, are you?  And he agreed that that was not | 11:00:05 |
| 3 | true. | 11:00:08 |
| 4 | So, I made the point that they were not | 11:00:08 |
| 5 | truth conditionally synonymous and in linguistic | 11:00:11 |
| 6 | terms, that means they're not synonymous. | 11:00:14 |
| 7 | Q    Okay, so let's -- | 11:00:18 |
| 8 | A    Sorry, may -- the reason I told that | 11:00:19 |
| 9 | you is that I think it has a -- | 11:00:20 |
| 10 | -- (overspeaking) -- | 11:00:21 |
| 11 | Q    That's okay.  That's fine. The next -- | 11:00:23 |
| 12 | you don't have to continue.  The next thing on | 11:00:24 |
| 13 | here is Deters and Benzinger. | 11:00:29 |
| 14 | A    That's the one we talked about -- | 11:00:35 |
| 15 | -- (overspeaking) -- | 11:00:36 |
| 16 | A    -- the Kentucky magistrate. | 11:00:36 |
| 17 | Q    Okay.  There's a matter on here about | 11:00:37 |
| 18 | midway down, Dritz, PLL interpretation of email | 11:00:56 |
| 19 | correspondence at issue in a criminal case. | 11:01:01 |
| 20 | A    Yes, that's correct. | 11:01:09 |
| 21 | Q    What were your opinions in that case? | 11:01:10 |
| 22 | A    I did not write an expert opinion.  I | 11:01:10 |
| 23 | gave them informal information about my | 11:01:10 |
| 24 | interpretation. | 11:01:13 |
| 25 | Q    Are any of these other cases ones in | 11:01:16 |

| | | |
|---|---|---|
| 1 | which you actually wrote a report? | 11:01:23 |
| 2 | A    Several of them are ones in which I | 11:01:26 |
| 3 | wrote a report, yeah. | 11:01:27 |
| 4 | Q    And you've indicated here if you wrote | 11:01:29 |
| 5 | a report or not? | 11:01:31 |
| 6 | A    Sorry, I didn't put that on the CV. | 11:01:33 |
| 7 | I'd have to look at my records to tell you which | 11:01:34 |
| 8 | ones I actually ended up writing formal reports | 11:01:37 |
| 9 | for. | 11:01:39 |
| 10 | Q    Okay, in some -- a few of these cases | 11:01:40 |
| 11 | it appears that the testimony you gave was about | 11:01:44 |
| 12 | interpretation of statutes or contracts; is that | 11:01:46 |
| 13 | correct? | 11:01:49 |
| 14 | A    Yes. | 11:01:49 |
| 15 | Q    In interpreting a statute or a | 11:01:55 |
| 16 | contract, have you done work where you're | 11:02:00 |
| 17 | examining solely the language of the contract to | 11:02:04 |
| 18 | interpret intent or have you looked to any other | 11:02:07 |
| 19 | resources, such as -- well, let me just stop right | 11:02:10 |
| 20 | there. | 11:02:13 |
| 21 | A    When I give my report, my expert | 11:02:19 |
| 22 | opinion as a linguist, I am not giving you my | 11:02:23 |
| 23 | expert opinion as someone with expertise in the | 11:02:26 |
| 24 | law.  The hardest thing about teaching a course on | 11:02:28 |
| 25 | language in the law is that I'm not an expert on | 11:02:31 |

| | | |
|---|---|---|
| 1 | the law.  So when I write an opinion or give an | 11:02:33 |
| 2 | opinion in testimony, I'm talking about the plain | 11:02:36 |
| 3 | meaning of whatever it is I am analyzing. | 11:02:40 |
| 4 | Q    Let me ask you this though.  If you -- | 11:02:44 |
| 5 | in one of these cases, let's talk about the Sparks | 11:02:44 |
| 6 | case here just to be specific. | 11:02:47 |
| 7 | A    Which one is this? | 11:02:48 |
| 8 | Q    It's about midway through -- | 11:02:50 |
| 9 | A    Commercial contracts. | 11:02:51 |
| 10 | Q    On the interpretation of a commercial | 11:02:51 |
| 11 | contract. | 11:02:53 |
| 12 | A    Yes. | 11:02:54 |
| 13 | Q    In that case did you interpret solely | 11:02:54 |
| 14 | the language of the contract? | 11:02:57 |
| 15 | A    Yes. | 11:02:58 |
| 16 | Q    And did you consider any other | 11:02:59 |
| 17 | information, such as statutory history? | 11:03:09 |
| 18 | A    No, I was not told to do so.  These are | 11:03:12 |
| 19 | cases where the plain language of the document was | 11:03:15 |
| 20 | at issue. | 11:03:17 |
| 21 | Q    Okay.  Let's go to the beginning of | 11:03:18 |
| 22 | your report here.  Back to the beginning. | 11:03:36 |
| 23 | Actually, if you go back to the very first page of | 11:03:37 |
| 24 | the caption to the "Plaintiff's Rule 26(a)(2) | 11:03:49 |
| 25 | Disclosures (Phase One)." | 11:03:50 |

| | | |
|---|---|---|
| 1 | A    Sorry, where are you?  Oh, yes, okay. | 11:03:50 |
| 2 | Yes. | 11:03:54 |
| 3 | Q    Got that?  Okay.  That indicates you're | 11:04:03 |
| 4 | going to testify at trial for Nicholas Sandmann; | 11:04:06 |
| 5 | is that correct? | 11:04:10 |
| 6 | A    Yes, I have agreed to do so. | 11:04:10 |
| 7 | Q    And do you understand what Phase I | 11:04:12 |
| 8 | means in this case? | 11:04:14 |
| 9 | A    No.  I mean, I know what the English | 11:04:15 |
| 10 | means but I don't really know the legal | 11:04:20 |
| 11 | implications. | 11:04:22 |
| 12 | Q    Okay, your report is dated | 11:04:23 |
| 13 | November 10th, as we talked about before and is | 11:04:24 |
| 14 | attached to this.  When were you first contacted | 11:04:26 |
| 15 | about this matter? | 11:04:31 |
| 16 | A    I believe that was in September of '21. | 11:04:33 |
| 17 | Q    September of '21, okay.  And who were | 11:04:42 |
| 18 | you contacted by? | 11:04:42 |
| 19 | A    Todd McMurtry. | 11:04:43 |
| 20 | Q    Was anyone else present? | 11:04:45 |
| 21 | A    No, it was an email contact initially | 11:04:46 |
| 22 | and then phone. | 11:04:48 |
| 23 | Q    And what -- you spoke with Mr. McMurtry | 11:04:50 |
| 24 | by phone? | 11:04:56 |
| 25 | A    Initially, yes. | 11:04:57 |

1        Q     And what was said in that conversation?          11:04:58

2        A     He told me that there was a case                 11:05:02

3   involving defamation.  He told me roughly what it           11:05:04

4   was about.                                                  11:05:07

5              I remembered having seen the news                11:05:08

6   report of the initial -- the initial news reports           11:05:10

7   about the encounter between Mr. -- I didn't                 11:05:14

8   remember the name, Sandmann or Phillips and he              11:05:17

9   asked me if I would be willing to give my expert            11:05:22

10  opinion about the meaning of two passages, and I            11:05:24

11  said I would but I reminded him that I only say             11:05:26

12  what I think it actually means.  I'm not                    11:05:30

13  testifying to an end.                                       11:05:34

14       Q     And did you discuss the matter with              11:05:40

15  anyone else?                                                11:05:43

16       A     No, I was asked to retain -- to keep             11:05:44

17  this in confidence.                                         11:05:48

18       Q     When did you begin preparing your                11:05:53

19  report?                                                     11:05:56

20       A     I'm sorry, I'd have to look at my                11:05:57

21  records but I think it was in September, to my              11:05:59

22  recollection.                                               11:06:01

23       Q     And --                                          11:06:03

24       A     Maybe it wasn't until October.  I'm             11:06:07

25  sorry, I think -- I'm not sure exactly when I              11:06:09

1    started doing the work.                          11:06:12

2         Q    Did you do it over a long period of    11:06:16

3    time in October -- or not a long period.  I      11:06:19

4    shouldn't characterize it that way -- did you do 11:06:22

5    it over a month --                               11:06:23

6              -- (overspeaking) --                   11:06:24

7         A    I think I -- no, I think I wrote the   11:06:24

8    report.  I think what happened in September was  11:06:26

9    that I initially had access to the videos and the 11:06:28

10   passages that I was to look at and I gave -- I    11:06:32

11   reviewed those and I gave Todd a preliminary      11:06:37

12   assessment of whether I thought those passages    11:06:40

13   were true or not of what I saw in the videos.  And 11:06:44

14   then he came back later, probably in late October 11:06:46

15   and said we'd like you to write a report, and     11:06:49

16   I believe it took me about seven or eight days to  11:06:52

17   write the report.                                11:06:57

18        Q    Did you have any in-person meetings    11:06:58

19   with anyone or just telephone calls --           11:07:03

20              -- (overspeaking) --                  11:07:04

21        A    No.                                    11:07:05

22        Q    -- with Mr. --                         11:07:05

23        A    Telephone calls and video ...used Zoom. 11:07:07

24        Q    Can you look on your report at page -- 11:07:13

25   continuing on from where we were before, page 5 -- 11:07:20

1       A    The report.                                    11:07:23

2       Q    -- at the end of your legal work.              11:07:23

3       A    Oh, you're talking about my appendix?          11:07:31

4       Q    I know you took the clip off of it, so         11:07:34

5    it's a little out of order.  You might want to put     11:07:36

6    the clip back on.                                      11:07:38

7       A    There's separate numbers on the CV.  I         11:07:40

8    wasn't sure you were talking about the report or       11:07:42

9    the CV.                                                11:07:44

10      Q    Yes, I'm sorry, I'm talking about the          11:07:44

11   report at this time.                                   11:07:46

12      A    Okay.  Page 5.                                  11:07:47

13      Q    Page 5.                                         11:07:48

14      A    Yes.                                            11:08:03

15      Q    Okay, "IV Bases for Opinions and               11:08:03

16   Materials Considered."                                 11:08:03

17           It says here, "I have been provided            11:08:06

18   with the following materials on which to base my       11:08:09

19   opinion" and then it goes on page 5, 6 and             11:08:10

20   continues onto page 7; is that correct?                11:08:15

21      A    Correct.                                        11:08:16

22      Q    Are the materials -- strike that.              11:08:21

23           Are all the materials that you reviewed        11:08:22

24   in connection with your report listed here on          11:08:23

25   Pages 5 to 7?                                           11:08:25

1        A     That's correct.                                  11:08:27

2        Q     Okay, so those that are listed here on           11:08:27

3   pages 5 to 7 are the only materials you reviewed,           11:08:30

4   correct?                                                    11:08:32

5        A     That is correct.                                 11:08:34

6        Q     On page --                                       11:08:34

7              -- (overspeaking) --                             11:08:35

8        A     May I say, in the original material,             11:08:35

9   set of materials I was given, there was some more           11:08:37

10  videos, but they were parts of the videos that             11:08:40

11  I have listed here so I didn't see any other               11:08:42

12  additional materials.                                       11:08:45

13             In other words, there were snippets of           11:08:46

14  some of these videos that were separate from them           11:08:50

15  for some reason in among the original materials I          11:08:50

16  looked at but they are all included in the videos          11:08:50

17  here on the report.                                         11:08:55

18       Q     So just to clarify, you have videos of           11:08:56

19  scene in front of the Lincoln Memorial on January          11:08:59

20  18th of 2019 --                                             11:09:02

21       A     Correct.                                         11:09:02

22       Q     -- and it lists video 1 through video            11:09:02

23  18.                                                         11:09:04

24       A     Correct.                                         11:09:06

25       Q     Correct?  And what you're talking about          11:09:07

1    is those are the 18 videos that you had?            11:09:08

2         A    That's right.                             11:09:11

3         Q    And that there may have been additional   11:09:12

4    videos, but they were just snippets of the same 18 11:09:13

5    videos, correct?                                    11:09:16

6         A    That's correct.                           11:09:18

7         Q    And other than those videos and the       11:09:18

8    newspaper articles listed and the other materials   11:09:25

9    listed on pages 6 and 7, there were no other        11:09:28

10   materials that you reviewed?                        11:09:31

11        A    That's correct.                           11:09:34

12        Q    On page 5 it states: "I have been         11:09:34

13   provided with the following materials on which to   11:09:36

14   base my opinion," at the bottom there.  Do you see  11:09:40

15   that?                                               11:09:44

16        A    Yeah.                                      11:09:44

17        Q    Who provided the materials to you?        11:09:45

18        A    Mr. McMurtry's office.  His secretary     11:09:47

19   sent them.                                          11:09:49

20        Q    So under videos we just talked about,     11:09:57

21   the next category is newspaper articles reporting   11:10:00

22   on the incident of interest on page 6.  And is      11:10:05

23   this list here a complete list of all the news      11:10:09

24   articles you were provided and reviewed in          11:10:13

25   connection with your report?                        11:10:15

| | | | |
|---|---|---|---|
| 1 | A | That is correct. | 11:10:16 |
| 2 | Q | And did you review any of the TV news | 11:10:17 |

1      A    That is correct.                                11:10:16

2      Q    And did you review any of the TV news           11:10:17

3  broadcasts or video news segments that accompanied      11:10:20

4  the online news articles or did you just review         11:10:23

5  the online articles?                                    11:10:25

6      A    If you go to those links, if on the             11:10:27

7  link there was a video of the news reporter, I          11:10:30

8  looked at that or there was, you know -- and that        11:10:32

9  is to say, if embedded in the news article there        11:10:35

10  was a video, I watched it.                              11:10:38

11      Q    Umm...                                          11:10:42

12      A    But that's all.                                 11:10:44

13      Q    So, for example, in the second entry            11:10:44

14  here on page 6 for ABC's on-line article, Chris         11:10:51

15  Francescani and Bill Hutchinson you reviewed the         11:10:52

16  online article and if there was a video segment         11:11:02

17  linked to that you would have reviewed that, as         11:11:05

18  well?                                                    11:11:07

19      A    I would have watched it, yes.                    11:11:08

20      Q    Do you recall watching it?                       11:11:10

21      A    No, I do not.                                     11:11:11

22      Q    So for the next one, the CBS online              11:11:12

23  article it just lists the online article, Native        11:11:15

24  American veteran in viral video by Justin                11:11:18

25  Carissimo.  Did you review just that online              11:11:18

1  article or a broadcast linked within that article?        11:11:27

2      A    I'm sorry, I'd have to look at the               11:11:33

3  links that I was sent and look exactly at what I          11:11:34

4  saw.                                                      11:11:37

5          As I recall, the only videos embedded            11:11:38

6  in these articles in general -- I don't remember          11:11:40

7  which was which, were either a news reporter              11:11:43

8  saying this is what happened and -- or a short            11:11:46

9  clip from one of the 18 videos that we have seen          11:11:51

10  here.                                                    11:11:54

11      Q    Okay, so sitting here today with               11:11:54

12  respect to CBS's online article that you have            11:11:56

13  listed do you recall whether or not you also             11:11:59

14  watched the video segment, went to that article?         11:12:02

15      A    I do not recall about specific                 11:12:06

16  articles.  The reason I do not recall is that            11:12:09

17  after I had viewed all this material I decided to        11:12:11

18  base my report entirely on the videos 1 through          11:12:14

19  18, which is what I have done so I did not review        11:12:18

20  those subsequently, those newspaper articles.            11:12:23

21      Q    And would that be the same if I asked          11:12:30

22  you for the other newspaper articles --                  11:12:32

23      A    Yes, yes.                                       11:12:34

24          -- (overspeaking) .                              11:12:35

25      Q    Let me finish the question.  Okay,             11:12:36

1   thank you.  As to the other news articles listed       11:12:37

2   here, you don't recall sitting here today whether       11:12:41

3   you reviewed anything but the online article;       11:12:43

4   you'd have to go back and...       11:12:46

5       A    I do recall that I did not seek out       11:12:48

6   additional information linked to or associated       11:12:50

7   with the articles.       11:12:54

8           If there was in the article a video       11:12:54

9   clip, I clicked on that and watched it, otherwise       11:12:58

10  I did not go further.       11:13:02

11      Q    Sitting here today you don't recall       11:13:07

12  which specific ones you would have clicked on       11:13:09

13  links within the articles, correct?       11:13:11

14      A    No, I do not.       11:13:13

15      Q    Under "other materials" on page 7, I       11:13:16

16  list four other materials; do you see that there?       11:13:23

17      A    Yes.       11:13:29

18      Q    Final investigative report.  Letter       11:13:31

19  from Nick Sandmann to Bob Rowe.  Transcription of       11:13:33

20  Nick Sandmann's deposition.  Statement of Nick       11:13:38

21  Sandmann.  Are these the only materials that you       11:13:40

22  reviewed in connection with your report?       11:13:44

23      A    That is correct.       11:13:46

24      Q    And on page 8 you list at the top of       11:13:47

25  page 8, you know, you consulted several of the       11:13:56

| | | |
|---|---|---|
| 1 | most respected dictionaries.  And you list three | 11:13:58 |
| 2 | dictionaries there:  The Oxford English Dictionary | 11:14:01 |
| 3 | on Historical Principles, Oxford University Press, | 11:14:03 |
| 4 | the Merriam-Webster's Collegiate Dictionary (11th | 11:14:08 |
| 5 | Edition) and The American Heritage Dictionary of | 11:14:11 |
| 6 | the American Language."  You consulted those three | 11:14:16 |
| 7 | dictionaries, correct? | 11:14:20 |
| 8 | A    That's correct. | 11:14:21 |
| 9 | Q    Did you consult any other dictionaries? | 11:14:22 |
| 10 | A    No, I did not. | 11:14:23 |
| 11 | Q    We have been going about an hour now; | 11:14:36 |
| 12 | is that right?  Should we take like a five-minute | 11:14:39 |
| 13 | break?  Is that okay? | 11:14:42 |
| 14 | MR. McMURTRY:  Sure. | 11:14:44 |
| 15 | MS. SPEARS:  Okay, thanks. | 11:14:46 |
| 16 | THE VIDEOGRAPHER:  The going | 11:14:48 |
| 17 | off-the-record, the time is 11:14 a.m. | 11:14:48 |
| 18 | (Recess taken from 11:14 a.m. to 11:29 a.m.) | 11:14:51 |
| 19 | THE VIDEOGRAPHER:  We are going back on | 11:29:36 |
| 20 | the record.  The time is 11:29 a.m. | 11:29:37 |
| 21 | BY MS. SPEARS: | 11:29:41 |
| 22 | Q    Okay, we're back on the record.  So in | 11:29:42 |
| 23 | your report -- going back to your report | 11:29:52 |
| 24 | (indiscernible) on page 1 of the actual report | 11:29:55 |
| 25 | (indiscernible) the page that's dated November | 11:29:55 |

| | | |
|---|---|---|
| 1 | 10th 2021. | 11:29:55 |
| 2 | A    Yes. | 11:29:55 |
| 3 | Q    Because there's several page ones. I | 11:29:55 |
| 4 | want to make sure I'm on (inaudible) you state | 11:29:55 |
| 5 | that you have been retained to answer the | 11:30:15 |
| 6 | following two questions pertaining to the above | 11:30:15 |
| 7 | cases basing my answers on the videos provided to | 11:30:15 |
| 8 | me (listed in section IV) below.  And then those | 11:30:15 |
| 9 | are -- just let me stop there for a second.  Those | 11:30:33 |
| 10 | are videos 1 through 18, correct? | 11:30:36 |
| 11 | A    Correct. | 11:30:39 |
| 12 | Q    And then you state later in the report, | 11:30:39 |
| 13 | that you've relied on videos provided to acquaint | 11:30:43 |
| 14 | you with as much details as possible of the | 11:30:48 |
| 15 | situation, correct? | 11:30:51 |
| 16 | A    Correct. | 11:30:52 |
| 17 | Q    How did you use the videos 1 to 18 in | 11:30:52 |
| 18 | reaching your decision?  What was your process? | 11:30:55 |
| 19 | A    I watched them many times and tried to | 11:30:58 |
| 20 | grab what was going on in each one and how they | 11:31:04 |
| 21 | correlated with each other, what was going on | 11:31:06 |
| 22 | generally in the situation and then, very | 11:31:09 |
| 23 | specifically, I watched repeatedly the segments of | 11:31:11 |
| 24 | the videos, especially the ones that I mentioned | 11:31:15 |
| 25 | in the report, where there was the lead-up to the | 11:31:18 |

| | | |
|---|---|---|
| 1 | interaction between Phillips and Sandmann and the | 11:31:22 |
| 2 | actual confrontation and the time at which it | 11:31:26 |
| 3 | broke off and what followed immediately after | 11:31:35 |
| 4 | that. | 11:31:35 |
| 5 | So I watched those many, many times. | 11:31:36 |
| 6 | Stopped them, went back, tried to see at which | 11:31:37 |
| 7 | point which things happened and what evidence I | 11:31:40 |
| 8 | could have about -- could see in the videos about | 11:31:41 |
| 9 | the nature of the interaction. | 11:31:45 |
| 10 | Q    Where did you watch the videos? | 11:31:49 |
| 11 | A    In my home office. | 11:31:50 |
| 12 | Q    And what type of screen or device did | 11:31:52 |
| 13 | you watch the videos on? | 11:31:54 |
| 14 | A    I have two large Dell monitors and I | 11:31:55 |
| 15 | put usually documents on one and videos on the | 11:31:58 |
| 16 | other. | 11:32:00 |
| 17 | Q    And did you utilize any software to | 11:32:01 |
| 18 | watch them faster or slower or frame-by-frame? | 11:32:05 |
| 19 | A    No. | 11:32:08 |
| 20 | Q    How much time did you say you spent | 11:32:09 |
| 21 | watching the videos?  You say you spent a lot of | 11:32:11 |
| 22 | time, quantify it for me. | 11:32:15 |
| 23 | A    My.  Well, I did it over the course of, | 11:32:18 |
| 24 | you know, first a couple of days when I gave my | 11:32:21 |
| 25 | initial and formal opinion and then over a week. | 11:32:25 |

| | | |
|---|---|---|
| 1 | I must have spent at least two or three | 11:32:28 |
| 2 | hours looking at those segments of the videos. | 11:32:32 |
| 3 | Q    So in total you'd say you spent what | 11:32:36 |
| 4 | two or three hours looking at the -- | 11:32:38 |
| 5 | -- (overspeaking) -- | 11:32:39 |
| 6 | A    The relevant segments. | 11:32:39 |
| 7 | Q    -- 18 videos? | 11:32:39 |
| 8 | -- (overspeaking) -- | 11:32:41 |
| 9 | A    The relevant segments.  Some of the | 11:32:41 |
| 10 | videos I just reviewed quickly. | 11:32:45 |
| 11 | They were much more overall characters | 11:32:48 |
| 12 | of what's going on in the situation at the time, | 11:32:49 |
| 13 | for example with the Black Hebrew Israelites and | 11:32:50 |
| 14 | things like that. | 11:32:54 |
| 15 | I subsequently didn't pay much | 11:32:54 |
| 16 | attention to the segments, except for ones that | 11:32:57 |
| 17 | pertained to the -- immediate lead-up to the | 11:32:59 |
| 18 | Phillips Sandmann confrontation. | 11:33:03 |
| 19 | Q    And so what was your goal then in | 11:33:05 |
| 20 | reviewing the videos? | 11:33:10 |
| 21 | A    My methodology is very simple: As I | 11:33:13 |
| 22 | told you, as a linguist I tried to get the truth | 11:33:17 |
| 23 | conditions. | 11:33:20 |
| 24 | Meaning is very rich and we talked | 11:33:21 |
| 25 | about slurs, for example, so there's many aspects | 11:33:23 |

1    of meaning that you can't characterize in terms of      11:33:25

2    true or false and straightforward.  There's            11:33:28

3    emotional responses and offence and things.  I         11:33:29

4    wasn't looking for that.                               11:33:33

5              I was trying to look at getting at when      11:33:34

6    would one of these passages that I was asked to        11:33:36

7    weigh in on, what would the situation be like in       11:33:40

8    order for that to be true and then I needed to         11:33:45

9    look at the videos to see, is this a situation in      11:33:47

10   which, given those truth conditions as I               11:33:49

11   understand them, given the plain language there,       11:33:51

12   is this a situation in which this passage is true.     11:33:55

13             So in order to do that I had to              11:33:58

14   acquaint myself as thoroughly as possible with the     11:34:01

15   events of that day as presented in the videos.         11:34:03

16   That's the only evidence that I had about what         11:34:05

17   actually occurred.                                     11:34:07

18        Q    Okay, and so you were reviewing the          11:34:10

19   videos to determine the facts of what happened?        11:34:13

20        A    Correct, insofar as they're represented      11:34:16

21   in the videos.                                         11:34:20

22        Q    And trying to reconstruct from the           11:34:20

23   videos what happened, correct?                         11:34:23

24        A    Right.                                       11:34:24

25        Q    And later in your opinion on page 8,         11:34:25

| | | |
|---|---|---|
| 1 | that last paragraph there on page 8, you explain | 11:34:33 |
| 2 | that, "Although (you) subsequently read | 11:34:37 |
| 3 | statements, interviews and depositions by Mr. | 11:34:37 |
| 4 | Phillips and Mr. Sandmann pertaining to their | 11:34:37 |
| 5 | encounter (that you) endeavored to form (your) | 11:34:37 |
| 6 | opinion not on the basis of those subsequent | 11:34:37 |
| 7 | statements, but solely on the basis of the | 11:34:37 |
| 8 | evidence in the videos," is that right? | 11:34:37 |
| 9 | A    Correct. | 11:34:55 |
| 10 | Q    And I think you said that before. | 11:34:56 |
| 11 | Why -- or when did you decide to base your report | 11:34:58 |
| 12 | solely on the videos 1 through 18? | 11:35:00 |
| 13 | A    As soon as I had reviewed all the | 11:35:03 |
| 14 | materials in the initial informal reviews that I | 11:35:05 |
| 15 | did, I -- knowing what my expertise is, is my | 11:35:08 |
| 16 | expertise is solely is were these statements, as I | 11:35:14 |
| 17 | understand them, as a native speaker and a | 11:35:18 |
| 18 | linguist, were these statements true of the | 11:35:23 |
| 19 | situation? | 11:35:24 |
| 20 | The only evidence I have about what | 11:35:25 |
| 21 | actually occurred there is the videos.  All the | 11:35:27 |
| 22 | statements subsequent are people's opinions about | 11:35:29 |
| 23 | it or the way they represented it.  That has no | 11:35:32 |
| 24 | bearing on whether the statements were true. | 11:35:35 |
| 25 | Q    Okay, and so that's why -- well, strike | 11:35:43 |

1    that.  So why was it important to form your          11:35:43

2    opinions solely on the basis of the videos then?     11:35:45

3        A    The video is the only direct evidence       11:35:53

4    we have of what actually -- or that I have,          11:35:54

5    anyway, of what occurred there.  I wasn't there       11:35:55

6    and anything anybody tells me, they'd be skewed by   11:35:58

7    their own -- you know, what's at stake for them.     11:36:03

8        Q    And you note that on page 8 here:           11:36:05

9    "Someone's memory or construal of an event may not   11:36:07

10   correspond to the facts about the situation in       11:36:07

11   which it occurred.  It is only the situation         11:36:07

12   itself that is relevant to the truth of a            11:36:07

13   statement purporting to describe it." What do you    11:36:07

14   mean by their construal of an event?  Do you mean    11:36:20

15   the way a person perceives an event or what do you   11:36:25

16   mean?                                                 11:36:27

17       A    "Perceives" is too crude.  I think          11:36:28

18   people interpret what's happening to them all the    11:36:31

19   time it and that that can lead them to distort or    11:36:33

20   misrepresent what they're actually seeing right in   11:36:37

21   front of them.  And so as we know, in the law,       11:36:40

22   testimony always has to be understood relative to    11:36:43

23   the state of the person testifying, so I'm much      11:36:45

24   more interested in what I could see with my own      11:36:50

25   eyes in the videos.                                  11:36:51

1      Q    So what do you mean by "construal"                  11:36:53

2  then?                                                        11:36:59

3      A    Construal's like, for example -- in the            11:36:59

4  statements, Mr. Phillips says that "the guy..."             11:37:03

5  Let me find one of the passages, that Sandmann              11:37:13

6  positioned himself in front of him.  Well, it's no          11:37:16

7  doubt true that Sandmann was in front of Phillips.          11:37:19

8           Did Sandmann position himself in front            11:37:23

9  of Phillips?  That's another matter.  That's               11:37:26

10  Phillips' construal of the interaction that took           11:37:29

11  place between them.  So I didn't want to consider          11:37:32

12  anybody else's interpretation of the situation            11:37:38

13  because they might have interests that lend them           11:37:40

14  to misunderstand what happened in front of them.           11:37:42

15      Q    So that's his interpretation of that              11:37:48

16  situation.                                                  11:37:50

17      A    That's his -- it's his representation             11:37:50

18  of the situation.  I'm not a psychologist.  I'm            11:37:51

19  not trying to say why he represented it that way.          11:37:53

20      Q    What -- so, a person can perceive an              11:37:57

21  event in a certain way but their perception may be         11:38:03

22  mistaken, is that what you're saying?                      11:38:07

23      A    It may be that their perception is                11:38:11

24  mistaken or they may interpret what they actually          11:38:12

25  see, in terms of intentions in particular in a way         11:38:15

| | | |
|---|---|---|
| 1 | that does not necessarily reflect what occurred. | 11:38:18 |
| 2 | Q    Okay, so you'd -- by design your | 11:38:20 |
| 3 | ultimate opinions are purposefully based only on | 11:38:23 |
| 4 | the videos and not based on what anyone who was | 11:38:27 |
| 5 | there said about what they remembered or construed | 11:38:31 |
| 6 | about the event, correct? | 11:38:34 |
| 7 | A    That's correct. | 11:38:35 |
| 8 | Q    And so in forming your opinions to | 11:38:35 |
| 9 | answer the two questions you were asked in this | 11:38:37 |
| 10 | case you did not rely on Mr. Sandmann's deposition | 11:38:39 |
| 11 | transcript or his other statements about the | 11:38:44 |
| 12 | incident; is that correct? | 11:38:45 |
| 13 | A    That is correct.  In fact, I didn't | 11:38:47 |
| 14 | even finish reading the Sandmann deposition.  I | 11:38:48 |
| 15 | decided that it would be a waste of their time and | 11:38:51 |
| 16 | money for me to do that. | 11:38:53 |
| 17 | Q    I take it you did not interview | 11:38:55 |
| 18 | Mr. Sandmann either? | 11:38:56 |
| 19 | A    I have never met him or talked with | 11:38:57 |
| 20 | him. | 11:38:59 |
| 21 | Q    Why not? | 11:39:00 |
| 22 | A    I don't think that bears on my expert | 11:39:02 |
| 23 | witness testimony.  My expertise is about:  Were | 11:39:04 |
| 24 | these true in the situation as it actually | 11:39:09 |
| 25 | occurred?  The only evidence I have of what | 11:39:12 |

1  actually occurred is the video.                          11:39:14

2       Q    Okay, and in forming your opinions to          11:39:16

3  answer the two questions you were asked in this          11:39:19

4  case, you also did not interview Mr. Phillips or         11:39:20

5  rely on any of Mr. Phillips' other statements            11:39:24

6  about the incident for the same reasons then,            11:39:27

7  correct?                                                 11:39:28

8       A    That's correct.                                11:39:29

9       Q    And I take it you also did not discuss         11:39:30

10 the facts of the incident with any Covington            11:39:35

11 Catholic High School students or chaperones or any      11:39:41

12 of the bystanders or participants who were present      11:39:44

13 for the same reasons; is that correct?                  11:39:47

14      A    So far as I know, I've never met any of       11:39:47

15 these people or spoken to them and for that reason      11:39:50

16 I would not want to.                                    11:39:52

17      Q    Okay, so if I understand you're              11:39:53

18 endeavoring to be as objective as possible, to          11:39:54

19 review the video evidence and tell the court            11:39:57

20 objectively what happened here, based solely on         11:40:00

21 your review of the videos; right?                       11:40:02

22      A    That's what I endeavored to do.               11:40:04

23      Q    Let's look at page 13 of your report.         11:40:14

24 In page 13 of the report, in the last paragraph         11:40:43

25 you conclude, based on your review of the videos        11:40:45

1    that -- if you look at that last paragraph there:      11:40:49

2    "Phillips' outward behavior was consistent with        11:40:49

3    his merely intending to confront Sandmann. Hence       11:40:49

4    Phillips' claim that Sandmann intended to block        11:40:49

5    Phillips' way seems to be a conjecture on his          11:40:49

6    part."                                                 11:40:49

7            So Phillips' statement seems to you, to        11:41:03

8    be his conjecture that Sandmann intended to block      11:41:05

9    him, right?                                            11:41:08

10       A    That is his interpretation of the             11:41:08

11   situation.  That's the way he represents it.           11:41:09

12       Q    So it's his conjecture, as you say?           11:41:12

13       A    That's the best understanding I have of       11:41:14

14   it, yes.                                               11:41:16

15       Q    Did you consider that Phillips'               11:41:17

16   experience as a Native American may have               11:41:18

17   influenced how he perceived Mr. Sandmann's intent?     11:41:21

18       A    I have no doubt that that's true but          11:41:25

19   that does not fall within my expertise.                11:41:27

20       Q    Are you a Native American?                    11:41:30

21       A    No, I'm not.                                  11:41:32

22       Q    You didn't grow up with Mr. Phillips'         11:41:33

23   life experiences, right?                               11:41:35

24       A    Of course I did not.                          11:41:37

25       Q    And you are not trying to suggest that        11:41:38

| | | |
|---|---|---|
| 1 | you understand what his life experiences are as a | 11:41:39 |
| 2 | Native American or his experiences earlier in the | 11:41:45 |
| 3 | day in March, such that you know what he was | 11:41:47 |
| 4 | thinking during the encounter with Mr. Sandmann, | 11:41:52 |
| 5 | right? | 11:41:54 |
| 6 | MR. McMURTRY: Objection. Go ahead. | 11:41:55 |
| 7 | THE WITNESS: I have no idea of what | 11:41:56 |
| 8 | those are, no. I did not represent myself as | 11:41:56 |
| 9 | understanding that. | 11:42:01 |
| 10 | BY MS. SPEARS: | 11:42:01 |
| 11 | Q    And you wouldn't deny the legitimacy of | 11:42:02 |
| 12 | someone else's cultural experiences or | 11:42:05 |
| 13 | perceptions, right? | 11:42:08 |
| 14 | MR. McMURTRY: Objection. | 11:42:09 |
| 15 | THE WITNESS: I think that has no | 11:42:09 |
| 16 | bearing on my expert witness testimony. | 11:42:10 |
| 17 | BY MS. SPEARS: | 11:42:13 |
| 18 | Q    But you're not trying to substitute | 11:42:15 |
| 19 | your perception for Mr. Phillips' perception as a | 11:42:17 |
| 20 | Native American, right? | 11:42:20 |
| 21 | MR. McMURTRY: Objection. | 11:42:22 |
| 22 | THE WITNESS: Again, I think that has | 11:42:22 |
| 23 | no bearing on what I have done here. I'm not | 11:42:23 |
| 24 | doing that. | 11:42:26 |
| 25 | BY MS. SPEARS: | 11:42:27 |

| | | |
|---|---|---|
| 1 | Q     People expressing their perceptions and | 11:42:29 |
| 2 | experiences, as we talked about before, typically | 11:42:30 |
| 3 | filter them through their own life experiences and | 11:42:33 |
| 4 | cultural references.  You'd agree with that, | 11:42:37 |
| 5 | right, we all do? | 11:42:39 |
| 6 | A     Most people do, yes. | 11:42:40 |
| 7 | Q     Yes.  And you've done that before in | 11:42:46 |
| 8 | your life, right? | 11:42:47 |
| 9 | MR. McMURTRY:  Objection.  Go ahead. | 11:42:49 |
| 10 | THE WITNESS:  I presume I have, yes. | 11:42:50 |
| 11 | BY MS. SPEARS: | 11:42:52 |
| 12 | Q     And you've seen others do so, right? | 11:42:52 |
| 13 | A     I have seen that. | 11:42:54 |
| 14 | Q     Isn't that also the case where someone | 11:42:57 |
| 15 | is trying to decipher another person's intent, | 11:42:59 |
| 16 | they reference their own life experiences and | 11:43:03 |
| 17 | cultural experiences? | 11:43:06 |
| 18 | A     You are asking me for opinions that | 11:43:07 |
| 19 | I have as a private person and I have views about | 11:43:09 |
| 20 | these things but they have no bearing on what I've | 11:43:12 |
| 21 | done in this report. | 11:43:15 |
| 22 | Q     No, I'm asking in your capacity as an | 11:43:16 |
| 23 | expert here.  Isn't it the case when somebody is | 11:43:18 |
| 24 | speaking and trying to decipher someone else's | 11:43:24 |
| 25 | intent, they filter through their life experiences | 11:43:26 |

| | | |
|---|---|---|
| 1 | when doing so -- | 11:43:30 |
| 2 | -- (overspeaking) -- | 11:43:31 |
| 3 | A    It may very well be that -- | 11:43:32 |
| 4 | -- (overspeaking) -- | 11:43:34 |
| 5 | Q    Sorry. | 11:43:34 |
| 6 | A    It may very well be that people do this | 11:43:34 |
| 7 | but it has no bearing on the truth of what occurs. | 11:43:35 |
| 8 | Q    But they may be expressing their | 11:43:41 |
| 9 | perception, based on their life experiences, their | 11:43:43 |
| 10 | cultural references, what they are perceiving in | 11:43:48 |
| 11 | the world at the time; is that fair? | 11:43:50 |
| 12 | A    I would not agree with what you said | 11:43:52 |
| 13 | unless you interpret perception not as perception | 11:43:54 |
| 14 | of the actual circumstances, but as construable | 11:43:57 |
| 15 | and that is not the same thing. | 11:44:01 |
| 16 | Q    Okay, what do you mean? | 11:44:04 |
| 17 | A    One can construe what is happening in | 11:44:06 |
| 18 | front of one's eyes, especially when it comes to | 11:44:08 |
| 19 | intent, without actually having heard evidence and | 11:44:11 |
| 20 | may be incorrect, one's construal. | 11:44:14 |
| 21 | That construal may be in part a | 11:44:17 |
| 22 | function of one's background and experience.  I | 11:44:19 |
| 23 | don't dispute that; we do that all the time. | 11:44:21 |
| 24 | That's how misunderstanding arises.  But that has | 11:44:26 |
| 25 | no bearing on the truth of what actually occurs | 11:44:28 |

| | | |
|---|---|---|
| 1 | and that only the truth of what I saw was what | 11:44:29 |
| 2 | bore on my report. | 11:44:32 |
| 3 | Q    Have you ever studied Native Americans | 11:44:36 |
| 4 | culture before? | 11:44:38 |
| 5 | A    Not as an expert.  I have no expertise | 11:44:39 |
| 6 | in it.  I've been interested, but that's a | 11:44:41 |
| 7 | distinct issue -- | 11:44:45 |
| 8 | Q    What do you know Mr. Phillips' | 11:44:47 |
| 9 | background, anything? | 11:44:48 |
| 10 | A    Not as an expert. | 11:44:51 |
| 11 | Q    Do you know how old Mr. Phillips is? | 11:44:52 |
| 12 | A    I believe it said in one of the | 11:44:57 |
| 13 | reports, but I don't remember.  He might have been | 11:44:59 |
| 14 | in his 60s or 70s.  Not reports, the articles. | 11:45:01 |
| 15 | Q    Do you know where he was born or what | 11:45:03 |
| 16 | tribe he's affiliated with? | 11:45:05 |
| 17 | A    Again, I believe it said in one of the | 11:45:08 |
| 18 | articles but I don't remember that. | 11:45:09 |
| 19 | Q    At the your conclusion of your report | 11:45:11 |
| 20 | at page 14, in one of the penultimate, sort of, | 11:45:14 |
| 21 | paragraphs there, you say that you endeavored to | 11:45:16 |
| 22 | be completely neutral about the apparent views of | 11:45:19 |
| 23 | the individuals involved, not speculating about | 11:45:23 |
| 24 | motives or intentions and paid attention solely to | 11:45:26 |
| 25 | the facts as evident in the videos; do you see | 11:45:29 |

| | | |
|---|---|---|
| 1 | that there? | 11:45:33 |
| 2 | A    Yes, I do. | 11:45:34 |
| 3 | Q    And that's right?  You did that? | 11:45:35 |
| 4 | A    I did say that, yes. | 11:45:37 |
| 5 | Q    And that's what you did? | 11:45:38 |
| 6 | A    And that is what I did. | 11:45:40 |
| 7 | Q    When you refer to the individuals | 11:45:41 |
| 8 | involved, are you talking about Mr. Phillips and | 11:45:42 |
| 9 | Mr. Sandmann? | 11:45:43 |
| 10 | A    Those are the people I was primarily | 11:45:44 |
| 11 | talking about, yes. | 11:45:46 |
| 12 | Q    And you write that you tried to be | 11:45:48 |
| 13 | completely neutral about their apparent views.  So | 11:45:50 |
| 14 | obviously it appears to you that they -- Sandmann | 11:45:54 |
| 15 | and Phillips each have expressed views about what | 11:45:57 |
| 16 | happened, right? | 11:46:00 |
| 17 | A    Each what? | 11:46:00 |
| 18 | Q    Have expressed views about what | 11:46:02 |
| 19 | happened, correct? | 11:46:03 |
| 20 | A    Yes. | 11:46:03 |
| 21 | Q    And so with respect to Mr. Phillips' | 11:46:04 |
| 22 | expression that Sandmann intended to block | 11:46:07 |
| 23 | Phillips' way, you're not taking the position that | 11:46:10 |
| 24 | Mr. Phillips was lying, right? | 11:46:13 |
| 25 | A    No, I'm making no attributions to them | 11:46:15 |

1    about his intent or what he meant to say -- why he          11:46:18
2    meant -- said what he said.                                 11:46:20
3         Q    You are not disputing that that may be            11:46:22
4    Mr. Phillips' opinion, right?                               11:46:25
5         A    I am not disputing it.                            11:46:27
6         Q    And the same for Mr. Sandmann.  You are           11:46:28
7    not taking a position on his motives, right?                11:46:29
8         A    No.                                               11:46:32
9         Q    But it's your opinion that the view              11:46:32
10   Mr. Phillips expressed about Sandmann's intent was          11:46:34
11   mistaken?                                                   11:46:39
12        A     No, I am not talking about what he said          11:46:40
13   about his intent, except insofar as it said that           11:46:42
14   he -- that he attributed to Sandmann moving in             11:46:45
15   specific ways so as to block him.  I saw no                11:46:49
16   evidence of that in the videos.                            11:46:52
17        Q    So --                                             11:46:57
18        A    I'm not bringing any psychological               11:46:57
19   analysis to bear on this.                                   11:47:00
20        Q    So, it's your opinion that the view             11:47:01
21   that Mr. Phillips expressed about Mr. Sandmann's           11:47:04
22   intent was not correct?                                     11:47:06
23        A    I think he misrepresented the                    11:47:08
24   situation.  For whatever reason, I do not know.            11:47:10
25        Q    How do -- let's talk a bit more about           11:47:19

| | | |
|---|---|---|
| 1 | how people convey intent. | 11:47:22 |
| 2 | In your experience, other than by | 11:47:26 |
| 3 | speaking or using words, how do people convey | 11:47:27 |
| 4 | their intent? | 11:47:30 |
| 5 | A   I can only testify as a non-expert | 11:47:35 |
| 6 | about that.  Do you want me to say my personal | 11:47:37 |
| 7 | opinion?  It has no bearing on the report. | 11:47:40 |
| 8 | Q   Because you don't have expertise in | 11:47:45 |
| 9 | answering that question. | 11:47:49 |
| 10 | A   I am not here as a psychologist. | 11:47:51 |
| 11 | I have no expertise in that domain.  Yes. | 11:47:52 |
| 12 | Q   So, you have no expertise in how people | 11:48:01 |
| 13 | convey intent? | 11:48:03 |
| 14 | A   I do.  How they convey intent | 11:48:04 |
| 15 | linguistically.  Linguistic meaning is something | 11:48:08 |
| 16 | people who are native speakers of the language | 11:48:13 |
| 17 | intend to convey when they make an utterance, as | 11:48:13 |
| 18 | long as they are not delusionary or talking in | 11:48:15 |
| 19 | their sleep. | 11:48:17 |
| 20 | I don't think that that has a bearing | 11:48:18 |
| 21 | on this case, so what Mr. Phillips said is | 11:48:19 |
| 22 | something he had a -- had a meaning that he | 11:48:21 |
| 23 | intended to convey.  And it is that meaning, | 11:48:24 |
| 24 | taking it -- him to be a native speaker of the | 11:48:27 |
| 25 | language which I was assessing and whether it is | 11:48:30 |

| | | |
|---|---|---|
| 1 | true with respect to the videos that I observed. | 11:48:32 |
| 2 | That is all. | 11:48:35 |
| 3 | Q    Okay, so you don't have any expertise. | 11:48:36 |
| 4 | You are not here portraying yourself as having | 11:48:37 |
| 5 | expertise about how people might convey intent | 11:48:43 |
| 6 | through movement or body language or facial | 11:48:45 |
| 7 | expressions, correct? | 11:48:48 |
| 8 | A    Correct. | 11:48:50 |
| 9 | Q    In addition to life experiences in | 11:48:58 |
| 10 | culture which we talked about can impact the way | 11:49:00 |
| 11 | people perceive things, can someone else's body | 11:49:04 |
| 12 | language and facial expressions influence how | 11:49:09 |
| 13 | someone, potentially perceives another person's | 11:49:12 |
| 14 | intent? | 11:49:14 |
| 15 | A    I am told that that is the case.  Again | 11:49:15 |
| 16 | I have no expertise. | 11:49:17 |
| 17 | Q    Have you experienced that in your own | 11:49:18 |
| 18 | life? | 11:49:20 |
| 19 | A    Of course I have.  Yes, of course. | 11:49:20 |
| 20 | Q    How about the setting or atmosphere of | 11:49:22 |
| 21 | the situation?  In other words, what's happening | 11:49:23 |
| 22 | around someone, what others around someone are | 11:49:25 |
| 23 | doing in that moment, can that affect perception? | 11:49:28 |
| 24 | A    Of course it does. | 11:49:30 |
| 25 | Q    You agree, by the way, and it's also on | 11:49:36 |

1    page 14 of your report if you want to reference          11:49:38
2    that, on the videos you see the other students           11:49:40
3    parted for Mr. Phillips as he approached and             11:49:43
4    Mr. Sandmann did not, right?                             11:49:45
5         A    I did not say that all the other              11:49:48
6    students did.  I said that some students moved           11:49:50
7    aside as he walked up, yes.                              11:49:52
8         Q    And some students let him go by, but          11:49:54
9    Mr. Sandmann stayed put, correct.                        11:49:57
10        A    It wasn't that he was the only person         11:49:59
11   remaining.  The way you put the question, I think        11:50:01
12   distorts the situation.                                  11:50:04
13        Q    Right.  But you just -- you have it           11:50:05
14   here in your report on 14.  "Some of the other          11:50:07
15   boys..."                                                 11:50:11
16        A    Some of them.                                 11:50:12
17        Q    "...moved away from Phillips as the          11:50:12
18   latter approached and let him go by, while              11:50:14
19   Sandmann stayed in one place," right?                    11:50:18
20        A    And that's what I was saying.  "Some of       11:50:19
21   the other boys," yes.  Thank you.                        11:50:20
22        Q    Absent somebody saying "this is my           11:50:24
23   intent," can one ever be sure what someone else's        11:50:26
24   intent is?                                               11:50:30
25        A    Again, I have no expertise but I doubt        11:50:32

1    it.                                              11:50:34

2        Q    And you are not considering whatever    11:50:36

3    Mr. Sandmann said his intent was, obviously      11:50:38

4    because you didn't talk to him or review his     11:50:41

5    deposition, correct?                             11:50:43

6            MR. McMURTRY:  Objection, go ahead.       11:50:45

7            THE WITNESS:  That's correct.  I do not   11:50:46

8    have any idea what his intent was in that        11:50:47

9    circumstance.  That would be pure speculation as a  11:50:50

10   private person.                                  11:50:53

11   BY MS. SPEARS:                                   11:50:53

12       Q    Okay, what you're trying to infer       11:50:56

13   though is Sandmann and Phillips' intention solely  11:50:57

14   from watching the videos, right?                 11:51:00

15           A    No --                                   11:51:01

16           MR. McMURTRY:  Objection.  Go ahead.      11:51:02

17           THE WITNESS:  -- that is not what I'm     11:51:02

18   doing.  I am not inferring intentions.  I'm      11:51:04

19   looking at the meanings of the words that Phillips  11:51:07

20   said in his -- those two statements.  I know what  11:51:09

21   the meanings are, the expertise that bears on    11:51:13

22   that.                                            11:51:15

23           Then I look at the videos and I see,     11:51:16

24   given the truth conditions, what would have to be  11:51:18

25   the case for those two statements to be true.    11:51:20

| | | |
|---|---|---|
| 1 | I'd look at what I see in the video and | 11:51:23 |
| 2 | I decide whether that seems to be true, given that | 11:51:25 |
| 3 | video evidence.  I have no -- I do not bring any | 11:51:29 |
| 4 | evidence of intent to bear here except for | 11:51:33 |
| 5 | linguistic intent.  Phillips uttered the | 11:51:37 |
| 6 | statement.  He was conscious.  He's a native | 11:51:40 |
| 7 | speaker of English.  He know what they mean.  I | 11:51:43 |
| 8 | take him to mean what he meant, so that's | 11:51:46 |
| 9 | intention.  Apart from that, I attribute no | 11:51:48 |
| 10 | intention no anyone in my report. | 11:51:50 |
| 11 | BY MS. SPEARS: | 11:51:52 |
| 12 | Q    By the way, in your report you | 11:51:53 |
| 13 | described the situation as a confrontation.  Why | 11:51:54 |
| 14 | do you use that word? | 11:51:57 |
| 15 | A    I think that is, in fact, what | 11:51:58 |
| 16 | happened.  It was a confrontation.  If you look up | 11:51:59 |
| 17 | the word "confrontation" in the dictionary, it's | 11:52:01 |
| 18 | two people standing face-to-face unmoving.  In | 11:52:04 |
| 19 | this case, very, very close range.  I would call | 11:52:07 |
| 20 | that a confrontation. | 11:52:10 |
| 21 | Q    Is a confrontation indicative that | 11:52:11 |
| 22 | people are on opposing sides? | 11:52:15 |
| 23 | A    I think it has that connotation, yes. | 11:52:18 |
| 24 | This was not a friendly interaction.  It wasn't, | 11:52:24 |
| 25 | you know -- yeah. | 11:52:27 |

1        Q    Why was it not friendly?                    11:52:28

2        A    Oh, well, we can discuss that.  That        11:52:31

3    has to do with intentions and history and that's    11:52:32

4    not my expertise.                                    11:52:34

5            I'm just looking at what I saw in the        11:52:36

6    video.  Two people extremely close, face-to-face.   11:52:37

7    One person beating a drum in the other's face.       11:52:42

8    The other one's eyes blinking because the drum is    11:52:46

9    disturbing and --                                    11:52:49

10               -- (overspeaking) --                     11:52:51

11       Q    Why wasn't it friendly?                     11:52:52

12           MR. McMURTRY:  Can she finish her guess      11:52:53

13   -- answer?                                           11:52:54

14           MS. SPEARS:  Oh sure.  I thought she         11:52:54

15   was done.                                            11:52:55

16           THE WITNESS:  So, I'm simply saying          11:52:56

17   that it did not look like a comfortable              11:52:57

18   interaction and it was unusually close range.        11:52:59

19           Most people who don't know each other       11:53:01

20   and I took it these individuals did not know each    11:53:03

21   other, do not come so close to each other in that    11:53:06

22   way.                                                 11:53:09

23   BY MS. SPEARS:                                       11:53:09

24       Q    Okay, anything else about the               11:53:11

25   atmosphere that was not friendly, you said a         11:53:11

| | | |
|---|---|---|
| 1 | second ago? | 11:53:13 |
| 2 | A    I think -- | 11:53:14 |
| 3 | Q    The history of it, you said. | 11:53:15 |
| 4 | A    The history meaning the (inaudible) -- | 11:53:17 |
| 5 | that particular circumstance. | 11:53:17 |
| 6 | -- (overspeaking) -- | 11:53:18 |
| 7 | Q    You said, we can talk about the history | 11:53:18 |
| 8 | of it. | 11:53:20 |
| 9 | A    Okay, I'm not sure exactly what I was | 11:53:21 |
| 10 | alluding to.  But if you look at the situation | 11:53:23 |
| 11 | where there are two, three groups of people in DC | 11:53:25 |
| 12 | for different kinds of protests, and some of them | 11:53:30 |
| 13 | are on different sides of various kinds of | 11:53:33 |
| 14 | political issues and they all know that about each | 11:53:36 |
| 15 | other, as evident in their attire and their | 11:53:38 |
| 16 | behavior and what they're saying, so I would say | 11:53:41 |
| 17 | that that was not a friendly interaction because | 11:53:44 |
| 18 | of that.  That is part of the context and they all | 11:53:46 |
| 19 | knew that. | 11:53:49 |
| 20 | Q    They had cultural differences? | 11:53:50 |
| 21 | A    I didn't say they were cultural.  There | 11:53:53 |
| 22 | were very clear political differences in this | 11:53:56 |
| 23 | case. | 11:53:58 |
| 24 | Q    And that impacted the atmosphere in the | 11:54:00 |
| 25 | sense of the participants involved, correct? | 11:54:05 |

```
1        A    I would say so.                      11:54:08

2        Q    Some other places in your report you  11:54:15

3   use the word "encounter."  Any difference in the  11:54:17

4   word choices there?                             11:54:21

5        A    That's just a -- I wasn't using that to  11:54:22

6   be -- make a particular point.  It's a slightly  11:54:24

7   more neutral term than confrontation.           11:54:26

8             Encounter is more neutral and it's more  11:54:29

9   vague.  Two people can encounter each other     11:54:31

10  accidentally.  I don't think this was an         11:54:34

11  accidental encounter.  So the confrontation means  11:54:37

12  it's not friendly and it's not accidental.       11:54:41

13       Q    In terms of the clear political        11:54:44

14  differences you noted, how do you know           11:54:47

15  Mr. Phillips' political --                       11:54:50

16            -- (overspeaking) --                   11:54:53

17       A    I actually don't know his political    11:54:54

18  views, but I do know, like I said, that he was   11:54:58

19  there to protest for Native American rights.  And  11:54:59

20  I know that he -- as a -- I'm assuming as a person  11:55:03

21  who knows some -- has some background about       11:55:10

22  American politics at the time of this occasion,   11:55:13

23  that someone who was protesting for Native        11:55:15

24  American rights and also given other things that  11:55:19

25  other protestors with Phillips were saying to the  11:55:23
```

| | | |
|---|---|---|
| 1 | boys from Covington Catholic High about "Go back | 11:55:26 |
| 2 | to Europe" and stuff like that, that they -- there | 11:55:31 |
| 3 | was a lot of bad feeling at that time between | 11:55:35 |
| 4 | Native Americans and people on the far right | 11:55:38 |
| 5 | which, wearing a MAGA hat identifies oneself as | 11:55:40 |
| 6 | being.  There were -- so political differences | 11:55:46 |
| 7 | about what constituted being native but -- and | 11:55:48 |
| 8 | that these things were evident to all of the | 11:55:50 |
| 9 | participants in that interaction. | 11:55:57 |
| 10 | Q    And that is what you talked about in | 11:56:00 |
| 11 | terms of contributing to the atmosphere that | 11:56:01 |
| 12 | made it -- | 11:56:04 |
| 13 | A    Yes. | 11:56:04 |
| 14 | Q    -- unfriendly, correct? | 11:56:04 |
| 15 | A    That's correct.  I think so. | 11:56:05 |
| 16 | Q    Let's go back to your report at the | 11:56:13 |
| 17 | beginning on page 1 and 2 of the actual report. | 11:56:16 |
| 18 | A    Yes. | 11:56:20 |
| 19 | Q    Where the date, November 10, 2021 was | 11:56:20 |
| 20 | on page 1.  Are you there? | 11:56:23 |
| 21 | A    Yes. | 11:56:30 |
| 22 | Q    And you were asked to provide your | 11:56:30 |
| 23 | opinion on two questions, correct? | 11:56:32 |
| 24 | A    Correct. | 11:56:34 |
| 25 | Q    And who came up with those questions? | 11:56:34 |

1      A     Mr. McMurtry so far as I know.  He's          11:56:37

2  the one that posed them to me.                           11:56:40

3      Q     Okay, and when was that?                       11:56:41

4      A     That was probably in October.  It was          11:56:42

5  probably -- it was either late October or the            11:56:45

6  beginning of November.  I really only worked on           11:56:47

7  this report part-time for seven or eight or ten          11:56:50

8  days.  I can't remember exactly.  I have the             11:56:53

9  notes, if you need to know.                              11:56:56

10     Q     And that was in October?                        11:56:57

11     A     Either late October or early November.         11:56:58

12 It might have just all been in November.  I don't         11:57:00

13 remember exactly when I started working on the           11:57:02

14 formal report, but I have the notes.                     11:57:04

15     Q     Did you have the questions that -- when         11:57:06

16 did you have the questions?                              11:57:08

17     A     I believe -- first of all, I knew he           11:57:10

18 was interested in those passages in September when       11:57:12

19 we had the informal discussion about the case           11:57:14

20 because he informally asked me what I thought           11:57:17

21 these passages meant and whether they were true in      11:57:22

22 those videos.  But the formal questions that he          11:57:24

23 posed were posed -- you know, let's say it's            11:57:26

24 either the last of October or the beginning of          11:57:29

25 November.                                                11:57:31

| | | |
|---|---|---|
| 1 | Q    Okay. | 11:57:32 |
| 2 | A    But I knew he -- previously that he was | 11:57:32 |
| 3 | interested in those passages. | 11:57:35 |
| 4 | Q    Okay, and how did you develop your | 11:57:36 |
| 5 | processes for how you would approach answering | 11:57:38 |
| 6 | those questions? | 11:57:40 |
| 7 | A    Pretty simple.  As I told you, I had | 11:57:43 |
| 8 | already informally reviewed the material.  I gave | 11:57:45 |
| 9 | more careful consideration.  I didn't have the | 11:57:48 |
| 10 | deposition when I did the first -- had the first | 11:57:50 |
| 11 | informal conversations with Mr. McMurtry, and so | 11:57:53 |
| 12 | then I was given the deposition and some of the | 11:57:57 |
| 13 | other report from the investigator and so forth | 11:58:00 |
| 14 | and the formal questions.  So I had these | 11:58:04 |
| 15 | materials. | 11:58:11 |
| 16 | I spent another day or so looking | 11:58:12 |
| 17 | through all the materials and then quickly decided | 11:58:13 |
| 18 | that I wanted to ignore everything except what was | 11:58:15 |
| 19 | in the videos, that that would be the most | 11:58:20 |
| 20 | appropriate methodology given that, as I told you, | 11:58:21 |
| 21 | my methodology is to determine the truth | 11:58:25 |
| 22 | conditional character of the passages. | 11:58:28 |
| 23 | When would they be true, on the basis | 11:58:31 |
| 24 | of a linguistic analysis of the plain meaning and | 11:58:34 |
| 25 | then look at the evidence that we have about what | 11:58:41 |

1    actually occurred, which I think the most -- which          11:58:41

2    I think the only high quality evidence we have of            11:58:45

3    what actually occurred was the videos because I              11:58:48

4    told you I want to disregard people's opinions               11:58:48

5    about them or reports on them.  So I decided the             11:58:51

6    best thing to do was just do my linguistic                   11:58:53

7    analysis, look at the videos and see whether I               11:58:56

8    thought these things were true in those                      11:58:59

9    circumstances as represented in the videos.                  11:59:00

10        Q    And you talk about reasonable reader in            11:59:11

11   your -- in question 1. Would a reasonable                    11:59:12

12   reader under -- and question 2 --                            11:59:15

13        A    Yes.                                               11:59:15

14        Q    You used the phrase "reasonable                    11:59:15

15   reader," right?                                              11:59:17

16            MR. McMURTRY:  Objection.  She said                 11:59:17

17   that I posed the questions.                                  11:59:18

18            THE WITNESS:  Yeah.                                 11:59:20

19            MS. SPEARS:  Fair enough.                           11:59:20

20            THE WITNESS:  Todd posed the question.              11:59:20

21   BY MS. SPEARS:                                               11:59:23

22        Q    Fair enough.  Let me rephrase that.               11:59:23

23            Mr. McMurtry in his question 1 says --              11:59:25

24   or uses the phrase "reasonable reader."                      11:59:29

25            Do you use that phrase and what does it             11:59:33

1    mean to you?                                          11:59:41

2         A    As an expert, I would be more inclined      11:59:42

3    to say a rational native speaker of the language      11:59:43

4    in question --                                        11:59:47

5         Q    This --                                     11:59:49

6         A    -- who read and understood the              11:59:49

7    passages, yes; that's what I'm looking at.            11:59:51

8         Q    Is that just a more highbrow way of         11:59:52

9    saying "reasonable reader"?                           11:59:55

10        A    It's more accurate, in some ways.  I        11:59:56

11   mean, if you were a reader of -- if you're a          11:59:59

12   French person who doesn't speak English very well     12:00:01

13   and you read this, I'm not sure if they're the        12:00:03

14   person we're aiming at.  We want plain meaning of     12:00:06

15   English, so we want a native speaker.  That's why     12:00:09

16   just any old reader isn't good enough.  That's why    12:00:11

17   I say a native speaker.  And I want rational          12:00:14

18   because irrationality can lead people to              12:00:17

19   misinterpret all kind of things so, yeah.             12:00:20

20        Q    So, it doesn't -- so reasonable reader      12:00:23

21   doesn't just mean an ordinary person reading the      12:00:25

22   statements?                                           12:00:27

23        A    Oh, it does -- ordinary people are          12:00:28

24   typically not insane, so they're rational and if      12:00:30

25   they're native speakers they fall within this         12:00:33

1    group so, yes, your ordinary native speaker who is          12:00:36

2    not out of their mind would be a reasonable reader          12:00:41

3    that we had in mind here.                                    12:00:42

4          Q     Does culture matter?                             12:00:46

5          A     No.                                              12:00:48

6          Q     Does context matter?                             12:00:48

7          A     In so far as you've got words like "I"           12:00:49

8    and "now" and "tense," yes, that matters.  Yes.             12:00:49

9          Q     And that's part of your study --                 12:00:56

10         A     Yes, that's correct.                             12:00:57

11         Q     -- in your background in pragmatics,             12:00:58

12   correct?                                                     12:01:00

13         A     Correct.                                         12:01:00

14         Q     See, I'm learning already.                       12:01:02

15         A     You are.                                         12:01:03

16         Q     Are there unreasonable readers?                  12:01:03

17         A     Umm... well --                                   12:01:07

18         Q     Would that be someone who is insane; is          12:01:10

19   that --                                                      12:01:13

20         A     Well, there's another matter here.  So,          12:01:14

21   understand the following statement to be false in           12:01:16

22   view of the videos.  A person might watch the               12:01:18

23   videos and have very strong prejudices.  For                12:01:22

24   example, be a far right-wing person and have an             12:01:27

25   interpretation of what Mr. Phillips does that               12:01:32

| | | |
|---|---|---|
| 1 | attributes him -- things to him or intentions that | 12:01:34 |
| 2 | he did not have, right? | 12:01:36 |
| 3 | So, I think the reasonable (sic) there | 12:01:38 |
| 4 | could be if you're going to set aside prejudice | 12:01:40 |
| 5 | and distortion of what you see, given what you can | 12:01:43 |
| 6 | see in the video and you're a native speaker and | 12:01:48 |
| 7 | you're rational, would you take this to be false? | 12:01:51 |
| 8 | Q    Go to page 5 of your report.  This is a | 12:01:58 |
| 9 | summary in the middle of the page under III, | 12:02:09 |
| 10 | "Summary of Opinions." | 12:02:12 |
| 11 | A    Yes. | 12:02:15 |
| 12 | Q    Is that right? | 12:02:15 |
| 13 | A    Correct. | 12:02:16 |
| 14 | Q    Are all of the opinions you intend to | 12:02:17 |
| 15 | offer in this case expressed in your written | 12:02:19 |
| 16 | report that we've marked here? | 12:02:21 |
| 17 | A    Yes. | 12:02:22 |
| 18 | Q    So you don't have any other opinions | 12:02:24 |
| 19 | that are not expressed in your written report | 12:02:26 |
| 20 | here? | 12:02:28 |
| 21 | A    I have not been asked as an expert to | 12:02:29 |
| 22 | give any additional opinions.  These are they. | 12:02:31 |
| 23 | Q    Let's go on that same page.  Again, I | 12:02:37 |
| 24 | want to ask you about this reasonable native | 12:02:40 |
| 25 | speaker and I think you just answered it, but I | 12:02:44 |

| | | |
|---|---|---|
| 1 | want to make sure I'm clear.  So you say: | 12:02:47 |
| 2 | "A reasonable native speaker of English | 12:02:50 |
| 3 | reading (each) passage would take it to be false | 12:02:50 |
| 4 | in the circumstances captured in the videos of the | 12:02:50 |
| 5 | encounter which have been provided to me." | 12:02:50 |
| 6 | And we talked about a reasonable | 12:03:04 |
| 7 | reader. So is a reasonable reader a native speaker | 12:03:04 |
| 8 | of English or are you qualifying your opinion to | 12:03:06 |
| 9 | pertain to native English speakers? | 12:03:10 |
| 10 | A    I didn't understand your question. | 12:03:14 |
| 11 | Q    What are you -- by saying "Native | 12:03:15 |
| 12 | speaker of English," who are you excluding? | 12:03:17 |
| 13 | A    I'm excluding people who might have not | 12:03:19 |
| 14 | learned English perfectly.  So by saying "native | 12:03:23 |
| 15 | speaker" I'm talking about people who command the | 12:03:26 |
| 16 | English language. | 12:03:29 |
| 17 | Q    And what does -- "would take it to be | 12:03:33 |
| 18 | false" mean? | 12:03:36 |
| 19 | A    If they were to watch the video and | 12:03:39 |
| 20 | they were a native speaker and they only looked at | 12:03:41 |
| 21 | what actually occurred in the video, they would | 12:03:45 |
| 22 | say this was false. | 12:03:47 |
| 23 | Q    And what does: "In the circumstances | 12:03:50 |
| 24 | captured in the videos of the encounter" mean? | 12:03:53 |
| 25 | A    That means what the video showed | 12:03:55 |

| | | |
|---|---|---|
| 1 | occurred.  Videos do not show intent; they show | 12:03:56 |
| 2 | action, behavior, what actually occurs. | 12:04:01 |
| 3 | Q   And again, this is you -- well, strike | 12:04:05 |
| 4 | that.  Let's go to page 7 of your report. | 12:04:07 |
| 5 | Page 7 of your report, you say:  "In | 12:04:35 |
| 6 | determining truth conditions, the science of | 12:04:37 |
| 7 | linguistics is purely descriptive aiming to | 12:04:37 |
| 8 | determine the plain meaning of an expression that | 12:04:37 |
| 9 | is understood by ordinary speakers of the language | 12:04:37 |
| 10 | in which it is couched." | 12:04:37 |
| 11 | What you mean by "purely descriptive"? | 12:04:47 |
| 12 | A   Many times people think that either a | 12:04:53 |
| 13 | dictionary or grammar is prescriptive, telling you | 12:04:55 |
| 14 | how you should speak, what something should mean. | 12:04:59 |
| 15 | You shouldn't say "ain't."  You should say "whom" | 12:05:02 |
| 16 | instead of "who" in certain cases. | 12:05:05 |
| 17 | This is not what we do in linguistics. | 12:05:09 |
| 18 | We describe what native -- ordinary people, who | 12:05:10 |
| 19 | have never even necessarily had a grammar class | 12:05:14 |
| 20 | say and understand by what they say.  That's the | 12:05:17 |
| 21 | crucial point. | 12:05:21 |
| 22 | Q   Okay, and page 7 you also discuss what | 12:05:23 |
| 23 | you call truth conditions. | 12:05:27 |
| 24 | A   Correct. | 12:05:28 |
| 25 | Q   You describe truth conditions as, "What | 12:05:29 |

| | | |
|---|---|---|
| 1 | a situation would have to be like in order for the | 12:05:32 |
| 2 | sentence to truthfully describe that situation." | 12:05:35 |
| 3 | What are truth conditions to you? | 12:05:40 |
| 4 | A   Truth conditions is -- well, I can tell | 12:05:44 |
| 5 | you again, informally, which I've done several | 12:05:45 |
| 6 | times, truth conditions are specific conditions | 12:05:51 |
| 7 | that would have to be satisfied in order for this | 12:05:52 |
| 8 | to be true, okay? | 12:05:55 |
| 9 | Q   Okay. | 12:05:58 |
| 10 | A   I can characterize that.  Remember, I | 12:05:58 |
| 11 | said I'm a formal semanticist.  I can characterize | 12:06:01 |
| 12 | that logically.  So it's often useful if you're | 12:06:02 |
| 13 | teaching the computer English, you translate it | 12:06:06 |
| 14 | into a logical language and then the computer goes | 12:06:13 |
| 15 | from -- the computer -- native computer languages | 12:06:14 |
| 16 | are mathematical, logical languages and they can | 12:06:16 |
| 17 | use the translation to go to the database to get | 12:06:19 |
| 18 | information and then translate it back into | 12:06:20 |
| 19 | English.  Or if you're translating between two | 12:06:22 |
| 20 | languages you often translate and you get the | 12:06:24 |
| 21 | truth conditions that's a logical statement.  It | 12:06:25 |
| 22 | doesn't matter.  Truth conditions are truth | 12:06:28 |
| 23 | conditions.  They are things -- the way things | 12:06:30 |
| 24 | would have to be in order for this to be true. | 12:06:32 |
| 25 | Q   Is there a set number of definitive | 12:06:41 |

| | | |
|---|---|---|
| 1 | truth conditions for any particular phrase? | 12:06:43 |
| 2 | A    No, actually that's a very -- that's a | 12:06:45 |
| 3 | very challenging question and that's why we refer | 12:06:47 |
| 4 | to multiple dictionaries, to look at multiple | 12:06:49 |
| 5 | things that a word might mean and connotations | 12:06:52 |
| 6 | that it might have, etcetera, to determine what, | 12:06:56 |
| 7 | you know, the range of possible meanings are.  And | 12:06:58 |
| 8 | then we look at the context, the syntax to | 12:07:02 |
| 9 | determine what the actual intended meaning was in | 12:07:04 |
| 10 | that case. | 12:07:06 |
| 11 | Q    And what is the plain meaning -- use | 12:07:10 |
| 12 | from a phrase, mean to you? | 12:07:12 |
| 13 | A    I use that because it's common in the | 12:07:16 |
| 14 | law and I think by "plain meaning" they mean what | 12:07:17 |
| 15 | an ordinary speaker who is a native speaker, who | 12:07:21 |
| 16 | has command of the English language, would take | 12:07:23 |
| 17 | the expression to mean. | 12:07:28 |
| 18 | Q    And how does an ordinary speaker | 12:07:29 |
| 19 | determine what plain meaning of a word or a | 12:07:31 |
| 20 | passage is? | 12:07:33 |
| 21 | A    Ahhh, there you'd have to take language | 12:07:34 |
| 22 | and the law, wouldn't you?  So, the -- people | 12:07:35 |
| 23 | think that they teach their children language, but | 12:07:38 |
| 24 | the fascinating thing is that they do not. | 12:07:40 |
| 25 | Children -- like a little deer is born | 12:07:44 |

|   |   |   |
|---|---|---|
| 1 | to walk, it gets up and walks almost as soon as | 12:07:45 |
| 2 | it's born.  Little children have been learning the | 12:07:48 |
| 3 | language of their mothers in the womb.  They've | 12:07:51 |
| 4 | learned the sound patterns, the prosody.  And they | 12:07:54 |
| 5 | are learning the sound patterns of their native -- | 12:07:57 |
| 6 | their maternal -- not because it's their birth | 12:08:00 |
| 7 | mother, but the language that's spoken around them | 12:08:03 |
| 8 | all the time as they develop and mature till about | 12:08:05 |
| 9 | nine months to a year. | 12:08:07 |
| 10 | In two months they start speaking and | 12:08:09 |
| 11 | they make all kinds of errors that are things that | 12:08:11 |
| 12 | nobody around them would ever say.  For example, | 12:08:13 |
| 13 | they'll over-generalize regular verb tense, past | 12:08:15 |
| 14 | tense. | 12:08:20 |
| 15 | So instead of saying "went" they'll say | 12:08:20 |
| 16 | "go'd."  Anybody who has a child and listens hard | 12:08:20 |
| 17 | enough will see that at a certain point an | 12:08:24 |
| 18 | ordinary, average, normal child developing will | 12:08:24 |
| 19 | over-generalize the grammatical rules that they're | 12:08:24 |
| 20 | learning and the language that they're studying | 12:08:24 |
| 21 | around them.  So children are born to absorb and | 12:08:24 |
| 22 | learn a language.  It's a fascinating thing and | 12:08:24 |
| 23 | that's one of the things that modern linguistics | 12:08:40 |
| 24 | as a science studies. | 12:08:43 |
| 25 | Therefore, when we study the plain | 12:08:45 |

| | | |
|---|---|---|
| 1 | meaning, we study the meaning as ordinary speakers | 12:08:47 |
| 2 | learn it from each other and use it with each | 12:08:52 |
| 3 | other, not some idealized grammar, or some | 12:08:54 |
| 4 | idealized language. | 12:08:57 |
| 5 | Q     So by the time one is no longer a child | 12:08:59 |
| 6 | but a adult -- | 12:09:02 |
| 7 | A     Right. | 12:09:03 |
| 8 | Q     -- and fits into the category of | 12:09:03 |
| 9 | reasonable reader -- | 12:09:05 |
| 10 | A     Okay. | 12:09:06 |
| 11 | Q     That you've said before.  At that point | 12:09:07 |
| 12 | plain meaning of words is a matter of everyday | 12:09:10 |
| 13 | common experience, correct? | 12:09:12 |
| 14 | A     Correct.  You don't think about it. | 12:09:14 |
| 15 | Q     A matter of common-sense, so to speak? | 12:09:19 |
| 16 | A     Common-sense is not the way I would use | 12:09:22 |
| 17 | it, but it is a matter of linguistics competence, | 12:09:24 |
| 18 | and everyone, even people of relatively low | 12:09:28 |
| 19 | intelligence, as long as they are not -- they | 12:09:30 |
| 20 | don't have a defective mind, brain, have | 12:09:32 |
| 21 | linguistic competence. | 12:09:43 |
| 22 | Q     You've consulted respected dictionaries | 12:09:45 |
| 23 | of modern English, you say, and my question for | 12:09:46 |
| 24 | you, and we went through the three listed in your | 12:09:48 |
| 25 | report, do you recall that? | 12:09:53 |

| | | |
|---|---|---|
| 1 | A    My question what? | 12:09:54 |
| 2 | Q    I'm sorry.  That was a bad question. | 12:09:55 |
| 3 | You cite three dictionaries in your report, | 12:09:56 |
| 4 | correct? | 12:09:58 |
| 5 | A    Correct. | 12:09:59 |
| 6 | Q    And my question to you is: Did anyone | 12:09:59 |
| 7 | provide those dictionaries to you? | 12:10:03 |
| 8 | A    I keep them on my shelf. | 12:10:06 |
| 9 | Well, actually, the Oxford English | 12:10:09 |
| 10 | Dictionary I get on line -- I have it on my shelf, | 12:10:10 |
| 11 | but it's a lot easier and the print's a lot bigger | 12:10:12 |
| 12 | if I read it on line.  So, yes, that's why I | 12:10:14 |
| 13 | access the online version.  Because it's just | 12:10:17 |
| 14 | easier than taking the book off my shelf. | 12:10:19 |
| 15 | Q    And they are publicly available so it's | 12:10:21 |
| 16 | easy -- | 12:10:23 |
| 17 | -- (overspeaking) -- | 12:10:23 |
| 18 | A    Anybody can -- | 12:10:24 |
| 19 | Q    -- I've got to finish the question, | 12:10:25 |
| 20 | sorry.  I know it's -- as a linguist you might | 12:10:26 |
| 21 | appreciate it is common for people to talk over | 12:10:30 |
| 22 | each other, but in this world it is very | 12:10:33 |
| 23 | challenging for the Court Reporter when we do | 12:10:36 |
| 24 | that.  So I'm not trying to be rude but I have to | 12:10:38 |
| 25 | cut you off. | 12:10:41 |

| | | |
|---|---|---|
| 1 | So those dictionaries you consulted are | 12:10:42 |
| 2 | publicly available, correct? | 12:10:49 |
| 3 | A    Correct. | 12:10:50 |
| 4 | Q    And it's easy for anyone like myself or | 12:10:51 |
| 5 | counsel in this room or the judge in this case, to | 12:10:56 |
| 6 | obtain those dictionaries, correct? | 12:10:58 |
| 7 | A    Correct. | 12:10:59 |
| 8 | Q    You don't need a special library | 12:11:03 |
| 9 | linguist card to check 'em out. | 12:11:07 |
| 10 | A    No. | 12:11:10 |
| 11 | Q    And the average person, adult person, | 12:11:11 |
| 12 | is capable of understanding dictionary | 12:11:16 |
| 13 | definitions, correct? | 12:11:21 |
| 14 | A    I think so. | 12:11:22 |
| 15 | Q    You looked up certain words, you say, | 12:11:23 |
| 16 | and I quote "passages of interest."  How did you | 12:11:25 |
| 17 | determine which words to look up? | 12:11:28 |
| 18 | A    I looked up the ones that I thought | 12:11:35 |
| 19 | most bore on why these passages were possibly | 12:11:37 |
| 20 | contentious, like "block", and some of the others | 12:11:40 |
| 21 | that I looked up.  I thought that most -- I have | 12:11:43 |
| 22 | to look at the passage, most of the passage was | 12:11:45 |
| 23 | just very simple, you know, English, I was | 12:11:48 |
| 24 | thinking -- I mean, everybody knows what Phillips | 12:11:52 |
| 25 | says in these things -- so, I was thinking at that | 12:11:54 |

1    time, I started going that way and "that guy in          12:11:57

2    the hat," those not contentious, there's nothing         12:12:01

3    really to look up, "that guy in the hat"                 12:12:03

4    presumably because he's talking about the                12:12:04

5    interaction with Sandmann.  He's talking about           12:12:05

6    Sandmann.  And "impasse." Now, there, were they at       12:12:09

7    an impasse?  "Blocked my way," "wouldn't let me          12:12:14

8    retreat," those are the things that I thought            12:12:17

9    might be at issue about whether Phillips correctly       12:12:18

10   represented the situation, so those are the words        12:12:22

11   that I looked up to make sure that I had what I          12:12:25

12   take to be objective support for the construal          12:12:29

13   that I made of the meanings of these expressions.        12:12:39

14        Q    Okay, and we talked earlier about              12:12:41

15   lexicography being the description of plain              12:12:44

16   meanings of expressions as (indiscernible) native        12:12:50

17   speakers, that's how you define it, correct?            12:12:52

18        A    Yes.                                           12:12:58

19        Q    And you said a second ago that doesn't         12:12:58

20   prescribe --                                             12:13:01

21        A    Correct.                                       12:13:01

22        Q    -- what the meaning should be?                 12:13:01

23        A    Yes.                                           12:13:02

24        Q    So then I take it it's fair to say that        12:13:08

25   there is not only one plain meaning of any               12:13:10

1   particular word to native speakers, correct?          12:13:12

2         A     I will hedge on that question.  May I      12:13:16

3   explain?                                              12:13:19

4         Q     Sure.                                      12:13:19

5         A     Many expressions have multiple             12:13:20

6   meanings, I have shown you some in the case in         12:13:23

7   hand.  But it is not Humpty Dumpty.  Individuals       12:13:24

8   don't get to decide what a word means.                12:13:28

9              The word has a meaning in convention        12:13:31

10  with its use among the group of native speakers       12:13:36

11  and that's what a lexicographer tries to capture      12:13:39

12  by looking at not one, but many, many sources of      12:13:41

13  competent native speakers to decide the range of      12:13:44

14  meanings that are attested and attributed to          12:13:49

15  native speakers by other native speakers.  Okay?      12:13:55

16             So it's not that a given person gets to     12:13:58

17  decide what "block" means or "impasse"; it is         12:14:01

18  something that we as a community mean and that         12:14:03

19  this is objectively observed by lexicographers and    12:14:08

20  others who study the use of language and its          12:14:13

21  meaning.                                              12:14:16

22        Q     And just looking at general dictionary      12:14:17

23  definitions, you need context to determine which     12:14:19

24  definition is most suitable, correct?                12:14:21

25        A     Typically, correct.                        12:14:23

| | | |
|---|---|---|
| 1 | Q    And that's important, for example, you | 12:14:25 |
| 2 | know, with idioms you might say, "It's raining | 12:14:28 |
| 3 | cats and dog," it's not literally raining cats and | 12:14:34 |
| 4 | dogs, right?  That's just an example of something | 12:14:38 |
| 5 | where -- | 12:14:41 |
| 6 | -- (overspeaking) -- | 12:14:41 |
| 7 | A    Of course.  Well, that's ... | 12:14:42 |
| 8 | Q    You also state that you looked at -- | 12:14:43 |
| 9 | well, strike that.  We talked earlier about | 12:14:52 |
| 10 | lexicography and compiling dictionary definitions | 12:14:55 |
| 11 | and that essentially means collecting different | 12:14:57 |
| 12 | possible definitions of a given word, correct? | 12:15:01 |
| 13 | A    Not definitions, uses. | 12:15:04 |
| 14 | Q    Uses.  Now you state -- | 12:15:06 |
| 15 | A    May I say something about a definition? | 12:15:15 |
| 16 | A definition is a characterization of a meaning. | 12:15:18 |
| 17 | It is a paraphrase.  A good definition is an art | 12:15:21 |
| 18 | to defining.  And the defined term has to fit in | 12:15:24 |
| 19 | the same syntactic slot, as the term being | 12:15:27 |
| 20 | defined.  It's the verb -- you've given any type | 12:15:31 |
| 21 | of verb form as a definition.  It is not a | 12:15:34 |
| 22 | definition that says what it should be mean, it is | 12:15:36 |
| 23 | a characterization of one usage, one way people | 12:15:39 |
| 24 | use it, one meaning it has in current plain | 12:15:41 |
| 25 | language. | 12:15:45 |

1      Q     Okay.  And now on page -- let's                    12:15:45

2  continue on then.  Page 8 you talked about                   12:15:48

3  syntactic structure and we talked about that at              12:15:52

4  the beginning of the morning, right?                         12:15:55

5      A     Correct.                                           12:15:57

6      Q     And you say you also considered                    12:16:01

7  syntactic structure?                                         12:16:02

8      A     Yes.                                               12:16:03

9      Q     How does syntactic structure matter to             12:16:09

10 truth conditions?                                            12:16:13

11     A     May I give you an example from one of              12:16:14

12 the passages?                                                12:16:17

13     Q     Sure.                                              12:16:18

14     A     In the first passage, the one in                   12:16:18

15 question 1 at the bottom of page 1, Mr. Phillips             12:16:19

16 is heard as saying, "He" -- Sandmann -- "just                12:16:21

17 blocked my way and wouldn't allow me to retreat."            12:16:26

18 Now, as you pointed out "blocked" is ambiguous or            12:16:27

19 it has not -- well, you'd say it was ambiguous.              12:16:33

20 Anyway, it has some very -- two or three closely             12:16:36

21 related senses that one might -- that one might              12:16:40

22 take to relevant to a circumstance like this.                12:16:44

23          One of them is a more passive sense so              12:16:45

24 you can say an inanimate object blocked your way             12:16:48

25 like the construction, you know -- the crane                 12:16:52

| | | |
|---|---|---|
| 1 | blocked my way, right?  Or the crane, you know -- | 12:16:57 |
| 2 | was in the way, in effect, without the crane -- | 12:16:58 |
| 3 | without attributing any intention to the crane, | 12:17:00 |
| 4 | correct?  But in this particular passage there's | 12:17:04 |
| 5 | another active sense of block, which is moved to | 12:17:07 |
| 6 | block or intended to block my way, okay?  And I | 12:17:10 |
| 7 | thought that in this context it was more | 12:17:13 |
| 8 | probable -- likely, that Phillips intended or | 12:17:16 |
| 9 | would expect his audience to understand him as | 12:17:18 |
| 10 | meaning that Sandmann actively blocked his way. | 12:17:20 |
| 11 | If you look at the second conjunct, it | 12:17:24 |
| 12 | said "Wouldn't allow me to retreat," which does | 12:17:27 |
| 13 | attribute intention to refuse to let Phillips do | 12:17:31 |
| 14 | what he wanted to do.  So I took the first | 12:17:39 |
| 15 | conjunct, the sense of block to have the active | 12:17:41 |
| 16 | sense of intending to be in the way. | 12:17:44 |
| 17 | There is an example where syntax in | 12:17:47 |
| 18 | this particular case, if he said, "He was blocking | 12:17:50 |
| 19 | way," that is not as clear, when you have an | 12:17:54 |
| 20 | agentive "block my way," that seems more likely | 12:17:58 |
| 21 | that it would be agentive, and there is also | 12:18:03 |
| 22 | passive "block" where there is not even an agent. | 12:18:05 |
| 23 | So in this particular case, the fact that it was | 12:18:06 |
| 24 | transitive use of "block" and that it was | 12:18:09 |
| 25 | conjoined with another sentence where there was an | 12:18:12 |

1    attribution of intent to Mr. Phillips seemed to          12:18:15

2    disambiguate which sense of "block" Phillips would        12:18:20

3    have expected his native speaker interlocutor to          12:18:23

4    understand him to mean.                                   12:18:29

5          Q    Okay.  At page 8 at the bottom you            12:18:34

6    conclude that you used these resources and                12:18:37

7    techniques to determine the truth conditions of           12:18:46

8    the sentences which you took to be crucial in             12:18:53

9    these passages; is that right?                            12:18:55

10         A    Correct.                                       12:18:58

11         Q    And by "resources" you mean the               12:18:59

12   dictionaries, correct?                                    12:19:01

13         A    The dictionaries and my knowledge of          12:19:01

14   grammar.  I didn't refer to grammars here but if         12:19:06

15   you wanted me to I could, and my knowledge of how        12:19:09

16   context influences interpretation which is --            12:19:11

17   again, I could give you long bibliographies, but I       12:19:15

18   refrained from doing that.  They are in the              12:19:20

19   report.                                                   12:19:22

20         Q    And you also consulted the                    12:19:23

21   dictionaries, correct?                                    12:19:24

22         A    I did consult the dictionaries, yes.          12:19:24

23         Q    And then you say, continuing on page 8,        12:19:33

24   that you "considered the video evidence provided         12:19:36

25   to me to understand the situation in which the           12:19:37

1    confrontation occurred", correct?                    12:19:40

2         A    Correct.                                    12:19:45

3         Q    And so, essentially, you reviewed the       12:19:47

4    videos and then determined whether, after having     12:19:50

5    reviewed the videos, the statements were false       12:19:55

6    based on what you observed in the videos, correct?   12:19:57

7         A    That's correct.                             12:19:58

8              MS. SPEARS:  Can we go off on the           12:19:59

9    record but stay seated for a second.  I just want    12:20:17

10   to consult and decide on the lunch break timing      12:20:18

11   here for everyone.  Are you happy for me to do a     12:20:18

12   little bit more or we can break now?                 12:20:18

13             THE VIDEOGRAPHER:  We're going off the      12:20:23

14   record, the time is 12:20 p.m.                        12:20:24

15      (Recess taken from 12:20 p.m. to 1:20 p.m.)       12:20:26

16             THE VIDEOGRAPHER:  Going back on the        01:27:31

17   record, the time is 1:27 p.m.                         01:27:32

18   BY MS. SPEARS:                                        01:27:35

19        Q    Okay, thank you.  Let's look at your        01:27:36

20   report -- I'm sorry, can you wait one second.         01:27:42

21             All right.  We're back on the record        01:27:55

22   after our lunch break.                                01:27:56

23             Let's look at your report on page 9,        01:27:57

24   please.                                               01:27:59

25             Okay, page 9, section 5 you titled          01:28:04

| | | |
|---|---|---|
| 1 | "Facts"? | 01:28:07 |
| 2 | A    Yes. | 01:28:10 |
| 3 | Q    And you write: "Here are the facts | 01:28:10 |
| 4 | about the January 18, 2019 incident as I'm aware | 01:28:11 |
| 5 | of them from materials provided to me principally | 01:28:15 |
| 6 | in the videos listed in section 4 above." | 01:28:17 |
| 7 | And my first question for you is, you | 01:28:21 |
| 8 | say "as I am aware of them."  Did you draft this | 01:28:26 |
| 9 | "Facts" section? | 01:28:29 |
| 10 | A    Yes. | 01:28:30 |
| 11 | Q    So no portions of it were provided to | 01:28:31 |
| 12 | you? | 01:28:33 |
| 13 | A    Nothing. | 01:28:34 |
| 14 | Q    And describe just very briefly your | 01:28:35 |
| 15 | process for drafting the "facts" section. | 01:28:37 |
| 16 | A    Well, I had already conducted an | 01:28:41 |
| 17 | analysis and so I decided to present it first in | 01:28:42 |
| 18 | terms of the facts as I observed them, then the | 01:28:45 |
| 19 | relevant law and the linguistic analysis and then | 01:28:50 |
| 20 | say, given the facts, whether the passages I was | 01:28:58 |
| 21 | asked to comment on were true.  That's it. | 01:29:01 |
| 22 | Q    And -- | 01:29:07 |
| 23 | A    So in reporting what I saw on the | 01:29:09 |
| 24 | videos, of course, I focused on the interaction | 01:29:10 |
| 25 | between Mr. Phillips and Mr. Sandmann particularly | 01:29:13 |

1    but other members of the group and the                01:29:17

2    circumstances immediately around them, as those        01:29:19

3    might bear on the truth of the passages.  I didn't     01:29:21

4    talk about birds flying overhead or something,         01:29:25

5    yeah.                                                  01:29:27

6        Q    Right.  And you did that by reviewing          01:29:28

7    the videos 1 to 18?                                     01:29:30

8        A    Yes.                                           01:29:32

9        Q    On page 9 here you say:                        01:29:32

10            "Three different groups interacted in          01:29:40

11   the event in question as well as various               01:29:41

12   bystanders who seemed to be unrelated to any of        01:29:43

13   these groups."                                         01:29:45

14            Which bystanders are you referring to?         01:29:47

15       A    I can't tell in all the videos who is a        01:29:50

16   bystander and who is a Covington boy and who is a      01:29:53

17   member of the Native American group.  Sometimes it     01:29:56

18   is evident from the way they behave or are             01:29:58

19   dressed, other times it is not.                        01:30:00

20            The reason I said "bystanders" is that        01:30:03

21   I was aware in reviewing the earlier tape, a very      01:30:04

22   long tape made by the videographer for the Black       01:30:07

23   Hebrew Israelites, that there were a number of --      01:30:12

24   just ordinary people, I presume many of them           01:30:14

25   possibly tourists, I don't know who they were, in      01:30:16

| | |
|---|---|
| 1 | the area who were interacting at least with that | 01:30:18 |
| 2 | particular group, and might have been hanging | 01:30:21 |
| 3 | around as, you know, during the interaction | 01:30:23 |
| 4 | between Phillips and Sandmann. | 01:30:25 |
| 5 | So I can't tell, especially far -- to | 01:30:26 |
| 6 | the left and back of Phillips, you know, down on | 01:30:29 |
| 7 | the flat part, I'm not really sure who was a | 01:30:33 |
| 8 | Covington boy and who was not. | 01:30:35 |
| 9 | Q    Mm-hmm.  And you note in here that | 01:30:38 |
| 10 | there are also stray passersby of several races | 01:30:41 |
| 11 | and apparent ethnic backgrounds? | 01:30:45 |
| 12 | A    That was again based on, partly on the | 01:30:47 |
| 13 | observation of the tape, the long tape with the | 01:30:50 |
| 14 | Black Hebrew Israelites.  They interacted with | 01:30:53 |
| 15 | many different kinds of people. | 01:30:55 |
| 16 | Q    Why did you conclude that they seemed | 01:30:56 |
| 17 | to be unrelated to any of the three groups you | 01:30:58 |
| 18 | refer to:  The Covington students, the Native | 01:31:00 |
| 19 | Americans or the -- | 01:31:02 |
| 20 | -- (overspeaking) -- | 01:31:03 |
| 21 | A    Well, for example, there was a group | 01:31:03 |
| 22 | that stood and exchanged heckling with the Black | 01:31:05 |
| 23 | Hebrew Israelites for quite some time and the | 01:31:10 |
| 24 | people in them, I think there was a man and some | 01:31:15 |
| 25 | women, again, I haven't reviewed those details | 01:31:18 |

| | | |
|---|---|---|
| 1 | before this deposition, who were African American, | 01:31:21 |
| 2 | quite obviously, and they were not of a mind with | 01:31:24 |
| 3 | the views being promoted by the Black Hebrew | 01:31:28 |
| 4 | Israelites and there was a lot of exchange between | 01:31:33 |
| 5 | those passersby out there and the Black Hebrew | 01:31:37 |
| 6 | Israelites and the -- I'm just aware that there | 01:31:40 |
| 7 | were different kinds of people interacting with | 01:31:43 |
| 8 | them in that way so I presume some of the people | 01:31:46 |
| 9 | at the -- during the exchange between Phillips and | 01:31:48 |
| 10 | Sandmann might have been stray passersby. | 01:31:51 |
| 11 | Q     And that's an assumption that you | 01:31:55 |
| 12 | made -- | 01:31:57 |
| 13 | A     -- (overspeaking) -- | 01:31:58 |
| 14 | Q     You have to wait until I am done. | 01:31:58 |
| 15 | A     Sorry. | 01:32:00 |
| 16 | Q     That's an assumption you made based on | 01:32:00 |
| 17 | your personal review of the videos, correct? | 01:32:02 |
| 18 | A     Based on my review of the video, yes. | 01:32:04 |
| 19 | Q     Okay.  And you note: races and apparent | 01:32:06 |
| 20 | ethnic backgrounds.  How can you tell from the | 01:32:10 |
| 21 | video what someone's ethnic background is? | 01:32:12 |
| 22 | A     I said apparent ethnic backgrounds | 01:32:16 |
| 23 | because there were a number of people dressed in | 01:32:18 |
| 24 | such a way as to suggest that they identified with | 01:32:20 |
| 25 | the Native American that was protesting, so I | 01:32:23 |

| | | |
|---|---|---|
| 1 | assumed sort some of them might have been part | 01:32:24 |
| 2 | Native Americans. | 01:32:28 |
| 3 | Q    But you don't know. | 01:32:30 |
| 4 | A    I don't know. | 01:32:31 |
| 5 | Q    And then on page 9 in the first bullet | 01:32:32 |
| 6 | point you write that the Black Hebrew Israelites | 01:32:34 |
| 7 | were there to, quote, "preach a religious and | 01:32:35 |
| 8 | political message."  How did you determine their | 01:32:38 |
| 9 | purpose in being there? | 01:32:40 |
| 10 | A    That was pretty obvious.  They had a | 01:32:44 |
| 11 | loudspeaker and a videographer.  They were making | 01:32:48 |
| 12 | a point.  Think wanted people to hear their views. | 01:32:51 |
| 13 | A kind of soap box. | 01:32:54 |
| 14 | Q    And you say in your report here that -- | 01:32:55 |
| 15 | you say, and I quote, "There may have been five or | 01:32:56 |
| 16 | six of them standing together, perhaps others | 01:32:58 |
| 17 | circulating in the crowd in front of the Lincoln | 01:33:01 |
| 18 | Memorial."  So you couldn't say for sure how many | 01:33:03 |
| 19 | Black Hebrew Israelites were there based on the | 01:33:07 |
| 20 | video; right? | 01:33:08 |
| 21 | A    Correct. | 01:33:11 |
| 22 | Q    And you say the Black Hebrew Israelites | 01:33:12 |
| 23 | used, quote, "incendiary language to insult or | 01:33:13 |
| 24 | degrade those that they engaged with," close | 01:33:16 |
| 25 | quote.  What incendiary language were you | 01:33:19 |

1   referring to?                                          01:33:22

2       A    I don't want to mention some of the           01:33:22

3   names that they called the African Americans they      01:33:24

4   interacted with -- I beg pardon.  You can look at      01:33:25

5   the videos if you want to see.  But they called       01:33:28

6   the boys from Covington "crackers" repeatedly, and    01:33:30

7   they also engaged in an insulting exchange with       01:33:34

8   the Native Americans, but I don't remember the        01:33:36

9   character of the exchange.  As I said, I only         01:33:40

10  watched that video once and it was back in the end    01:33:42

11  of October/beginning of November.                     01:33:44

12          So I ignored that part in my subsequent       01:33:46

13  reviews because it didn't bear on the direct          01:33:48

14  exchange between Phillips and Sandmann.               01:33:50

15      Q    And how did you know that it was the         01:33:53

16  Black Hebrew Israelites' intent to insult or          01:33:55

17  degrade people?                                        01:33:57

18      A    They used insulting, degrading terms.        01:33:59

19  There were slurs, by the way.                          01:34:01

20      Q    And how does that square with your           01:34:03

21  statement that they were there to preach a            01:34:05

22  religious and political message?                       01:34:07

23          MR. McMURTRY:  Objection.                     01:34:09

24  BY MS. SPEARS:                                          01:34:10

25      Q    Is that they were they doing both?           01:34:10

| | | |
|---|---|---|
| 1 | A     Sure, why not?  Some people do. | 01:34:12 |
| 2 | Q     The second bullet of page 9 you say: "A | 01:34:13 |
| 3 | large group of people who, according to the | 01:34:18 |
| 4 | articles that I have read about the event cited in | 01:34:21 |
| 5 | Section 4 had come to DC for the Indigenous | 01:34:23 |
| 6 | Peoples March." | 01:34:26 |
| 7 | A     Yes. | 01:34:28 |
| 8 | Q     Which articles did you refer to | 01:34:28 |
| 9 | specifically for that? | 01:34:31 |
| 10 | A     I'm sorry, I'd have to review the | 01:34:32 |
| 11 | article to tell you. | 01:34:33 |
| 12 | Q     Sitting here today, you can't tell me? | 01:34:34 |
| 13 | A     I don't remember which piece of data I | 01:34:37 |
| 14 | got from which article, no. | 01:34:39 |
| 15 | Q     You say, quote, reading along here: | 01:34:40 |
| 16 | "Mr. Phillips was a member of this | 01:34:43 |
| 17 | group as it seems at least one of those who made | 01:34:45 |
| 18 | the videos of the interaction with the boys from | 01:34:48 |
| 19 | Covington Catholic school." | 01:34:52 |
| 20 | And I think you have brought with you | 01:34:53 |
| 21 | today a sheet that you said there were some typos | 01:34:55 |
| 22 | on.  Is this where there is a typo and it was | 01:34:58 |
| 23 | meant to be "as was, it seems"? | 01:35:01 |
| 24 | A     Yes, mm-hmm. | 01:35:04 |
| 25 | Q     So the sentence should read: | 01:35:05 |

| | | |
|---|---|---|
| 1 | "Mr. Phillips was a member of this | 01:35:06 |
| 2 | group as was it seems at least one of those who | 01:35:08 |
| 3 | made the videos of the interaction with the boys | 01:35:10 |
| 4 | from Covington Catholic school." | 01:35:13 |
| 5 | A    Correct. | 01:35:16 |
| 6 | Q    How did you determine that Mr. Phillips | 01:35:16 |
| 7 | was a member of this quote, unquote group. | 01:35:18 |
| 8 | A    I believe he identified as someone who | 01:35:19 |
| 9 | had been there with that group, or was identified | 01:35:22 |
| 10 | as such by one of the articles that I read, those | 01:35:25 |
| 11 | news articles that are cited here as one of my | 01:35:27 |
| 12 | sources. | 01:35:31 |
| 13 | Q    Okay, and you're saying here that | 01:35:32 |
| 14 | someone else "with the group" based on your | 01:35:37 |
| 15 | review, you believe made videos of the interaction | 01:35:40 |
| 16 | but you're not saying Mr. Phillips made a video of | 01:35:42 |
| 17 | the interaction -- | 01:35:45 |
| 18 | A    No.  No -- | 01:35:45 |
| 19 | Q    -- that was the typo that was -- | 01:35:46 |
| 20 | -- (overspeaking) -- | 01:35:47 |
| 21 | A    No, there's no typo.  Let me look at | 01:35:48 |
| 22 | the passage. | 01:35:49 |
| 23 | MR. McMURTRY:  Just be sure to let her | 01:35:51 |
| 24 | finish, so it's clear. | 01:35:52 |
| 25 | THE WITNESS:  I beg your pardon. | 01:35:53 |

1     BY MS. SPEARS:                                    01:35:54

2        Q    Sure.  You are not saying that           01:35:54

3     Mr. Phillips is making a video of the interaction?  01:35:55

4        A    No, no.                                   01:35:57

5        Q    In the next -- you say here:             01:35:58

6             "These people sang, danced and chanted   01:35:59

7     to drums, sometimes forming a large circle as they  01:36:01

8     did so."                                          01:36:04

9             How did you determine if they were       01:36:06

10    singing, dancing and chanting?                    01:36:08

11       A    In, again, the first video, I think,     01:36:10

12    the longest one which is from the -- made by the  01:36:13

13    videographer for the Black Hebrew Israelites,     01:36:16

14    there is -- are a couple of short pieces -- not --  01:36:17

15    you can't really tell exactly where they are but  01:36:21

16    they are in the vicinity of these Native American  01:36:25

17    peoples singing and dancing in a large circle and  01:36:27

18    chanting.                                         01:36:31

19       Q    And then you say:  "During the circle    01:36:31

20    dance there appeared to be at least as many people  01:36:34

21    participating as there were boys from Covington   01:36:37

22    though I cannot give a reliable estimate of their  01:36:40

23    number."                                          01:36:40

24            Why do you call it a circle dance?        01:36:40

25       A    They were in a circle dancing.           01:36:44

| | | |
|---|---|---|
| 1 | Q    Okay, are you aware that it's is | 01:36:46 |
| 2 | actually called a round dance in Native -- | 01:36:47 |
| 3 | A    No, I'm not. | 01:36:49 |
| 4 | -- (overspeaking) -- | 01:36:49 |
| 5 | Q    You've got to wait until I'm | 01:36:49 |
| 6 | done talking. Are you aware that it is actually | 01:36:49 |
| 7 | called a round dance in Native American culture? | 01:36:54 |
| 8 | A    No, I'm not. | 01:36:56 |
| 9 | Q    Why can't you give a reliable estimate | 01:36:57 |
| 10 | of the number of participants in the Indigenous | 01:37:00 |
| 11 | Peoples March? | 01:37:04 |
| 12 | A    Two reasons.  First of all, I never | 01:37:06 |
| 13 | stopped the frame to count the number of people I | 01:37:09 |
| 14 | could see in the frame who were doing the dance. | 01:37:12 |
| 15 | I just didn't think that was really material here. | 01:37:15 |
| 16 | And secondly, because the videographer | 01:37:21 |
| 17 | only captured part of that scene, so I'm really | 01:37:23 |
| 18 | not aware of how many people might have been | 01:37:25 |
| 19 | standing outside the circle that were dancing. | 01:37:27 |
| 20 | Q    Okay.  And would that be the same | 01:37:29 |
| 21 | reason why you weren't able to tell how many of | 01:37:32 |
| 22 | Black Hebrew Israelites there are? | 01:37:33 |
| 23 | A    Those are part of the reasons and part | 01:37:35 |
| 24 | of the reason is that I did observe that a couple | 01:37:36 |
| 25 | of people with that group were moving around, | 01:37:38 |

| | | |
|---|---|---|
| 1 | either doing videography or recording -- I don't | 01:37:40 |
| 2 | know what all they were doing.  So I wasn't sure | 01:37:47 |
| 3 | that the group was all in one place. | 01:37:49 |
| 4 | Q    And why did you think it was relevant | 01:37:51 |
| 5 | to compare the number of people in the circle | 01:37:52 |
| 6 | dance with the number of Covington students? | 01:37:54 |
| 7 | A    It isn't particularly.  I just thought | 01:37:57 |
| 8 | I'd mention that. | 01:38:00 |
| 9 | Q    Are you claiming that all of the people | 01:38:01 |
| 10 | in the circle dance later approached the students? | 01:38:02 |
| 11 | Is that the relevance? | 01:38:05 |
| 12 | A    No, it seemed to be a much smaller | 01:38:06 |
| 13 | group. | 01:38:09 |
| 14 | Q    Okay.  And then you say:  "A group of | 01:38:11 |
| 15 | boys, possibly 30 to 40 of them from Covington | 01:38:13 |
| 16 | ..." | 01:38:15 |
| 17 | Why do you say "possibly"? | 01:38:16 |
| 18 | A    Again, first of all, I never stopped to | 01:38:17 |
| 19 | count because I didn't think that was relevant to | 01:38:19 |
| 20 | the case; and secondly because I didn't know -- | 01:38:21 |
| 21 | well, there are three reasons.  Secondly, I didn't | 01:38:25 |
| 22 | know which of the people that I saw in those | 01:38:27 |
| 23 | frames were with the group versus just passersby | 01:38:30 |
| 24 | who just happened to be dressed similar to the | 01:38:34 |
| 25 | boys. | 01:38:36 |

1           And third, I knew from what I read in          01:38:36

2    the deposition by Sandmann, that they had been         01:38:38

3    told to gather there by a certain time, that they      01:38:41

4    were going to be taken to buses, but I didn't know     01:38:43

5    if all the boys were already there.  Some of them      01:38:46

6    might have been up in the Memorial or out looking      01:38:49

7    at the reflecting pool, so I didn't know how many      01:38:50

8    boys there were there.                                 01:38:54

9           Q    And wouldn't the best way to get an        01:38:55

10   estimate be to count them in the videos?               01:38:57

11          A    Again, I didn't think that was material    01:39:00

12   or worth the time and money.                           01:39:01

13          Q    But it would be a good way to do it if     01:39:03

14   you wanted to go back and do it, right?                01:39:06

15          A    If you wanted to, that would be a          01:39:07

16   start, yes.                                            01:39:09

17          Q    Is it your assertion that if somebody      01:39:16

18   did count the numbers that it would be at 30 to 50     01:39:18

19   or could it be much larger than that?                  01:39:21

20          A    I really don't know.  I was trying to      01:39:23

21   indicate that I had a vague idea of the group          01:39:25

22   sizes and I was only doing this to set the scene.      01:39:28

23          Q    You state that it was: quote, "Not         01:39:31

24   clear exactly where they" -- referring to the          01:39:34

25   Native Americans -- "were in the early parts of        01:39:38

1   the videos."                                        01:39:40

2           Why, again, is that unclear from the       01:39:41

3   videos?                                             01:39:42

4       A    Because they were -- the video in which    01:39:43

5   I saw the circle dance, which you call the round    01:39:44

6   dance, was taken, I believe, by the videographer   01:39:47

7   for the Black Hebrew Israelites.                    01:39:50

8           There was no -- he didn't pan from the     01:39:52

9   Black Hebrew Israelites across the scene to         01:39:56

10  wherever it was that the Native Americans -- the    01:39:58

11  indigenous people were dancing.  So all he did was  01:40:00

12  just -- I saw a shot of that group and part of --   01:40:03

13  I didn't even see the entire circle, I don't        01:40:08

14  think, as I recall.  And there was no context       01:40:10

15  given that would permit me to say where they were   01:40:13

16  vis-a-vis the Lincoln Memorial, the reflecting      01:40:17

17  pond and the rest of the landscape there.           01:40:20

18      Q    So continuing on page 9, the paragraph      01:40:27

19  that starts "The Hebrew Israelites..."              01:40:31

20      A    Yes.                                        01:40:37

21      Q    It is the third paragraph, if you will.     01:40:38

22  In the last sentence you say that:  "The boys were  01:40:39

23  about 30 to 40 feet from the Hebrew Israelites      01:40:43

24  facing them."                                        01:40:47

25          And then you state: "I cannot judge        01:40:47

1   distances from the videos, so this is a very rough          01:40:50

2   impression."                                                01:40:52

3           How did you reach that very rough                   01:40:54

4   impression, given that you can't judge distances            01:40:56

5   from the videos?                                            01:40:58

6       A    I just tried to think how big it was               01:40:59

7   and it seemed to be bigger, at least twice as long          01:41:02

8   as my living room, but it was hard to tell because          01:41:07

9   of the angle at which the film was made.  So I              01:41:09

10  just guessed.  And I'm not very good at distances.          01:41:12

11      Q    You don't have expertise in that area?             01:41:18

12      A    No, I do not.                                      01:41:20

13      Q    I take did you don't have specialized              01:41:21

14  training in analyzing distances on videos, then?            01:41:24

15      A    No, I do not.                                      01:41:27

16      Q    Do you have any training in                        01:41:35

17  videography?                                                01:41:36

18      A    I believe I said I do not.                         01:41:37

19      Q    So viewing the videos themselves then              01:41:43

20  is not based on special expertise you have; right?          01:41:45

21      A    That is correct.                                   01:41:47

22      Q    Let's look on page 9 again:  "At                   01:41:50

23  various points as filmed by the Black Hebrew                01:41:51

24  Israelites' cameraman..."                                   01:41:57

25          And you say: "I believe this is videoed             01:41:57

1    for Banyamyan video NS116." It's the sentence        01:42:01

2    right above the sentence at the end there; do you     01:42:13

3    see that?                                             01:42:15

4         A    Yes.                                        01:42:15

5         Q    Why did you state that you believed the     01:42:15

6    cameraman was in video 4, rather than stating so      01:42:18

7    affirmatively?                                        01:42:23

8         A    I said that because I had watched the       01:42:24

9    whole video and the person who took it seemed to      01:42:28

10   be focusing on the Black Hebrew Israelites and I      01:42:31

11   believe that he was there at their behest -- or       01:42:35

12   maybe he wasn't, he was somebody who was              01:42:39

13   interested in that.  So he was the person who         01:42:40

14   was -- videotaping their interaction with what was    01:42:43

15   going on in that situation.                           01:42:47

16        Q    Okay.  And are you referring then to        01:42:48

17   the person filming that video?                        01:42:51

18        A    Yes.                                        01:42:55

19        Q    And on page 9 you refer to "racist          01:42:56

20   slurs" again and racist and insulting language.       01:43:00

21   Again, what language are you referring to?            01:43:05

22        A    I would have to review the video            01:43:08

23   carefully to remember exactly which slurs were        01:43:10

24   used towards the African Americans at the time but    01:43:13

25   I believe the N word might have passed the lips of    01:43:15

1    some of these people and that's pretty racist and          01:43:18

2    incendiary.                                                 01:43:21

3         Q    Any other words?                                 01:43:24

4         A    I don't remember.                                01:43:25

5         Q    Did you ever hear anyone on the video           01:43:26

6    say anything racist back to the Black Hebrew              01:43:28

7    Israelites?                                                 01:43:31

8         A    You know, I don't remember that                 01:43:31

9    actually.  I don't think so but maybe somebody           01:43:33

10   did.  There was hostility going both ways.               01:43:35

11        Q    You don't contend that there's nothing         01:43:39

12   audible in any of the videos where somebody said          01:43:42

13   something racist back to them, back to the Black          01:43:45

14   Hebrew Israelites?                                         01:43:46

15        A    I'm not making that contention.  I             01:43:47

16   didn't -- (overspeaking) --                               01:43:49

17        Q    What about insulting?  Did you hear            01:43:53

18   anyone say anything insulting to the Black Hebrew         01:43:57

19   Israelites?                                                01:43:59

20        A    I don't remember.                               01:43:59

21        Q    Are you contending that there was            01:44:00

22   nothing audible in any of the videos that was said        01:44:01

23   that was insulting to the Black Hebrew Israelites?        01:44:04

24        A    No, I'm not.                                    01:44:06

25        Q    You just can't recall, sitting here           01:44:07

1    today?                                               01:44:09

2        A    I'm telling you it didn't strike me and    01:44:09

3    I don't remember it.  I didn't think it was         01:44:11

4    material to the case so I did not review it.         01:44:13

5        Q    Page 9, the last line continuing onto      01:44:20

6    page 10, it says: "Finally, one of the Covington    01:44:25

7    boys raced down the steps in front of the school    01:44:30

8    ... faced the boys, tore off his shirt and led      01:44:32

9    what seemed to be a sports cheer ... in which the   01:44:35

10   boys enthusiastically took up, making a lot of      01:44:40

11   noise, cheering, jumping up and down as if at a     01:44:43

12   pep rally."                                          01:44:47

13           Do you see that?                             01:44:51

14       A    Yes.                                        01:44:52

15       Q    You appear to make an analogy to a         01:44:53

16   school sporting event here.  Why?                    01:44:55

17       A    It was my impression that what that boy    01:44:57

18   did might have been an actual pep rally cheer.       01:45:00

19   The boys knew the cheer, the fellow who did it       01:45:04

20   behaved as if he were kind of a cheer leader, so    01:45:09

21   I had the impression that this was really            01:45:13

22   something that they recognized immediately from     01:45:14

23   sports rally.                                        01:45:17

24       Q    And that's based on your personal          01:45:17

25   experience at sports rallies.                        01:45:19

| | | |
|---|---|---|
| 1 | A    I grew up in the midwest.  I saw a lot | 01:45:21 |
| 2 | of them.  Yes. | 01:45:24 |
| 3 | Q    That's not based on your linguistic | 01:45:24 |
| 4 | expertise? | 01:45:27 |
| 5 | A    No, this is not based on my linguistic | 01:45:27 |
| 6 | expertise? | 01:45:32 |
| 7 | Q    Okay, don't cultural differences -- you | 01:45:32 |
| 8 | say you grew up in the midwest matter in how | 01:45:33 |
| 9 | people might view something like this? | 01:45:36 |
| 10 | A    Yes. | 01:45:38 |
| 11 | MR. McMURTRY:  Objection. | 01:45:39 |
| 12 | BY MS. SPEARS: | 01:45:39 |
| 13 | Q    Your answer is "yes"? | 01:45:39 |
| 14 | A    Yes, I said of course. | 01:45:41 |
| 15 | THE COURT REPORTER:  Was there an | 01:45:49 |
| 16 | objection there?  I believe there was. | 01:45:49 |
| 17 | MR. McMURTRY:  Yes. | 01:45:49 |
| 18 | THE COURT REPORTER:  Thank you. | 01:45:49 |
| 19 | BY MS. SPEARS: | 01:45:49 |
| 20 | Q    And again, same thing, a pep rally is | 01:45:50 |
| 21 | something you know about based on your own | 01:45:58 |
| 22 | personal experience? | 01:45:59 |
| 23 | A    Yes, I do not assume that others | 01:46:01 |
| 24 | viewing the scene would have recognized it as | 01:46:04 |
| 25 | such. | 01:46:06 |

1      Q    You use the word in the next sentence          01:46:07

2    "rowdy" spectators; why did you use the word          01:46:07

3    "rowdy"?                                              01:46:11

4      A    Let me look at the sentence again.            01:46:13

5           Yes, the boys were acting as if they          01:46:13

6    were rowdy spectators in a sports encounter,          01:46:15

7    because that's what it looked like to me.  And not   01:46:18

8    just on my basis of growing up in the midwest but    01:46:20

9    on any television sporting event when they focus     01:46:23

10   on a crowd, whether it is in Europe or the United    01:46:25

11   States.                                              01:46:28

12     Q    You refer to this as an encounter            01:46:29

13   between the boy's "team", you used the word, and     01:46:33

14   the Black Hebrew Israelites?                          01:46:37

15     A    I didn't say that's what it was.  I          01:46:38

16   said they acted as if they were rowdy spectators     01:46:41

17   and it was their team versus the Black Hebrew        01:46:44

18   Israelites, yes.                                      01:46:47

19     Q    Do you think the boys had an "us versus      01:46:48

20   them" mentality in that sense, watching it?          01:46:52

21     A    I believe -- I can't attribute motives,      01:46:54

22   again, I told you that's not my expertise, but       01:46:56

23   usually sporting events are about an "us versus      01:46:58

24   them" event.                                          01:47:02

25     Q    And does it seem, watching the videos,       01:47:03

1    that that's sort of the mentality that they had in        01:47:05

2    that moment?                                              01:47:07

3        A    I had that impression, that it was like         01:47:08

4    they were acting like they were at a sports event,       01:47:09

5    yes.  This was their team and that was the other         01:47:12

6    guy's team.                                              01:47:14

7        Q    So an "us versus them" mentality?               01:47:15

8        A    You want to put words in my mouth, I            01:47:17

9    really don't want to accept them, no.                    01:47:19

10       Q    That's -- but what you are saying is            01:47:22

11   that it seemed to you that's what was going on at        01:47:24

12   the time?                                                01:47:27

13       A    It seemed to me that they felt like            01:47:28

14   they were on one team.  They were acting as if --        01:47:29

15   I don't know what they thought.  They were acting        01:47:33

16   as if they were -- they were rooting for their          01:47:34

17   team, whatever that meant to them, and that they         01:47:36

18   were doing this in response to what the Black            01:47:39

19   Hebrew Israelites had been doing.                        01:47:42

20       Q    And hence sort of a desire to root for         01:47:43

21   their team?                                              01:47:48

22       A    That's what people do at sporting              01:47:49

23   events, yes.                                             01:47:53

24       Q    And that's what it looked like to you          01:47:53

25   they were doing?                                         01:47:54

1      A    It looked to me like that, yes.                    01:47:55

2      Q    And as you said a moment ago, others               01:47:57

3 witnessing the boys' conduct might not have viewed           01:47:59

4 that behavior as akin to a sporting event, right?            01:48:02

5      A    Yes.                                               01:48:05

6      Q    And they wouldn't be wrong if they                 01:48:05

7 didn't; right?                                               01:48:08

8      A    I am -- yes, I am not attributing                  01:48:09

9 any -- that the one way you view it as a sporting            01:48:11

10 event is the way you should view it or others               01:48:15

11 should view it that way.  I was just trying to              01:48:19

12 describe the -- the behavior of the boys.                   01:48:21

13     Q    To characterize it from what you saw?              01:48:23

14     A    Yes, yes.                                          01:48:26

15     Q    Could a person watching a large group              01:48:27

16 of boys responding to the Black Hebrew Israelites           01:48:29

17 by yelling loudly and jumping up and down and               01:48:32

18 grunting with clenched fists that are held up               01:48:36

19 toward them potentially perceive that as                    01:48:40

20 expressing hostility towards the Black Hebrew               01:48:43

21 Israelites?                                                 01:48:45

22          MR. McMURTRY:  Objection, go ahead.                01:48:46

23          THE WITNESS:  I imagine they might,                01:48:47

24 yes.                                                        01:48:48

25 BY MS. SPEARS:                                              01:48:48

1      Q    Especially when it's a group of white          01:48:48

2  teenagers --                                             01:48:51

3           MR. McMURTRY:  Objection to the --             01:48:53

4  BY MS. SPEARS:                                           01:48:54

5      Q    -- responding to five or six --                01:48:54

6           MR. McMURTRY:  Double objection.               01:48:55

7  Triple objection.                                        01:48:58

8           MS. SPEARS:  You have to wait until I           01:48:59

9  am done with the question.                               01:48:59

10          MR. McMURTRY:  (Inaudible) triple              01:48:59

11 objection (overspeaking).                                01:48:59

12 BY MS. SPEARS:                                           01:49:00

13     Q    Especially when there is a group of            01:49:00

14 large white teenagers responding to -- a large           01:49:03

15 group of white teenagers responding to five or six       01:49:05

16 black men?                                               01:49:09

17          MR. McMURTRY:  Triple objection, thank         01:49:10

18 you.                                                     01:49:11

19          THE WITNESS:  As I said earlier in my          01:49:12

20 comments, I recognize this as an interaction             01:49:14

21 between three groups who had political interests         01:49:16

22 that might be viewed as at odds with each other.         01:49:19

23 So I think that it could be very possible in such        01:49:22

24 a circumstance that someone from one group might         01:49:24

25 interpret what other people were doing from              01:49:27

1    another group in a way that the other group didn't      01:49:29
2    necessarily intend.                                     01:49:31
3    BY MS. SPEARS:                                          01:49:33
4         Q    In a way that would be hostile               01:49:33
5    potentially?                                            01:49:36
6         A    I could appreciate that might be the         01:49:37
7    case in this case, yes.                                 01:49:39
8         Q    Do you think the students' behavior          01:49:42
9    might was appropriate?                                  01:49:45
10        A    That would be a matter for my personal       01:49:46
11   opinion and I didn't think that my expertise --        01:49:47
12   that I have anything to say that about that.           01:49:49
13        Q    You describe Phillips on the next -- on      01:49:53
14   page 10, the next page, as chanting loudly in a        01:49:55
15   language other than English; right?                    01:50:01
16        A    Yes.                                         01:50:03
17        Q    Do you know what led Phillips to chant       01:50:04
18   loudly in a language other than English, as you        01:50:06
19   say?                                                   01:50:09
20        A    I can only surmise.  He had been             01:50:09
21   performing what I took to be a Native American         01:50:13
22   drum chant and typically those -- those chants are     01:50:15
23   in the language of the tribe to which this is          01:50:20
24   ceremonial behavior -- for which it is ceremonial      01:50:24
25   behavior.  So I assumed that the chant and the         01:50:30

1    language in which he spoke were the same.  That          01:50:33

2    may or may not be correct but it's typical.             01:50:35

3         Q    And --                                        01:50:41

4         A    In ceremonial circumstances.                  01:50:41

5         Q    Is that based on your experience or           01:50:44

6    expertise as a linguist or just your personal           01:50:48

7    experience?                                             01:50:50

8         A    I would say that is my personal               01:50:52

9    experience watching people behave that way in           01:50:53

10   powwows.                                                 01:50:58

11        Q    And you state he was chanting words in         01:50:59

12   the language of the tribe -- are you familiar with       01:51:01

13   the American Indian movement song?                       01:51:03

14        A    No, no.                                        01:51:07

15        Q    Would it surprise you to know that this        01:51:08

16   is what Phillips was chanting?                           01:51:10

17        A    No, it would not.  I did not know.             01:51:11

18        Q    Would it surprise you to know that the         01:51:13

19   song does not have any words?                            01:51:14

20        A    Not necessarily, no.                           01:51:16

21        Q    Wouldn't, as a linguist, you be able to        01:51:21

22   distinguish between the spoken word and sound?           01:51:23

23        A    Especially not in a chant, no.                 01:51:26

24        Q    Why not?                                       01:51:28

25        A    Every language has different sound             01:51:29

1   patterns that they use.  A chant does have        01:51:32

2   specific sounds that are regularly uttered in --  01:51:35

3   usually typically jointly with -- rhythmically    01:51:40

4   with the music and I couldn't say whether they    01:51:44

5   were saying, like, an English, "Yes, yes, yes," or 01:51:46

6   whether they were just saying, "Wah, wah, wah,"   01:51:49

7   okay?  But the -- because I don't know what       01:51:52

8   language it would be and I wouldn't know whether  01:51:56

9   it was a word in that language.                   01:51:59

10       Q    Do you think it's possible that         01:52:00

11  Mr. Phillips was praying?                         01:52:02

12       A    Oh, yes, definitely.  I think it        01:52:03

13  likely.                                           01:52:05

14       Q    You state that Mr. Phillips was:        01:52:11

15            "... leading a group of Native          01:52:12

16  Americans towards the boys."                      01:52:13

17            What do you mean by stating that        01:52:16

18  Mr. Phillips was leading the group?               01:52:19

19       A    The reason I seemed to think he was     01:52:21

20  leading was that he was the one who was doing the 01:52:24

21  performance, which was the ceremonial chant,      01:52:26

22  whatever its content, and beating the drum loudly 01:52:32

23  to draw attention and that the others were        01:52:35

24  trailing behind him or photographing him.         01:52:37

25       Q    You say -- well, how did you make that  01:52:41

| | | |
|---|---|---|
| 1 | determination? | 01:52:43 |
| 2 | A    I watched the videos. | 01:52:43 |
| 3 | Q    You say on page 10: | 01:52:45 |
| 4 | "It is not clear how many are in | 01:52:48 |
| 5 | Mr. Phillips' group at this point and how many are | 01:52:50 |
| 6 | mere onlookers following the show, but I might | 01:52:54 |
| 7 | guess there are 10 or 20 people in that encourage, | 01:52:57 |
| 8 | including a cameraman filming the situation." | 01:53:02 |
| 9 | I want to talk about a couple of things | 01:53:05 |
| 10 | you say in there.  What do you mean by | 01:53:05 |
| 11 | "Mr. Phillips' group," group of what? | 01:53:07 |
| 12 | A    I did not mean it was an organized | 01:53:08 |
| 13 | group.  I have no idea how it came to follow along | 01:53:10 |
| 14 | after him.  Some of the people who were there, | 01:53:13 |
| 15 | given their behavior once the confrontation began | 01:53:16 |
| 16 | were clearly members of the indigenous people's | 01:53:19 |
| 17 | group given the arguments that they had with the | 01:53:23 |
| 18 | boys and the things they were yelling at the | 01:53:27 |
| 19 | Covington boys. | 01:53:29 |
| 20 | Q    What do you mean by "indigenous | 01:53:29 |
| 21 | people's group"? | 01:53:31 |
| 22 | A    Well, they were dressed as if they had | 01:53:32 |
| 23 | come for the ceremonial dance and so forth. | 01:53:34 |
| 24 | Another one had another drum and was drumming | 01:53:36 |
| 25 | along with Phillips.  And one of them was a | 01:53:40 |

1    cameraman who was -- who, like the Black Hebrew          01:53:43

2    Israelites' videographer, focusing on them, one of       01:53:47

3    the camera people in this group of people was            01:53:51

4    focusing on Phillips and his group, so I assumed         01:53:56

5    he was with them.                                        01:53:58

6         Q    So that's based on your assumptions,           01:53:59

7    though, you don't know for sure.                         01:54:01

8         A    I could say -- yeah, I don't know for          01:54:03

9    sure.  I only know what I saw in the videos.             01:54:06

10        Q    And you are making an assumption about         01:54:08

11   who was with who?                                        01:54:10

12        A    Yes, I am -- on the bases of what I saw         01:54:11

13   and their behavior in the group.                         01:54:13

14        Q    But you don't know for sure?                   01:54:15

15        A    I think I do know what I saw and I do          01:54:18

16   think those people were together.                        01:54:21

17        Q    And again, those are based on                  01:54:25

18   assumptions you made about what they were wearing        01:54:26

19   and watching the videos, correct?                        01:54:29

20        A    On their -- an assumption about their          01:54:30

21   behavior.                                                01:54:34

22        Q    Mm-hmm.                                        01:54:35

23        A    And when they entered the scene.               01:54:35

24        Q    Why do you call it a "show"?  Why do           01:54:38

25   you use that word?                                       01:54:41

1      A     I just meant that Phillips did that to            01:54:42

2   draw attention, for whatever reason, he approached      01:54:44

3   from outside.  There was an interaction going on        01:54:47

4   between the boys and the Black Hebrew Israelites.        01:54:50

5   And he came from the side, beating a drum loudly         01:54:53

6   and chanting, in such a way as to draw attention.       01:54:57

7   That's a show.                                          01:54:59

8      Q     And you talk about an entourage, why           01:55:00

9   did you use the phrase "entourage"?                     01:55:04

10     A     I used it because I do believe from            01:55:08

11  what I saw in the video that many of those people       01:55:09

12  followed him to support him in what he was doing.       01:55:11

13     Q     At one point you say 10 to 20 people in        01:55:20

14  the entourage.  In what video did you see 10 to 20      01:55:22

15  people in the entourage --                              01:55:27

16     A     I didn't count, again, as in these            01:55:29

17  other cases, I did not count, so that number is         01:55:32

18  not intended to be accurate, but I did see a small      01:55:34

19  clot of people following Phillips from different        01:55:37

20  angles in the different videos and I assumed that       01:55:40

21  those were the people with him.                         01:55:44

22     Q     Okay.  And you referenced a cameraman,         01:55:45

23  why do you call a person a cameraman?                   01:55:47

24     A     Well, videographer.                           01:55:49

25     Q     And who was the cameraman or                  01:55:51

1   videographer?                                      01:55:53

2       A    I'd have to look at my records again to   01:55:54

3   tell you, which video it was.                      01:55:56

4       Q    Okay.  Let's pull up what we've marked    01:56:02

5   as Exhibit 10, Video 10, which, for the record, is 01:56:04

6   the Video 10 that is stipulated in the case.       01:56:07

7       A    Not one of the ones I cite.               01:56:13

8       Q    It is one of the ones you cite.  It is    01:56:18

9   Video 10.                                          01:56:20

10      A    I am just looking for it.  Where do I     01:56:35

11  cite it?  Can you tell me?                         01:56:35

12           I mean, I say I watched it but I don't    01:56:35

13  see in the report where I cite it.                 01:56:37

14      Q    Okay, so let me ask you a question        01:56:42

15  about that.                                        01:56:43

16           We already went through in the           01:56:44

17  beginning of your report, you list the 10 videos   01:56:45

18  that were given to you.  That's on page --         01:56:49

19      A    Sure.                                     01:56:51

20           MR. McMURTRY:  5 or 6, I think.           01:56:53

21           MS. SPEARS:  5.                           01:56:54

22           THE WITNESS:  Of course I know I          01:56:55

23  watched that but when I state the facts I don't    01:56:56

24  believe I cited video 10 in the statement of       01:56:59

25  facts.                                             01:57:02

1   BY MS. SPEARS:                                        01:57:02

2        Q     And what's the significance of that?       01:57:02

3        A     Not -- nothing -- I'm not denying that     01:57:04

4   I saw the video.  I'm saying that it was not the      01:57:06

5   one which provided the scenes that I felt were        01:57:08

6   most telling when I stated these things as facts.     01:57:12

7   I'm perfectly willing to concede that I               01:57:15

8   watched it.                                           01:57:17

9        Q    Okay, so for the record we just, to         01:57:18

10  correspond with the videos that are stipulated in     01:57:24

11  this case, marked exhibits to the deposition          01:57:26

12  accordingly.  So this is Video 10, Exhibit 10, and    01:57:29

13  why don't you start at the beginning and stop at      01:57:35

14  around the 10 second mark.                            01:57:41

15            MS. MEEK:  I am playing Video 10,            01:57:43

16  starting at the beginning.                            01:57:50

17                 (Video 10 played.)                     01:57:51

18            MS. MEEK:  I just paused Video 10 at         01:58:05

19  10 seconds.                                           01:58:08

20  BY MS. SPEARS:                                        01:58:08

21       Q    Do you see in that video who you refer      01:58:08

22  to in your report as the cameraman?                   01:58:11

23       A    I'm not sure, no.                           01:58:13

24       Q    Let me go a second further and point        01:58:14

25  the cursor.                                           01:58:16

| | | |
|---|---|---|
| 1 | (Video 10 played.) | 01:58:17 |
| 2 | A    I wonder if it's the fellow who -- | 01:58:22 |
| 3 | okay, so you see the fellow in the white hat? | 01:58:23 |
| 4 | Yep, there.  Is it the fellow to his left?  No, | 01:58:25 |
| 5 | above.  Above and -- there, that guy, is that the | 01:58:28 |
| 6 | fellow? | 01:58:32 |
| 7 | Q    I'm asking you. | 01:58:35 |
| 8 | A    Well, I don't know in this video.  I | 01:58:36 |
| 9 | haven't studied it as carefully as some of the | 01:58:36 |
| 10 | others. | 01:58:36 |
| 11 | I'd have look further at the video to | 01:58:38 |
| 12 | decide whether I thought he had come in with that | 01:58:41 |
| 13 | group. | 01:58:43 |
| 14 | Q    And why did you call him a cameraman as | 01:58:44 |
| 15 | opposed to a person holding a camera; are you | 01:58:48 |
| 16 | giving him an official title? | 01:58:52 |
| 17 | A    I wasn't trying to implicate that he | 01:58:54 |
| 18 | was a professional or anything like that.  He was | 01:58:55 |
| 19 | just a person holding a camera taking a video. | 01:58:57 |
| 20 | Q    Okay.  So you weren't assuming it was | 01:59:00 |
| 21 | his job -- | 01:59:03 |
| 22 | A    No. | 01:59:03 |
| 23 | Q    -- to video the -- | 01:59:03 |
| 24 | A    No. | 01:59:05 |
| 25 | Q    -- event? | 01:59:05 |

1        A     No.                                          01:59:06

2        Q     Did you think the cameraman, as you          01:59:08

3    called him, was somebody Mr. Phillips brought with     01:59:10

4    him to film the video?                                 01:59:13

5        A     I don't know, no.  He might have been        01:59:15

6    just somebody who just trailed along with him.         01:59:17

7        Q     There were lots of people in the videos      01:59:19

8    holding cameras up, correct?                           01:59:21

9        A     Correct.                                     01:59:22

10       Q     Students included?                           01:59:24

11       A     Absolutely.                                  01:59:25

12       Q     Let's go back to -- you can take that        01:59:34

13   down.  Thank you.                                      01:59:36

14             Let's go back to page 10 of your             01:59:37

15   report.  You describe Mr. Phillips as walking up       01:59:41

16   to the boys and ignoring, is the word you used,        01:59:43

17   the BHI, the Black Hebrew Israelites.                  01:59:47

18             Why did you say "ignoring"?                  01:59:51

19       A     From what I could see when Mr. Phillips      01:59:54

20   came on the scene, he, from what I described as        01:59:55

21   the north of the steps, coming down, he passed         01:59:59

22   between the boys and the Black Hebrew Israelites       02:00:05

23   but his attention was focused on the boys, the        02:00:09

24   direction he moved and the direction of his gaze,      02:00:12

25   so it seemed to me that he -- that was his             02:00:14

1    intention in moving there was to direct himself to          02:00:17

2    them.                                                       02:00:22

3         Q     Are you implying that he should have             02:00:28

4    paid attention to the Black Hebrew Israelites in            02:00:30

5    some way?                                                   02:00:33

6         A     No.                                              02:00:33

7         Q     No?                                              02:00:34

8         A     No.                                              02:00:34

9         Q     Do you know what Mr. Phillips was                02:00:35

10   trying to do?                                               02:00:36

11        A     No.   Not -- (overspeaking) --                   02:00:37

12        Q     Do you know whether he had a purpose in          02:00:41

13   the moment?                                                 02:00:42

14        A     I suspect he did from his behavior but           02:00:43

15   I'm not in a position to analyze it.                        02:00:45

16        Q     You don't know what he was feeling in            02:00:47

17   the moment, for example?                                    02:00:48

18        A     No, of course I don't.                           02:00:49

19        Q     You don't believe it to would be                 02:00:52

20   important to your opinions to know the answers to           02:00:54

21   those questions?                                            02:00:56

22        A     I have no expertise that would bear on           02:00:56

23   that.   I would be telling pure -- purely on the            02:00:58

24   basis of my surmise and I don't think I have the            02:01:00

25   expertise to back it up.                                    02:01:02

1      Q    You state you couldn't see from the          02:01:06

2    videos whether Mr. Phillips climbed any of the       02:01:08

3    steps and you assumed he was on the flat area,       02:01:11

4    correct?                                             02:01:13

5      A    He did climb them later, after Sandmann       02:01:14

6    left, you can see clearly in one of the videos and   02:01:16

7    I had it on the summary sheet that I brought         02:01:20

8    today, where Phillips climbs the steps to where      02:01:25

9    Sandmann had been and turns around to face the       02:01:29

10   crowd.  But I believe that's the only time he        02:01:32

11   climbed a step that I could see in the videos.       02:01:34

12     Q    When Mr. Phillips first approached the        02:01:43

13   students and stood in front of them, how far away    02:01:46

14   was Mr. Sandmann from him?                           02:01:50

15     A    Well, it is difficult to say.  I told         02:01:51

16   you I'm not good at distances.  I would say that     02:01:53

17   initially Mr. Phillips was walking in front of a     02:01:55

18   larger group of boys and not that close to him, so   02:01:57

19   I would say maybe he was 2 or 3 feet out from the    02:02:00

20   large group of boys and, in turn, Phillips --        02:02:04

21   Sandmann was up two or three steps.  So, I don't     02:02:06

22   know, maybe 5, 6, 7 feet.                            02:02:08

23          I mean, he also came from the north and       02:02:11

24   passed down along, so even when he was passing in    02:02:13

25   front of Phillips he must have been 5 or 6 feet in   02:02:16

1   front of him.  That's a guess, I don't know how        02:02:19

2   far he was.                                            02:02:21

3       Q    Okay.  Weren't there multiple rows of         02:02:22

4   students at first between Phillips and                 02:02:25

5   Mr. Sandmann?                                          02:02:27

6       A    Yes, yes, but some were on the ground         02:02:28

7   and some were on the steps.                            02:02:30

8       Q    And how did Mr. Phillips get to the           02:02:36

9   place where Mr. Sandmann was standing?                 02:02:37

10      A    From what I saw he walked along and he        02:02:40

11  actually walked into the group of boys who were on     02:02:43

12  the ground and some of them --                         02:02:45

13           -- (overspeaking) --                          02:02:46

14      Q    Sorry.                                        02:02:50

15      A    It's okay, he walked into that group of       02:02:51

16  boys.  He just began to walk past Sandmann and         02:02:52

17  then for some reason Sandmann caught his               02:02:55

18  attention.  He turned around and faced Sandmann --     02:02:59

19  face on, direct on, and walked up to him on the        02:03:04

20  steps.                                                 02:03:06

21      Q    That's your interpretation after             02:03:07

22  reviewing the videos?                                  02:03:10

23      A    I have it on the video there, yes.            02:03:13

24      Q    That's your interpretation?                   02:03:15

25      A    That's what I saw on the video.               02:03:16

1    Q    So you already testified and we saw in          02:03:18
2  your report that on the videos you say that there      02:03:20
3  were some other students who parted from               02:03:22
4  Mr. Phillips as he approached; right?                  02:03:24
5    A    Yes, the ones who -- as he walked into          02:03:26
6  the crowd, it parted to let him by.                    02:03:28
7    Q    And so didn't Mr. Phillips get there by         02:03:31
8  moving forward through this space that other           02:03:33
9  students opened up to let him by, as you say?          02:03:36
10   A    I believe so, yes.  I said that.                02:03:39
11   Q    Let's discuss -- on page 10 you talk            02:03:46
12  about -- I want to talk a bit more about what you     02:03:49
13  were just talking about.                              02:03:51
14        In Video 2 you mention on page 10 of            02:03:56
15  your report -- do you see that there in the           02:03:59
16  middle?                                               02:04:01
17   A    "At the beginning of Video 2", yes.             02:04:01
18   Q    Yes.  So let's walk you through your            02:04:04
19  description of what's happening.  You write there:    02:04:15
20  "At the beginning of Video 2, Phillips walks from     02:04:17
21  the right along the front edge of the boys            02:04:21
22  drumming and chanting loudly."                        02:04:24
23        What do you mean by that?  From whose           02:04:24
24  right and what direction are you claiming he's        02:04:28
25  walking?                                              02:04:29

| | | |
|---|---|---|
| 1 | A   As I said at the beginning of the | 02:04:30 |
| 2 | paragraph, it is shot from in front of the Hebrew | 02:04:31 |
| 3 | Israelites and facing the Lincoln Memorial. | 02:04:34 |
| 4 | As I said earlier -- I'm going to have | 02:04:36 |
| 5 | to get my directions right again, the Lincoln | 02:04:41 |
| 6 | Memorial, I think, faces ... I said in which | 02:04:44 |
| 7 | direction -- I looked it up, which direction the | 02:05:03 |
| 8 | Lincoln Memorial faces. | 02:05:05 |
| 9 | I think it faces east across the | 02:05:06 |
| 10 | reflecting pond.  Yes, I think it -- let's assume | 02:05:10 |
| 11 | that it faces east along the reflecting pond and | 02:05:12 |
| 12 | then -- so the steps of the Memorial would be then | 02:05:16 |
| 13 | north/south, on a north/south axis, if I'm correct | 02:05:18 |
| 14 | about that.  I'm trying to find the passage here | 02:05:21 |
| 15 | and I'm not finding it. | 02:05:23 |
| 16 | So when I say that the cameraman in | 02:05:25 |
| 17 | this particular video is -- and I mean by that, | 02:05:27 |
| 18 | whoever took the shot, I don't mean they're | 02:05:30 |
| 19 | professional, is looking with his back to the | 02:05:32 |
| 20 | Black Hebrew Israelites facing the Lincoln | 02:05:36 |
| 21 | Memorial, then he'd be facing west with the steps | 02:05:38 |
| 22 | to his right, would be the north, coming along the | 02:05:44 |
| 23 | north from the steps that -- along the steps. | 02:05:46 |
| 24 | So I saw Mr. Phillips and a group of | 02:05:49 |
| 25 | people following him come, I first heard them from | 02:05:52 |

1    behind, from the right, that would be to the north        02:05:57

2    of -- east, and then they come down in between the        02:05:59

3    two groups in front of the person taking this             02:06:03

4    video and go along the front of the boys.  So             02:06:06

5    that's going from north to south along the front          02:06:09

6    of the steps, from this cameraman's right to left,        02:06:13

7    the Covington boys are more or less directly ahead        02:06:17

8    and the -- Phillips walks into the crowd of boys          02:06:24

9    which pours down from the steps onto the flat             02:06:25

10   ground and as he does so, some of the boys who are        02:06:30

11   on the flat ground part to let him go.  I never           02:06:33

12   saw any place where any of them they blocked him.         02:06:36

13        Q    Let's go to Video 2.                            02:06:38

14             MR. McMURTRY:  Just so I'm clear, the           02:06:44

15   numbers are the same in the report and our                02:06:45

16   exhibits; right?                                          02:06:47

17             MS. SPEARS:  Correct.  Let's pull up            02:06:50

18   what we've marked as Video 2, Exhibit 2 and start         02:06:51

19   at the beginning and pause at -- one sec.                 02:06:55

20             MS. MEEK:  I'm starting Video 2,                02:07:10

21   Exhibit 2 at the beginning.                               02:07:12

22                  (Video 2 played.)                          02:07:13

23             MS. MEEK:  I just paused Video 2,               02:07:33

24   Exhibit 2, at 20 seconds.                                 02:07:35

25   BY MS. SPEARS:                                            02:07:37

| | | |
|---|---|---|
| 1 | Q    So where in the video do you see | 02:07:37 |
| 2 | Mr. Phillips walking from the right? | 02:07:38 |
| 3 | A    I might have the wrong video.  I have | 02:07:41 |
| 4 | to look at the other videos and find the one I | 02:07:58 |
| 5 | saw.  I think it was Banyamyan maybe, I'm not | 02:08:02 |
| 6 | sure. | 02:08:03 |
| 7 | Q    Because he's not walking from the | 02:08:04 |
| 8 | right, that's incorrect. | 02:08:06 |
| 9 | A    No, no, that's not the correct video, | 02:08:06 |
| 10 | I've got the wrong video. | 02:08:07 |
| 11 | Q    So that's incorrect in the report? | 02:08:08 |
| 12 | A    That is incorrect in the report. | 02:08:10 |
| 13 | Q    Let's -- can you jump back to the | 02:08:11 |
| 14 | beginning of this, play from beginning to pause | 02:08:13 |
| 15 | about the 8-second mark? | 02:08:15 |
| 16 | MS. MEEK:  I'm starting Video 2 back | 02:08:20 |
| 17 | from the beginning. | 02:08:21 |
| 18 | (Video 2 played.) | 02:08:22 |
| 19 | MS. MEEK:  I just paused Video 2 at | 02:08:28 |
| 20 | 8 seconds. | 02:08:34 |
| 21 | BY MS. SPEARS: | 02:08:35 |
| 22 | Q    So for the first couple of seconds we | 02:08:35 |
| 23 | don't see Mr. Phillips, at all? | 02:08:37 |
| 24 | A    No, we don't.  This is the wrong video. | 02:08:38 |
| 25 | MS. SPEARS:  Okay.  Then let's restart | 02:08:41 |

| | | |
|---|---|---|
| 1 | it at the 8-second mark or where we are at right | 02:08:41 |
| 2 | now and play on until the 20-second mark. | 02:08:45 |
| 3 | MS. MEEK:  Restarting Video 2 at 8 | 02:08:48 |
| 4 | seconds. | 02:08:51 |
| 5 | (Video 2 played.) | 02:08:51 |
| 6 | MS. MEEK:  I just paused Video 2 at | 02:09:03 |
| 7 | 20 seconds. | 02:09:06 |
| 8 | BY MS. SPEARS: | 02:09:06 |
| 9 | Q   Okay, and at these seconds that we just | 02:09:06 |
| 10 | walked, Phillips just turns to his own right, | 02:09:08 |
| 11 | correct? | 02:09:10 |
| 12 | A   Yes, to his right. | 02:09:11 |
| 13 | Q   And towards the right side of the crowd | 02:09:13 |
| 14 | of boys, correct? | 02:09:15 |
| 15 | A   Correct. | 02:09:16 |
| 16 | Q   Do you know why? | 02:09:17 |
| 17 | A   I don't know where this -- the angle is | 02:09:18 |
| 18 | on this one so I can't tell you what he's doing. | 02:09:19 |
| 19 | I think he is just wading into the boys, but -- I | 02:09:21 |
| 20 | don't know why, but he's wading into the crowd of | 02:09:24 |
| 21 | boys. | 02:09:27 |
| 22 | MS. SPEARS:  Okay, and restart it at | 02:09:27 |
| 23 | where we just left off, the 20-second mark, and | 02:09:31 |
| 24 | pause at the 32-second mark. | 02:09:34 |
| 25 | MS. MEEK:  Restarting Video 2 at | 02:09:39 |

| | | |
|---|---|---|
| 1 | 20 seconds. | 02:09:41 |
| 2 | (Video 2 played.) | 02:09:42 |
| 3 | MS. MEEK:  I just paused Video 2 at 32 | 02:09:54 |
| 4 | seconds. | 02:09:56 |
| 5 | BY MS. SPEARS: | 02:09:56 |
| 6 | Q    Do you recognize some of the students | 02:09:56 |
| 7 | as doing what's known as the tomahawk chop? | 02:09:59 |
| 8 | A    Yes, I mentioned that in my report. | 02:10:02 |
| 9 | Q    Are you familiar with the tomahawk | 02:10:04 |
| 10 | chop? | 02:10:04 |
| 11 | A    I've seen it in sports games. | 02:10:05 |
| 12 | Q    Then in your report you say it's a | 02:10:06 |
| 13 | controversial gesture seen in Atlanta baseball | 02:10:09 |
| 14 | games and other sporting events.  Why is it | 02:10:12 |
| 15 | controversial? | 02:10:13 |
| 16 | A    I believe it's regarded as offensive by | 02:10:13 |
| 17 | many indigenous people, Native American people. | 02:10:15 |
| 18 | Q    Did you consider whether Mr. Phillips | 02:10:18 |
| 19 | could have viewed the tomahawk chop in this moment | 02:10:20 |
| 20 | as offensive or mocking him? | 02:10:23 |
| 21 | A    That was not part of my expertise in | 02:10:26 |
| 22 | writing the report.  I have no doubt that he would | 02:10:27 |
| 23 | have. | 02:10:29 |
| 24 | MS. SPEARS:  Can you restart it at the | 02:10:30 |
| 25 | 30-second mark and then pause just a little after | 02:10:37 |

| | | |
|---|---|---|
| 1 | the 41-second mark? | 02:10:39 |
| 2 | MS. MEEK:  I'm starting at 32 seconds, | 02:10:41 |
| 3 | Video 2. | 02:10:43 |
| 4 | (Video 2 played.) | 02:10:44 |
| 5 | THE WITNESS:  Can we stop. | 02:10:57 |
| 6 | The guy in the red hat is the cameraman | 02:10:57 |
| 7 | with Phillips.  That's what I was talking about. | 02:10:59 |
| 8 | BY MS. SPEARS: | 02:11:00 |
| 9 | Q    Where we just paused that? | 02:11:00 |
| 10 | A    No, just before that.  There, that's | 02:11:02 |
| 11 | the guy. | 02:11:03 |
| 12 | MS. MEEK:  For the record, the witness | 02:11:06 |
| 13 | just pointed to 39 seconds in Video 2. | 02:11:07 |
| 14 | THE WITNESS:  The guy in the red cap. | 02:11:11 |
| 15 | That's the guy with Phillips. | 02:11:12 |
| 16 | BY MS. SPEARS: | 02:11:15 |
| 17 | Q    Okay, let's talk about this for another | 02:11:15 |
| 18 | second.  So you are referring to my earlier | 02:11:15 |
| 19 | questions when I asked you who you were referring | 02:11:18 |
| 20 | to as the cameraman -- | 02:11:19 |
| 21 | -- (overspeaking) -- | 02:11:20 |
| 22 | A    That's right. | 02:11:20 |
| 23 | Q    You got to wait until I'm done.  Sorry. | 02:11:21 |
| 24 | You were referring to the earlier questions where | 02:11:24 |
| 25 | I asked you about the person you called the | 02:11:26 |

1    "cameraman" in your report; is that right?                02:11:29

2        A    Correct.                                         02:11:32

3        Q    And you are stating that the person you          02:11:33

4    are referencing is the person depicted the red cap       02:11:36

5    holding a camera at second 40?                            02:11:41

6            MS. MEEK:  39.                                    02:11:45

7    BY MS. SPEARS:                                            02:11:47

8        Q    39 in Video 2?                                   02:11:47

9        A    That's now who I think -- in the other           02:11:48

10   video I couldn't identify him because I wasn't as        02:11:49

11   familiar with that video, but this is who I had          02:11:52

12   assumed was with Phillips.                                02:11:56

13       Q    And I was just going to ask that.  You           02:11:57

14   are assuming he was with Phillips but you have no         02:11:59

15   idea whether he was with Phillips or not?                 02:12:02

16       A    I could be wrong.                                02:12:04

17           MS. SPEARS:  Okay.  So go back again in          02:12:04

18   this -- restart at 32 and pause again a little            02:12:07

19   after 41, please.                                         02:12:15

20           MS. MEEK:  Restarting video 2 at                 02:12:18

21   32 seconds.                                               02:12:22

22               (Video 2 played.)                             02:12:24

23           MS. MEEK:  I just paused Video 2 at              02:12:33

24   43 seconds.                                               02:12:35

25   BY MS. SPEARS:                                            02:12:36

| | | |
|---|---|---|
| 1 | Q    You described Mr. Sandmann, who we can | 02:12:36 |
| 2 | see there, as laughing and grinning at his | 02:12:38 |
| 3 | companions, correct? | 02:12:41 |
| 4 | A    Correct. | 02:12:41 |
| 5 | Q    What's a grin? | 02:12:44 |
| 6 | A    What do you mean, what's the grin? | 02:12:45 |
| 7 | Q    What is a grin? | 02:12:46 |
| 8 | A    A grin is a smile of a certain sort. | 02:12:51 |
| 9 | That's all I can tell you.  He was laughing, | 02:12:53 |
| 10 | having fun with his buddies. | 02:12:53 |
| 11 | Q    So that's your characterization of | 02:12:56 |
| 12 | Mr. Sandmann's expression at the time? | 02:12:58 |
| 13 | A    Yes. | 02:13:01 |
| 14 | Q    Why do you use the word "companions"? | 02:13:01 |
| 15 | A    By companions -- it looks like another | 02:13:04 |
| 16 | boy from Covington, one of his schoolmates. | 02:13:04 |
| 17 | MS. SPEARS:  Okay, can you restart a | 02:13:06 |
| 18 | little before this.  Start a little before 41 and | 02:13:07 |
| 19 | pause a little after the 46 mark, please? | 02:13:11 |
| 20 | MS. MEEK:  Restarting Video 2 at | 02:13:16 |
| 21 | 39 seconds. | 02:13:19 |
| 22 | (Video 2 played.) | 02:13:20 |
| 23 | MS. MEEK:  I just paused Video 2 at | 02:13:32 |
| 24 | 47 seconds. | 02:13:33 |
| 25 | BY MS. SPEARS: | 02:13:37 |

1      Q     In your report in reference to Video 2,      02:13:37

2   you say that between 41 and 46 seconds,              02:13:38

3   Mr. Phillips was continuing south; what do you       02:13:40

4   mean by that?  Or is that incorrect?                 02:13:43

5      A     Let's see what I say.                        02:13:46

6      Q     Because you were referring to the wrong      02:13:46

7   video.                                               02:13:48

8      A     (Reading):                                   02:13:49

9           "21 seconds one sees Sandmann one or          02:13:49

10   two steps above Phillips in the crowd wearing his    02:13:54

11   hat laughing, grinning.  Phillips continued south,   02:13:56

12   nearly walks past Sandmann" -- I don't say how       02:13:59

13   long it took -- "who is on his right and slightly    02:14:02

14   above, still grinning.  Then Phillips pulls up and   02:14:05

15   turns right to face Sandmann."                       02:14:08

16      Q     Stop there a second.  Where -- I want       02:14:09

17   to ask you about it.  You say he's continuing        02:14:10

18   south; what do you mean by that?  Continuing from    02:14:13

19   what?                                                02:14:15

20      A     For a while he had been walking from        02:14:15

21   the right to the left.  If you back up to 40, you    02:14:17

22   will see he had been walking from the right to the   02:14:21

23   left and then for some reason he turned and went     02:14:24

24   to face Sandmann.                                    02:14:26

25      Q     Okay, so is it your contention that         02:14:27

1  before Phillips got to where Mr. Sandmann was                    02:14:30

2  standing, he was not moving in the direction of                  02:14:33

3  Lincoln Memorial?                                                02:14:36

4       A    No, that's not the direction -- yeah,                  02:14:37

5  he was walking in front of the boys, not up the                  02:14:39

6  steps.                                                           02:14:42

7       Q    Okay, so --                                            02:14:44

8       A    I never saw him go up toward the                       02:14:45

9  Memorial in this, until the end of the videos.                   02:14:46

10      Q    And that's --                                          02:14:51

11      A    I saw him walking into the group of                    02:14:51

12 boys along the front of the steps.                               02:14:53

13      Q    And so it's your position that he was                  02:14:55

14 not walking towards the Memorial?                                02:14:56

15      A    I cannot comment on his intentions.  I                 02:14:59

16 can only say I did not see him go toward the steps               02:15:00

17 to go up until after this encounter.                             02:15:03

18      Q    You didn't see him going in the                        02:15:10

19 direction of the steps?                                          02:15:11

20      A    No.  It looks to me like he's walking                  02:15:12

21 in front of the steps into the crowd of boys,                    02:15:14

22 until he turns and goes towards Sandmann.                        02:15:16

23      Q    And that's part of what informs your                  02:15:18

24 opinion that the blocking statement is false?                    02:15:21

25      A    That's only part of it.                                02:15:25

1      Q    Let's go back to page 10 of your          02:15:30
2 report.                                             02:15:31
3      A    You could review the video if you want    02:15:32
4 to look one more time.  I don't see him going up    02:15:33
5 the steps.                                          02:15:36
6      Q    Well, hang on for a second.  In terms     02:15:37
7 of the direction he's facing, that's one thing.     02:15:41
8 And then actually physically going up the steps     02:15:43
9 that's another thing.                               02:15:45
10          -- (overspeaking) --                      02:15:46
11     A    -- the direction --                       02:15:46
12          -- (overspeaking) --                      02:15:47
13     Q    Do you agree that he was facing --        02:15:47
14 (overspeaking) --                                   02:15:48
15     A    No, not until he turned to face           02:15:49
16 Sandmann, no.                                       02:15:51
17     Q    Let's go to page 10 in your report.       02:15:54
18 You say:                                            02:15:57
19          "Phillips nearly walks past Sandmann."    02:16:01
20          What does this mean?                       02:16:04
21     A    The way I saw it in multiple videos,      02:16:06
22 including this one, he's walking from north to      02:16:08
23 south, roughly, along the front edge of the steps  02:16:11
24 into the crowd of boys, many of whom are on the     02:16:14
25 ground.  I didn't see him make a gesture to turn    02:16:17

1    towards the west, toward the Memorial as if going          02:16:20

2    up the steps, until he turns around and faces              02:16:23

3    Sandmann.                                                  02:16:26

4            So he was walking from north to south              02:16:26

5    and -- Sandmann is facing east, so he's walking            02:16:29

6    from north to south in front -- roughly, in front          02:16:36

7    of -- perpendicular to the line of Sandmann's              02:16:39

8    gaze.  He walks slightly past him and then he              02:16:44

9    turns and goes up to face Sandmann directly.               02:16:47

10   That's what I see in the video.                            02:16:50

11           Q    That's your interpretation.                   02:16:51

12           A    It is not my interpretation; it's what        02:16:52

13   I see in the videos.                                       02:16:54

14           Q    Based on your personal review of the          02:16:55

15   videos?                                                    02:16:57

16           A    To use your language, it is what I see        02:17:01

17   in the videos.                                             02:17:03

18           Q    And you're saying -- when you say he          02:17:06

19   nearly walked past Sandmann, you are talking about         02:17:12

20   a moment when Phillips turns to his left, correct?         02:17:14

21           A    No, he turns to his right.  He was           02:17:16

22   walking from north to south past -- slightly past          02:17:20

23   Sandmann, then for some reason he turns back and           02:17:24

24   comes to face him which is turning to his --               02:17:26

25   toward his right.  So he was walking -- he was             02:17:30

1   walking along the steps, Sandmann is over here on          02:17:33

2   his right.  He slightly goes past him, he turns            02:17:35

3   around and comes back and faces Sandmann.  That's          02:17:38

4   what I see in the video.                                   02:17:40

5        Q    Did you watch this -- this is your               02:17:44

6   interpretation of Video 2?                                 02:17:46

7             MR. McMURTRY:  Objection.                        02:17:50

8             THE WITNESS:  This is what I see in              02:17:51

9   Video 2.                                                   02:17:52

10  BY MS. SPEARS:                                             02:17:52

11       Q    Did you watch this same moment in time          02:17:52

12  on any other video?                                        02:17:54

13       A    I watched all the videos for this               02:17:55

14  moment in particular.                                      02:17:58

15       Q    Do you recall any other specific videos         02:17:59

16  where you see this?                                        02:18:01

17       A    I did not take notes on the numbers.            02:18:02

18            MS. SPEARS:  Let's restart at                   02:18:03

19  47 seconds and pause around 58 second.                    02:18:37

20            MS. MEEK:  Restarting Video 2 at                02:18:43

21  47 seconds.                                                02:18:44

22               (Video 2 played).                            02:18:45

23            MS. MEEK:  I just paused Video 2 at             02:18:59

24  58 seconds.                                                02:19:01

25  BY MS. SPEARS:                                             02:19:04

1      Q    Okay, you describe Sandmann as grinning          02:19:04

2  earlier.  Would you characterize this look he's           02:19:06

3  giving right now as a smirk?                              02:19:09

4           MR. McMURTRY:  Objection.  Go ahead.            02:19:11

5           THE WITNESS:  A smirk attributes                02:19:12

6  intention.  I cannot do that reliably.                    02:19:14

7  BY MS. SPEARS:                                            02:19:18

8      Q    So it's a matter of interpretation?              02:19:18

9      A    Correct.                                         02:19:29

10     Q    In another of the videos you reference           02:19:29

11  Video 14 here, Exhibit 14.                               02:19:31

12     A    Yes.                                             02:19:34

13     Q    Can you pull that up and just pause at           02:19:35

14  the beginning, please?                                   02:19:39

15     A    Yep.                                             02:19:40

16     Q    You note that -- strike that.  You note          02:19:40

17  that Mr. Sandmann's hands are behind his back?           02:20:21

18  Clasped behind his back.                                 02:20:22

19     A    Correct.                                         02:20:26

20     Q    Why did you note this?  What's the               02:20:26

21  significance to you?                                     02:20:27

22     A    Again, that had significance to me from          02:20:28

23  my upbringing, that especially if a young man was        02:20:31

24  in church or in a respectful situation, they were        02:20:34

25  expected to put their hands behind their back to         02:20:36

1    indicate lack of aggression and respect.                    02:20:39

2         Q    Do you know why he has his hands behind           02:20:43

3    his back?                                                   02:20:45

4         A    No, I don't.                                      02:20:45

5         Q    Let's go back to page 10 of your report          02:20:48

6    here in the last paragraph.  You cite Video 16.            02:20:50

7    Do you see that?                                            02:21:05

8         A    Yes.                                              02:21:06

9         Q    And -- just wait one second.  You talk           02:21:07

10   about a 3-foot corridor.  I want you pull up               02:21:18

11   Video 16 and start it at the 6-second mark and             02:21:23

12   pause it at the 11-second mark.                            02:21:26

13        MS. MEEK:  I am starting Video 16 at                   02:21:41

14   6 seconds.                                                  02:21:44

15             (Video 16 played.)                                02:21:45

16        MS. MEEK:  I just paused Video 16 at                   02:21:53

17   11 seconds.                                                 02:21:56

18   BY MS. SPEARS:                                              02:21:57

19        Q    Where do you see, as you state here, a           02:21:57

20   "3-foot corridor between Sandmann and a group of           02:21:59

21   the students to his left going up the stairs"?             02:22:04

22        A    Well, if you look at the fellow in the           02:22:07

23   red cap, who, by the way, was chanting with                02:22:08

24   Sandmann earlier, but I don't want to interrupt            02:22:11

25   your question, he's got a camera held high,                02:22:11

1    photographing Sandmann.                              02:22:15

2           Right behind him, there's at least -- I       02:22:17

3    can't say exactly, of course, but quite a few        02:22:19

4    steps going up where there is nobody between         02:22:21

5    Sandmann and the group of boys to the north to       02:22:25

6    Sandmann's left for at least three feet until you    02:22:28

7    get quite a few steps higher.                        02:22:31

8       Q    Okay, earlier in your report and we          02:22:33

9    talked about it, you said you can't judge            02:22:35

10   distances from the videos.  And you are a            02:22:38

11   horrible, I think you said, judge of distances.      02:22:42

12          So how did you come up with this              02:22:44

13   approximation?                                       02:22:46

14      A    Well, that one is easier because that        02:22:46

15   is wider than a yardstick, I can just tell, and I    02:22:48

16   use yardsticks all the time, and that's 3 feet.      02:22:51

17      Q    What do you use yardsticks for?              02:22:55

18      A    I have done a lot of work,                   02:22:58

19   construction, on five houses now, so yardsticks      02:22:59

20   I'm good with, but 20 feet, I'm not.                 02:23:02

21      Q    So it looks --                               02:23:08

22      A    It looks like 3, it might be 4.  I was       02:23:09

23   being conservative.  That might be 4 feet, but at    02:23:12

24   least 3 feet.                                        02:23:14

25      Q    And that's based on your personal            02:23:15

1   approximation?                                    02:23:17

2        A    I could see putting a yardstick there   02:23:18

3   between Sandmann's left shoulder and the boys to  02:23:20

4   the right on the screen and there would still be  02:23:24

5   room.                                             02:23:28

6        Q    But that's your approximation, you      02:23:30

7   don't know for sure; right?                       02:23:32

8        A    I'm pretty sure about that one.  I can  02:23:34

9   see it.                                           02:23:35

10            MS. SPEARS:  Restart at the beginning,  02:23:36

11   and pause right at the beginning.                02:23:44

12            MS. MEEK:  For the record, the          02:23:49

13   television is displaying Video 16 at zero seconds. 02:23:49

14   BY MS. SPEARS:                                    02:23:54

15       Q    Would you agree with me at the start of 02:23:54

16   this video there is no open corridor because there 02:23:55

17   is another student standing to Sandmann's -- on  02:23:57

18   Sandmann's left.  Can you see him there in the red 02:24:01

19   shirt and Notre Dame hat?                         02:24:04

20       A    I don't think he's immediately to       02:24:10

21   Sandmann's left and everyone that Phillips had    02:24:10

22   gone up to that point, as he move the boys moved  02:24:13

23   aside.  So I think there was plenty of room, at   02:24:13

24   least three or four steps above Sandmann, although 02:24:16

25   it is not easy to judge exactly how many steps.   02:24:19

1      Q    You don't see right here in this moment        02:24:20
2  a 3-foot open corridor, do you?                          02:24:23
3      A    Yeah, immediately to Sandmann's left, I         02:24:25
4  do.  There's a group of boys, this ranging group         02:24:27
5  of boys with a white cap, a red cap, a blue cap,         02:24:29
6  the brown hair, that group is at least 3 feet to         02:24:30
7  the -- away, more, away from Sandmann and you            02:24:36
8  could go up several steps before you hit Notre           02:24:39
9  Dame.                                                    02:24:42
10     Q    But what you are saying is that space           02:24:43
11 opens up because the other students, including          02:24:46
12 that student in the Notre Dame cap, moves to the        02:24:47
13 side, correct?                                           02:24:52
14     A    All I can say is that right now               02:24:53
15 Phillips could pass to his -- to the left of            02:24:54
16 Sandmann, up several of the steps.                      02:24:55
17     Q    Okay.                                          02:24:58
18     A    Sandmann was not precluding him from           02:24:59
19 moving up the steps.                                     02:25:01
20     Q    You are not disagreeing with me                02:25:05
21 though --                                                02:25:06
22          -- (overspeaking) --                           02:25:07
23     A    The boys higher-up -- (overspeaking) --        02:25:07
24     Q    Hold on a second.  You are not                 02:25:09
25 disagreeing with me, though, that there's a             02:25:11

| | |
|---|---|
| 1 | student in a Notre Dame hat to Sandmann's left | 02:25:14 |
| 2 | that is in the space that you pointed out moments | 02:25:18 |
| 3 | later, as the 3-foot corridor, correct? | 02:25:21 |
| 4 | A    I think you are misconstruing what I'm | 02:25:23 |
| 5 | saying.  I think there is space for Phillips to | 02:25:32 |
| 6 | move to the left of Sandmann up the steps, now, in | 02:25:34 |
| 7 | this point in the video, clearly. | 02:25:38 |
| 8 | Q    And no, the space opens up after the | 02:25:42 |
| 9 | student in the Notre Dame hat moves aside; is that | 02:25:49 |
| 10 | what you are saying? | 02:25:54 |
| 11 | A    The boy is not immediately -- the boy | 02:25:55 |
| 12 | in the Notre Dame hat is not immediately to | 02:25:55 |
| 13 | Phillips' left.  Sandmann could have moved up the | 02:26:00 |
| 14 | steps. | 02:26:02 |
| 15 | Q    And what do you base that on? | 02:26:02 |
| 16 | A    I can see. | 02:26:05 |
| 17 | Q    It's based on your perception of the | 02:26:06 |
| 18 | video. | 02:26:08 |
| 19 | A    I think I see steps there between that | 02:26:08 |
| 20 | boy's legs and Sandmann, gray steps.  That means | 02:26:12 |
| 21 | that boy is higher up on the steps than Sandmann. | 02:26:17 |
| 22 | MR. McMURTRY:  Can we take a break at | 02:26:20 |
| 23 | some point, in the next five minutes or so. | 02:26:24 |
| 24 | BY MS. SPEARS: | 02:26:26 |
| 25 | Q    Sure.  Do you think that Phillips could | 02:26:26 |

| 1 | have felt surrounded in certain moments of the | 02:26:29 |
|---|---|---|
| 2 | encounter, like this one? | 02:26:31 |
| 3 | A    I think he waded into the middle of a | 02:26:33 |
| 4 | crowd of boys, so in a sense he was surrounded. | 02:26:35 |
| 5 | Q    If he felt surrounded, would he be | 02:26:39 |
| 6 | wrong? | 02:26:41 |
| 7 | A    No, he was surrounded by the boys.  He | 02:26:41 |
| 8 | walked into the middle of the crowd. | 02:26:43 |
| 9 | Q    And you believe that this part of | 02:26:46 |
| 10 | Video 16, which you cite in your report here, | 02:26:49 |
| 11 | supports your opinion that Phillips' statements | 02:26:51 |
| 12 | that Sandmann was blocking him or sort of stopping | 02:26:55 |
| 13 | him -- stopping his exit was incorrect? | 02:26:58 |
| 14 | A    There are two aspects to that | 02:27:01 |
| 15 | statement.  One of them is that he was not | 02:27:05 |
| 16 | passively blocking, meaning that his being there, | 02:27:07 |
| 17 | where he was on the steps did not prevent Phillips | 02:27:09 |
| 18 | from going further up the steps.  That is a fact | 02:27:13 |
| 19 | that you can see in this video, as well as in part | 02:27:15 |
| 20 | of Video 2, which we didn't discuss when we saw | 02:27:18 |
| 21 | it, as well as earlier in this video. | 02:27:20 |
| 22 | Second, I see no evidence at all that | 02:27:23 |
| 23 | Phillips has, in any way, moved to prevent -- | 02:27:25 |
| 24 | MR. McMURTRY:  Sandmann -- | 02:27:32 |
| 25 | (overspeaking) -- | 02:27:33 |

1      THE WITNESS:  Sorry, I'm getting my           02:27:34
2  names mixed up.                                    02:27:35
3      Sandmann has not done anything to             02:27:37
4  prevent Phillips from moving up the steps.  That   02:27:39
5  is not to say he is not -- as an agent blocking    02:27:40
6  Phillips.                                          02:27:44
7      So neither is he passively blocking           02:27:47
8  him, there is room to his left, nor is he actively 02:27:50
9  blocking him in the sense of his intention         02:27:52
10 being -- putting himself in the way.  That's what  02:27:55
11 I'm saying.                                        02:27:57
12 BY MS. SPEARS:                                     02:27:58
13     Q    But you don't know of Sandmann's         02:27:58
14 intent, you are not --                             02:28:02
15     A    It doesn't matter his intent.  He did    02:28:03
16 not move.                                          02:28:05
17     Q    Let me ask you this.  Video 16 and this  02:28:06
18 3-foot corridor you say you see, you say that      02:28:08
19 supports your opinion that Phillips' statements    02:28:12
20 that Sandmann was blocking him or sort of stopping 02:28:14
21 his exit is incorrect.  In other words, you are    02:28:16
22 relying on this corridor you see in the video as   02:28:19
23 part of your opinion, correct?                     02:28:23
24     A    Part of the opinion.  That is not the    02:28:24
25 whole thing.  I want to emphasize that.            02:28:25

| | | |
|---|---|---|
| 1 | MS. SPEARS:  That's fine.  You want to | 02:28:27 |
| 2 | take a break? | 02:28:28 |
| 3 | MR. McMURTRY:  Yes, I do.  Ten minutes? | 02:28:29 |
| 4 | MS. SPEARS:  Sure. | 02:28:31 |
| 5 | THE VIDEOGRAPHER:  We are going off the | 02:28:33 |
| 6 | record.  The time is 2:28 p.m. | 02:28:34 |
| 7 | (Recess taken from 2:28 p.m. to 3:01 p.m.) | 02:28:35 |
| 8 | THE VIDEOGRAPHER:  We're going back on | 03:01:03 |
| 9 | the record.  The time is 3:01 p.m. | 03:01:05 |
| 10 | BY MS. SPEARS: | 03:01:08 |
| 11 | Q    Okay.  Looking at your report we talked | 03:01:08 |
| 12 | about Video 2 which you also have cited. | 03:01:17 |
| 13 | A    Yes. | 03:01:20 |
| 14 | Q    And we talked a moment ago, before the | 03:01:20 |
| 15 | break, about your reference to what you perceive | 03:01:23 |
| 16 | as a 3-foot corridor, correct? | 03:01:27 |
| 17 | A    Yes. | 03:01:30 |
| 18 | Q    And I take it your position is that | 03:01:31 |
| 19 | Video 2 shows that same corridor that you believe | 03:01:34 |
| 20 | you see? | 03:01:40 |
| 21 | A    Yes. | 03:01:41 |
| 22 | Q    Okay.  So let's go -- (overspeaking) -- | 03:01:42 |
| 23 | A    So it's at 50 seconds (inaudible) -- | 03:02:03 |
| 24 | THE COURT REPORTER:  I am sorry, I | 03:02:04 |
| 25 | didn't hear that at all. | 03:02:04 |

| | | |
|---|---|---|
| 1 | THE WITNESS:  At 50 seconds in Video 2 | 03:02:04 |
| 2 | you can see a passageway to Sandmann's left going | 03:02:04 |
| 3 | up the steps and as I saw it, that passage way | 03:02:08 |
| 4 | stays there until at least 1 minute 50 seconds | 03:02:11 |
| 5 | when some of the other boys come down closer | 03:02:15 |
| 6 | behind Sandmann. | 03:02:17 |
| 7 | BY MS. SPEARS: | 03:02:18 |
| 8 | Q    Okay.  So continuing on in your report | 03:02:18 |
| 9 | on page 11, you state, and it's in the middle | 03:02:22 |
| 10 | there, the first full paragraph: | 03:02:35 |
| 11 | "After a couple of minutes of the | 03:02:41 |
| 12 | face-to-face confrontation one of Phillips' | 03:02:43 |
| 13 | companions (judging by his apparel and what he | 03:02:46 |
| 14 | says) starts to argue with another boy." | 03:02:49 |
| 15 | And you reference to Video 3. | 03:02:52 |
| 16 | I'd like to pull that up, Video 3, | 03:02:55 |
| 17 | Exhibit 3. | 03:02:58 |
| 18 | Can you just jump to 147 and pause | 03:02:59 |
| 19 | there so we can see the image. | 03:03:01 |
| 20 | A    According to me that already starts by | 03:03:13 |
| 21 | 1:48 on Video 3, for what it's worth. | 03:03:15 |
| 22 | Q    That's fine. | 03:03:18 |
| 23 | Q    So is this the "companion" you are | 03:03:23 |
| 24 | referring to? | 03:03:26 |
| 25 | A    Yes. | 03:03:26 |

1    Q    What do you mean by "companion" here?                    03:03:26

2    A    If you go back to the earlier videos                    03:03:30

3  watching Sandmann walk onto the scene he is there              03:03:33

4  with the guy taking a video, he is there with this             03:03:35

5  fellow, and there's several women, there's a group             03:03:38

6  of people walking with Phillips up toward the                  03:03:40

7  group of Covington boys and this is one of the                 03:03:44

8  people among that group.                                       03:03:45

9    Q    And what about his apparel made you                     03:03:46

10 describe him as a companion?                                   03:03:48

11   A    I think that the hat he's wearing might                 03:03:50

12 have a -- well, first of all, he has -- I think                03:03:51

13 that's braids which is a very common kind of hair              03:03:54

14 style for indigenous Native American men and I                 03:03:59

15 think he might have a hat that has an image on it,             03:04:04

16 but I don't remember.                                          03:04:07

17   Q    Okay.                                                   03:04:08

18   A    But his behavior was the principal                      03:04:11

19 thing here.                                                    03:04:14

20   Q    And --                                                 03:04:15

21   A    He was telling the boys to go back to                  03:04:19

22 Europe.                                                        03:04:21

23   Q    And why would you associate that                       03:04:21

24 comment with Mr. Phillips?  Simply because                     03:04:23

25 Mr. Phillips is Native American?                               03:04:25

1        A    No, I said he was one of the people          03:04:27

2    with Phillips quite clearly all throughout the        03:04:29

3    scene and he's arguing with these boys about who      03:04:32

4    has more right to be here in the country.             03:04:35

5        Q    Are you suggesting that he was speaking      03:04:37

6    for Mr. Phillips?                                      03:04:39

7        A    No.                                          03:04:40

8        Q    Are you suggesting that Mr. Phillips         03:04:41

9    approved what he was saying?                           03:04:43

10       A    Of course not.                               03:04:45

11       Q    And you are not sure whether he was          03:04:46

12   even with Mr. Phillips; you are just making that       03:04:48

13   assumption based on -- (overspeaking) --              03:04:51

14       A    I don't know whether Mr. Phillips knows       03:04:53

15   him.  I know he accompanied Mr. Phillips onto the     03:04:54

16   scene.                                                 03:04:57

17       Q    And you are making an assumption --          03:04:58

18   that's what you base your assumption on, that he       03:05:02

19   was with Mr. Phillips based on --                      03:05:03

20       A    He was in the group of people               03:05:05

21   accompanying Mr. Phillips as they drummed and          03:05:06

22   chanted walking up to the Covington boys.             03:05:09

23       Q    What do you mean by "group"?                 03:05:13

24       A    There was a small group of people.  We       03:05:14

25   could go back to the last video we reviewed.  They     03:05:17

| | | |
|---|---|---|
| 1 | come on to the scene with Phillips.  Some of them | 03:05:20 |
| 2 | are drumming.  I think he might have been one of | 03:05:21 |
| 3 | the ones drumming, but I don't remember, I'd have | 03:05:23 |
| 4 | to look at the video again, and chanting, they | 03:05:25 |
| 5 | were all chanting, and they were walking with | 03:05:27 |
| 6 | Phillips in front of -- between the two groups, | 03:05:30 |
| 7 | the Black Hebrew Israelites and the Covington | 03:05:32 |
| 8 | boys, and he accompanied Phillips with that small | 03:05:34 |
| 9 | group of people walking together into the middle | 03:05:37 |
| 10 | of the group of Covington boys and then he follows | 03:05:40 |
| 11 | him up the steps and above Sandmann there and | 03:05:43 |
| 12 | turns and starts to argue with one of the other | 03:05:47 |
| 13 | Covington boys. | 03:05:49 |
| 14 | Q    And so your assumption that he's a | 03:05:50 |
| 15 | companion is because he's walking behind | 03:05:54 |
| 16 | Mr. Phillips? | 03:05:57 |
| 17 | MR. McMURTRY:  Objection.  Go ahead. | 03:05:58 |
| 18 | THE WITNESS:  I mean by "companion" | 03:05:59 |
| 19 | he's one of the people who accompanied | 03:06:01 |
| 20 | Mr. Phillips into this group. | 03:06:03 |
| 21 | BY MS. SPEARS: | 03:06:05 |
| 22 | Q    You have no idea whether he knows | 03:06:05 |
| 23 | Mr. Phillips -- | 03:06:08 |
| 24 | A    I said I do not know. | 03:06:09 |
| 25 | Q    And your assumptions are based on | 03:06:13 |

| | | |
|---|---|---|
| 1 | watching the videos, correct? | 03:06:15 |
| 2 | A    All I know is from the videos, yes. | 03:06:16 |
| 3 | Q    And you are not claiming that | 03:06:30 |
| 4 | Mr. Phillips knew all the people in the -- what | 03:06:31 |
| 5 | you call the group behind him, correct? | 03:06:35 |
| 6 | A    He very well may not have known them | 03:06:38 |
| 7 | all.  I don't know. | 03:06:41 |
| 8 | Q    He may not have known any of them; you | 03:06:42 |
| 9 | don't know. | 03:06:44 |
| 10 | A    I don't know. | 03:06:45 |
| 11 | MS. SPEARS:  Let's go in that video to | 03:06:45 |
| 12 | 3:18 and pause at 3:33. | 03:07:03 |
| 13 | MS. MEEK:  I'm starting Video 3 at | 03:07:12 |
| 14 | 3:18. | 03:07:14 |
| 15 | (Video 3 played.) | 03:07:14 |
| 16 | MS. MEEK:  I just paused Video 3 at | 03:07:17 |
| 17 | 3 minutes and 33 seconds. | 03:07:34 |
| 18 | BY MS. SPEARS: | 03:07:36 |
| 19 | Q    You described one of the companions as | 03:07:36 |
| 20 | yelling something like "We won."  What does "we | 03:07:41 |
| 21 | won" mean? | 03:07:44 |
| 22 | A    I don't know.  That's what he says. | 03:07:44 |
| 23 | The same guy in the red hat we were just | 03:07:44 |
| 24 | discussing, is a guy who then says, "We won, | 03:07:47 |
| 25 | Grandpa, we won," and he shakes his hands in the | 03:07:48 |

| | | |
|---|---|---|
| 1 | air. | 03:07:51 |
| 2 | Q    Do you -- and you don't know what that | 03:07:52 |
| 3 | means? | 03:07:54 |
| 4 | A    I know what it means in English.  It | 03:07:54 |
| 5 | means we, inclusive, him and grandpa and whatever | 03:07:56 |
| 6 | else group he thought he was with, won some | 03:08:00 |
| 7 | confrontation, or whatever he meant, that was at | 03:08:02 |
| 8 | issue. | 03:08:05 |
| 9 | Q    That's your interpretation of what he | 03:08:06 |
| 10 | meant? | 03:08:07 |
| 11 | A    That's what English means, "we won." | 03:08:08 |
| 12 | Q    Do you know whether Mr. Phillips agreed | 03:08:10 |
| 13 | with that statement? | 03:08:12 |
| 14 | A    No, I don't. | 03:08:13 |
| 15 | Q    Is it possible different people were | 03:08:14 |
| 16 | thinking different things in that moment? | 03:08:16 |
| 17 | A    I have no idea what they were thinking. | 03:08:18 |
| 18 | Q    You state that the group was | 03:08:25 |
| 19 | "congratulating" Phillips, how do you determine | 03:08:27 |
| 20 | that they were congratulating Mr. Phillips? | 03:08:30 |
| 21 | A    Well, for one thing he said, "We won, | 03:08:33 |
| 22 | grandpa," and grandpa, as I understand it, in many | 03:08:35 |
| 23 | cultures is an honorific that you use for someone | 03:08:37 |
| 24 | that you respect and by making this gesture with | 03:08:41 |
| 25 | his arms in the air and saying, "We won" and doing | 03:08:44 |

| 1  | the hoot, that's a celebratory gesture which he | 03:08:47 |
| 2  | was sharing with this man he respects, calling | 03:08:51 |
| 3  | "grandpa" which I think was Phillips. | 03:08:54 |
| 4  | Q    What are you -- what was he | 03:08:57 |
| 5  | congratulating him for? | 03:08:58 |
| 6  | A    I'm not going to put words in his | 03:09:00 |
| 7  | mouth. | 03:09:02 |
| 8  | Q    You don't know. | 03:09:04 |
| 9  | A    He thought there was an argument or a | 03:09:05 |
| 10 | fight being engaged in and he believed that the | 03:09:06 |
| 11 | group that he was with, which included him and | 03:09:09 |
| 12 | Phillips and the other person banging the drum, | 03:09:10 |
| 13 | had won that engagement. | 03:09:12 |
| 14 | Q    Do you know that's what he thought? | 03:09:13 |
| 15 | A    I know that's what he meant: "We won." | 03:09:15 |
| 16 | Q    You state that Phillips yelled | 03:09:23 |
| 17 | something to the crowd. | 03:09:24 |
| 18 | A    Right.  I didn't hear what he said. | 03:09:27 |
| 19 | MS. SPEARS:  Can you jump to 3:53 and | 03:09:33 |
| 20 | pause at 4:07. | 03:09:37 |
| 21 | MS. MEEK:  I'm restarting Video 3 at | 03:09:48 |
| 22 | 3:03. | 03:09:52 |
| 23 | (Video 3 played.) | 03:09:53 |
| 24 | MS. MEEK:  I just paused Video 3 at | 03:10:03 |
| 25 | 4:07. | 03:10:06 |

1    BY MS. SPEARS:                                          03:10:07

2        Q    I take it that you don't know what he          03:10:07

3    was yelling there?                                      03:10:09

4        A    No, I couldn't hear what he said.              03:10:10

5        Q    And why do you reference that?                 03:10:12

6        A    It -- (overspeaking) --                        03:10:16

7        Q    Was it -- (overspeaking) --                    03:10:17

8        A    It seemed to me to be concluding               03:10:18

9    remarks on Phillips' part but I don't know what he      03:10:21

10   said.  The reason I say it was conclusive was           03:10:25

11   after his friend had raised his arms in a               03:10:25

12   celebratory fashion, Phillips is doing this.  He's      03:10:28

13   also looking slightly up.  Among many Native            03:10:31

14   American peoples I've known, that can be a prayer       03:10:35

15   to a god or a thanks to the great spirit.  I don't      03:10:36

16   know if that's what Phillips was doing, but it          03:10:39

17   seemed to me that was some kind of grateful or          03:10:41

18   happy gesture on his part.                              03:10:44

19       Q    You don't know what was in Phillips'           03:10:46

20   mind at that moment or what he was thinking?            03:10:48

21       A    No, I do not.  I do not.                       03:10:50

22       Q    Let's look at section 11 in your report        03:10:55

23   entitled "Relevant law."                                03:10:58

24       A    Yes.                                           03:11:01

25       Q    You note that the firm that retained          03:11:02

1    you, on page 11, provided you with explanations of     03:11:04

2    falsehood under the law, followed by two               03:11:06

3    paragraphs there.                                      03:11:09

4              Are those paragraphs verbatim what the       03:11:10

5    firm, Mr. McMurtry's firm provided you?                03:11:13

6         A    Yes.                                         03:11:16

7         Q    And in the second paragraph you discuss      03:11:16

8    substantial truth.  What does that mean to you?        03:11:34

9         A    (Reading):                                   03:11:36

10             "The defense of truth overlooks minor        03:11:36

11   inaccuracies and concentrates upon substantial         03:11:45

12   truth."                                                03:11:48

13             If somebody had said something like          03:11:49

14   someone was 37 inches in front of me and in fact       03:11:49

15   we could measure and it turned out that they were      03:11:53

16   33 or 40 inches in front of them but everything        03:11:54

17   else they said was true, then that would be            03:12:00

18   substantially true.  That's my understanding.          03:12:02

19   That the main force of what was considered in          03:12:03

20   adjudging whether this was true or not was in          03:12:06

21   keeping with the facts.                                03:12:10

22        Q    Did you consider whether the statements      03:12:12

23   at issue were substantially true?                      03:12:15

24        A    The statements at issue?  Yes.               03:12:16

25        Q    Did you try to determine whether they        03:12:18

1    were literally true?                                  03:12:19

2         A     Literal has no meaning in linguistics.     03:12:21

3         Q     You reference pleadings here.  Do you      03:12:27

4    understand what pleadings mean in a lawsuit?          03:12:28

5         A     I probably don't understand what an        03:12:33

6    attorney would mean by pleadings.                     03:12:36

7         Q     Do you have any understanding of what      03:12:40

8    the summary judgment phase of a case is?              03:12:41

9         A     No, I don't.  I mean, I've heard these     03:12:44

10   terms bantered around but I don't believe I know      03:12:49

11   what they mean in law.                                03:12:52

12        Q     On page 12 of your report you said you     03:12:53

13   "kept these explanations in mind in forming my        03:12:55

14   opinion on the questions posed."                      03:12:58

15             What does that mean?                        03:13:04

16        A     Well, for example I told you that I        03:13:06

17   based my assessment of these passages on the truth    03:13:07

18   conditions, as I understood them as a linguist,       03:13:12

19   and on the facts in the video.                        03:13:14

20             So when I talk about the truth             03:13:17

21   conditions, as I said to you earlier today, I am      03:13:19

22   interested in the plain meaning of the words as       03:13:22

23   they would mean to any native speaker of the          03:13:24

24   language and so when we talk about false having a     03:13:30

25   different effect on the mind of the reader from       03:13:33

1    that which the truth would have produced, I'm          03:13:35

2    talking -- that, to me, is talking about truth         03:13:37

3    conditions.  That's exactly what I am talking          03:13:40

4    about.                                                 03:13:42

5           So I think I was keeping that in mind           03:13:42

6    all along methodologically as well as in my            03:13:44

7    conclusions, and when I talk about overlooking         03:13:47

8    minor inaccuracies and not concentrating on            03:13:49

9    substantial truth, if there was some minor             03:13:52

10   discrepancy between what Mr. Phillips said and         03:13:54

11   what is on the videos that didn't bear on the          03:13:56

12   substantial truth of the statements I would have       03:13:58

13   overlooked that or at least mentioned that as          03:14:01

14   minor but not substantive, but I didn't find           03:14:04

15   anything along those lines.                            03:14:07

16       Q    Let's go to your report at page 12,           03:14:09

17   section 7, "Analysis and reasoning."                   03:14:13

18           With respect to question 1 you analyzed        03:14:32

19   whether the statement that's listed there was true     03:14:34

20   or false.                                              03:14:36

21       A    Right.                                        03:14:36

22       Q    Correct?  And you said:                       03:14:37

23           "To answer this question" -- well,             03:14:39

24   strike that:                                           03:14:41

25           To answer this question was it                 03:14:42

| | | |
|---|---|---|
| 1 | important to you to determine the truth conditions | 03:14:44 |
| 2 | of the sentences? | 03:14:46 |
| 3 | A    Yes. | 03:14:49 |
| 4 | Q    And what did you determine to be the | 03:14:50 |
| 5 | truth conditions of the sentences? | 03:14:51 |
| 6 | A    Well, let's look -- I mean, I could go | 03:14:55 |
| 7 | clause by clause, blah, blah, but let's assume | 03:15:01 |
| 8 | that Mr. Phillips was reporting accurately on what | 03:15:04 |
| 9 | he was thinking.  I have no way of knowing. | 03:15:08 |
| 10 | I know what this means and it says that he was | 03:15:10 |
| 11 | concerned he'd never get out of there.  Yeah? | 03:15:12 |
| 12 | I'm not disputing that. | 03:15:15 |
| 13 | Really, I think the question is about | 03:15:16 |
| 14 | the meaning of the last two sentences of the | 03:15:19 |
| 15 | passage: | 03:15:22 |
| 16 | "I started going that way and that guy | 03:15:23 |
| 17 | in the hat stood in my way and we were at an | 03:15:25 |
| 18 | impasse.  He just blocked my way and wouldn't | 03:15:27 |
| 19 | allow me to retreat." | 03:15:30 |
| 20 | Let me start with the last sentence: | 03:15:34 |
| 21 | "He just blocked my way and wouldn't | 03:15:35 |
| 22 | allow me to retreat." | 03:15:37 |
| 23 | As I told you, I base this partly on my | 03:15:39 |
| 24 | careful consideration of dictionary definitions, | 03:15:41 |
| 25 | which gives me a more objective way of | 03:15:44 |

1    characterizing what I think the plain meaning of          03:15:46
2    the passage is.                                           03:15:47
3            And as I said, "wouldn't allow me to              03:15:48
4    retreat," if you look in the Oxford English               03:15:52
5    Dictionary, when you look at the negative of the          03:15:54
6    past tense "wouldn't," that typically means that          03:15:56
7    the person in question refused or declined to             03:15:59
8    permit the other person to do what was going on.          03:16:02
9            So, if it's true -- if it were true               03:16:05
10   that Sandmann wouldn't allow Phillips to retreat,         03:16:10
11   then there was some way in which Phillips -- I            03:16:13
12   mean Sandmann refused, but for that to be true it         03:16:17
13   would have to be the case that Sandmann refused or        03:16:21
14   declined to permit Phillips to retreat.                   03:16:23
15           Now, there's three ways you could                 03:16:27
16   understand "retreat" here.  It could be retreat           03:16:28
17   the way he had come.  I don't think that's what he        03:16:32
18   could have meant because the way he had come was          03:16:34
19   not in the line where Sandmann stood.                     03:16:36
20           It couldn't mean retreat away from the            03:16:41
21   Lincoln Memorial because that's where there               03:16:45
22   were -- that -- so Sandmann was not in the way, so        03:16:49
23   he couldn't have done anything that seemed to be          03:16:53
24   offering the resistance to anybody going back away        03:16:55
25   from the Lincoln Memorial.                                03:16:59

| | | |
|---|---|---|
| 1 | So the retreat had to mean more retreat | 03:17:02 |
| 2 | from the situation, not retreat from the way he | 03:17:04 |
| 3 | had come but retreat from the situation, so the | 03:17:07 |
| 4 | only other thing I thought he could mean was that | 03:17:09 |
| 5 | he wanted to go up the steps. | 03:17:11 |
| 6 | But I couldn't -- so, that's -- that | 03:17:14 |
| 7 | that passage.  He would -- it would have to mean, | 03:17:18 |
| 8 | as I then say, Phillips' claims that he intended | 03:17:20 |
| 9 | to exit -- this is on page 13A, he intended to | 03:17:24 |
| 10 | exit the situation and finish his song -- I just | 03:17:28 |
| 11 | take that verbatim from what Phillips said, I have | 03:17:30 |
| 12 | no argument with that.  He intended to go to the | 03:17:33 |
| 13 | top of the stairs to get away from the group of | 03:17:37 |
| 14 | boys.  I take that -- yeah, he was going to finish | 03:17:39 |
| 15 | his song at the Lincoln Memorial and then he was | 03:17:42 |
| 16 | going to go up. | 03:17:43 |
| 17 | Then he says he started going up to the | 03:17:44 |
| 18 | Memorial and found himself at an impasse with | 03:17:46 |
| 19 | Sandmann.  I think that's pretty clear where that | 03:17:48 |
| 20 | comes in, and that Sandmann intentionally blocked | 03:17:50 |
| 21 | his way and therefore refused to allow Phillips to | 03:17:53 |
| 22 | retreat, by which I meant -- I take it he means | 03:17:57 |
| 23 | retreat from the situation up the stairs away from | 03:18:00 |
| 24 | the group of boys. | 03:18:02 |
| 25 | Q    Okay.  So let's break this down.  So in | 03:18:02 |

1    analyzing question 1 you refer to dictionary          03:18:06

2    definitions of "block," "will" and "impasse";         03:18:08

3    right?                                                03:18:12

4         A    Yes.                                        03:18:13

5         Q    Do you think you have a better              03:18:13

6    understanding or knowledge of what those words        03:18:14

7    mean, black, will, impasse than other people do?      03:18:16

8         A    No.                                         03:18:19

9         Q    Do you -- why did you examine those         03:18:20

10   words, block, will, and impasse as opposed to         03:18:23

11   other words in the first statement?                   03:18:27

12        A    When I look at the statement the only       03:18:29

13   thing that I thought could be in question, I can't    03:18:30

14   question in any way what Mr. Phillips was             03:18:32

15   thinking.  I am not privy to that, so I was not       03:18:34

16   going to take that first passage -- that first        03:18:38

17   part of the passage into consideration -- I just      03:18:41

18   assume that's what he was thinking.  I have no        03:18:44

19   reason to think otherwise.  Then the last two         03:18:46

20   sentences are the things that we should have          03:18:48

21   evidence for or against in the videos.                03:18:50

22             So I considered the videos with respect     03:18:53

23   to those sentences and what was at issue was not      03:18:54

24   "I started going that way," he does turn towards      03:18:57

25   the steps, I agreed about that.  "The guy in the      03:19:01

1   hat stood in my way."  Well, it happened that when          03:19:04

2   he turned he walked straight up to Sandmann, so             03:19:08

3   Sandmann was standing there in the way that he              03:19:11

4   says he was going to go.  "And we were at an                03:19:13

5   impasse."  Well, that's where the question comes            03:19:16

6   up.  What's an impasse and why does Sandmann stay           03:19:18

7   -- Sandmann never moved, so why does Sandmann               03:19:21

8   staying there, constitute being at an impasse?             03:19:25

9   That's the question.                                        03:19:27

10              -- (overspeaking) --                            03:19:28

11      Q    So you looked at --                                03:19:29

12      A    The second part -- if I may finish my             03:19:30

13  answer.                                                     03:19:32

14      Q    Sure.                                              03:19:32

15      Q    The second part is, "He blocked my way           03:19:32

16  and wouldn't allow me to retreat."                          03:19:34

17          I said "wouldn't allow me to retreat"              03:19:36

18  attributes to Sandmann agency in refusing to allow          03:19:38

19  Phillips to retreat, and because of that, I took            03:19:43

20  "block" to mean not passively block, but actively           03:19:46

21  block.  I mentioned that and discussed that                 03:19:51

22  earlier.                                                    03:19:52

23          So those are the bases upon which --               03:19:53

24  those are the reasons I looked at impasse, at               03:19:55

25  block and I told you about wouldn't.  Yeah.  I              03:19:58

1    thought retreat was clear enough.                    03:20:04

2         Q    Couldn't someone without a Ph.D. in        03:20:06

3    linguistics look up the same words in the            03:20:09

4    dictionary?                                          03:20:11

5         A    Sure could.                                03:20:12

6         Q    Okay, and apply those definitions to       03:20:13

7    the facts as shown in the video?                     03:20:14

8         A    Sure could.                                03:20:16

9         Q    Are you offering an opinion on the         03:20:19

10   meaning of the word block that's different than      03:20:20

11   the dictionary definition of the word?               03:20:24

12        A    No, I'm not, that's the plain meaning.     03:20:25

13        Q    You know that the Oxford English           03:20:26

14   Dictionary definition of block and a full list of    03:20:29

15   the senses of block in that dictionary and then      03:20:33

16   you note comparable entries from Merriam Webster     03:20:35

17   and from American Heritage Dictionaries in the       03:20:39

18   appendix.  Why did you select the Oxford             03:20:42

19   definitions to include in the main part of your      03:20:44

20   report, as opposed to the other dictionaries.  Any   03:20:47

21   --                                                   03:20:49

22              -- (overspeaking) --                      03:20:52

23        A    I thought it was clearest.                 03:20:52

24        Q    You noted that the Merriam Webster and     03:20:54

25   American Heritage are comparable --                  03:20:56

| | | |
|---|---|---|
| 1 | A    Yes. | 03:20:58 |
| 2 | Q    -- right?  Does that mean it's fair to | 03:20:58 |
| 3 | say you also think they have valid definitions of | 03:21:00 |
| 4 | the word block in those two dictionaries? | 03:21:03 |
| 5 | A    Sure do. | 03:21:06 |
| 6 | Q    Do you believe that lay persons and | 03:21:08 |
| 7 | folks with without a Ph.D. in linguistics would | 03:21:11 |
| 8 | generally agree with the definitions you provided | 03:21:14 |
| 9 | for block and will, and impasse? | 03:21:19 |
| 10 | A    Well, what people tend to do -- first | 03:21:21 |
| 11 | of all, I don't think any native speaker could | 03:21:22 |
| 12 | doubt that the words have all the meanings that | 03:21:25 |
| 13 | are given in those dictionary entries. | 03:21:27 |
| 14 | I don't like the word "definition" | 03:21:30 |
| 15 | because it -- that suggests the lexicographer is | 03:21:31 |
| 16 | deciding what they mean, they are just discerning | 03:21:33 |
| 17 | what they mean, it's the plain meanings of the | 03:21:37 |
| 18 | words. | 03:21:39 |
| 19 | Q    Right, so -- but my point is anybody | 03:21:39 |
| 20 | could go to a dictionary and look up those usages, | 03:21:41 |
| 21 | correct? | 03:21:44 |
| 22 | A    Right, but I'm not just looking at the | 03:21:45 |
| 23 | dictionary.  People think that's what a linguist | 03:21:47 |
| 24 | does.  You've got it wrong.  You start with the | 03:21:49 |
| 25 | dictionary but I also look at the syntax and the | 03:21:52 |

| | | |
|---|---|---|
| 1 | context and all the things I'm doing here look at | 03:21:54 |
| 2 | all three factors. | 03:21:56 |
| 3 | Q   So if, hypothetically, one agrees with | 03:21:58 |
| 4 | the definition of block that you chose, is the one | 03:22:00 |
| 5 | that Phillips intended in his statement, what are | 03:22:03 |
| 6 | you offering beyond that as a linguist? | 03:22:06 |
| 7 | A   Well, first of all, I don't think | 03:22:09 |
| 8 | anybody else in this trial has said what I said, | 03:22:11 |
| 9 | so you tell me. | 03:22:13 |
| 10 | Secondly, I think that the -- the | 03:22:15 |
| 11 | understanding of what truth condition is -- this | 03:22:25 |
| 12 | is the thing people don't understand.  Everybody | 03:22:27 |
| 13 | uses language, like everything drives a car but | 03:22:30 |
| 14 | they don't know how it works, just like most | 03:22:32 |
| 15 | people don't know how a car works. | 03:22:35 |
| 16 | I spent 40 years learning a little bit | 03:22:37 |
| 17 | about how it works.  We don't completely | 03:22:40 |
| 18 | understand it yet.  It's very deep and very | 03:22:42 |
| 19 | complex.  So, by bringing to bear these different | 03:22:44 |
| 20 | factors it may seem perfectly natural and simple | 03:22:47 |
| 21 | when I give you the explanation because I thought | 03:22:50 |
| 22 | hard about how to try to explain it to a lay | 03:22:53 |
| 23 | person, but it isn't obvious to everybody where | 03:22:55 |
| 24 | the truth conditional meaning ends and other | 03:22:58 |
| 25 | factors come in because, as I said, at an earlier | 03:23:01 |

| | | |
|---|---|---|
| 1 | point in this deposition, meaning is much richer | 03:23:04 |
| 2 | than truth conditions, much richer. | 03:23:07 |
| 3 | I gave the example of slurs.  But I'm | 03:23:09 |
| 4 | saying the truth conditional content of an | 03:23:11 |
| 5 | utterance is where the rubber hits the road. | 03:23:13 |
| 6 | If the utterance is true, in virtue of | 03:23:15 |
| 7 | the plain meaning, then there's something -- you | 03:23:20 |
| 8 | can assess that by looking at the facts in the | 03:23:22 |
| 9 | situation.  If it's false you can point to a | 03:23:25 |
| 10 | particular fact and say, like in the other thing, | 03:23:27 |
| 11 | "he wouldn't allow me to retreat." | 03:23:30 |
| 12 | I said Sandmann's standing there, he | 03:23:33 |
| 13 | doesn't move.  He's got his hands behind his back. | 03:23:35 |
| 14 | Wait, so I'm saying I don't think so that's true | 03:23:38 |
| 15 | that he wouldn't allow him to retreat. | 03:23:40 |
| 16 | Q    Okay.  So as I understand it, there are | 03:23:43 |
| 17 | two parts to your analysis.  In the first part you | 03:23:45 |
| 18 | look at the passages -- | 03:23:47 |
| 19 | A    Yeah. | 03:23:49 |
| 20 | Q    -- to determine the meaning of the | 03:23:49 |
| 21 | usage of the words, right?  And then the second | 03:23:51 |
| 22 | part -- | 03:23:55 |
| 23 | A    Not just the words, the whole sentences | 03:23:56 |
| 24 | in which they pertain. | 03:23:58 |
| 25 | Q    The whole sentences. | 03:23:59 |

| | | |
|---|---|---|
| 1 | And then in the second part of your | 03:24:00 |
| 2 | analysis you review the videos to determine the | 03:24:02 |
| 3 | meaning -- whether the meaning of the two passages | 03:24:05 |
| 4 | seems to be true? | 03:24:08 |
| 5 | A    That it's consistent with the facts | 03:24:08 |
| 6 | that I observed in the videos, yes. | 03:24:09 |
| 7 | Q    And you are not more qualified than | 03:24:13 |
| 8 | anyone else to perform part 2 of the analysis, | 03:24:16 |
| 9 | right? | 03:24:19 |
| 10 | A    No, I'm not -- (overspeaking). | 03:24:19 |
| 11 | Q    So once you've determined the meaning | 03:24:21 |
| 12 | of the passages, that's where your expertise ends | 03:24:23 |
| 13 | as a witness, right? | 03:24:26 |
| 14 | A    Well, I understand what truth | 03:24:29 |
| 15 | conditions are and I can see what's in front of my | 03:24:31 |
| 16 | eyes, so I'm as competent as anybody else to | 03:24:33 |
| 17 | assess whether, given the truth conditions, it is | 03:24:38 |
| 18 | true or false. | 03:24:40 |
| 19 | Q    But anyone could review the videos in | 03:24:41 |
| 20 | the same way you did and determine whether the | 03:24:43 |
| 21 | meaning you assigned to them seems to be true; | 03:24:46 |
| 22 | right? | 03:24:48 |
| 23 | A    I think so. | 03:24:48 |
| 24 | Q    Let's look at your report again and you | 03:24:54 |
| 25 | also lay out the definitions from the dictionaries | 03:25:04 |

| | |
|---|---|
| 1 | you've consulted or the usages -- and the | 03:25:09 |
| 2 | dictionaries you've consulted for will and | 03:25:17 |
| 3 | impasse, and you list a number then in the | 03:25:20 |
| 4 | appendix, correct? | 03:25:23 |
| 5 | A    Yes. | 03:25:23 |
| 6 | Q    And those are valid possible | 03:25:24 |
| 7 | definitions of will and impasse to a native | 03:25:25 |
| 8 | speaker, correct? | 03:25:28 |
| 9 | A    Yes. | 03:25:31 |
| 10 | Q    And on page 13, if you flip to the next | 03:25:31 |
| 11 | page there. | 03:25:44 |
| 12 | A    Yes. | 03:25:45 |
| 13 | Q    You state that: "Where there are two or | 03:25:45 |
| 14 | more agents the word 'impasse" is typically used | 03:25:50 |
| 15 | to imply a situation in which the agents are | 03:25:50 |
| 16 | unable to negotiate movement, real or figurative, | 03:25:50 |
| 17 | in this case about whether Phillips could proceed | 03:25:50 |
| 18 | up the stairs to make his exit." | 03:25:50 |
| 19 | Do you see that? | 03:25:55 |
| 20 | A    Yes. | 03:26:00 |
| 21 | Q    And your basis for stating how the word | 03:26:00 |
| 22 | impasse is typically use is the definitions that | 03:26:02 |
| 23 | you've consulted in the dictionaries, correct? | 03:26:04 |
| 24 | A    Yes.  The figurative use of impasse is | 03:26:06 |
| 25 | the one that most people use today. | 03:26:15 |

1       Q    And you've concluded on page 13 that          03:26:16

2  Phillips is using the figurative --                      03:26:20

3       A    Yes.                                           03:26:22

4       Q    -- use of the word impasse, correct?          03:26:22

5       A    Yes.                                           03:26:25

6       Q    And the definition, the Oxford English        03:26:26

7  Dictionary definition defines impasse in a               03:26:29

8  figurative way as "affix"; right?                        03:26:32

9       A    Yes.                                           03:26:35

10       Q    So that's a valid possible definition         03:26:36

11  of impasse to a native speaker, correct?                 03:26:39

12       A    Yes.                                           03:26:42

13       Q    And if we were look at the appendix on        03:26:42

14  page 18, the American Heritage definition 2 for          03:26:45

15  impasse is: a situation that is so difficult that        03:26:50

16  no progress can be made.                                 03:26:56

17            Do you see that?                               03:27:00

18       A    Yep.                                           03:27:00

19       Q    Okay.  So that's a valid possible             03:27:01

20  definition of impasse to a native speaker,               03:27:03

21  correct?                                                 03:27:06

22       A    Yes.                                           03:27:06

23       Q    And then Merriam Webster's definition,        03:27:07

24  one of them is, on the same page there: a                03:27:11

25  predicament affording no obvious escape, as a            03:27:14

| | | |
|---|---|---|
| 1 | definition of impasse, and that's a valid possible | 03:27:17 |
| 2 | definition of impasse to a native speaker, | 03:27:20 |
| 3 | correct? | 03:27:22 |
| 4 | A    All are native speaker meanings of | 03:27:23 |
| 5 | impasse. | 03:27:25 |
| 6 | Q    Do you know whether Mr. Phillips felt | 03:27:26 |
| 7 | he was in a fix in that moment? | 03:27:28 |
| 8 | A    May I say something?  It is not about | 03:27:31 |
| 9 | Mr. Phillips.  He didn't say, "I was at an | 03:27:34 |
| 10 | impasse."  He said, "We were at an impasse."  And | 03:27:37 |
| 11 | that's an important factor.  Remember, I am not | 03:27:40 |
| 12 | just looking at the definition of impasse.  You | 03:27:42 |
| 13 | have to look at the fact that this is -- | 03:27:44 |
| 14 | Q    But my question is, do you know whether | 03:27:45 |
| 15 | -- | 03:27:45 |
| 16 | MR. McMURTRY:  Can she finish her | 03:27:46 |
| 17 | answer. | 03:27:46 |
| 18 | MS. SPEARS:  Sure. | 03:27:46 |
| 19 | THE WITNESS:  Your question is | 03:27:47 |
| 20 | misguided.  It is not about -- Mr. Phillips | 03:27:47 |
| 21 | doesn't say, "I was at an impasse," and that's | 03:27:50 |
| 22 | very important.  He said, "We were at an impasse," | 03:27:53 |
| 23 | and the only "we" there was him and Nick Sandmann. | 03:27:55 |
| 24 | So that has to mean that we, as two agents, were | 03:27:59 |
| 25 | at an impasse, and that is what -- I've said that | 03:28:02 |

| | | |
|---|---|---|
| 1 | when it denotes -- when the subject denotes two or | 03:28:05 |
| 2 | more agents it is typically used to imply a | 03:28:09 |
| 3 | situation which they are unable to negotiate | 03:28:11 |
| 4 | movement -- (overspeaking) -- | 03:28:14 |
| 5 | BY MS. SPEARS: | 03:28:15 |
| 6 | Q    So -- | 03:28:15 |
| 7 | A    Negotiate is the key. | 03:28:16 |
| 8 | Q    So let me rephrase my question.  Do you | 03:28:17 |
| 9 | know whether Mr. Phillips felt he was in a fix or | 03:28:20 |
| 10 | a predicament vis-a-vis his position -- | 03:28:24 |
| 11 | (overspeaking) -- | 03:28:27 |
| 12 | A    I'm not in a position to read his mind. | 03:28:28 |
| 13 | Q    -- with Mr. Sandmann. | 03:28:30 |
| 14 | And I think you would say the same with | 03:28:32 |
| 15 | Mr. Sandmann, you don't know whether he felt he | 03:28:34 |
| 16 | was in a predicament? | 03:28:36 |
| 17 | A    No, I cannot. | 03:28:37 |
| 18 | Q    You did not know what Mr. Phillips | 03:28:39 |
| 19 | perceived in those moments, correct? | 03:28:43 |
| 20 | A    No, I do not.  I only know what I see | 03:28:45 |
| 21 | in the video. | 03:28:47 |
| 22 | Q    Okay.  Let's talk a little bit further. | 03:28:50 |
| 23 | You state on page -- let's go back to 13. | 03:28:52 |
| 24 | A    Mm-hmm. | 03:28:55 |
| 25 | Q    You stated: "Sandmann did not move from | 03:29:03 |

1    where he had been standing prior to Phillips'          03:29:05

2    approach."  What do you mean?                           03:29:07

3        A    I reviewed every single video and             03:29:10

4    looked where Nick Sandmann was standing and from      03:29:12

5    the time that Mr. Phillips was anywhere near the       03:29:15

6    front of the steps where Sandmann was standing, I      03:29:18

7    never saw Sandmann move a foot, left, right, up or     03:29:20

8    down.                                                   03:29:25

9        Q    And which videos did you review to           03:29:28

10   reach that conclusion?                                  03:29:30

11       A    All of them.  All 18.  And in                 03:29:30

12   particular, I didn't see him move an inch from         03:29:41

13   where he was standing from the time that               03:29:43

14   Sandmann -- that Phillips walked in front of him       03:29:46

15   and then turned and walked away.                        03:29:49

16       Q    Why do you say "in particular"?               03:29:55

17       A    Because that's where it bears on             03:29:56

18   whether they were at an impasse or whether             03:29:58

19   Sandmann blocked Phillips way by moving, as he         03:30:02

20   says in the second passage.                             03:30:06

21           I could also point out that from what         03:30:16

22   -- (overspeaking) --                                    03:30:20

23       Q    There's not a question pending.              03:30:21

24       A    Well, it bears on one of the questions       03:30:22

25   you've been asking me.  But you if you don't want      03:30:24

| | | |
|---|---|---|
| 1 | to hear it, fine. | 03:30:28 |
| 2 | MR. McMURTRY:  That's okay. | 03:30:29 |
| 3 | BY MS. SPEARS: | 03:30:34 |
| 4 | Q    Your -- one second.  Okay.  So, you | 03:30:34 |
| 5 | wanted to say something.  Go ahead and say it. | 03:31:21 |
| 6 | A    From Sandmann's perspective he could | 03:31:26 |
| 7 | have known that immediately to his left there were | 03:31:28 |
| 8 | no boys.  There was no reason for him to think | 03:31:30 |
| 9 | that he was impeding Mr. Phillips' progress. | 03:31:33 |
| 10 | Phillips could very readily have walked one step | 03:31:37 |
| 11 | to the right and on up the stairs as long as | 03:31:40 |
| 12 | Sandmann knew. | 03:31:44 |
| 13 | Q    Do you know what Sandmann knew? | 03:31:46 |
| 14 | A    I know what peripheral vision is and | 03:31:47 |
| 15 | I know that if he had any idea in his peripheral | 03:31:49 |
| 16 | vision what was to his left he would have known | 03:31:52 |
| 17 | there was empty space. | 03:31:54 |
| 18 | Q    And in the same moment your -- you are | 03:31:56 |
| 19 | saying that once Phillips stood in front of | 03:32:01 |
| 20 | Sandmann, he locked eyes with him, correct? | 03:32:04 |
| 21 | A    That's what I see. | 03:32:06 |
| 22 | Q    So Phillips was locked eyes on Sandmann | 03:32:08 |
| 23 | in that moment, correct? | 03:32:12 |
| 24 | A    Yes.  He seemed to pick him out. | 03:32:12 |
| 25 | Q    So you don't know whether Phillips had | 03:32:24 |

| | | |
|---|---|---|
| 1 | peripheral vision to his right or left if he was | 03:32:27 |
| 2 | locking eyes on Sandmann; wouldn't that be true? | 03:32:31 |
| 3 |     A   If I was standing where Phillips was | 03:32:34 |
| 4 | standing, looking at Sandmann I would be able to | 03:32:35 |
| 5 | see that there was space to Sandmann's left but | 03:32:38 |
| 6 | not to his right. Yes. | 03:32:40 |
| 7 |     Q   But you don't know what Mr. Phillips | 03:32:42 |
| 8 | could see, do you? | 03:32:43 |
| 9 |     A   I do, as a human being, standing there, | 03:32:44 |
| 10 | I could put myself in his position, and I know if | 03:32:47 |
| 11 | he has good peripheral vision -- not even good | 03:32:50 |
| 12 | peripheral, it's not that far peripheral. Looking | 03:32:52 |
| 13 | directly in Sandmann's eyes he could see no space | 03:32:53 |
| 14 | to Sandmann right, space to Sandmann's left. I am | 03:32:56 |
| 15 | looking at you. I can see all the way down to the | 03:33:00 |
| 16 | end of the table. I'm looking at you, I can see | 03:33:02 |
| 17 | all the way over past the videographer. | 03:33:05 |
| 18 |     Q   You are not an expert on visual -- | 03:33:06 |
| 19 |     A   No, I'm a human -- (overspeaking) -- | 03:33:08 |
| 20 |     Q   Hold on, you have to wait until I'm | 03:33:10 |
| 21 | done with that. You are not an expert on visual | 03:33:12 |
| 22 | perception, correct? | 03:33:14 |
| 23 |     A   No. | 03:33:14 |
| 24 |     Q   And you are not an expert on peripheral | 03:33:15 |
| 25 | vision; right? | 03:33:17 |

1      A    No.                                          03:33:18

2      Q    And you don't know what specifically        03:33:18

3  Mr. Phillips could see in that moment, do you?       03:33:20

4      A    I know what Mr. Phillips could see if        03:33:23

5  he were a normal human being standing where he was   03:33:25

6  standing in that video with normal vision.           03:33:28

7      Q    And that's based on your personal           03:33:30

8  experience; it is not your expertise in any kind     03:33:33

9  of visual perception, correct?                       03:33:35

10     A    No, I think we all -- that's what we         03:33:36

11 look at when we look at a video.  We know what's     03:33:37

12 there.  That's what I think.  It is not expertise.   03:33:41

13     Q    You don't have any expert --                03:33:44

14          -- (overspeaking) --                         03:33:45

15     A    I am not a perceptual psychologist,          03:33:46

16 I am not a videographer.  I completely agree with    03:33:50

17 you.                                                  03:33:54

18     Q    You agree with me that you have no          03:33:55

19 expertise on visual perception or what somebody      03:33:56

20 else could see peripherally, correct?                03:33:59

21     A    No.                                          03:34:01

22     Q    As in yes, correct, you agree with me.      03:34:04

23     A    Oh, yes, I agree with you.                   03:34:07

24     Q    So a little down in your report here        03:34:10

25 you then say: "There was no publicly evident         03:34:16

1    indication that Phillips wanted to go up the          03:34:23

2    stairs."                                              03:34:25

3              Now, you testified -- well, strike          03:34:30

4    that.                                                 03:34:34

5              What's a publicly evident indication?       03:34:35

6         A    If his trajectory had suggested that he     03:34:38

7    was trying to get up the stairs, that would have      03:34:40

8    been a publicly evident intention.                    03:34:42

9         Q    Okay.  And if he had been walking in        03:34:48

10   the direction of the Lincoln Memorial could that      03:34:50

11   have been a publicly evident indication then?         03:34:54

12   Hypothetically, if he had been?                       03:34:56

13        A    Not -- it's more complicated than that.     03:34:59

14   Just facing in that direction doesn't constitute      03:35:02

15   walking there.                                        03:35:05

16        Q    But if he was facing in that direction      03:35:07

17   that could have been a publicly evident               03:35:09

18   indication?                                           03:35:11

19        A    No, that's not sufficient.                  03:35:12

20        Q    What do you base that on?                   03:35:14

21        A    How I understand people's intentions.       03:35:17

22   This is just normal human reading what each other     03:35:19

23   are doing.                                            03:35:22

24        Q    But that's not based on any specific        03:35:23

25   expertise you have.                                   03:35:25

| | | |
|---|---|---|
| 1 | A     I'm not an expertise.  I'm not an | 03:35:26 |
| 2 | expert on public and human behavior, no. | 03:35:28 |
| 3 | Q     You are not an expert on publicly | 03:35:32 |
| 4 | evident indications then, correct? | 03:35:34 |
| 5 | A     I guess not, except for the linguistic | 03:35:35 |
| 6 | ones. | 03:35:40 |
| 7 | Q     You agreed that other students, we | 03:35:42 |
| 8 | talked about before, were moving aside for | 03:35:44 |
| 9 | Mr. Phillips; right? | 03:35:45 |
| 10 | A     Yes. | 03:35:47 |
| 11 | Q     And when they did, he walked into the | 03:35:47 |
| 12 | space they left open, correct? | 03:35:49 |
| 13 | A     Yes. | 03:35:51 |
| 14 | Q     Couldn't that be a publicly evident | 03:35:52 |
| 15 | indication that he wanted to keep going? | 03:35:54 |
| 16 | A     If he were walking that way up the | 03:35:55 |
| 17 | steps, yes. | 03:35:57 |
| 18 | Q     You say that other students -- well, | 03:35:59 |
| 19 | strike that. | 03:36:04 |
| 20 | Why do you think other students moved | 03:36:05 |
| 21 | out Mr. Phillips' way? | 03:36:06 |
| 22 | A     I'm not going to try to read their | 03:36:09 |
| 23 | minds.  Evidently they wanted to let him through. | 03:36:12 |
| 24 | Q     And other students moved to create a | 03:36:19 |
| 25 | corridor; right? | 03:36:21 |

| | | |
|---|---|---|
| 1 | A  That's what I saw. | 03:36:23 |
| 2 | Q  That's what you believe you've seen. | 03:36:23 |
| 3 | A  That's what I saw. | 03:36:25 |
| 4 | Q  And they did that for the same reason, | 03:36:26 |
| 5 | correct? | 03:36:28 |
| 6 | A  As far as I could tell, yes.  Yep. | 03:36:28 |
| 7 | Q  But Mr. Sandmann stayed put, correct? | 03:36:31 |
| 8 | A  He stood still. | 03:36:33 |
| 9 | Q  Let's pull up Video number 2.  We've | 03:36:41 |
| 10 | looked at that one before.  Can you play, please. | 03:36:45 |
| 11 | She's going to play Video 2, Exhibit 2 | 03:37:16 |
| 12 | of this deposition. | 03:37:19 |
| 13 | Why don't you play from minute 3:28 to | 03:37:20 |
| 14 | minute 3:32? | 03:37:24 |
| 15 | MS. MEEK:  Starting Video 2 at 3:28. | 03:37:27 |
| 16 | (Video 2 played.) | 03:37:30 |
| 17 | MS. MEEK:  I just paused Video 2 at | 03:37:37 |
| 18 | 3:32. | 03:37:39 |
| 19 | BY MS. SPEARS: | 03:37:41 |
| 20 | Q  Did you just hear on the video a | 03:37:41 |
| 21 | student yelling, "you can't move him"?  We can | 03:37:42 |
| 22 | play it again for you. | 03:37:45 |
| 23 | A  No, no, I didn't.  Let's hear it again. | 03:37:45 |
| 24 | Q  Okay, let's hear it again.  I should | 03:37:46 |
| 25 | have asked you that first before I played it. | 03:37:47 |

1   Sorry.  Pardon me.                                        03:37:49

2          MS. MEEK:  Re-starting Video 2 at 3              03:37:49

3   minutes and 28 seconds.                                  03:37:49

4                (Video 2 played.)                           03:37:49

5          THE WITNESS:  I did that time.                    03:37:49

6   BY MS. MEEK:                                             03:37:49

7      Q    Okay.  I take it you don't need                 03:37:49

8   linguistics training to understand what "you can't       03:37:49

9   move him" means; right?                                  03:37:49

10     A    Don't need it.                                   03:37:49

11     Q    Let's play again from 1:18 to 1:22 and          03:38:12

12  this time I'd like you to tell me if you hear a          03:38:12

13  student yelling, "He ain't moving."                      03:38:12

14         MS. MEEK:  Starting Video 2 at 1:18.             03:38:12

15               (Video 2 played.)                           03:38:12

16         MS. MEEK:  Just paused at 1:22 in                03:38:12

17  Video 2.                                                 03:38:12

18         THE WITNESS:  I'm not sure what he               03:38:36

19  said.  I could interpret that as "He ain't               03:38:37

20  moving," but I'm not sure, and I didn't hear it          03:38:41

21  previously.                                              03:38:41

22  BY MS. SPEARS:                                           03:38:41

23     Q    I'll play it once again.  Sometimes             03:38:41

24  it's easier once you've heard it once.                   03:38:41

25         MS. MEEK:  Re-starting at 1:18 in                03:38:54

1   Video 2.                                                03:38:55

2              (Video 2 played.)                            03:38:57

3         THE WITNESS:  I'm sorry.  I can't tell            03:39:04

4   what he said.  He ain't something, but I can't          03:39:06

5   tell what it was.                                       03:39:07

6   BY MS. SPEARS:                                          03:39:08

7       Q    Let's play video 2, Exhibit 2 from            03:39:08

8   1:22 to 1:29.                                           03:39:11

9         THE WITNESS:  Starting video 2 at 1:22.           03:39:16

10             (Video 2 played.)                            03:39:18

11        MS. MEEK:  Just paused video 2 at 1:29.           03:39:25

12  BY MS. SPEARS:                                          03:39:31

13      Q    Do you hear in there someone say "he's        03:39:31

14  an unmovable object"?                                   03:39:33

15      A    No, I didn't.                                  03:39:35

16      Q    So we talked about you did hear someone       03:39:39

17  say, "You can't move him."  You might have heard        03:39:43

18  somebody say "He ain't moving."  My question is,        03:39:46

19  are statements in the moment, that's what the           03:39:48

20  students said, what they were perceiving was            03:39:51

21  happening at the time, based on outward behaviors;      03:39:54

22  is that fair to say?                                    03:39:58

23      A    I don't know.  I'm not joking.  I'm not        03:40:03

24  trying to evade your question.  That is to say, it      03:40:05

25  would reflect what they thought was important           03:40:07

| | | |
|---|---|---|
| 1 | there in the standoff, in the confrontation.  I | 03:40:09 |
| 2 | will say that. | 03:40:12 |
| 3 | Q    So it may be evidence of what they | 03:40:14 |
| 4 | thought was important, in terms of what they | 03:40:16 |
| 5 | were -- | 03:40:18 |
| 6 | A    The confrontation. | 03:40:20 |
| 7 | -- (overspeaking) -- | 03:40:20 |
| 8 | Q    Seeing in the moment -- | 03:40:20 |
| 9 | -- (overspeaking) -- | 03:40:21 |
| 10 | A    What was in issue.  What was in issue. | 03:40:21 |
| 11 | -- (overspeaking) -- | 03:40:23 |
| 12 | Q    You have to wait until I'm done with my | 03:40:25 |
| 13 | question. | 03:40:27 |
| 14 | A    All right. | 03:40:29 |
| 15 | Q    Sorry, just for the court reporter.  So | 03:40:29 |
| 16 | statements like those from students in the moment | 03:40:30 |
| 17 | may be evidence of what they were perceiving as | 03:40:33 |
| 18 | important to what was happening at the time? | 03:40:36 |
| 19 | A    Yes. | 03:40:38 |
| 20 | Q    And it -- it could be, you talk about | 03:40:39 |
| 21 | outward behaviors, it could be an indication of | 03:40:43 |
| 22 | what they believed the outward behaviors they were | 03:40:45 |
| 23 | seeing at the time were, right? | 03:40:48 |
| 24 | A    Yes.  I'm conceding in my report that | 03:40:50 |
| 25 | Nick Sandmann was one student that did not move. | 03:41:03 |

| | | |
|---|---|---|
| 1 | That's not an issue with me.  It is whether he | 03:41:06 |
| 2 | intentionally blocked Mr. Phillips' path or | 03:41:08 |
| 3 | refused to allow him to retreat and that's all I'm | 03:41:13 |
| 4 | talking about. | 03:41:16 |
| 5 | Q    Can you pull up Exhibit 17.  I'm sorry. | 03:41:19 |
| 6 | You're right, Exhibit 8, video 8. | 03:41:28 |
| 7 | Can you play it -- play it from 34 to | 03:42:08 |
| 8 | 37. | 03:42:11 |
| 9 | MS. MEEK:  Starting video 8, Exhibit 8 | 03:42:14 |
| 10 | at 34 seconds. | 03:42:16 |
| 11 | (Video 8 played.) | 03:42:17 |
| 12 | MS. MEEK:  Just paused video 8 at 37 | 03:42:22 |
| 13 | seconds. | 03:42:24 |
| 14 | BY MS. SPEARS: | 03:42:24 |
| 15 | Q    Do you hear a student say, "Surrounded | 03:42:24 |
| 16 | you" there? | 03:42:29 |
| 17 | A    No. | 03:42:30 |
| 18 | Q    I'll play it again. | 03:42:30 |
| 19 | MS. MEEK:  Restarting video 8 at 34 | 03:42:36 |
| 20 | seconds. | 03:42:38 |
| 21 | (Video 8 played.) | 03:42:38 |
| 22 | BY MS. SPEARS: | 03:42:42 |
| 23 | Q    Did you hear it that time? | 03:42:42 |
| 24 | A    No.  I'm serious.  I can't tell what | 03:42:44 |
| 25 | they're saying.  I hear people yelling.  I don't | 03:42:45 |

1    know -- and somebody says something started "su.."      03:42:48
2    but I don't know what else they said.                    03:42:54
3        Q    That's fine.  Let's go back to your            03:42:57
4    report here on page 14.  One second.                     03:42:59
5        A    I'd also like to make it evident that          03:43:16
6    in the video clip that you just pointed out to me,       03:43:17
7    the corridor that I'm interested in was already --       03:43:18
8    was available to Mr. Phillips at that point and it       03:43:20
9    went up considerably behind Mr. Sandmann.                03:43:23
10           So, as far as I could tell, there was           03:43:25
11   no inter -- there was no blockage of Mr. Phillips'       03:43:28
12   path at that point, and it was behind Sandmann so        03:43:34
13   Phillips could have seen that.                           03:43:39
14       Q    Again, that's your interpretation of           03:43:41
15   the video that we just watched?                          03:43:43
16       A    Of what Sandmann -- of what Phillips           03:43:46
17   could have seen if he was looking at Sandmann's          03:43:48
18   face at that time.  Okay.                                03:43:51
19       Q    Okay, let's go to page 14 of your              03:43:59
20   report.  Give me one second.  Page 14 of the            03:44:02
21   report you provide your analysis of the second          03:44:49
22   passage, correct?                                        03:44:55
23       A    Yes.                                            03:44:57
24       Q    And then you offered two paragraphs            03:44:58
25   analyzing passage 2, correct?                            03:45:00

1        A      Yes.                                      03:45:02

2        Q      Okay, and looking at those two           03:45:03

3  paragraphs, you did not analyze the dictionary         03:45:05

4  definitions of any of the words contained in           03:45:07

5  passage 2, right?                                      03:45:09

6        A      No, I did not feel that was necessary.   03:45:10

7        Q      Okay.  All right.  You simply reviewed   03:45:12

8  the videos to determine whether the passage was        03:45:15

9  true or not?                                           03:45:18

10       A      Given the truth conditions of the        03:45:19

11 passage and plain English, yes.                        03:45:21

12       Q      Okay, and you state that in --           03:45:24

13       A      I didn't think that any of the word      03:45:26

14 meanings would be at issue.  That's why I didn't       03:45:28

15 offer any definitions.                                 03:45:31

16       Q      So you just went on to the second        03:45:33

17 part of your --                                        03:45:36

18       A      Well, I analyzed this in terms of --     03:45:36

19 for example, we have an intransitive verb:  He         03:45:38

20 slided to the left.  He slided to the right.  I        03:45:41

21 slided to the left.  He slided to the left.            03:45:43

22 There's slide.  I know what that means.  You know      03:45:46

23 what that means.  I don't think I needed to give       03:45:47

24 you a dictionary definition.                           03:45:47

25       Q      All right.  So, you just didn't look up  03:45:51

| | | |
|---|---|---|
| 1 | any of the words that are in there in the | 03:45:52 |
| 2 | dictionary, as you had with the others? | 03:45:53 |
| 3 | A    Not necessary. | 03:45:56 |
| 4 | Q    And so let's discuss, just a few points | 03:45:57 |
| 5 | here in your review.  You state: "I saw no | 03:46:00 |
| 6 | evidence that Sandmann moved as Phillips passed by | 03:46:06 |
| 7 | and then turned back to approach him." | 03:46:08 |
| 8 | What do you mean by that first | 03:46:12 |
| 9 | sentence?  Is that just what we've talked about | 03:46:13 |
| 10 | before that -- | 03:46:17 |
| 11 | A    Yes, that Sandmann -- as Phillips | 03:46:18 |
| 12 | passed by and turned and then approached him, I | 03:46:20 |
| 13 | saw no evidence that Sandmann moved his feet | 03:46:22 |
| 14 | at all to -- in order to slide to the left or to | 03:46:24 |
| 15 | the right or go up or go down.  I saw no evidence | 03:46:27 |
| 16 | that he moved in that way. | 03:46:31 |
| 17 | Q    Okay, and that's based on your | 03:46:32 |
| 18 | review -- | 03:46:35 |
| 19 | A    Review of all the videos -- | 03:46:36 |
| 20 | Q    You've got to wait until I'm done with | 03:46:37 |
| 21 | the question. | 03:46:39 |
| 22 | A    Sorry. | 03:46:39 |
| 23 | Q    That's based on your review of the | 03:46:40 |
| 24 | videos 1 to 18? | 03:46:42 |
| 25 | A    Correct. | 03:46:44 |

| | | |
|---|---|---|
| 1 | Q    And you say in relation to that, "So | 03:46:44 |
| 2 | far as I could see, Sandmann stood in one place | 03:47:06 |
| 3 | throughout the incident." | 03:47:09 |
| 4 |         You used the phrase "So as far as I | 03:47:12 |
| 5 | could see."  Why do you use that phrase? | 03:47:14 |
| 6 | A    All the evidence that I saw, as | 03:47:19 |
| 7 | presented in all the videos, that's so as far as I | 03:47:20 |
| 8 | could see. | 03:47:22 |
| 9 | Q    Because it's based on your personal | 03:47:24 |
| 10 | view, as far as you could tell? | 03:47:26 |
| 11 | A    No, no, no, no.  I mean, I don't deny | 03:47:27 |
| 12 | that no one video had Nick Sandmann in the camera | 03:47:30 |
| 13 | 100 percent of the time throughout the entire | 03:47:35 |
| 14 | incident. | 03:47:37 |
| 15 |         Every single camera must have moved | 03:47:38 |
| 16 | somewhat to the left, somewhat to the right during | 03:47:40 |
| 17 | the incidents, except for the very short clips. | 03:47:44 |
| 18 |         However, the composite of them shows | 03:47:47 |
| 19 | him in one place throughout.  That's what I'm | 03:47:49 |
| 20 | saying. | 03:47:51 |
| 21 | Q    So, when you say so far as you could | 03:47:55 |
| 22 | see, it's based on your personal review of the | 03:47:56 |
| 23 | videos, what you saw in the videos? | 03:47:58 |
| 24 | A    My review of the videos.  What I saw. | 03:48:00 |
| 25 | Q    Okay, would your answer be the same | 03:48:02 |

| | | | |
|---|---|---|---|
| 1 | | with respect to your use of the phrase "It seems | 03:48:13 |
| 2 | | to have been..." where we say -- | 03:48:15 |
| 3 | A | Where is this, please? | 03:48:17 |
| 4 | Q | "It seems to have been." | 03:48:18 |
| 5 | A | Where? | 03:48:20 |
| 6 | Q | In the same paragraph. | 03:48:22 |
| 7 | | MR. McMURTRY:  How many lines down? | 03:48:24 |
| 8 | | THE WITNESS:  Well, there's -- it's | 03:48:25 |
| 9 | | a long paragraph, so I'm trying to get where | 03:48:26 |
| 10 | | you're looking at. | 03:48:27 |
| 11 | | BY MS. SPEARS:  Sure.  The last sentence, "It | 03:48:29 |
| 12 | | seems to have been..." You're saying "It seems..." | 03:48:31 |
| 13 | A | No, I don't see it.  Sorry.  Stop. | 03:48:34 |
| 14 | Q | Oh, I'm sorry.  The second to the last | 03:48:36 |
| 15 | | sentence. | 03:48:37 |
| 16 | A | Okay.  Thank you.  "While Sandmann | 03:48:39 |
| 17 | | stayed in one place, it seems to have been | 03:48:41 |
| 18 | | Phillips who aligned himself with Sandmann..." | 03:48:41 |
| 19 | Q | And why do you use the phrase "seems | 03:48:48 |
| 20 | | have been"?  Again, that's because it's based on | 03:48:50 |
| 21 | | your -- | 03:48:51 |
| 22 | | -- (overspeaking) -- | 03:48:51 |
| 23 | A | Well, no -- | 03:48:51 |
| 24 | Q | -- personal review? | 03:48:51 |
| 25 | A | -- when I say "...it seems to have been | 03:48:53 |

| | | |
|---|---|---|
| 1 | Phillips who aligned himself." Again, I can't read | 03:48:55 |
| 2 | Phillips' mind.  I don't know why he went the | 03:48:59 |
| 3 | direction he went from the point of view of his | 03:49:01 |
| 4 | intentions.  Aligned is agentive verb.  In fact, | 03:49:01 |
| 5 | his movement aligned its -- was in such a way as | 03:49:05 |
| 6 | to align itself, so as to walk straight up to | 03:49:08 |
| 7 | Sandmann, okay? | 03:49:11 |
| 8 |      Q    And -- | 03:49:14 |
| 9 |      A    He moved in such a way as to align | 03:49:19 |
| 10 | himself with Sandmann. | 03:49:21 |
| 11 |      Q    And again, that's based on your -- | 03:49:24 |
| 12 |      A    No, that's what I saw in the videos. | 03:49:26 |
| 13 |      Q    Wait.  You've got to wait until I'm | 03:49:27 |
| 14 | done my question.  That's based on your review of | 03:49:29 |
| 15 | the videos, correct? | 03:49:34 |
| 16 |      A    Based on what I saw in the videos. | 03:49:37 |
| 17 |      Q    All right.  Why don't we take a short | 03:49:44 |
| 18 | break.  Maybe like five, ten minutes and come | 03:49:47 |
| 19 | back? | 03:49:51 |
| 20 |      MR. McMURTRY:  Thank you. | 03:49:52 |
| 21 |      THE VIDEOGRAPHER:  Going off the | 03:49:53 |
| 22 | record, the time is 3:50 p.m. | 03:49:53 |
| 23 |      (Recess taken from 3:50 p.m. to 4:05 p.m.) | 03:49:56 |
| 24 |      THE VIDEOGRAPHER:  Going back on the | 04:05:51 |
| 25 | record, the time is 4:05 p.m. | 04:05:52 |

| | | |
|---|---|---|
| 1 | BY MS. SPEARS: | 04:05:55 |
| 2 | Q    All right.  Can you pull your report | 04:05:58 |
| 3 | out one last time, please, page 2 of the report | 04:06:08 |
| 4 | itself. | 04:06:16 |
| 5 | A    Yes. | 04:06:16 |
| 6 | Q    Where you indicate your compensation in | 04:06:18 |
| 7 | the case is $300 per hour -- | 04:06:19 |
| 8 | A    Yes. | 04:06:22 |
| 9 | Q    -- of work.  How many hours of work | 04:06:23 |
| 10 | have you completed? | 04:06:25 |
| 11 | A    Oh gosh, I don't know.  I think I | 04:06:28 |
| 12 | billed for 17 and I've worked for another six or | 04:06:31 |
| 13 | something.  I'm not sure.  That doesn't count | 04:06:36 |
| 14 | today. | 04:06:37 |
| 15 | Q    And we talked earlier about | 04:06:38 |
| 16 | Mr. McMurtry was the person who initially reached | 04:06:42 |
| 17 | out to you for this engagement, correct? | 04:06:45 |
| 18 | A    Yes. | 04:06:46 |
| 19 | Q    When did Mr. McMurtry first reach out | 04:06:48 |
| 20 | to you. | 04:06:50 |
| 21 | A    It was in September, this last year, | 04:06:51 |
| 22 | September '21.  I don't have the exact date here. | 04:06:53 |
| 23 | I can get it for you if you need to know. | 04:06:56 |
| 24 | Q    Was -- do you know if -- yeah, I'd like | 04:06:58 |
| 25 | to know the exact date. | 04:06:59 |

| | | |
|---|---|---|
| 1 | A Okay, well you keep asking. I'll | 04:07:01 |
| 2 | just -- | 04:07:02 |
| 3 | Q We'll just pause for a second. | 04:07:03 |
| 4 | A Well ... whatever. The 21st of | 04:07:12 |
| 5 | September. | 04:07:31 |
| 6 | Q The 21st? | 04:07:32 |
| 7 | A Mm-hmm. That day I worked about four | 04:07:33 |
| 8 | hours for them, just to do some very preliminary | 04:07:35 |
| 9 | review of those passages in the videos and I | 04:07:38 |
| 10 | worked for a total of four hours, and then I | 04:07:41 |
| 11 | started working again the 27th of October they | 04:07:44 |
| 12 | commissioned this report. | 04:07:47 |
| 13 | Q Do you have an engagement letter in the | 04:07:53 |
| 14 | matter? | 04:07:56 |
| 15 | A I believe I do. | 04:07:56 |
| 16 | Q You came in this morning with some | 04:07:59 |
| 17 | notes which you have dated December 7th, 2021. I | 04:08:01 |
| 18 | want to mark them for the record. | 04:08:07 |
| 19 | A Yes, of course. | 04:08:08 |
| 20 | Q So we're going to call this Exhibit B. | 04:08:09 |
| 21 | Her report was Exhibit A and this will | 04:08:21 |
| 22 | be Exhibit B, which I think is just easier to | 04:08:22 |
| 23 | distinguish, given the video exhibits. | 04:08:26 |
| 24 | (Exhibit B was marked for | |
| 25 | identification.) | |

| | | |
|---|---|---|
| 1 | BY MS. SPEARS: | 04:08:28 |
| 2 | Q    Just for the record, would you agree | 04:08:28 |
| 3 | with me this is a two pages -- | 04:08:29 |
| 4 | A    Yes, the first part is two pages. | 04:08:32 |
| 5 | Q    Yes, it's -- and it's titled at the top | 04:08:37 |
| 6 | "Craig Roberts, Sandmann deposition notes, | 04:08:39 |
| 7 | December 7, 2021," is that correct? | 04:08:46 |
| 8 | A    Correct. | 04:08:55 |
| 9 | Q    I do not have any further questions. | 04:08:56 |
| 10 | Does anyone else? | 04:08:59 |
| 11 | MR. McMURTRY:  Thank you.  Anybody | 04:09:00 |
| 12 | online? | 04:09:00 |
| 13 | MS. SPEARS:  Does anyone online have | 04:09:02 |
| 14 | any questions?  Okay, thank you for your time. | 04:09:04 |
| 15 | MR. McMURTRY:  Thank you. | 04:09:14 |
| 16 | THE VIDEOGRAPHER:  This marks the end | 04:09:15 |
| 17 | of Craig Roberts.  We are going off the record at | 04:09:16 |
| 18 | 4:09 p.m. | 04:09:19 |
| 19 | (Whereupon at 4:09 p.m. the deposition concluded.) | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC:

2              I, Lisa M. Barrett, the officer before

3    whom the foregoing deposition was taken, do hereby

4    certify that the foregoing transcript is a true

5    and correct record of the testimony given; that

6    said testimony was taken by me stenographically

7    and thereafter reduced to typewriting under my

8    direction; that reading and signing was not

9    requested; and that I am neither counsel for,

10   related to, nor employed by any of the parties to

11   this case and have no interest, financial or

12   otherwise, in its outcome.

13        IN WITNESS WHEREOF, I have hereunto

14    set my hand this 11th day of December, 2021

15

16   _____

17    Lisa M. Barrett, RPR, CRR, CRC, CSR

18    My commission expires:  06/23/2023

19

20

21

22

23

24

25

| A |
| --- |

**a) (2**
64:24
**a) 2**
46:10
**abate**
5:22, 5:24,
10:20, 10:21,
10:25
**abc**
2:10, 4:10,
4:11, 9:9,
10:19, 11:4
**abc's**
71:14
**able**
18:11, 49:20,
130:21, 144:21,
206:4
**above**
75:6, 121:6,
135:2, 151:5,
165:10, 165:14,
173:24, 182:11
**absent**
93:22
**absolutely**
152:11
**absorb**
110:21
**academia**
38:5
**accent**
30:24, 31:21,
33:3, 33:12,
33:18, 33:19,
33:25
**accents**
33:22
**accept**
140:9
**accepted**
35:13
**access**
34:9, 34:13,
34:14, 42:1,
67:9, 112:13

**accidental**
98:11, 98:12
**accidentally**
98:10
**accompanied**
71:3, 181:15,
182:8, 182:19
**accompanying**
181:21
**according**
127:3, 179:20
**accordingly**
150:12
**accurate**
103:10, 148:18
**accurately**
190:8
**accused**
50:1
**acquaint**
75:13, 78:14
**across**
52:9, 133:9,
157:9
**acted**
139:16
**acting**
139:5, 140:4,
140:14, 140:15
**action**
48:1, 107:2
**active**
42:4, 118:5,
118:15
**actively**
118:10, 177:8,
194:20
**actual**
23:16, 24:7,
33:25, 74:24,
76:2, 87:14,
99:17, 109:9,
137:18
**actually**
25:9, 28:20,
30:25, 39:19,
42:9, 47:3,
52:19, 63:1,

63:8, 64:23,
66:12, 78:17,
79:21, 80:4,
80:20, 81:24,
82:24, 83:1,
87:19, 87:25,
98:17, 102:1,
102:3, 106:21,
107:2, 109:2,
112:9, 130:2,
130:6, 136:9,
155:11, 167:8
**addition**
20:13, 92:9
**additional**
69:12, 70:3,
73:6, 105:22
**address**
13:5, 13:11
**adjudging**
187:20
**admissible**
59:15, 59:22
**admitted**
15:19
**adult**
111:6, 113:11
**advance**
8:18
**advanced**
38:12
**advent**
23:4, 23:20
**advertising**
60:12, 60:18,
60:24
**advisor**
17:12
**affect**
92:23
**affiliate**
42:13, 43:3,
43:10
**affiliated**
88:16
**affirmatively**
135:7
**affix"**
201:8

**affording**
201:25
**african**
124:1, 126:3,
135:24
**after**
16:13, 35:2,
35:12, 58:23,
72:17, 76:3,
120:4, 120:22,
146:14, 154:5,
155:21, 161:25,
163:19, 164:19,
166:17, 175:8,
179:11, 186:11
**again**
13:25, 23:8,
29:19, 33:10,
85:22, 88:17,
92:15, 93:25,
105:23, 107:3,
108:5, 119:17,
123:12, 123:25,
129:11, 131:18,
132:11, 133:2,
134:22, 135:20,
135:21, 138:20,
139:4, 139:22,
147:17, 148:16,
149:2, 157:5,
163:17, 163:18,
170:22, 182:4,
199:24, 210:22,
210:23, 210:24,
211:11, 211:23,
214:18, 215:14,
219:20, 220:1,
220:11, 222:11
**against**
193:21
**agency**
194:18
**agent**
118:22, 177:5
**agentive**
118:20, 118:21,
220:4
**agents**
200:14, 200:15,

202:24, 203:2

**aggression**
171:1

**ago**
55:3, 97:1,
114:19, 141:2,
178:14

**agree**
61:22, 86:4,
87:12, 92:25,
167:13, 173:15,
196:8, 207:16,
207:18, 207:22,
207:23, 223:2

**agreed**
61:21, 61:24,
62:2, 65:6,
184:12, 193:25,
209:7

**agrees**
197:3

**ahead**
10:7, 10:8,
85:6, 86:9,
94:6, 94:16,
141:22, 158:7,
170:4, 182:17,
205:5

**ahhh**
109:21

**aiming**
103:14, 107:7

**aims**
25:16

**ain't**
107:15, 211:13,
211:19, 212:4,
212:18

**air**
184:1, 184:25

**akin**
141:4

**al**
1:36, 2:10,
2:32, 9:1, 9:6,
9:9, 9:10, 9:13,
9:21

**albany**
6:6

**align**
220:6, 220:9

**aligned**
219:18, 220:1,
220:4, 220:5

**all**
13:2, 21:16,
25:6, 25:17,
30:4, 32:11,
38:18, 39:7,
43:5, 43:11,
43:21, 52:7,
54:4, 68:23,
69:16, 70:23,
71:12, 72:17,
79:13, 79:21,
80:18, 86:5,
87:23, 92:2,
93:5, 97:14,
97:18, 99:8,
100:12, 100:17,
101:17, 103:19,
105:14, 110:8,
110:11, 120:21,
122:15, 130:12,
131:2, 131:3,
131:9, 131:18,
132:5, 133:11,
159:23, 164:9,
169:13, 172:16,
174:14, 176:22,
178:25, 180:12,
181:2, 182:5,
183:2, 183:4,
183:7, 189:6,
196:11, 196:12,
197:1, 197:2,
197:7, 202:4,
204:11, 206:15,
206:17, 207:10,
213:14, 214:3,
216:7, 216:25,
217:14, 217:19,
218:6, 218:7,
220:17, 221:2

**alligator**
20:19

**allow**
117:17, 118:12,

190:19, 190:22,
191:3, 191:10,
192:21, 194:16,
194:17, 194:18,
198:11, 198:15,
214:3

**alluding**
97:10

**almost**
56:6, 110:1

**along**
127:15, 146:13,
146:25, 152:6,
154:24, 155:10,
156:21, 157:11,
157:22, 157:23,
158:4, 158:5,
166:12, 167:23,
169:1, 189:6,
189:15

**already**
101:8, 104:14,
121:16, 132:5,
149:16, 156:1,
179:20, 215:7

**also**
6:18, 10:16,
11:3, 12:23,
16:1, 20:3,
26:6, 28:9,
29:11, 34:2,
36:24, 42:13,
55:25, 72:13,
83:4, 83:9,
86:14, 92:25,
98:24, 107:22,
116:8, 117:6,
118:21, 119:20,
123:10, 126:7,
154:23, 178:12,
186:13, 196:3,
196:25, 199:25,
204:21, 215:5

**alternative**
53:22

**alternatives**
31:1

**although**
79:2, 173:24

**always**
16:24, 49:23,
53:25, 54:5,
60:25, 61:8,
80:22

**ambiguous**
117:18, 117:19

**american**
71:24, 74:5,
74:6, 84:16,
84:20, 85:2,
85:20, 98:19,
98:22, 98:24,
122:17, 124:1,
124:25, 129:16,
130:7, 143:21,
144:13, 161:17,
180:14, 180:25,
186:14, 195:17,
195:25, 201:14

**americans**
88:3, 99:4,
123:19, 125:2,
126:3, 126:8,
132:25, 133:10,
135:24, 145:16

**americas**
10:2

**amherst**
15:9, 15:20,
17:5, 17:8,
39:20

**among**
31:16, 69:15,
115:10, 180:8,
186:13

**amsterdam**
36:6

**analogy**
137:15

**analyses**
38:1, 38:2

**analysis**
19:17, 27:11,
37:10, 45:23,
46:1, 48:5,
61:21, 90:19,
101:24, 102:7,

121:17, 121:19,
189:17, 198:17,
199:2, 199:8,
215:21
**analyze**
47:25, 153:15,
216:3
**analyzed**
189:18, 216:18
**analyzing**
64:3, 134:14,
193:1, 215:25
**angle**
134:9, 160:17
**angles**
148:20
**another**
8:6, 15:7,
15:10, 51:9,
51:17, 81:9,
86:15, 92:13,
101:16, 104:20,
118:5, 118:25,
143:1, 146:24,
162:17, 164:15,
167:9, 170:10,
173:17, 179:14,
221:12
**answer**
18:4, 31:11,
31:14, 75:5,
82:9, 83:3,
96:13, 138:13,
189:23, 189:25,
194:13, 202:17,
218:25
**answered**
105:25
**answering**
91:9, 101:5
**answers**
31:22, 43:23,
75:7, 153:20
**anthropology**
37:3
**anticipate**
8:4
**any**
8:8, 8:18,

12:16, 39:23,
40:6, 42:7,
43:4, 43:18,
45:8, 45:22,
45:25, 47:22,
48:4, 48:18,
52:14, 57:12,
59:23, 62:25,
63:18, 64:16,
67:18, 69:11,
71:2, 74:9,
76:17, 83:5,
83:10, 83:11,
83:14, 90:18,
92:3, 94:8,
95:3, 98:3,
103:16, 105:18,
105:22, 109:1,
114:25, 116:20,
118:3, 122:12,
123:17, 134:16,
136:3, 136:12,
136:22, 139:9,
141:9, 144:19,
154:2, 158:12,
169:12, 169:15,
176:23, 183:8,
188:7, 188:23,
193:14, 195:20,
196:11, 205:15,
207:8, 207:13,
208:24, 216:4,
216:13, 216:15,
217:1, 223:9,
223:14, 224:10
**anybody**
80:6, 81:12,
110:16, 112:18,
191:24, 196:19,
197:8, 199:16,
223:11
**anymore**
43:10
**anyone**
65:20, 66:15,
67:19, 82:4,
95:10, 112:6,
113:4, 136:5,

136:18, 199:8,
199:19, 223:10,
223:13
**anything**
25:4, 26:14,
27:4, 40:15,
43:16, 53:2,
73:3, 80:6,
88:9, 96:24,
136:6, 136:18,
143:12, 151:18,
177:3, 189:15,
191:23
**anyway**
80:5, 117:20
**anywhere**
204:5
**apart**
95:9
**apartment**
13:7
**apologize**
8:17
**apparel**
179:13, 180:9
**apparent**
88:22, 89:13,
123:11, 124:19,
124:22
**appear**
137:15
**appeared**
129:20
**appears**
63:11, 89:14
**appendix**
46:25, 47:3,
68:3, 195:18,
200:4, 201:13
**apple**
24:12
**apply**
195:6
**appreciate**
112:21, 143:6
**approach**
48:5, 101:5,
204:2, 217:7

**approached**
38:25, 93:3,
93:18, 131:10,
148:2, 154:12,
156:4, 217:12
**appropriate**
31:11, 31:22,
101:20, 143:9
**approved**
181:9
**approximation**
172:13, 173:1,
173:6
**area**
17:10, 39:23,
40:6, 123:1,
134:11, 154:3
**areas**
51:23
**argue**
179:14, 182:12
**arguing**
52:8, 181:3
**argument**
185:9, 192:12
**arguments**
146:17
**arises**
87:24
**arms**
184:25, 186:11
**around**
92:22, 110:7,
110:12, 110:21,
122:2, 123:3,
130:25, 150:14,
154:9, 155:18,
168:2, 169:3,
169:19, 188:10
**art**
116:17
**arthur**
16:4
**article**
45:13, 49:5,
49:6, 71:9,
71:14, 71:16,
71:23, 72:1,

72:12, 72:14,
73:3, 73:8,
127:11, 127:14
**articles**
49:7, 70:8,
70:21, 70:24,
71:4, 71:5,
72:6, 72:16,
72:20, 72:22,
73:1, 73:7,
73:13, 88:14,
88:18, 127:4,
127:8, 128:10,
128:11
**artificial**
50:7
**arts**
16:16
**aside**
93:7, 105:4,
173:23, 175:9,
209:8
**asked**
57:11, 66:9,
66:16, 72:21,
78:6, 82:9,
83:3, 99:22,
100:20, 105:21,
121:21, 162:19,
162:25, 210:25
**asking**
50:2, 86:18,
86:22, 151:7,
204:25, 222:1
**aspect**
53:22
**aspects**
29:1, 77:25,
176:14
**assassination**
54:10, 54:20
**assertion**
132:17
**assess**
34:1, 198:8,
199:17
**assessing**
38:21, 39:1,

91:25
**assessment**
67:12, 188:17
**assigned**
199:21
**assistant**
16:3, 49:3
**associate**
180:23
**associated**
73:6
**assume**
12:19, 48:13,
138:23, 157:10,
190:7, 193:18
**assumed**
125:1, 143:25,
147:4, 148:20,
154:3, 163:12
**assuming**
98:20, 151:20,
163:14
**assumption**
124:11, 124:16,
147:10, 147:20,
181:13, 181:17,
181:18, 182:14
**assumptions**
147:6, 147:18,
182:25
**atlanta**
161:13
**atmosphere**
92:20, 96:25,
97:24, 99:11
**attached**
65:14
**attempts**
21:22
**attend**
15:4
**attending**
8:3, 55:14
**attention**
77:16, 88:24,
145:23, 148:2,
148:6, 152:23,
153:4, 155:18

**attested**
115:14
**attire**
97:15
**attorney**
59:6, 61:19,
61:24, 188:6
**attorneys**
38:24, 57:4
**attribute**
95:9, 118:13,
139:21
**attributed**
90:14, 115:14
**attributes**
105:1, 170:5,
194:18
**attributing**
118:3, 141:8
**attribution**
119:1
**attributions**
89:25
**audible**
136:12, 136:22
**audience**
118:9
**audio**
13:16
**av**
6:19
**available**
34:10, 112:15,
113:2, 215:8
**avenue**
10:2
**average**
32:13, 110:18,
113:11
**avid**
44:5, 44:22
**aware**
8:7, 121:4,
121:8, 122:21,
124:6, 130:1,
130:6, 130:18
**away**
8:9, 93:17,

154:13, 174:7,
191:20, 191:24,
192:13, 192:23,
204:15
**axis**
157:13

## B

**back**
8:8, 17:15,
27:9, 34:23,
47:4, 47:17,
52:23, 64:22,
64:23, 67:14,
68:6, 73:4,
74:19, 74:22,
74:23, 76:6,
99:1, 99:16,
108:18, 120:16,
120:21, 123:6,
126:10, 132:14,
136:6, 136:13,
152:12, 152:14,
153:25, 157:19,
159:13, 159:16,
163:17, 165:21,
167:1, 168:23,
169:3, 170:17,
170:18, 170:25,
171:3, 171:5,
178:8, 180:2,
180:21, 181:25,
191:24, 198:13,
203:23, 215:3,
217:7, 220:19,
220:24
**background**
13:12, 44:16,
87:22, 88:9,
98:21, 104:11,
124:21
**backgrounds**
123:11, 124:20,
124:22
**bad**
61:13, 99:3,
112:2
**badge**
56:6

**banging**
185:12
**bank**
60:22, 60:23,
60:24, 61:8,
61:24
**bantered**
188:10
**banyamyan**
135:1, 159:5
**barbara**
17:12
**barnard**
42:11
**barrett**
1:42, 3:23,
11:12, 224:2,
224:17
**base**
68:18, 70:14,
72:18, 79:11,
175:15, 181:18,
190:23, 208:20
**baseball**
161:13
**based**
30:25, 82:3,
82:4, 83:20,
83:25, 87:9,
120:6, 123:12,
124:16, 124:18,
125:19, 128:14,
134:20, 137:24,
138:3, 138:5,
138:21, 144:5,
147:6, 147:17,
168:14, 172:25,
175:17, 181:13,
181:19, 182:25,
188:17, 207:7,
208:24, 212:21,
217:17, 217:23,
218:9, 218:22,
219:20, 220:11,
220:14, 220:16
**bases**
68:15, 147:12,
194:23

**basic**
38:18, 43:15
**basically**
43:14
**basing**
75:7
**basis**
79:6, 79:7,
80:2, 101:23,
139:8, 153:24,
200:21
**bear**
18:12, 26:24,
29:11, 34:19,
38:20, 54:3,
55:18, 56:12,
90:19, 95:4,
122:3, 126:13,
153:22, 189:11,
197:19
**bearing**
31:20, 38:2,
79:24, 85:16,
85:23, 86:20,
87:7, 87:25,
91:7, 91:20
**bears**
50:20, 82:22,
94:21, 204:17,
204:24
**beating**
96:7, 145:22,
148:5
**beautiful**
44:7
**because**
13:20, 23:20,
30:4, 36:24,
37:2, 37:13,
42:21, 44:13,
48:23, 50:22,
51:16, 53:25,
54:1, 54:20,
59:7, 59:11,
59:20, 59:21,
75:3, 81:13,
91:8, 94:4,
96:8, 97:17,

100:20, 102:3,
103:18, 109:13,
110:6, 112:13,
114:4, 124:23,
126:13, 130:16,
131:19, 131:20,
133:4, 134:8,
135:8, 139:7,
145:7, 148:10,
159:7, 163:10,
165:6, 172:14,
173:16, 174:11,
180:24, 182:15,
191:18, 191:21,
194:19, 196:15,
197:21, 197:25,
204:17, 218:9,
219:20
**been**
11:15, 12:5,
16:12, 16:24,
20:18, 23:2,
23:5, 24:7,
41:17, 50:1,
53:9, 56:17,
57:8, 57:11,
58:10, 58:14,
58:20, 68:17,
70:3, 70:12,
74:11, 75:5,
88:6, 88:13,
100:12, 105:21,
106:5, 110:2,
123:2, 124:10,
125:1, 125:15,
128:9, 130:18,
132:2, 132:6,
137:18, 140:19,
143:20, 152:5,
154:9, 154:25,
165:20, 165:22,
182:2, 204:1,
204:25, 208:8,
208:9, 208:11,
208:12, 208:17,
219:2, 219:4,
219:12, 219:17,
219:20, 219:25

**before**
3:22, 8:17,
12:5, 36:1,
50:2, 56:15,
56:21, 57:9,
57:13, 65:13,
67:25, 79:10,
86:2, 86:7,
88:4, 111:11,
124:1, 162:10,
164:18, 166:1,
174:8, 178:14,
209:8, 210:10,
210:25, 217:10,
224:2
**beg**
126:4, 128:25
**began**
146:15, 155:16
**begin**
66:18
**beginning**
64:21, 64:22,
99:17, 100:6,
100:24, 117:4,
126:11, 149:17,
150:13, 150:16,
156:17, 156:20,
157:1, 158:19,
158:21, 159:14,
159:17, 170:14,
173:10, 173:11
**begins**
8:20
**behalf**
4:3, 4:10,
4:18, 5:1, 5:10,
5:20, 6:1, 6:9,
10:23
**behave**
122:18, 144:9
**behaved**
137:20
**behavior**
84:2, 97:16,
107:2, 141:4,
141:12, 143:8,
143:24, 143:25,

146:15, 147:13,
147:21, 153:14,
180:18, 209:2
**behaviors**
212:21, 213:21,
213:22
**behest**
135:11
**behind**
145:24, 158:1,
170:17, 170:18,
170:25, 171:2,
172:2, 179:6,
182:15, 183:5,
198:13, 215:9,
215:12
**being**
16:20, 51:6,
99:6, 99:7,
114:15, 116:19,
124:3, 125:9,
172:23, 176:16,
177:10, 185:10,
194:8, 206:9,
207:5
**believe**
56:22, 65:16,
67:16, 88:12,
88:17, 100:17,
128:8, 128:15,
133:6, 134:18,
134:25, 135:11,
135:25, 138:16,
139:21, 148:10,
149:24, 153:19,
154:10, 156:10,
161:16, 176:9,
178:19, 188:10,
196:6, 210:2,
222:15
**believed**
135:5, 185:10,
213:22
**bell**
59:14
**below**
75:8
**benzinger**
59:2, 62:13

**besides**
26:15, 29:13
**best**
8:6, 54:1,
84:13, 102:6,
132:9
**better**
13:17, 13:23,
52:13, 58:18,
193:5
**between**
18:9, 25:14,
31:15, 41:18,
48:14, 50:23,
66:7, 76:1,
81:11, 99:3,
108:19, 121:25,
123:4, 124:4,
124:9, 126:14,
139:13, 142:21,
144:22, 148:4,
152:22, 155:4,
158:2, 165:2,
171:20, 172:4,
173:3, 175:19,
182:6, 189:10
**beyond**
33:5, 197:6
**bhi**
152:17
**bibliographies**
119:17
**bibliography**
53:7
**big**
134:6
**bigger**
112:11, 134:7
**bill**
29:16, 29:18,
29:20, 29:21,
29:24, 29:25,
30:1, 30:3,
30:4, 30:6,
30:24, 31:6,
31:10, 31:13,
31:14, 32:7,
33:12, 33:18,

71:15
**billed**
221:12
**bingham**
4:22
**bird**
5:24, 10:21
**birds**
122:4
**birth**
110:6
**bit**
12:8, 17:15,
50:10, 90:25,
120:12, 156:12,
197:16, 203:22
**black**
77:13, 122:22,
123:14, 123:22,
124:3, 124:5,
125:6, 125:19,
125:22, 126:16,
129:13, 130:22,
133:7, 133:9,
134:23, 135:10,
136:6, 136:13,
136:18, 136:23,
139:14, 139:17,
140:18, 141:16,
141:20, 142:16,
147:1, 148:4,
152:17, 152:22,
153:4, 157:20,
182:7, 193:7
**blah**
190:7
**blinking**
96:8
**block**
84:4, 84:8,
89:22, 90:15,
113:20, 115:17,
118:5, 118:6,
118:15, 118:20,
118:22, 118:24,
119:2, 193:2,
193:10, 194:20,
194:21, 194:25,

195:10, 195:14,
195:15, 196:4,
196:9, 197:4
**blockage**
215:11
**blocked**
114:7, 117:17,
117:18, 117:24,
118:1, 118:10,
158:12, 190:18,
190:21, 192:20,
194:15, 204:19,
214:2
**blocking**
118:18, 166:24,
176:12, 176:16,
177:5, 177:7,
177:9, 177:20
**blue**
174:5
**bob**
73:19
**body**
92:6, 92:11
**boiling**
32:25
**book**
39:13, 112:14
**books**
25:12, 39:12,
48:9
**border**
14:8
**bore**
88:2, 113:19
**born**
13:13, 13:25,
88:15, 109:25,
110:2, 110:21
**both**
24:8, 31:20,
33:17, 40:12,
40:13, 126:25,
136:10
**bottom**
54:25, 56:23,
70:14, 117:15,
119:5

box
125:13
boy
122:16, 123:8,
137:17, 164:16,
175:11, 175:21,
179:14
boy's
139:13, 175:20
boys
93:15, 93:21,
99:1, 126:6,
127:18, 128:3,
129:21, 131:15,
131:25, 132:5,
132:8, 133:22,
137:7, 137:8,
137:10, 137:19,
139:5, 139:19,
141:3, 141:12,
141:16, 145:16,
146:18, 146:19,
148:4, 152:16,
152:22, 152:23,
154:18, 154:20,
155:11, 155:16,
156:21, 158:4,
158:7, 158:8,
158:10, 160:14,
160:19, 160:21,
166:5, 166:12,
166:21, 167:24,
172:5, 173:3,
173:22, 174:4,
174:5, 174:23,
176:4, 176:7,
179:5, 180:7,
180:21, 181:3,
181:22, 182:8,
182:10, 182:13,
192:14, 192:24,
205:8
braids
180:13
brain
111:20
break
12:16, 74:13,

120:10, 120:12,
120:22, 175:22,
178:2, 178:15,
192:25, 220:18
brief
47:5, 47:13,
58:7
briefly
53:11, 121:14
bring
18:11, 38:20,
95:3
bringing
90:18, 197:19
brings
36:20
broad
5:16
broadcast
72:1
broadcasts
71:3
broadly
40:7
broke
76:3
brooklyn
39:16, 39:17
brought
34:19, 127:20,
152:3, 154:7
brown
5:15, 10:15,
10:17, 174:6
buddies
164:10
bullet
125:5, 127:2
bunch
56:16
buses
132:4
bystander
122:16
bystanders
83:12, 122:12,
122:14, 122:20

**C**

c-r-a
11:21

c-r-a-i-g-e
11:22
call
22:2, 33:20,
50:21, 51:5,
95:19, 107:23,
129:24, 133:5,
147:24, 148:23,
151:14, 183:5,
222:20
called
38:6, 39:13,
54:19, 126:3,
126:5, 130:2,
130:7, 152:3,
162:25
calling
185:2
calls
54:16, 67:19,
67:23
came
16:13, 67:14,
99:25, 146:13,
148:5, 152:20,
154:23, 222:16
camera
147:3, 151:15,
151:19, 163:5,
171:25, 218:12,
218:15
cameraman
134:24, 135:6,
146:8, 147:1,
148:22, 148:23,
148:25, 150:22,
151:14, 152:2,
157:16, 162:6,
162:20, 163:1
cameraman's
158:6
cameras
152:8
can't
39:16, 60:22,
61:1, 78:1,
100:8, 122:15,
123:5, 127:12,

129:15, 130:9,
134:4, 136:25,
139:21, 160:18,
172:3, 172:9,
193:13, 210:21,
211:8, 212:3,
212:4, 212:17,
214:24, 220:1
cannot
129:22, 133:25,
166:15, 170:6,
203:17
cap
162:14, 163:4,
171:23, 174:5,
174:12
capable
113:12
capacity
86:22
caplan
52:8, 54:14
caption
2:1, 9:19,
64:24
capture
37:6, 115:11
captured
106:4, 106:24,
130:17
capturing
37:8
car
197:13, 197:15
card
113:9
careful
27:20, 101:9,
190:24
carefully
135:23, 151:9
carissimo
71:25
case
1:10, 1:20,
1:33, 2:7, 2:17,
2:29, 9:2, 9:3,
9:4, 9:6, 9:10,

9:13, 9:21,
18:11, 21:6,
23:15, 38:23,
46:16, 56:15,
56:21, 56:23,
56:25, 57:1,
58:14, 58:20,
59:1, 59:2,
59:17, 59:18,
60:14, 60:16,
62:19, 62:21,
64:6, 64:13,
65:8, 66:2,
82:10, 83:4,
86:14, 86:23,
91:21, 92:15,
94:25, 95:19,
97:23, 100:19,
105:15, 109:10,
113:5, 115:6,
118:18, 118:23,
131:20, 137:4,
143:7, 149:6,
150:11, 188:8,
191:13, 200:17,
221:7, 224:11
**case's**
59:16
**cases**
39:2, 40:8,
40:18, 46:18,
52:12, 56:16,
56:24, 57:25,
58:5, 59:23,
62:25, 63:10,
64:5, 64:19,
75:7, 107:16,
148:17
**category**
70:21, 111:8
**catholic**
83:11, 99:1,
127:19, 128:4
**cats**
116:3
**caught**
155:17
**cbs**
1:36, 4:18,

4:19, 5:1, 5:2,
9:6, 11:10,
71:22
**cbs's**
72:12
**celebratory**
185:1, 186:12
**center**
6:14, 35:5,
36:19, 43:1
**centuries**
23:3, 37:1
**century**
25:10, 52:24
**ceremonial**
143:24, 144:4,
145:21, 146:23
**certain**
19:19, 23:25,
30:16, 33:4,
41:13, 53:16,
56:3, 81:21,
107:16, 110:17,
113:15, 132:3,
164:8, 176:1
**certainly**
25:11, 62:1
**certificate**
224:1
**certify**
224:4
**challenging**
109:3, 112:23
**chamber**
6:14
**changed**
18:9, 51:15
**changes**
51:2, 51:6
**chant**
143:17, 143:22,
143:25, 144:23,
145:1, 145:21
**chanted**
129:6, 181:22
**chanting**
129:10, 129:18,
143:14, 144:11,

144:16, 148:6,
156:22, 171:23,
182:4, 182:5
**chants**
143:22
**chaperones**
83:11
**character**
54:10, 54:17,
54:20, 54:21,
101:22, 126:9
**characterization**
116:16, 116:23,
164:11
**characterize**
53:15, 67:4,
78:1, 108:10,
108:11, 141:13,
170:2
**characterizing**
191:1
**characters**
77:11
**check**
113:9
**cheer**
137:9, 137:18,
137:19, 137:20
**cheering**
137:11
**chicago**
5:7, 14:10
**child**
110:16, 110:18,
111:5
**children**
109:23, 109:25,
110:2, 110:21
**choices**
98:4
**chop**
161:7, 161:10,
161:19
**chose**
197:4
**chris**
71:14
**church**
170:24

**circle**
129:7, 129:17,
129:19, 129:24,
129:25, 130:19,
131:5, 131:10,
133:5, 133:13
**circulating**
125:17
**circumstance**
94:9, 97:5,
117:22, 142:24
**circumstances**
34:1, 87:14,
102:9, 106:4,
106:23, 122:2,
144:4
**cite**
112:3, 149:7,
149:8, 149:11,
149:13, 171:6,
176:10
**cited**
127:4, 128:11,
149:24, 178:12
**city**
13:4, 13:10
**civil**
40:11
**claim**
84:4
**claiming**
131:9, 156:24,
183:3
**claims**
192:8
**clarification**
13:24
**clarify**
57:20, 58:16,
58:17, 69:18
**clarity**
54:7
**clasped**
170:18
**class**
38:6, 40:5,
40:16, 41:14,
107:19

| | | | |
|---|---|---|---|
| **classical** | **cognition** | 180:24 | **compiling** |
| 21:10 | 36:22, 42:19 | **comments** | 116:10 |
| **classwork** | **cognitive** | 142:20 | **complete** |
| 15:18 | 35:8, 36:19, | **commercial** | 15:21, 58:3, |
| **clause** | 42:16, 42:17, | 64:9, 64:10 | 70:23 |
| 190:7 | 42:25 | **commission** | **completed** |
| **clear** | **colleague** | 224:18 | 221:10 |
| 97:22, 98:13, | 11:9 | **commissioned** | **completely** |
| 106:1, 118:19, | **collect** | 222:12 | 88:22, 89:13, |
| 128:24, 132:24, | 21:16 | **committees** | 197:17, 207:16 |
| 146:4, 158:14, | **collecting** | 41:25, 43:12 | **complex** |
| 192:19, 195:1 | 21:12, 116:11 | **common** | 18:24, 20:12, |
| **clearest** | **collections** | 38:4, 52:21, | 23:6, 26:12, |
| 195:23 | 21:19 | 109:13, 111:13, | 32:1, 32:3, |
| **clearly** | **collector** | 112:21, 180:13 | 51:3, 51:19, |
| 146:16, 154:6, | 16:17 | **common-sense** | 51:20, 197:19 |
| 175:7, 181:2 | **college** | 111:15, 111:16 | **complicated** |
| **clenched** | 16:13, 39:17, | **commonly** | 17:25, 208:13 |
| 141:18 | 42:11 | 23:22 | **compose** |
| **clicked** | **collegiate** | **community** | 20:12, 26:11 |
| 73:9, 73:12 | 74:4 | 42:5, 43:7, | **composed** |
| **climb** | **columbus** | 115:18 | 27:7 |
| 154:5 | 5:17 | **companion** | **composite** |
| **climbed** | **come** | 179:23, 180:1, | 218:18 |
| 154:2, 154:11 | 26:20, 26:24, | 180:10, 182:15, | **computational** |
| **climbs** | 55:18, 56:12, | 182:18 | 37:11 |
| 154:8 | 60:23, 96:21, | **companions** | **computer** |
| **clip** | 127:5, 146:23, | 164:3, 164:14, | 8:10, 25:24, |
| 68:4, 68:6, | 151:12, 157:25, | 164:15, 179:13, | 37:1, 39:6, |
| 72:9, 73:9, | 158:2, 172:12, | 183:19 | 42:23, 50:9, |
| 215:6 | 179:5, 182:1, | **company** | 108:13, 108:14, |
| **clips** | 191:17, 191:18, | 1:23, 4:12, | 108:15 |
| 218:17 | 192:3, 197:25, | 6:10, 9:20, | **computers** |
| **close** | 220:18 | 10:10, 11:1, | 25:23 |
| 13:20, 95:19, | **comes** | 21:9 | **concede** |
| 96:6, 96:18, | 29:11, 44:4, | **comparable** | 150:7 |
| 96:21, 125:24, | 54:3, 87:18, | 195:16, 195:25 | **conceding** |
| 154:18 | 168:24, 169:3, | **compare** | 213:24 |
| **closely** | 192:20, 194:5 | 131:5 | **concentrates** |
| 117:20 | **comfortable** | **compensation** | 187:11 |
| **closer** | 96:17 | 221:6 | **concentrating** |
| 179:5 | **coming** | **competence** | 189:8 |
| **clot** | 152:21, 157:22 | 111:1, 111:21 | **concerned** |
| 148:19 | **command** | **competent** | 190:11 |
| **co-counsel** | 106:15, 109:16 | 115:13, 199:16 | **conclude** |
| 10:21, 10:25 | **commencing** | **competition** | 83:25, 119:6, |
| **cogni-science** | 8:1 | 37:2 | 123:16 |
| 36:20 | **comment** | **compile** | **concluded** |
| | 121:21, 166:15, | 25:13 | 201:1, 223:19 |

concluding
186:8
conclusion
88:19, 204:10
conclusions
189:7
conclusive
186:10
condition
55:19, 197:11
conditional
101:22, 197:24,
198:4
conditionally
56:8, 62:5
conditions
33:21, 61:18,
77:23, 78:10,
94:24, 107:6,
107:23, 107:25,
108:3, 108:4,
108:6, 108:21,
108:22, 108:23,
109:1, 117:10,
119:7, 188:18,
188:21, 189:3,
190:1, 190:5,
198:2, 199:15,
199:17, 216:10
conduct
141:3
conducted
2:36, 3:2,
121:16
confidence
66:17
confront
84:3
confrontation
76:2, 77:18,
95:13, 95:16,
95:17, 95:20,
95:21, 98:7,
98:11, 120:1,
146:15, 179:12,
184:7, 213:1,
213:6
confused
31:8, 31:24

congratulating
184:19, 184:20,
185:5
conjecture
84:5, 84:8,
84:12
conjoined
118:25
conjunct
118:11, 118:15
connect
8:15
connecting
8:16
connection
57:12, 68:24,
70:25, 73:22
connotation
95:23
connotations
56:9, 109:5
conscious
95:6
consequence
37:22
conservative
172:23
consider
18:16, 64:16,
81:11, 84:15,
161:18, 187:22
considerably
215:9
consideration
31:2, 34:17,
38:3, 101:9,
190:24, 193:17
considered
68:16, 117:6,
119:24, 187:19,
193:22
considering
24:25, 94:2
consistent
84:2, 199:5
consists
21:11
constantly
44:5, 44:18

constitute
194:8, 208:14
constituted
99:7
construable
87:14
construal
80:9, 80:14,
81:1, 81:10,
87:20, 87:21,
114:12
construal's
81:3
construction
117:25, 172:19
construe
87:17
construed
82:5
consult
74:9, 119:22,
120:10
consulted
73:25, 74:6,
111:22, 113:1,
119:20, 200:1,
200:2, 200:23
contact
65:21
contacted
65:14, 65:18
contain
58:3
contained
216:4
contend
136:11
contending
136:21
content
44:6, 145:22,
198:4
contention
136:15, 165:25
contentious
39:2, 113:20,
114:2
context
20:21, 21:24,

26:16, 26:22,
27:8, 28:15,
28:17, 28:18,
28:21, 28:23,
29:1, 29:7,
29:11, 29:17,
30:8, 30:14,
33:1, 33:20,
34:2, 34:12,
34:18, 41:16,
41:19, 50:15,
50:17, 50:19,
50:20, 50:21,
50:22, 50:24,
51:2, 51:5,
51:11, 51:14,
51:15, 51:19,
97:18, 104:6,
109:8, 115:23,
118:7, 119:16,
133:14, 197:1
context-sensitive
26:25, 27:1,
29:10, 41:14
contextual
20:13, 31:5,
31:19, 51:21
continue
62:12, 117:2
continued
2:1, 4:27,
5:28, 165:11
continues
68:20
continuing
13:22, 67:25,
119:23, 133:18,
137:5, 165:3,
165:17, 165:18,
179:8
contract
63:16, 63:17,
64:11, 64:14
contracts
63:12, 64:9
contraposition
50:7
contributing
99:11

controversial
53:1, 53:3,
53:4, 161:13,
161:15
convention
115:9
conversation
66:1
conversations
8:12, 101:11
convey
17:24, 18:2,
19:20, 91:1,
91:3, 91:13,
91:14, 91:17,
91:23, 92:5
conveyed
17:3
copy
46:4, 46:10,
51:8
corporation
5:11
correctly
114:9
correlated
75:21
correlation
31:15
correspond
80:10, 150:10
correspondence
62:19
corridor
171:10, 171:20,
173:16, 174:2,
175:3, 177:18,
177:22, 178:16,
178:19, 209:25,
215:7
couched
107:10
could
17:3, 28:18,
28:22, 29:16,
33:15, 33:16,
33:25, 39:1,
49:13, 49:23,

51:4, 51:7,
53:16, 58:17,
76:8, 80:24,
105:4, 119:15,
119:17, 130:14,
132:19, 141:15,
142:23, 143:6,
147:8, 152:19,
154:11, 161:19,
163:16, 167:3,
173:2, 174:8,
174:15, 175:13,
175:25, 181:25,
187:15, 190:6,
191:15, 191:16,
191:18, 192:4,
193:13, 195:5,
195:8, 196:11,
196:20, 199:19,
200:17, 204:21,
205:6, 205:10,
206:8, 206:10,
206:13, 207:3,
207:4, 207:20,
208:10, 208:17,
210:6, 211:19,
213:20, 213:21,
215:10, 215:13,
215:17, 218:2,
218:5, 218:8,
218:10, 218:21
couldn't
125:18, 145:4,
154:1, 163:10,
186:4, 191:20,
191:23, 192:6,
195:2, 209:14
counsel
10:4, 113:5,
224:9
count
57:23, 130:13,
131:19, 132:10,
132:18, 148:16,
148:17, 221:13
country
181:4
couple
54:9, 76:24,

129:14, 130:24,
146:9, 159:22,
179:11
course
21:16, 28:24,
36:24, 38:11,
38:13, 38:15,
38:16, 38:17,
39:4, 39:9,
41:9, 41:11,
51:2, 51:22,
52:5, 52:17,
53:24, 63:24,
76:23, 84:24,
92:19, 92:24,
116:7, 121:24,
138:14, 149:22,
153:18, 172:3,
181:10, 222:19
courses
35:20, 35:23,
43:11
coursework
16:1
court
1:1, 11:11,
11:14, 12:12,
13:16, 13:23,
13:24, 14:2,
58:21, 60:6,
83:19, 112:23,
138:15, 138:18,
178:24, 213:15
courtroom
57:17
covington
1:3, 83:10,
99:1, 122:16,
123:8, 123:18,
126:6, 127:19,
128:4, 129:21,
131:6, 131:15,
137:6, 146:19,
158:7, 164:16,
180:7, 181:22,
182:7, 182:10,
182:13
crackers
126:6

craig
7:12, 11:24,
11:25, 223:6,
223:17
craige
2:35, 3:1, 7:3,
7:9, 8:21,
11:15, 11:20,
11:24, 26:20,
47:5
crane
117:25, 118:1,
118:2, 118:3
crc
224:17
create
209:24
creole
16:3, 48:9,
48:14, 48:16,
48:20, 49:14
criminal
40:11, 62:19
cross-examining
61:19
crowd
56:3, 125:17,
139:10, 154:10,
156:6, 158:8,
160:13, 160:20,
165:10, 166:21,
167:24, 176:4,
176:8, 185:17
crowd-sourcing
23:21, 24:5
crr
224:17
crucial
107:21, 119:8
crude
80:17
csr
224:17
cultural
56:10, 56:12,
85:12, 86:4,
86:17, 87:10,
97:20, 97:21,

138:7

**culture**
88:4, 92:10,
104:4, 130:7

**cultures**
184:23

**current**
42:7, 116:24

**currently**
13:3, 41:20

**curriculum**
58:7

**cursor**
150:25

**cut**
112:25

**cv**
27:18, 47:8,
47:10, 47:13,
47:15, 54:9,
56:14, 63:6,
68:7, 68:9

**cv--wob-cjs**
1:11, 1:21,
1:34, 9:2, 9:5,
9:7, 9:21

**cycle**
18:25

**D**

**dame**
173:19, 174:9,
174:12, 175:1,
175:9, 175:12

**dance**
129:20, 129:24,
130:2, 130:7,
130:14, 131:6,
131:10, 133:5,
133:6, 146:23

**danced**
129:6

**dancing**
129:10, 129:17,
129:25, 130:19,
133:11

**darren**
6:12, 10:6,

10:8, 10:9

**data**
19:14, 20:23,
21:2, 21:4,
22:9, 22:11,
22:15, 22:19,
22:20, 22:25,
24:25, 25:25,
27:5, 27:6,
27:10, 27:13,
27:14, 54:3,
127:13

**database**
108:17

**date**
9:15, 9:22,
99:19, 221:22,
221:25

**dated**
46:12, 65:12,
74:25, 222:17

**david**
6:18, 9:24

**davis**
4:14

**day**
45:2, 78:15,
85:3, 101:16,
222:7, 224:14

**days**
67:16, 76:24,
100:8

**dc**
4:16, 97:11,
127:5

**dear**
46:23

**debate**
28:20, 51:25,
52:15, 52:23,
53:12

**december**
2:37, 4:2,
7:14, 9:16,
9:23, 222:17,
223:7, 224:14

**decide**
79:11, 95:2,

115:8, 115:13,
115:17, 120:10,
151:12

**decided**
59:15, 72:17,
82:15, 101:17,
102:5, 121:17

**deciding**
196:16

**decipher**
86:15, 86:24

**decision**
75:18

**declined**
191:7, 191:14

**deem**
43:5

**deemed**
36:3, 59:10,
59:25, 60:2

**deep**
197:18

**deeper**
17:2

**deeply**
43:24

**deer**
109:25

**defamation**
40:15, 40:19,
56:15, 56:20,
57:7, 66:3

**defective**
111:20

**defendant**
1:13, 1:25,
5:10

**defendants**
1:37, 2:11,
2:23, 2:33,
4:10, 4:18, 5:1,
5:20, 6:1, 6:9,
11:10

**defense**
187:10

**define**
114:17

**defined**
28:20, 116:18,

116:20

**defines**
201:7

**defining**
116:18

**definitely**
145:12

**definition**
22:3, 115:24,
116:15, 116:16,
116:17, 116:21,
116:22, 195:11,
195:14, 196:14,
197:4, 201:6,
201:7, 201:10,
201:14, 201:20,
201:23, 202:1,
202:2, 202:12,
216:24

**definitions**
22:2, 113:13,
115:23, 116:10,
116:12, 116:13,
190:24, 193:2,
195:6, 195:19,
196:3, 196:8,
199:25, 200:7,
200:22, 216:4,
216:15

**definitive**
108:25

**defrank**
4:6, 57:2, 57:9

**degrade**
125:24, 126:17

**degrading**
126:18

**degree**
14:25, 15:1,
15:16

**dell**
76:14

**delusionary**
91:18

**demanding**
38:16

**denotes**
203:1

dentons
4:22, 5:5, 10:2
deny
85:11, 218:11
denying
150:3
department
35:14, 36:11,
40:22
depends
18:6, 20:20,
28:18, 49:22,
56:6
depicted
163:4
depos
6:19, 9:25
deposed
12:5
deposition
2:35, 3:1,
7:14, 8:21,
8:25, 10:1,
46:5, 46:9,
57:18, 73:20,
82:10, 82:14,
94:5, 101:10,
101:12, 124:1,
132:2, 150:11,
198:1, 210:12,
223:6, 223:19,
224:3
depositions
12:24, 79:3
describe
80:13, 107:18,
107:25, 108:2,
121:14, 141:12,
143:13, 152:15,
170:1, 180:10
described
22:6, 95:13,
152:20, 164:1,
183:19
description
7:7, 114:15,
156:19
descriptive
107:7, 107:11

design
82:2
desire
140:20
detailed
38:1
details
52:8, 60:16,
75:14, 123:25
determination
146:1
determine
48:1, 78:19,
101:21, 107:8,
109:6, 109:9,
109:19, 113:17,
115:23, 119:7,
125:8, 128:6,
129:9, 184:19,
187:25, 190:1,
190:4, 198:20,
199:2, 199:20,
216:8
determined
120:4, 199:11
determining
107:6
deters
59:2, 62:13
develop
22:1, 101:4,
110:8
developed
38:6
developing
41:17, 110:18
development
55:11
device
76:12
dictionaries
16:8, 16:18,
22:8, 22:12,
22:14, 23:12,
23:13, 25:2,
74:1, 74:2,
74:7, 74:9,
109:4, 111:22,

112:3, 112:7,
113:1, 113:6,
119:12, 119:13,
119:21, 119:22,
195:17, 195:20,
196:4, 199:25,
200:2, 200:23
dictionary
16:2, 16:3,
22:2, 22:3,
22:19, 48:10,
48:24, 49:1,
49:4, 49:6,
49:9, 49:14,
74:2, 74:4,
74:5, 95:17,
107:13, 112:10,
113:12, 115:22,
116:10, 190:24,
191:5, 193:1,
195:4, 195:11,
195:14, 195:15,
196:13, 196:20,
196:23, 196:25,
201:7, 216:3,
216:24, 217:2
dictionary's
24:15
difference
32:22, 98:3
differences
56:10, 56:12,
97:20, 97:22,
98:14, 99:6,
138:7
different
12:8, 12:10,
18:9, 18:21,
20:5, 20:18,
21:23, 25:14,
29:23, 30:5,
37:7, 51:18,
56:25, 58:22,
97:12, 97:13,
116:11, 122:10,
123:15, 124:7,
144:25, 148:19,
148:20, 184:15,

184:16, 188:25,
195:10, 197:19
difficult
32:10, 154:15,
201:15
dinsmore
60:9
direct
80:3, 126:13,
153:1, 155:19
direction
51:9, 51:10,
51:17, 152:24,
156:24, 157:7,
166:2, 166:4,
166:19, 167:7,
167:11, 208:10,
208:14, 208:16,
220:3, 224:8
directions
157:5
directly
158:7, 168:9,
206:13
disagreeing
174:20, 174:25
disambiguate
119:2
discerning
196:16
disclosure
46:12
disclosures
46:11, 64:25
discourse
26:23, 28:24,
29:5, 50:15,
50:17, 50:21,
50:22
discrepancy
189:10
discuss
48:4, 66:14,
83:9, 96:2,
107:22, 156:11,
176:20, 187:7,
217:4
discussed
194:21

| | | | |
|---|---|---|---|
| discussing | doctoral | 137:7, 137:11, | 124:9, 129:19, |
| 183:24 | 35:4 | 141:17, 152:13, | 218:16 |
| discussion | document | 152:21, 154:24, | dynamic |
| 20:20, 26:18, | 7:12, 64:19 | 158:2, 158:9, | 50:4, 50:15, |
| 26:20, 31:3, | documents | 179:5, 192:25, | 51:1, 51:5, |
| 31:17, 31:19, | 76:15 | 204:8, 206:15, | 51:19 |
| 33:16, 33:23, | dog | 207:24, 217:15, | **E** |
| 53:10, 53:13, | 116:3 | 219:7 | each |
| 53:15, 55:15, | dogs | draft | 8:17, 17:24, |
| 100:19 | 116:4 | 121:8 | 29:6, 75:20, |
| discussion's | doing | drafting | 75:21, 89:15, |
| 53:5 | 37:9, 67:1, | 121:15 | 89:17, 96:19, |
| discussions | 85:24, 87:1, | draw | 96:20, 96:21, |
| 8:9 | 92:23, 94:18, | 23:7, 23:16, | 97:14, 98:9, |
| disney | 119:18, 126:25, | 25:25, 43:8, | 106:3, 111:2, |
| 4:11 | 130:14, 131:1, | 145:23, 148:2, | 112:22, 142:22, |
| displaying | 131:2, 132:22, | 148:6 | 208:22 |
| 173:13 | 140:18, 140:19, | drawn | earlier |
| dispute | 140:25, 142:25, | 28:25 | 48:11, 51:24, |
| 87:23 | 145:20, 148:12, | dressed | 85:2, 114:14, |
| disputing | 160:18, 161:7, | 122:19, 124:23, | 116:9, 122:21, |
| 90:3, 90:5, | 184:25, 186:12, | 131:24, 146:22 | 142:19, 157:4, |
| 190:12 | 186:16, 197:1, | dritz | 162:18, 162:24, |
| disregard | 208:23 | 62:18 | 170:2, 171:24, |
| 102:4 | domain | drive | 172:8, 176:21, |
| dissing | 50:3, 50:12, | 4:7, 5:6, 6:14 | 180:2, 188:21, |
| 54:20 | 91:11 | drives | 194:22, 197:25, |
| distances | done | 197:13 | 221:15 |
| 134:1, 134:4, | 24:23, 63:16, | drum | early |
| 134:10, 134:14, | 72:19, 85:23, | 96:7, 96:8, | 25:10, 52:24, |
| 154:16, 172:10, | 86:7, 86:21, | 143:22, 145:22, | 100:11, 132:25 |
| 172:11 | 96:15, 108:5, | 146:24, 148:5, | easier |
| distinct | 124:14, 130:6, | 185:12 | 112:11, 112:14, |
| 88:7 | 142:9, 162:23, | drummed | 172:14, 211:24, |
| distinguish | 172:18, 177:3, | 181:21 | 222:22 |
| 49:20, 144:22, | 191:23, 206:21, | drumming | east |
| 222:23 | 213:12, 217:20, | 146:24, 156:22, | 157:9, 157:11, |
| distort | 220:14 | 182:2, 182:3 | 158:2, 168:5 |
| 80:19 | double | drums | eastern |
| distortion | 142:6 | 129:7 | 1:2 |
| 105:5 | doubt | due | easy |
| distorts | 81:7, 84:18, | 14:9, 52:6 | 112:16, 113:4, |
| 93:12 | 93:25, 161:22, | duly | 173:25 |
| district | 196:12 | 11:15 | edge |
| 1:1, 1:2 | down | dumpty | 156:21, 167:23 |
| disturbing | 32:25, 48:8, | 115:7 | edition |
| 96:9 | 50:3, 50:10, | during | 74:5 |
| division | 62:18, 123:6, | 85:4, 123:3, | |
| 1:3 | | | |

education
15:17
edward
21:8
effect
118:2, 188:25
eight
67:16, 100:7
either
45:13, 72:7,
82:18, 100:5,
100:11, 100:24,
107:12, 131:1
elicit
26:4
eligible
41:25
ellipses
27:2, 29:13
ellipsis
20:15
else
25:4, 26:14,
27:4, 53:2,
65:20, 66:15,
96:24, 128:14,
184:6, 187:17,
197:8, 199:8,
199:16, 207:20,
215:2, 223:10
else's
81:12, 85:12,
86:24, 92:11,
93:23
em
113:9
email
62:18, 65:21
embedded
71:9, 72:5
emerita
41:21
emotional
56:9, 78:3
emphasis
30:5, 30:23,
31:16
emphasize
30:15, 177:25

empirical
19:19, 52:10
employed
224:10
employment
34:24, 43:15
empty
205:17
enabled
8:13
encode
26:21, 37:7
encounter
66:7, 79:5,
85:4, 98:3,
98:8, 98:9,
98:11, 106:5,
106:24, 139:6,
139:12, 166:17,
176:2
encourage
146:7
end
66:13, 68:2,
126:10, 135:2,
166:9, 206:16,
223:16
endeavored
79:5, 83:22,
88:21
endeavoring
83:18
ended
63:8
ends
197:24, 199:12
enforcement
38:14
engaged
56:17, 125:24,
126:7, 185:10
engagement
185:13, 221:17,
222:13
england
60:22
english
16:4, 18:13,

23:19, 24:1,
24:8, 24:11,
25:9, 26:6,
32:20, 32:22,
48:9, 48:14,
49:18, 52:21,
52:22, 65:9,
74:2, 95:7,
103:12, 103:15,
106:2, 106:8,
106:9, 106:12,
106:14, 106:16,
108:13, 108:19,
109:16, 111:23,
112:9, 113:23,
143:15, 143:18,
145:5, 184:4,
184:11, 191:4,
195:13, 201:6,
216:11
enormous
23:5
enough
13:20, 60:4,
102:19, 102:22,
103:16, 110:17,
195:1
entailments
26:9
entered
147:23
enthusiastically
137:10
entire
133:13, 218:13
entirely
72:18
entitled
7:12, 50:12,
186:23
entourage
148:8, 148:9,
148:14, 148:15
entries
195:16, 196:13
entry
71:13
errors
110:11

escape
201:25
especially
37:23, 75:24,
87:18, 123:5,
142:1, 142:13,
144:23, 170:23
esquire
4:4, 4:5, 4:13,
4:21, 5:4, 5:13,
5:14, 5:22, 6:4,
6:12
essays
21:14
essentially
22:7, 33:1,
47:1, 116:11,
120:3
establish
49:11
estimate
129:22, 130:9,
132:10
et
1:36, 2:10,
2:32, 9:1, 9:6,
9:9, 9:10, 9:13,
9:20
etcetera
20:7, 27:3,
37:25, 45:4,
59:2, 109:6
ethnic
56:3, 123:11,
124:20, 124:21,
124:22
europe
99:2, 139:10,
180:22
evade
212:24
even
41:7, 42:5,
43:9, 43:23,
59:14, 82:14,
107:19, 111:18,
118:22, 133:13,
154:24, 181:12,

206:11
**event**
80:9, 80:14,
80:15, 81:21,
82:6, 122:11,
127:4, 137:16,
139:9, 139:24,
140:4, 141:4,
141:10, 151:25
**events**
46:1, 48:1,
48:6, 78:15,
139:23, 140:23,
161:14
**ever**
56:15, 56:20,
57:8, 57:11,
58:10, 58:14,
58:19, 58:23,
60:2, 88:3,
93:23, 110:12,
136:5
**every**
37:25, 45:2,
60:21, 144:25,
204:3, 218:15
**everybody**
11:8, 60:21,
113:24, 197:12,
197:23
**everyday**
43:25, 111:12
**everyone**
8:3, 111:18,
120:11, 173:21
**everything**
17:20, 101:18,
187:16, 197:13
**evidence**
18:12, 21:24,
23:7, 27:6,
52:10, 76:7,
78:16, 79:8,
79:20, 80:3,
82:25, 83:19,
87:19, 90:16,
95:3, 95:4,
101:25, 102:2,

119:24, 176:22,
193:21, 213:3,
213:17, 217:6,
217:13, 217:15,
218:6
**evident**
88:25, 97:15,
99:8, 122:18,
207:25, 208:5,
208:8, 208:11,
208:17, 209:4,
209:14, 215:5
**evidently**
209:23
**exact**
221:22, 221:25
**exactly**
54:7, 58:1,
66:25, 72:3,
97:9, 100:8,
100:13, 129:15,
132:24, 135:23,
172:3, 173:25,
189:3
**examination**
7:3
**examine**
193:9
**examining**
63:17
**example**
19:24, 25:22,
29:12, 30:7,
30:8, 30:13,
37:11, 39:12,
43:9, 51:7,
52:4, 71:13,
77:13, 77:25,
81:3, 104:24,
110:12, 116:1,
116:4, 117:11,
118:17, 123:21,
153:17, 188:16,
198:3, 216:19
**examples**
51:4
**excellent**
25:8

**except**
77:16, 90:13,
95:4, 101:18,
209:5, 218:17
**exchange**
124:4, 124:9,
126:7, 126:9,
126:14
**exchanged**
123:22
**excluded**
58:10, 58:12,
58:14
**excluding**
106:12, 106:13
**excuse**
58:4
**exhibit**
7:7, 7:9, 7:12,
46:5, 46:6,
46:9, 46:11,
149:5, 150:12,
158:18, 158:21,
158:24, 170:11,
179:17, 210:11,
212:7, 214:5,
214:6, 214:9,
222:20, 222:21,
222:22, 222:24
**exhibits**
150:11, 158:16,
222:23
**exists**
14:15
**exit**
176:13, 177:21,
192:9, 192:10,
200:18
**expect**
118:9
**expected**
119:3, 170:25
**expensive**
16:21
**experience**
84:16, 87:22,
91:2, 111:13,
137:25, 138:22,

144:5, 144:7,
144:9, 207:8
**experienced**
92:17
**experiences**
84:23, 85:1,
85:2, 85:12,
86:2, 86:3,
86:16, 86:17,
86:25, 87:9,
92:9
**expert**
7:9, 18:16,
46:4, 56:17,
57:6, 57:12,
57:16, 57:18,
57:21, 58:4,
58:11, 58:20,
59:12, 59:21,
62:22, 63:21,
63:23, 63:25,
66:9, 82:22,
85:16, 86:23,
88:5, 88:10,
103:2, 105:21,
206:18, 206:21,
206:24, 207:13,
209:2, 209:3
**expertise**
18:4, 18:10,
19:10, 45:22,
45:25, 51:23,
63:23, 79:15,
79:16, 82:23,
84:19, 88:5,
91:8, 91:11,
91:12, 92:3,
92:5, 92:16,
93:25, 94:21,
96:4, 134:11,
134:20, 138:4,
138:6, 139:22,
143:11, 144:6,
153:22, 153:25,
161:21, 199:12,
207:8, 207:12,
207:19, 208:25,
209:1

experts
52:20
expires
224:18
explain
32:10, 37:15,
44:4, 79:1,
115:3, 197:22
explanation
32:19, 54:2,
197:21
explanations
187:1, 188:13
exploring
26:4, 26:7
expressed
89:15, 89:18,
90:10, 90:21,
105:15, 105:19
expressing
86:1, 87:8,
141:20
expression
38:22, 89:22,
107:8, 109:17,
164:12
expressions
18:13, 26:25,
27:1, 29:10,
37:24, 41:14,
41:19, 92:7,
92:12, 114:13,
114:16, 115:5
extensive
43:22
external
34:6
extremely
96:6
eyes
80:25, 87:18,
96:8, 199:16,
205:20, 205:22,
206:2, 206:13

**F**

face
96:7, 154:9,

155:19, 165:15,
165:24, 167:15,
168:9, 168:24,
215:18
face-to-face
95:18, 96:6,
179:12
facebook
45:15
faced
137:8, 155:18
faces
157:6, 157:8,
157:9, 157:11,
168:2, 169:3
facial
92:6, 92:12
facilities
59:3
facing
133:24, 157:3,
157:20, 157:21,
167:7, 167:13,
168:5, 208:14,
208:16
fact
34:5, 58:24,
82:13, 95:15,
118:23, 176:18,
187:14, 198:10,
202:13, 220:4
factor
31:5, 31:19,
202:11
factors
20:1, 20:14,
26:22, 26:24,
197:2, 197:20,
197:25
facts
78:19, 80:10,
83:10, 88:25,
121:1, 121:3,
121:9, 121:15,
121:18, 121:20,
149:23, 149:25,
150:6, 187:21,
188:19, 195:7,

198:8, 199:5
faculty
43:8
fair
60:4, 87:11,
102:19, 102:22,
114:24, 196:2,
212:22
fall
84:19, 103:25
false
29:17, 30:2,
31:23, 33:22,
33:25, 55:20,
78:2, 104:21,
105:7, 106:3,
106:18, 106:22,
120:5, 166:24,
188:24, 189:20,
198:9, 199:18
falsehood
187:2
familiar
60:20, 144:12,
161:9, 163:11
family
12:2
famous
16:17, 52:6,
54:16
far
83:14, 99:4,
100:1, 104:7,
104:24, 123:5,
154:13, 155:2,
206:12, 210:6,
215:10, 218:2,
218:4, 218:7,
218:10, 218:21
fascinating
60:16, 109:24,
110:22
fashion
186:12
faster
76:18
feel
216:6

feeling
99:3, 153:16
feet
133:23, 154:19,
154:22, 154:25,
172:6, 172:16,
172:20, 172:23,
172:24, 174:6,
217:13
felicitous
32:23
felicity
31:20
fellow
137:19, 151:2,
151:3, 151:4,
151:6, 171:22,
180:5
fellowship
35:2, 35:4
felt
140:13, 150:5,
176:1, 176:5,
202:6, 203:9,
203:15
ferocious
52:22
few
63:10, 172:3,
172:7, 217:4
field
17:14, 17:18,
28:21, 51:25,
52:16, 54:16
fields
36:21, 36:23,
38:14
fight
185:10
figurative
200:16, 200:24,
201:2, 201:8
film
134:9, 152:4
filmed
134:23
filming
135:17, 146:8

filter
86:3, 86:25
final
73:18
finally
137:6
financial
224:11
find
23:12, 23:16,
23:19, 24:7,
25:18, 81:5,
157:14, 159:4,
189:14
finding
21:11, 157:15
fine
12:11, 13:1,
24:2, 62:11,
178:1, 179:22,
205:1, 215:3
finish
28:1, 30:12,
30:20, 72:25,
82:14, 96:12,
112:19, 128:24,
192:10, 192:14,
194:12, 202:16
finished
25:5
firm
186:25, 187:5
first
28:2, 35:7,
38:17, 48:8,
49:2, 49:7,
60:6, 64:23,
65:14, 76:24,
100:17, 101:10,
117:14, 118:14,
121:7, 121:17,
125:5, 129:11,
130:12, 131:18,
154:12, 155:4,
157:25, 159:22,
179:10, 180:12,
193:11, 193:16,
196:10, 197:7,

198:17, 210:25,
217:8, 221:19,
223:4
fists
141:18
fit
116:18
fits
111:8
five
13:10, 125:15,
142:5, 142:15,
172:19, 175:23,
220:18
five-minute
74:12
fix
202:7, 203:9
flat
123:7, 154:3,
158:9, 158:11
flip
200:10
floor
5:25, 6:6
flying
122:4
focus
38:11, 139:9
focused
39:25, 40:6,
52:2, 121:24,
152:23
focuses
40:20
focusing
135:10, 147:2,
147:4
folks
196:7
follow
146:13
followed
46:11, 76:3,
148:12, 187:2
following
15:21, 68:18,
70:13, 75:6,

104:21, 146:6,
148:19, 157:25
follows
11:16, 182:10
foot
204:7
force
187:19
ford
6:12, 10:6,
10:7, 10:9
foregoing
224:3, 224:4
foreign
49:17
foremost
52:20
form
22:14, 22:16,
44:8, 46:22,
79:5, 80:1,
116:21
formal
18:17, 19:13,
37:5, 53:16,
63:8, 76:25,
100:14, 100:22,
101:14, 108:11
formally
28:22
forming
82:8, 83:2,
129:7, 188:13
forth
101:13, 146:23
forward
156:8
foul
28:6
found
23:8, 192:18
four
73:16, 173:24,
222:7, 222:10
frame
130:13, 130:14
frame-by-frame
76:18

frames
131:23
francescani
71:15
frega
52:24
french
16:4, 48:10,
48:14, 48:16,
48:20, 48:22,
49:16, 103:12
friend
186:11
friendly
95:24, 96:1,
96:11, 96:25,
97:17, 98:12
friends
45:15
front
69:19, 80:21,
81:6, 81:7,
81:8, 81:14,
87:18, 125:17,
137:7, 154:13,
154:17, 154:25,
155:1, 156:21,
157:2, 158:3,
158:4, 158:5,
166:5, 166:12,
166:21, 167:23,
168:6, 182:6,
187:14, 187:16,
199:15, 204:6,
204:14, 205:19
frost
5:15, 10:15,
10:17
ft
4:8, 6:15, 57:4
full
21:18, 21:19,
179:10, 195:14
fun
164:10
function
20:1, 27:7,
33:17, 33:22,

87:22

**funny**
54:23

**further**
50:10, 73:10,
150:24, 151:11,
176:18, 203:22,
223:9

**G**

**games**
44:21, 161:11,
161:14

**gannett**
2:20, 5:20,
5:21, 6:1, 6:2,
9:20, 10:21,
10:22, 11:1

**gates**
21:8

**gather**
25:12, 132:3

**gave**
30:7, 62:23,
63:11, 67:10,
67:11, 76:24,
101:8, 198:3

**gaze**
152:24, 168:8

**general**
72:6, 115:22

**generally**
36:22, 75:22,
196:8

**generate**
25:17

**generative**
23:4, 25:15

**gesture**
161:13, 167:25,
184:24, 185:1,
186:18

**getting**
27:9, 78:5,
177:1

**give**
23:24, 29:12,
30:22, 38:18,

43:4, 51:4,
51:7, 51:8,
53:17, 54:2,
63:21, 64:1,
66:9, 105:22,
117:11, 119:17,
129:22, 130:9,
197:21, 215:20,
216:23

**given**
22:5, 33:10,
33:25, 36:2,
38:21, 44:16,
54:10, 58:19,
69:9, 78:10,
78:11, 94:24,
95:2, 98:24,
101:12, 101:20,
105:5, 115:16,
116:12, 116:20,
121:20, 133:15,
134:4, 146:15,
146:17, 149:18,
196:13, 199:17,
216:10, 222:23,
224:5

**gives**
190:25

**giving**
63:22, 151:16,
170:3

**glory**
43:5

**go**
10:7, 10:8,
13:21, 14:11,
23:14, 34:23,
43:11, 45:18,
46:3, 46:25,
53:6, 64:21,
64:23, 71:6,
73:4, 73:10,
85:6, 86:9,
93:8, 93:18,
94:6, 94:16,
99:1, 99:16,
105:8, 105:23,
107:4, 108:17,

120:8, 132:14,
141:22, 150:24,
152:12, 152:14,
158:4, 158:11,
158:13, 163:17,
166:8, 166:16,
166:17, 167:1,
167:17, 170:4,
171:5, 174:8,
178:22, 180:2,
180:21, 181:25,
182:17, 183:11,
189:16, 190:6,
192:5, 192:12,
192:16, 194:4,
196:20, 203:23,
205:5, 208:1,
215:3, 215:19,
217:15

**go'd**
110:16

**goal**
77:19

**god**
186:15

**goellner**
5:14, 10:16

**goes**
53:8, 68:19,
108:14, 166:22,
168:9, 169:2

**going**
11:23, 33:11,
38:13, 46:5,
49:14, 52:23,
65:4, 74:11,
74:16, 74:19,
74:23, 75:20,
75:21, 77:12,
105:4, 114:1,
120:13, 120:16,
132:4, 135:15,
136:10, 140:11,
148:3, 157:4,
158:5, 163:13,
166:18, 167:4,
167:8, 168:1,
171:21, 172:4,

176:18, 178:5,
178:8, 179:2,
185:6, 190:16,
191:8, 191:24,
192:14, 192:16,
192:17, 193:16,
193:24, 194:4,
209:15, 209:22,
210:11, 220:21,
220:24, 222:20,
223:17

**gone**
43:15, 43:23,
173:22

**good**
10:6, 10:14,
10:18, 11:7,
13:21, 54:6,
61:10, 103:16,
116:17, 132:13,
134:10, 154:16,
172:20, 206:11

**google**
26:19

**gosh**
221:11

**grab**
75:20

**graduate**
15:2, 15:4,
15:13, 15:17,
16:21, 35:2,
35:20, 35:23,
41:25, 43:12,
49:3, 55:9

**graduated**
15:3

**grammar**
18:2, 18:8,
23:4, 25:15,
25:16, 25:19,
107:13, 107:19,
111:3, 119:14

**grammarians**
23:15

**grammars**
17:21, 25:7,
25:8, 119:14

grammatical
25:17, 26:5,
36:3, 110:19
grandfather
14:16
grandmother
12:3, 12:4
grandpa
183:25, 184:5,
184:22, 185:3
grandview
4:7
grateful
186:17
gray
175:20
graydon
6:13
great
12:3, 12:4,
13:2, 14:4,
14:15, 186:15
greenbaum
4:22
greenberg
6:5, 10:24
grew
14:4, 138:1,
138:8
grin
164:5, 164:6,
164:7, 164:8
grinning
164:2, 165:11,
165:14, 170:1
ground
155:6, 155:12,
158:10, 158:11,
167:25
group
55:1, 55:5,
55:7, 55:8,
55:23, 56:2,
56:3, 56:6,
104:1, 115:10,
122:1, 122:17,
123:2, 123:21,
127:3, 127:17,

128:2, 128:7,
128:9, 128:14,
130:25, 131:3,
131:13, 131:14,
131:23, 132:21,
133:12, 141:15,
142:1, 142:13,
142:15, 142:24,
143:1, 145:15,
145:18, 146:5,
146:11, 146:13,
146:17, 146:21,
147:3, 147:4,
147:13, 151:13,
154:18, 154:20,
155:11, 155:15,
157:24, 166:11,
171:20, 172:5,
174:4, 174:6,
180:5, 180:7,
180:8, 181:20,
181:23, 181:24,
182:9, 182:10,
182:20, 183:5,
184:6, 184:18,
185:11, 192:13,
192:24
groups
97:11, 122:10,
122:13, 123:17,
142:21, 158:3,
182:6
grow
13:15, 84:22
growing
139:8
grunting
141:18
grygiel
6:4, 10:24
guardian
45:16
guardians
1:8, 1:18,
1:31, 2:5, 2:15,
2:27
guess
96:12, 146:7,

155:1, 209:5
guessed
134:10
guy
81:4, 114:1,
114:3, 151:5,
162:6, 162:11,
162:14, 162:15,
180:4, 183:23,
183:24, 190:16,
193:25
guy's
54:14, 140:6

## H

hair
174:6, 180:13
haitian
16:3, 48:9,
48:14, 48:16,
48:20, 48:22,
49:14
half
53:8
hand
115:7, 224:14
hands
170:17, 170:25,
171:2, 183:25,
198:13
hang
167:6
hanging
123:2
happened
67:8, 72:8,
76:7, 78:19,
78:23, 81:14,
83:20, 89:16,
89:19, 95:16,
131:24, 194:1
happening
80:18, 87:17,
92:21, 156:19,
212:21, 213:18
happy
120:11, 186:18
hard
110:16, 134:8,

197:22
hardest
63:24
hat
99:5, 114:2,
114:3, 151:3,
162:6, 165:11,
173:19, 175:1,
175:9, 175:12,
180:11, 180:15,
183:23, 190:17,
194:1
haute
13:14, 14:1,
14:7, 14:8,
14:12
head
6:13, 12:23
healthcare
59:3
hear
13:17, 14:1,
49:13, 59:13,
61:10, 125:12,
136:5, 136:17,
178:25, 185:18,
186:4, 205:1,
210:20, 210:23,
210:24, 211:12,
211:20, 212:13,
212:16, 214:15,
214:23, 214:25
heard
87:19, 117:16,
157:25, 188:9,
211:24, 212:17
hearing
55:25, 59:4
hebrew
77:13, 122:23,
123:14, 123:23,
124:3, 124:5,
125:6, 125:19,
125:22, 126:16,
129:13, 130:22,
133:7, 133:9,
133:19, 133:23,
134:23, 135:10,

136:6, 136:14,
136:18, 136:23,
139:14, 139:17,
140:19, 141:16,
141:20, 147:1,
148:4, 152:17,
152:22, 153:4,
157:2, 157:20,
182:7
**heckling**
123:22
**hedge**
115:2
**held**
43:19, 141:18,
171:25
**hello**
13:17
**help**
8:13, 29:1
**helpful**
37:10, 54:22
**hemmer**
4:6, 57:2, 57:8
**hence**
28:24, 31:23,
84:3, 140:20
**here**
8:20, 8:24,
9:19, 11:5,
11:8, 12:8,
13:4, 13:9,
13:21, 16:14,
18:7, 26:6,
39:6, 39:11,
39:18, 41:15,
42:24, 43:24,
46:4, 47:20,
49:8, 57:25,
58:2, 59:1,
62:13, 62:17,
63:4, 64:6,
64:22, 68:17,
68:24, 69:2,
69:11, 69:17,
70:23, 71:14,
72:10, 72:11,
73:2, 73:11,

80:8, 83:20,
85:23, 86:23,
91:10, 92:4,
93:14, 95:4,
104:3, 104:20,
105:16, 105:20,
119:14, 120:11,
121:3, 122:9,
123:9, 125:14,
127:12, 127:15,
128:11, 128:13,
129:5, 130:15,
136:25, 137:16,
157:14, 169:1,
170:11, 171:6,
171:19, 174:1,
176:10, 180:1,
180:19, 181:4,
188:3, 191:16,
197:1, 207:24,
215:4, 217:5,
221:22
**hereby**
224:3
**hereunto**
224:13
**heritage**
74:5, 195:17,
195:25, 201:14
**hernandez**
6:18, 9:25
**high**
14:11, 14:13,
14:14, 14:17,
83:11, 99:1,
102:2, 171:25
**high-level**
37:13
**highbrow**
103:8
**higher**
172:7, 175:21
**higher-up**
174:23
**himself**
81:6, 81:8,
153:1, 177:10,
192:18, 219:18,

220:1, 220:10
**hired**
41:6, 41:7,
41:9
**historical**
18:8, 18:24,
74:3
**historically**
18:10
**history**
17:21, 34:24,
42:21, 43:16,
64:17, 96:3,
97:3, 97:4, 97:7
**hit**
174:8
**hits**
198:5
**hobby**
16:21
**hold**
30:12, 42:7,
174:24, 206:20
**holding**
151:15, 151:19,
152:8, 163:5
**home**
76:11
**honored**
42:3
**honorific**
184:23
**hoot**
185:1
**horrible**
172:11
**hostile**
143:4
**hostility**
136:1, 141:20
**hour**
74:11, 221:7
**hours**
77:2, 77:4,
221:9, 222:8,
222:10
**houses**
172:19

**however**
218:18
**huber**
4:5, 10:12
**huge**
21:19
**human**
25:23, 36:22,
42:19, 49:21,
49:23, 52:10,
206:9, 206:19,
207:5, 208:22,
209:2
**humpty**
115:7
**hungry**
20:17
**hutchinson**
71:15
**hypothesis**
53:25, 54:4
**hypothetically**
197:3, 208:12

**I**

**idea**
85:7, 94:8,
132:21, 146:13,
163:15, 182:22,
184:17, 205:15
**idealized**
111:3, 111:4
**identification**
46:7, 222:25
**identified**
124:24, 128:8,
128:9
**identifies**
99:5
**identify**
8:13, 8:16,
10:4, 163:10
**idioms**
116:2
**ignore**
101:18
**ignored**
126:12

ignoring
152:16, 152:18
iii
105:9
illinois
5:7, 14:9
image
179:19, 180:15
imagine
141:23
immediate
77:17
immediately
76:3, 122:2,
137:22, 173:20,
174:3, 175:11,
175:12, 205:7
impact
30:14, 33:2,
44:1, 92:10
impacted
97:24
impasse
114:6, 114:7,
190:18, 192:18,
193:7, 193:10,
194:5, 194:6,
194:8, 194:24,
196:9, 200:3,
200:7, 200:14,
200:22, 200:24,
201:4, 201:7,
201:11, 201:15,
201:20, 202:1,
202:2, 202:5,
202:10, 202:12,
202:21, 202:22,
202:25, 204:18
impasse"
115:17, 193:2
impeding
205:9
implicate
151:17
implications
56:9, 65:11
imply
200:15, 203:2

implying
153:3
important
29:7, 43:18,
55:10, 58:9,
80:1, 116:1,
153:20, 190:1,
202:11, 202:22,
212:25, 213:4,
213:18
impressed
44:8
impression
134:2, 134:4,
137:17, 137:21,
140:3
improves
53:23
in-crowd
56:5
in-person
2:36, 3:2,
67:18
in-utterances
32:24
inaccuracies
187:11, 189:8
inadequate
52:13
inadmissible
58:24, 59:11,
59:19, 59:25,
60:3
inanimate
117:24
inc
1:36, 2:10,
2:20, 4:10,
4:11, 4:18,
4:19, 5:1, 5:2,
5:20, 6:1, 9:6,
9:20, 10:22
incendiary
125:23, 125:25,
136:2
inch
204:12
inches
187:14, 187:16

incident
70:22, 82:12,
83:6, 83:10,
121:4, 218:3,
218:14
incidents
218:17
inclined
103:2
include
27:2, 41:15,
49:7, 195:19
included
69:16, 152:10,
185:11
includes
51:12
including
37:18, 146:8,
167:22, 174:11
inclusive
184:5
incorporated
9:10
incorrect
87:20, 159:8,
159:11, 159:12,
165:4, 176:13,
177:21
independent
37:9
indexi
41:13
indexical
54:17
indexicality
41:11, 41:12,
52:5, 52:6,
54:15
indexicals
41:13
indian
144:13
indiana
4:24, 13:14,
14:1, 14:7,
14:9, 14:19,
14:23, 15:7,

15:11, 15:23,
49:3
indianapolis
4:24
indicate
132:21, 171:1,
221:6
indicated
63:4
indicates
65:3
indication
208:1, 208:5,
208:11, 208:18,
209:15, 213:21
indications
209:4
indicative
95:21
indigenous
127:5, 130:10,
133:11, 146:16,
146:20, 161:17,
180:14
individuals
88:23, 89:7,
96:20, 115:7
infelicitous
44:12
infer
94:12
inferring
94:18
influence
59:16, 92:12
influenced
84:17
influences
26:16, 28:15,
119:16
influential
53:6, 54:15
informal
62:23, 79:14,
100:19, 101:11
informally
100:20, 101:8,
108:5

**information**
2:21, 5:21,
6:2, 10:22,
11:1, 19:15,
20:24, 25:12,
28:23, 28:25,
34:10, 34:13,
34:15, 35:6,
38:18, 38:20,
51:12, 51:22,
62:23, 64:17,
73:6, 108:18
**informs**
166:23
**initial**
27:10, 66:6,
76:25, 79:14
**initially**
65:21, 65:25,
67:9, 154:17,
221:16
**insane**
103:24, 104:18
**insofar**
78:20, 90:13
**instead**
16:16, 16:20,
107:16, 110:15
**institutions**
35:7
**insult**
125:23, 126:16
**insulting**
126:7, 126:18,
135:20, 136:17,
136:18, 136:23
**insurance**
60:17
**intelligence**
111:19
**intend**
28:6, 91:17,
105:14, 143:2
**intended**
84:4, 84:8,
89:22, 91:23,
109:9, 118:6,
118:8, 148:18,

192:8, 192:9,
192:12, 197:5
**intending**
84:3, 118:16
**intent**
63:18, 84:17,
86:15, 86:25,
87:19, 90:1,
90:10, 90:13,
90:22, 91:1,
91:4, 91:13,
91:14, 92:5,
92:14, 93:23,
93:24, 94:3,
94:8, 95:4,
95:5, 107:1,
119:1, 126:16,
177:14, 177:15
**intention**
94:13, 95:9,
95:10, 118:3,
118:13, 153:1,
170:6, 177:9,
208:8
**intentionally**
192:20, 214:2
**intentions**
81:25, 88:24,
94:18, 96:3,
105:1, 166:15,
208:21, 220:4
**inter**
215:11
**inter-disciplina-ry**
35:9
**interact**
26:11, 38:3
**interacted**
122:10, 123:14,
126:4
**interacting**
123:1, 124:7
**interaction**
34:20, 76:1,
76:9, 81:10,
95:24, 96:18,
97:17, 99:9,

114:5, 121:24,
123:3, 127:18,
128:3, 128:15,
128:17, 129:3,
135:14, 142:20,
148:3
**interactive**
4:11, 4:19, 5:2
**interdisciplinary**
42:18, 42:22
**interest**
38:4, 70:22,
113:16, 224:11
**interested**
16:9, 16:15,
16:16, 16:18,
16:22, 16:24,
17:23, 19:3,
37:17, 37:24,
38:13, 42:20,
52:18, 55:10,
80:24, 88:6,
100:18, 101:3,
135:13, 188:22,
215:7
**interesting**
32:12, 39:15,
45:17, 59:5
**interests**
81:13, 142:21
**interface**
25:24
**interjection**
12:12, 13:16
**interlocutor**
55:25, 119:3
**interlocutors**
28:23, 29:3,
29:5, 34:9,
34:11, 50:23
**interpret**
44:2, 63:18,
64:13, 80:18,
81:24, 87:13,
142:25, 211:19
**interpretation**
21:24, 26:16,
28:15, 50:15,

50:20, 50:25,
51:1, 51:3,
51:22, 60:11,
62:18, 62:24,
63:12, 64:10,
81:12, 81:15,
84:10, 104:25,
119:16, 155:21,
155:24, 168:11,
168:12, 169:6,
170:8, 184:9,
215:14
**interpreting**
34:17, 63:15
**interrupt**
171:24
**interruptions**
8:19
**interview**
82:17, 83:4
**interviews**
79:3
**intransitive**
216:19
**introduce**
31:6, 31:9,
31:13
**introduced**
29:16, 29:18,
29:20, 29:21,
29:23, 30:1,
30:3, 31:7,
31:10, 31:13,
32:9, 33:12
**investigative**
73:18
**investigator**
101:13
**invitation**
42:10
**invited**
42:25
**involved**
88:23, 89:8,
97:25
**involving**
66:3
**irrationality**
103:18

| | | | |
|---|---|---|---|
| **israelites**<br>77:13, 122:23,<br>123:14, 123:23,<br>124:4, 124:6,<br>125:6, 125:19,<br>125:22, 126:16,<br>129:13, 130:22,<br>133:7, 133:9,<br>133:19, 133:23,<br>134:24, 135:10,<br>136:7, 136:14,<br>136:19, 136:23,<br>139:14, 139:18,<br>140:19, 141:16,<br>141:21, 147:2,<br>148:4, 152:17,<br>152:22, 153:4,<br>157:3, 157:20,<br>182:7<br>**issue**<br>40:19, 44:3,<br>62:19, 64:20,<br>88:7, 114:9,<br>184:8, 187:23,<br>187:24, 193:23,<br>213:10, 214:1,<br>216:14<br>**issued**<br>59:23<br>**issues**<br>13:22, 17:2,<br>17:20, 97:14<br>**itself**<br>19:21, 80:12,<br>220:6, 221:4<br>**iv**<br>68:15, 75:8 | **john**<br>20:4, 20:5,<br>20:19, 24:12,<br>29:15, 29:17,<br>29:20, 29:23,<br>30:1, 30:3,<br>31:7, 31:8,<br>31:9, 31:10,<br>31:12, 31:13,<br>32:9, 33:12,<br>39:16<br>**john's**<br>20:6<br>**johnson**<br>5:23, 10:21<br>**jointly**<br>145:3<br>**joke**<br>54:13<br>**joking**<br>212:23<br>**judge**<br>58:12, 59:12,<br>113:5, 133:25,<br>134:4, 172:9,<br>172:11, 173:25<br>**judges**<br>39:14<br>**judging**<br>179:13<br>**judgment**<br>188:8<br>**judgments**<br>23:24, 26:2,<br>26:9<br>**julie**<br>1:9, 1:19,<br>1:32, 2:6, 2:16,<br>2:28<br>**jump**<br>159:13, 179:18,<br>185:19<br>**jumping**<br>137:11, 141:17<br>**junior**<br>16:13<br>**justin**<br>71:24 | **K**<br>**kaplan**<br>5:23, 10:20<br>**keep**<br>66:16, 112:8,<br>209:15, 222:1<br>**keeping**<br>187:21, 189:5<br>**kentucky**<br>1:2, 4:8, 5:26,<br>6:15, 59:8,<br>62:16<br>**kept**<br>57:24, 188:13<br>**kevin**<br>5:13, 10:14<br>**key**<br>203:7<br>**kind**<br>20:23, 25:24,<br>25:25, 26:2,<br>33:15, 44:19,<br>50:8, 50:24,<br>103:19, 125:13,<br>137:20, 180:13,<br>186:17, 207:8<br>**kinds**<br>19:14, 26:21,<br>26:23, 27:10,<br>27:13, 27:14,<br>40:8, 50:19,<br>97:12, 97:13,<br>110:11, 123:15,<br>124:7<br>**knew**<br>42:24, 59:6,<br>97:19, 100:17,<br>101:2, 132:1,<br>137:19, 183:4,<br>205:12, 205:13<br>**knowing**<br>79:15, 190:9<br>**knowledge**<br>18:8, 119:13,<br>119:15, 193:6<br>**known**<br>26:17, 161:7, | 183:6, 183:8,<br>186:14, 205:7,<br>205:16<br>**knows**<br>98:21, 113:24,<br>181:14, 182:22<br>**krishnan**<br>4:13, 10:18,<br>10:19<br>**L**<br>**lack**<br>171:1<br>**landscape**<br>133:17<br>**language**<br>17:18, 18:8,<br>21:21, 23:7,<br>23:9, 23:10,<br>25:18, 25:22,<br>26:5, 29:10,<br>35:6, 35:11,<br>36:2, 36:4,<br>36:15, 36:22,<br>36:25, 37:9,<br>37:18, 37:19,<br>37:21, 38:7,<br>38:25, 39:14,<br>39:21, 40:1,<br>40:5, 42:20,<br>49:17, 49:22,<br>49:23, 50:5,<br>50:6, 50:9,<br>50:21, 50:25,<br>52:22, 55:16,<br>63:17, 63:25,<br>64:14, 64:19,<br>74:6, 78:11,<br>91:16, 91:25,<br>92:6, 92:12,<br>103:3, 106:16,<br>107:9, 108:14,<br>109:16, 109:21,<br>109:23, 110:3,<br>110:7, 110:22,<br>110:22, 111:4,<br>115:20, 116:25,<br>125:23, 125:25, |

**J**

**january**
42:12, 69:19,
121:4
**jessica**
4:21
**jessie**
11:9
**job**
1:40, 151:21

135:20, 135:21,
143:15, 143:18,
143:23, 144:1,
144:12, 144:25,
145:8, 145:9,
168:16, 188:24,
197:13
**languages**
17:21, 17:22,
18:10, 18:13,
37:7, 48:18,
49:20, 50:7,
50:8, 50:9,
52:10, 52:11,
108:15, 108:16,
108:20
**large**
17:18, 53:6,
53:7, 76:14,
127:3, 129:7,
129:17, 141:15,
142:14, 154:20
**larger**
132:19, 154:18
**larry**
39:13, 39:14
**last**
79:1, 83:24,
84:1, 100:24,
133:22, 137:5,
171:6, 181:25,
190:14, 190:20,
193:19, 219:11,
219:14, 221:3,
221:21
**late**
25:10, 52:24,
67:14, 100:5,
100:11
**later**
67:14, 75:12,
78:25, 131:10,
154:5, 175:3
**latter**
93:18
**laughing**
164:2, 164:9,
165:11

**laughter**
54:24
**laurin**
4:21
**lavelle**
59:2
**law**
38:7, 38:14,
38:23, 39:3,
39:21, 39:23,
40:6, 40:11,
40:16, 57:4,
60:11, 63:24,
63:25, 64:1,
80:21, 109:14,
109:22, 121:19,
186:23, 187:2,
188:11
**lawsuit**
188:4
**lay**
196:6, 197:22,
199:25
**lead**
80:19, 103:18
**lead-up**
75:25, 77:17
**leader**
137:20
**leading**
145:15, 145:18,
145:20
**leads**
51:20
**learn**
17:24, 110:22,
111:2
**learned**
106:14, 110:4
**learning**
104:14, 110:2,
110:5, 110:20,
197:16
**least**
22:22, 77:1,
123:1, 127:17,
128:2, 129:20,
134:7, 172:2,

172:6, 172:24,
173:24, 174:6,
179:4, 189:13
**lecture**
53:17
**led**
137:8, 143:17
**left**
19:23, 43:16,
43:19, 123:6,
151:4, 154:6,
158:6, 160:23,
165:21, 165:23,
168:20, 171:21,
172:6, 173:3,
173:18, 173:21,
174:3, 174:15,
175:1, 175:6,
175:13, 177:8,
179:2, 204:7,
205:7, 205:16,
206:1, 206:5,
206:14, 209:12,
216:20, 216:21,
217:14, 218:16
**legal**
58:4, 58:5,
59:7, 65:10,
68:2
**legally**
59:15
**legitimacy**
85:11
**legs**
175:20
**lend**
81:13
**less**
158:7
**let's**
17:15, 34:23,
46:3, 56:14,
62:7, 64:5,
64:21, 83:23,
90:25, 99:16,
100:23, 105:23,
107:4, 117:1,
120:19, 120:23,

134:22, 149:4,
152:12, 152:14,
156:11, 156:18,
157:10, 158:13,
158:17, 159:13,
159:25, 162:17,
165:5, 167:1,
167:17, 169:18,
171:5, 178:22,
183:11, 186:22,
189:16, 190:6,
190:7, 192:25,
199:24, 203:22,
203:23, 210:9,
210:23, 210:24,
211:11, 212:7,
215:3, 215:19,
217:4
**letter**
46:22, 73:18,
222:13
**letters**
43:13, 53:22
**lexicographer**
21:8, 21:22,
115:11, 196:15
**lexicographers**
22:7, 24:6,
115:19
**lexicographic**
21:11
**lexicography**
16:1, 16:6,
16:7, 16:10,
16:23, 21:6,
114:15, 116:10
**library**
113:8
**licensure**
59:3
**licit**
25:17, 34:19
**lie**
19:11
**life**
43:25, 84:23,
85:1, 86:3,
86:8, 86:16,

86:25, 87:9,
92:9, 92:18
**likely**
44:9, 44:10,
118:8, 118:20,
145:13
**lincoln**
69:19, 125:17,
133:16, 157:3,
157:5, 157:8,
157:20, 166:3,
191:21, 191:25,
192:15, 208:10
**line**
61:10, 61:11,
112:10, 112:12,
137:5, 168:7,
191:19
**lines**
189:15, 219:7
**linguist**
18:6, 19:5,
19:6, 19:12,
27:15, 27:24,
37:11, 43:22,
63:22, 77:22,
79:18, 112:20,
113:9, 144:6,
144:21, 188:18,
196:23, 197:6
**linguistic**
17:11, 17:24,
18:15, 23:23,
25:7, 39:1,
54:13, 59:12,
62:5, 91:15,
95:5, 101:24,
102:6, 111:21,
121:19, 138:3,
138:5, 209:5
**linguistically**
91:15
**linguistics**
15:12, 15:24,
16:16, 17:7,
17:10, 17:16,
17:17, 17:23,
18:20, 18:22,

18:23, 18:24,
18:25, 35:14,
36:17, 36:23,
37:2, 37:14,
38:2, 39:19,
40:22, 41:4,
52:15, 59:21,
107:7, 107:17,
110:23, 111:17,
188:2, 195:3,
196:7, 211:8
**linguists**
18:3, 19:15,
22:17, 23:2,
24:25, 27:10,
29:8, 38:3
**link**
53:8, 71:7
**linked**
71:17, 72:1,
73:6
**links**
71:6, 72:3,
73:13
**lips**
135:25
**lisa**
1:42, 3:22,
11:12, 224:2,
224:17
**list**
42:13, 47:20,
48:8, 56:16,
56:24, 58:2,
58:3, 70:23,
73:16, 73:24,
74:1, 149:17,
195:14, 200:3
**listed**
8:24, 24:11,
56:23, 57:25,
60:4, 68:24,
69:2, 69:11,
70:8, 70:9,
72:13, 73:1,
75:8, 111:24,
121:6, 189:19
**listener**
55:25

**listening**
34:16
**listens**
110:16
**listing**
60:6
**lists**
69:22, 71:23
**literal**
188:2
**literally**
116:3, 188:1
**literature**
21:13
**little**
12:8, 12:10,
17:15, 31:24,
50:10, 58:18,
60:22, 68:5,
109:25, 110:2,
120:12, 161:25,
163:18, 164:18,
164:19, 197:16,
203:22, 207:24
**live**
13:2, 13:4,
47:25, 48:6
**lived**
13:9, 13:10,
16:14
**living**
16:12, 44:17,
134:8
**llc**
1:12, 2:22,
2:32, 5:10,
5:15, 5:21, 6:2,
6:9, 9:2, 9:13,
10:11, 10:15,
10:17
**llp**
4:14, 4:22,
5:5, 5:24, 6:5,
6:13, 10:2
**local**
45:16
**locked**
205:20, 205:22

**locking**
206:2
**logic**
50:8
**logical**
37:6, 108:14,
108:16, 108:21
**logically**
108:12
**logicians**
37:23
**long**
13:9, 16:11,
34:8, 39:21,
41:7, 42:21,
67:2, 67:3,
91:18, 111:19,
119:17, 122:22,
123:13, 134:7,
165:13, 205:11,
219:9
**longer**
14:15, 111:5
**longest**
129:12
**look**
20:13, 28:19,
39:3, 39:5,
44:14, 45:3,
45:12, 46:21,
47:23, 56:14,
61:2, 63:7,
66:20, 67:10,
67:24, 72:2,
72:3, 78:5,
78:9, 83:23,
84:1, 94:23,
95:1, 95:16,
96:17, 97:10,
101:25, 102:7,
109:4, 109:8,
113:17, 113:22,
114:3, 118:11,
120:19, 120:23,
126:4, 128:21,
134:22, 139:4,
149:2, 151:11,
159:4, 167:4,

170:2, 171:22,
182:4, 186:22,
190:6, 191:4,
191:5, 193:12,
195:3, 196:20,
196:25, 197:1,
198:18, 199:24,
201:13, 202:13,
207:11, 216:25

**looked**
27:18, 38:23,
40:7, 40:18,
52:9, 63:18,
69:16, 71:8,
106:20, 113:15,
113:18, 113:21,
114:11, 116:8,
139:7, 140:24,
141:1, 157:7,
194:11, 194:24,
204:4, 210:10

**looking**
21:24, 44:6,
44:18, 77:2,
77:4, 78:4,
94:19, 96:5,
101:16, 103:7,
115:12, 115:22,
132:6, 149:10,
157:19, 178:11,
186:13, 196:22,
198:8, 202:12,
206:4, 206:12,
206:15, 206:16,
215:17, 216:2,
219:10

**looks**
20:17, 45:17,
164:15, 166:20,
172:21, 172:22

**loosely**
28:22

**lot**
27:16, 39:13,
50:18, 76:21,
99:3, 112:11,
124:4, 137:10,
138:1, 172:18

**lots**
152:7

**loudly**
141:17, 143:14,
143:18, 145:22,
148:5, 156:22

**loudspeaker**
125:11

**louisville**
5:26

**loves**
20:4, 20:5

**low**
111:18

**lunch**
120:10, 120:22

**lying**
89:24

## M

**made**
23:5, 34:3,
62:4, 99:12,
114:13, 122:22,
124:12, 124:16,
127:17, 128:3,
128:15, 128:16,
129:12, 134:9,
147:18, 180:9,
201:16

**maga**
99:5

**magistrate**
59:13, 59:18,
62:16

**magistrate's**
59:4

**main**
5:25, 22:20,
27:5, 187:19,
195:19

**major**
22:22

**make**
13:21, 16:8,
23:17, 26:9,
75:4, 91:17,
98:6, 106:1,

110:11, 114:11,
137:15, 145:25,
167:25, 200:18,
215:5

**makes**
52:11

**making**
16:2, 25:22,
89:25, 125:11,
129:3, 136:15,
137:10, 147:10,
181:12, 181:17,
184:24

**male**
20:19

**man**
123:24, 170:23,
185:2

**manual**
49:8

**many**
23:5, 29:9,
43:17, 51:19,
57:15, 57:20,
75:19, 76:5,
77:25, 107:12,
115:5, 115:12,
122:24, 123:15,
125:18, 129:20,
130:18, 130:21,
132:7, 146:4,
146:5, 148:11,
161:17, 167:24,
173:25, 184:22,
186:13, 219:7,
221:9

**march**
85:3, 127:6,
130:11

**mark**
46:3, 46:5,
150:14, 159:15,
160:1, 160:2,
160:23, 160:24,
161:25, 162:1,
164:19, 171:11,
171:12, 222:18

**marked**
46:6, 105:16,

149:4, 150:11,
158:18, 222:24

**market**
4:23

**marking**
46:9

**marks**
223:16

**mary**
20:4, 20:5

**maryland**
3:24

**mass**
17:8

**massachusetts**
15:9, 15:20,
17:5, 21:10,
39:20

**master's**
15:16, 15:21

**material**
69:8, 72:17,
101:8, 130:15,
132:11, 137:4

**materials**
68:16, 68:18,
68:22, 68:23,
69:3, 69:9,
69:12, 69:15,
70:8, 70:10,
70:13, 70:17,
73:15, 73:16,
73:21, 79:14,
101:15, 101:17,
121:5

**maternal**
110:6

**mathematical**
108:16

**matter**
8:22, 8:25,
9:5, 9:8, 9:12,
9:19, 15:17,
56:1, 62:17,
65:15, 66:14,
81:9, 104:4,
104:6, 104:20,
108:22, 111:12,

111:15, 111:17,
117:9, 138:8,
143:10, 170:8,
177:15, 222:14
**matters**
8:23, 57:15,
57:21, 104:8
**matthews**
6:19
**mature**
110:8
**maybe**
66:24, 135:12,
136:9, 154:19,
154:22, 159:5,
220:18
**mcmurtry**
4:4, 11:5,
24:24, 28:1,
28:4, 46:23,
65:19, 65:23,
74:14, 85:6,
85:14, 85:21,
86:9, 94:6,
94:16, 96:12,
100:1, 101:11,
102:16, 102:23,
126:23, 128:23,
138:11, 138:17,
141:22, 142:3,
142:6, 142:10,
142:17, 149:20,
158:14, 169:7,
170:4, 175:22,
176:24, 178:3,
182:17, 202:16,
205:2, 219:7,
220:20, 221:16,
221:19, 223:11,
223:15
**mcmurtry's**
70:18, 187:5
**mean**
22:21, 23:14,
24:3, 24:10,
26:7, 29:4,
32:24, 32:25,
33:8, 35:25,

41:23, 43:2,
50:18, 51:1,
53:4, 57:17,
57:18, 65:9,
80:14, 80:16,
81:1, 87:16,
95:7, 95:8,
103:1, 103:11,
103:21, 106:18,
106:24, 107:11,
107:14, 109:5,
109:12, 109:14,
109:17, 113:24,
115:18, 116:22,
119:4, 119:11,
145:17, 146:10,
146:12, 146:20,
149:12, 154:23,
156:23, 157:17,
157:18, 164:6,
165:4, 165:18,
167:20, 180:1,
181:23, 182:18,
183:21, 187:8,
188:4, 188:6,
188:9, 188:11,
188:15, 188:23,
190:6, 191:12,
191:20, 192:1,
192:4, 192:7,
193:7, 194:20,
196:2, 196:16,
196:17, 202:24,
204:2, 217:8,
218:11
**meaning**
16:24, 17:1,
17:3, 17:11,
17:24, 18:2,
18:12, 18:19,
19:2, 19:20,
19:25, 20:16,
20:25, 22:22,
24:13, 26:5,
26:12, 27:7,
29:2, 30:14,
34:19, 37:7,
37:8, 38:21,

39:2, 52:25,
54:16, 54:18,
55:17, 55:21,
58:12, 59:8,
64:3, 66:10,
77:24, 78:1,
91:15, 91:22,
91:23, 97:4,
101:24, 103:14,
107:8, 109:9,
109:11, 109:14,
109:19, 111:1,
111:12, 114:22,
114:25, 115:9,
115:21, 116:16,
116:24, 118:10,
176:16, 188:2,
188:22, 190:14,
191:1, 195:10,
195:12, 197:24,
198:1, 198:7,
198:20, 199:3,
199:11, 199:21
**meanings**
20:2, 20:8,
20:11, 20:12,
22:4, 26:8,
26:10, 27:21,
94:19, 94:21,
109:7, 114:13,
114:16, 115:6,
115:14, 196:12,
196:17, 202:4,
216:14
**means**
20:4, 20:17,
41:24, 56:8,
62:6, 65:8,
65:10, 66:12,
98:11, 106:25,
115:8, 115:17,
116:11, 175:20,
184:3, 184:4,
184:5, 184:11,
190:10, 191:6,
192:22, 211:9,
216:22, 216:23
**meant**
33:10, 90:1,

90:2, 95:8,
100:21, 127:23,
140:17, 148:1,
184:7, 184:10,
185:15, 191:18,
192:22
**measure**
187:15
**mechanical**
23:22, 26:3
**media**
1:12, 5:11,
6:9, 9:1, 10:11
**meek**
4:21, 11:9,
150:15, 150:18,
158:20, 158:23,
159:16, 159:19,
160:3, 160:6,
160:25, 161:3,
162:2, 162:12,
163:6, 163:20,
163:23, 164:20,
164:23, 169:20,
169:23, 171:13,
171:16, 173:12,
183:13, 183:16,
185:21, 185:24,
210:15, 210:17,
211:2, 211:6,
211:14, 211:16,
211:25, 212:11,
214:9, 214:12,
214:19
**meenakshi**
4:13, 10:18
**meetings**
67:18
**member**
42:5, 43:7,
122:17, 127:16,
128:1, 128:7
**members**
122:1, 146:16
**memorial**
69:19, 125:18,
132:6, 133:16,
157:3, 157:6,

157:8, 157:12,
157:21, 166:3,
166:9, 166:14,
168:1, 191:21,
191:25, 192:15,
192:18, 208:10
**memory**
80:9
**men**
142:16, 180:14
**mentality**
139:20, 140:1,
140:7
**mention**
20:24, 126:2,
131:8, 156:14
**mentioned**
36:1, 36:18,
48:10, 51:24,
75:24, 161:8,
189:13, 194:21
**mere**
146:6
**merely**
84:3
**merriam**
195:16, 195:24,
201:23
**merriam-webster**
21:9
**merriam-webster's**
74:4
**message**
125:8, 126:22
**met**
16:17, 29:25,
30:4, 82:19,
83:14
**methodologically**
189:6
**methodologies**
19:19
**methodology**
77:21, 101:20,
101:21
**mic**
8:11
**michael**
5:22, 6:4,

10:20, 10:24
**michigan**
36:7, 36:12
**middle**
105:9, 156:16,
176:3, 176:8,
179:9, 182:9
**midway**
50:11, 62:18,
64:8
**midwest**
138:1, 138:8,
139:8
**might**
16:15, 19:24,
22:23, 26:4,
26:6, 28:25,
38:20, 40:17,
45:15, 58:8,
68:5, 81:13,
88:13, 92:5,
100:12, 104:22,
106:13, 109:5,
109:6, 112:20,
114:9, 116:2,
117:21, 122:3,
123:2, 124:10,
125:1, 130:18,
132:6, 135:25,
137:18, 138:9,
141:3, 141:23,
142:22, 142:24,
143:6, 143:9,
146:6, 152:5,
159:3, 172:22,
172:23, 180:11,
180:15, 182:2,
212:17
**miles**
14:9
**mind**
104:2, 104:3,
111:20, 124:2,
186:20, 188:13,
188:25, 189:5,
203:12, 220:2
**minds**
209:23

**mine**
19:11, 52:18
**minor**
187:10, 189:8,
189:9, 189:14
**minute**
47:23, 179:4,
210:13, 210:14
**minutes**
175:23, 178:3,
179:11, 183:17,
211:3, 220:18
**misconstruing**
175:4
**misguided**
202:20
**misinterpret**
103:19
**misrepresent**
80:20
**misrepresented**
90:23
**mistaken**
81:22, 81:24,
90:11
**misunderstand**
81:14
**misunderstanding**
87:24
**misunderstood**
30:19
**mitchell**
4:8, 6:15, 57:4
**mixed**
177:2
**mm-hmm**
47:10, 54:11,
123:9, 127:24,
147:22, 203:24,
222:7
**mocking**
161:20
**modern**
17:22, 110:23,
111:23
**moment**
92:23, 140:2,
141:2, 153:13,

153:17, 161:19,
168:20, 169:11,
169:14, 174:1,
178:14, 184:16,
186:20, 202:7,
205:18, 205:23,
207:3, 212:19,
213:8, 213:16
**moments**
175:2, 176:1,
203:19
**money**
43:4, 82:16,
132:12
**monitors**
76:14
**month**
67:5
**months**
110:9, 110:10
**more**
9:18, 17:1,
17:23, 19:2,
20:12, 23:20,
26:12, 44:9,
44:10, 49:13,
51:19, 69:9,
77:11, 80:24,
90:25, 98:7,
98:8, 101:9,
103:2, 103:8,
103:10, 117:23,
118:7, 118:20,
120:12, 156:12,
158:7, 167:4,
174:7, 181:4,
190:25, 192:1,
199:7, 200:14,
203:2, 208:13
**morning**
10:6, 10:14,
10:18, 11:7,
117:4, 222:16
**most**
25:20, 26:17,
52:21, 54:15,
74:1, 86:6,
96:19, 101:19,

102:1, 113:19,
113:21, 113:22,
115:24, 150:6,
197:14, 200:25
**mostly**
45:3
**mother**
110:7
**mothers**
110:3
**motives**
88:24, 90:7,
139:21
**mouth**
140:8, 185:7
**move**
173:22, 175:6,
177:16, 198:13,
203:25, 204:7,
204:12, 210:21,
211:9, 212:17,
213:25
**moved**
42:23, 44:8,
93:6, 93:17,
118:5, 152:24,
173:22, 175:13,
176:23, 194:7,
209:20, 209:24,
217:6, 217:13,
217:16, 218:15,
220:9
**movement**
92:6, 144:13,
200:16, 203:4,
220:5
**moves**
174:12, 175:9
**moving**
90:14, 130:25,
153:1, 156:8,
166:2, 174:19,
177:4, 204:19,
209:8, 211:13,
211:20, 212:18
**much**
15:17, 48:24,
75:14, 76:20,

77:11, 77:15,
80:23, 131:12,
132:19, 198:1,
198:2
**multiple**
109:4, 115:5,
155:3, 167:21
**music**
145:4
**must**
77:1, 154:25,
218:15
**mute**
8:11
**myself**
78:14, 85:8,
113:4, 206:10

**N**

**name**
11:18, 12:2,
18:16, 54:14,
66:8
**names**
31:8, 126:3,
177:2
**natalie**
5:4, 10:7
**nathalie**
11:8
**nathan**
11:3
**nationwide**
60:17, 60:18,
61:4, 61:6,
61:7, 61:19
**native**
21:21, 23:18,
23:23, 24:8,
24:9, 32:11,
38:19, 49:17,
71:23, 79:17,
84:16, 84:20,
85:2, 85:20,
88:3, 91:16,
91:24, 95:6,
98:19, 98:23,
99:4, 99:7,

103:3, 103:15,
103:17, 103:25,
104:1, 105:6,
105:24, 106:2,
106:7, 106:9,
106:11, 106:14,
106:20, 107:18,
108:15, 109:15,
110:5, 114:16,
115:1, 115:10,
115:13, 115:15,
119:3, 122:17,
123:18, 124:25,
125:2, 126:8,
129:16, 130:2,
130:7, 132:25,
133:10, 143:21,
145:15, 161:17,
180:14, 180:25,
186:13, 188:23,
196:11, 200:7,
201:11, 201:20,
202:2, 202:4
**natural**
1:7, 1:17,
1:30, 2:4, 2:14,
2:26, 25:22,
50:4, 50:5,
50:6, 55:16,
197:20
**nature**
76:9
**nbcuniversal**
1:12, 6:9, 9:1
**ncbuniversal**
10:11
**near**
204:5
**nearly**
165:12, 167:19,
168:19
**necessarily**
82:1, 107:19,
143:2, 144:20
**necessary**
216:6, 217:3
**need**
12:16, 52:7,

100:9, 113:8,
115:23, 211:7,
211:10, 221:23
**needed**
78:8, 216:23
**negative**
191:5
**negotiate**
200:16, 203:3,
203:7
**neither**
177:7, 224:9
**network**
2:21, 5:21,
6:2, 10:22, 11:2
**neutral**
88:22, 89:13,
98:7, 98:8
**never**
57:24, 82:19,
83:14, 107:19,
130:12, 131:18,
158:11, 166:8,
190:11, 194:7,
204:7
**new**
1:23, 1:24,
6:7, 6:10, 6:11,
9:4, 10:3,
10:10, 13:4,
13:8, 16:12,
39:18, 45:7,
45:14, 54:3,
60:22, 60:24,
61:3
**news**
1:36, 2:10,
4:10, 4:11,
4:18, 5:1, 9:6,
9:9, 45:1, 45:2,
45:3, 45:10,
45:12, 66:5,
66:6, 70:23,
71:2, 71:3,
71:4, 71:7,
71:9, 72:7,
73:1, 128:11
**newspaper**
21:14, 45:16,

70:8, 70:21,
72:20, 72:22
**newspapers**
45:5
**next**
62:11, 62:12,
70:21, 71:22,
129:5, 139:1,
143:13, 143:14,
175:23, 200:10
**nicholas**
1:6, 1:16,
1:29, 2:3, 2:13,
2:25, 8:25, 9:1,
9:3, 9:5, 9:8,
9:9, 9:12, 9:20,
10:13, 11:6,
65:4
**nick**
73:19, 73:20,
202:23, 204:4,
213:25, 218:12
**nine**
110:9
**nobody**
110:12, 172:4
**nods**
12:23
**noise**
137:11
**non-credit**
55:9
**non-expert**
91:5
**normal**
110:18, 207:5,
207:6, 208:22
**north**
152:21, 154:23,
157:13, 157:22,
157:23, 158:1,
158:5, 167:22,
168:4, 168:6,
168:22, 172:5
**northern**
1:3
**northwest**
4:15

**notary**
3:23
**note**
80:8, 123:9,
124:19, 170:16,
170:20, 186:25,
195:16
**noted**
98:14, 195:24
**notes**
7:14, 39:5,
100:9, 100:14,
169:17, 222:17,
223:6
**nothing**
114:2, 121:13,
136:11, 136:22,
150:3
**notice**
3:22, 31:12
**notre**
173:19, 174:8,
174:12, 175:1,
175:9, 175:12
**novel**
41:18
**november**
46:12, 47:4,
47:15, 65:13,
74:25, 99:19,
100:6, 100:11,
100:12, 100:25,
126:11
**ns**
135:1
**nuclear**
19:9
**number**
8:20, 9:2, 9:4,
9:7, 9:10, 9:13,
9:21, 17:19,
25:1, 52:12,
57:24, 58:1,
108:25, 122:23,
124:23, 129:23,
130:10, 130:13,
131:5, 131:6,
148:17, 200:3,

210:9
**numbers**
68:7, 132:18,
158:15, 169:17
**nyu**
40:22, 43:10

## O

**oath**
11:14
**object**
20:7, 117:24,
212:14
**objection**
85:6, 85:14,
85:21, 86:9,
94:6, 94:16,
102:16, 126:23,
138:11, 138:16,
141:22, 142:3,
142:6, 142:7,
142:11, 142:17,
169:7, 170:4,
182:17
**objective**
83:18, 114:12,
190:25
**objectively**
83:20, 115:19
**objects**
30:6, 31:16
**observation**
123:13
**observe**
130:24
**observed**
92:1, 115:19,
120:6, 121:18,
199:6
**obtain**
20:10, 113:6
**obvious**
125:10, 197:23,
201:25
**obviously**
43:21, 49:17,
89:14, 94:3,
124:2

**occasion**
48:23, 98:22
**occur**
21:25
**occurred**
78:17, 79:21,
80:5, 80:11,
82:1, 82:25,
83:1, 102:1,
102:3, 106:21,
107:1, 120:1
**occurs**
87:7, 87:25,
107:2
**october**
66:24, 67:3,
67:14, 100:4,
100:5, 100:10,
100:11, 100:24,
126:11, 222:11
**odd**
31:14
**odds**
142:22
**off-the-record**
8:9, 74:17
**offence**
78:3
**offensive**
55:16, 56:5,
161:16, 161:20
**offer**
52:13, 105:15,
216:15
**offered**
215:24
**offering**
191:24, 195:9,
197:6
**office**
70:18, 76:11
**officer**
224:2
**official**
43:10, 151:16
**often**
44:25, 108:12,
108:20

oh
10:9, 32:10,
32:16, 47:8,
50:14, 53:4,
60:2, 61:6,
61:13, 65:1,
68:3, 96:2,
96:14, 103:23,
145:12, 207:23,
219:14, 221:11
ohio
5:17, 35:13,
35:16, 35:20,
60:16
old
21:7, 88:11,
103:16
on-line
71:14
once
126:10, 146:15,
199:11, 205:19,
211:23, 211:24
one's
87:18, 87:20,
87:22, 96:8
ones
62:25, 63:2,
63:8, 73:12,
75:3, 75:24,
77:16, 113:18,
149:7, 149:8,
156:5, 182:3,
209:6
oneself
99:5
online
45:3, 71:4,
71:5, 71:16,
71:22, 71:23,
71:25, 72:12,
73:3, 112:13,
223:12, 223:13
onlookers
146:6
only
25:17, 29:15,
29:17, 29:20,

29:24, 30:1,
30:3, 31:7,
31:10, 31:13,
32:9, 33:12,
34:18, 41:8,
66:11, 69:3,
72:5, 73:21,
78:16, 79:20,
80:3, 80:11,
82:3, 82:25,
88:1, 91:5,
93:10, 100:6,
102:2, 106:20,
114:25, 126:9,
130:17, 132:22,
143:20, 147:9,
154:10, 166:16,
166:25, 192:4,
193:12, 202:23,
203:20
open
173:16, 174:2,
209:12
opened
156:9
opens
174:11, 175:8
opinion
57:21, 62:22,
63:22, 63:23,
64:1, 64:2,
66:10, 68:19,
70:14, 76:25,
78:25, 79:6,
90:4, 90:9,
90:20, 91:7,
99:23, 106:8,
143:11, 166:24,
176:11, 177:19,
177:23, 177:24,
188:14, 195:9
opinions
60:14, 62:21,
68:15, 79:22,
80:2, 82:3,
82:8, 83:2,
86:18, 102:4,
105:10, 105:14,

105:18, 105:22,
153:20
opposed
151:15, 193:10,
195:20
opposing
95:22
order
68:5, 78:8,
78:13, 108:1,
108:7, 108:24,
217:14
ordinary
21:20, 22:4,
25:21, 103:21,
103:23, 104:1,
107:9, 107:18,
109:15, 109:18,
110:18, 111:1,
122:24
organize
21:23
organized
146:12
original
69:8, 69:15
osu
41:21, 55:1,
55:7
other
17:24, 19:9,
20:7, 22:19,
22:25, 23:10,
23:17, 29:6,
29:11, 30:1,
33:24, 42:7,
43:17, 43:18,
45:16, 48:18,
49:21, 59:23,
62:25, 63:18,
64:16, 69:11,
69:13, 70:7,
70:8, 70:9,
72:22, 73:1,
73:15, 73:16,
74:9, 75:21,
76:16, 82:11,
83:5, 91:2,

92:21, 93:2,
93:5, 93:14,
93:21, 96:8,
96:19, 96:21,
97:15, 98:2,
98:9, 98:24,
98:25, 101:13,
105:18, 111:2,
111:3, 112:22,
115:15, 122:1,
122:19, 136:3,
140:5, 142:22,
142:25, 143:1,
143:15, 143:18,
148:17, 156:3,
156:8, 159:4,
161:14, 163:9,
169:12, 169:15,
174:11, 177:21,
179:5, 182:12,
185:12, 191:8,
192:4, 193:7,
193:11, 195:20,
197:24, 198:10,
208:22, 209:7,
209:18, 209:20,
209:24
other's
96:7
others
45:8, 86:12,
92:22, 113:20,
115:20, 125:16,
138:23, 141:2,
141:10, 145:23,
151:10, 217:2
otherwise
12:18, 73:9,
193:19, 224:12
out
43:16, 43:19,
44:12, 57:24,
58:8, 68:5,
73:5, 104:2,
113:9, 117:18,
124:5, 132:6,
154:19, 175:2,
187:15, 190:11,

199:25, 204:21,
205:24, 209:21,
215:6, 221:3,
221:17, 221:19
**outcome**
59:16, 224:12
**outside**
130:19, 148:3
**outsider**
56:4
**outward**
84:2, 212:21,
213:21, 213:22
**over**
8:6, 47:21,
67:2, 67:5,
76:23, 76:25,
112:21, 169:1,
206:17
**over-generalize**
110:13, 110:19
**overall**
77:11
**overhead**
122:4
**overlap**
12:25
**overlooked**
189:13
**overlooking**
189:7
**overlooks**
187:10
**overspeaking**
9:17, 12:9,
12:12, 12:21,
18:5, 21:1,
22:24, 23:11,
24:18, 24:20,
27:22, 28:5,
30:9, 30:11,
31:25, 32:2,
32:5, 32:8,
32:15, 32:17,
35:10, 39:8,
39:10, 41:2,
41:4, 55:13,
56:11, 62:10,

62:15, 67:6,
67:20, 69:7,
72:24, 77:5,
77:8, 87:2,
87:4, 96:10,
97:6, 98:16,
112:17, 116:6,
123:20, 124:13,
128:20, 130:4,
136:16, 142:11,
153:11, 155:13,
162:21, 167:10,
167:12, 167:14,
174:22, 174:23,
176:25, 178:22,
181:13, 186:6,
186:7, 194:10,
195:22, 199:10,
203:4, 203:11,
204:22, 206:19,
207:14, 213:7,
213:9, 213:11,
219:22
**own**
80:7, 80:24,
86:3, 86:16,
92:17, 138:21,
160:10
**oxford**
74:2, 74:3,
112:9, 191:4,
195:13, 195:18,
201:6

**P**

**page**
7:3, 7:7,
46:21, 46:23,
46:25, 47:3,
47:6, 47:7,
47:12, 47:15,
47:21, 48:8,
50:2, 50:11,
53:7, 54:9,
55:1, 56:14,
56:24, 60:6,
64:23, 67:24,
67:25, 68:12,

68:13, 68:19,
68:20, 69:6,
70:12, 70:22,
71:14, 73:15,
73:24, 73:25,
74:24, 74:25,
75:3, 78:25,
79:1, 80:8,
83:23, 83:24,
88:20, 93:1,
99:17, 99:20,
105:8, 105:9,
105:23, 107:4,
107:5, 107:22,
117:1, 117:2,
117:15, 119:5,
119:23, 120:23,
120:25, 122:9,
125:5, 127:2,
133:18, 134:22,
135:19, 137:5,
137:6, 143:14,
146:3, 149:18,
152:14, 156:11,
156:14, 167:1,
167:17, 171:5,
179:9, 187:1,
188:12, 189:16,
192:9, 200:10,
200:11, 201:1,
201:14, 201:24,
203:23, 215:4,
215:19, 215:20,
221:3
**pages**
1:41, 58:3,
68:25, 69:3,
70:9, 223:3,
223:4
**paid**
88:24, 153:4
**pan**
133:8
**paragraph**
79:1, 83:24,
84:1, 133:18,
133:21, 157:2,
171:6, 179:10,

187:7, 219:6,
219:9
**paragraphs**
88:21, 187:3,
187:4, 215:24,
216:3
**paraphrase**
116:17
**pardon**
126:4, 128:25,
211:1
**parents**
1:7, 1:17,
1:30, 2:4, 2:14,
2:26
**part**
14:23, 15:13,
15:23, 34:15,
42:25, 61:3,
84:6, 87:21,
97:18, 104:9,
123:7, 125:1,
126:12, 130:17,
130:23, 133:12,
158:11, 161:21,
166:23, 166:25,
176:9, 176:19,
177:23, 177:24,
186:9, 186:18,
193:17, 194:12,
194:15, 195:19,
198:17, 198:22,
199:1, 199:8,
216:17, 223:4
**part-time**
100:7
**parted**
93:3, 156:3,
156:6
**partee**
17:12
**participants**
83:12, 97:25,
99:9, 130:10
**participating**
129:21
**particle**
19:8

particular
17:22, 18:11,
18:14, 20:14,
23:3, 23:25,
36:23, 37:4,
41:17, 42:20,
45:5, 45:10,
55:22, 81:25,
97:5, 98:6,
109:1, 115:1,
118:4, 118:18,
118:23, 123:2,
157:17, 169:14,
198:10, 204:12,
204:16
particularly
40:17, 121:25,
131:7
parties
224:10
partly
123:12, 190:23
parts
22:22, 27:8,
69:10, 132:25,
198:17
party
29:23
pass
49:15, 174:15
passage
78:12, 106:3,
109:20, 113:22,
117:14, 118:4,
128:22, 157:14,
179:3, 190:15,
191:2, 192:7,
193:16, 193:17,
204:20, 215:22,
215:25, 216:5,
216:8, 216:11
passages
21:25, 66:10,
67:10, 67:12,
78:6, 81:5,
100:18, 100:21,
101:3, 101:22,
103:7, 113:16,

113:19, 117:12,
119:9, 121:20,
122:3, 188:17,
198:18, 199:3,
199:12, 222:9
passageway
179:2
passed
135:25, 152:21,
154:24, 217:6,
217:12
passersby
123:10, 124:5,
124:10, 131:23
passing
154:24
passive
117:23, 118:22
passively
176:16, 177:7,
194:20
past
110:13, 155:16,
165:12, 167:19,
168:8, 168:19,
168:22, 169:2,
191:6, 206:17
path
214:2, 215:12
patterns
18:1, 19:1,
110:4, 110:5,
145:1
pause
158:19, 159:14,
160:24, 161:25,
163:18, 164:19,
169:19, 170:13,
171:12, 173:11,
179:18, 183:12,
185:20, 222:3
paused
150:18, 158:23,
159:19, 160:6,
161:3, 162:9,
163:23, 164:23,
169:23, 171:16,
183:16, 185:24,

210:17, 211:16,
212:11, 214:12
pay
16:20, 77:15
pending
204:23
penske
5:11
penultimate
88:20
people's
79:22, 102:4,
146:16, 146:21,
208:21
peoples
127:6, 129:17,
130:11, 186:14
pep
137:12, 137:18,
138:20
perceive
81:20, 92:11,
141:19, 178:15
perceived
84:17, 203:19
perceives
80:15, 80:17,
92:13
perceiving
87:10, 212:20,
213:17
percent
218:13
perception
81:21, 81:23,
85:19, 87:9,
87:13, 92:23,
175:17, 206:22,
207:9, 207:19
perceptions
85:13, 86:1
perceptual
207:15
perfectly
106:14, 150:7,
197:20
perform
199:8

performance
145:21
performing
143:21
perhaps
125:16
period
67:2, 67:3
peripheral
205:14, 205:15,
206:1, 206:11,
206:12, 206:24
peripherally
207:20
permit
133:15, 191:8,
191:14
perpendicular
168:7
person
29:24, 32:13,
34:16, 80:15,
80:23, 81:20,
86:19, 93:10,
94:10, 96:7,
98:20, 103:12,
103:14, 103:21,
104:22, 104:24,
113:11, 115:16,
135:9, 135:13,
135:17, 141:15,
148:23, 151:15,
151:19, 158:3,
162:25, 163:3,
163:4, 185:12,
191:7, 191:8,
197:23, 221:16
person's
86:15, 92:13
personal
91:6, 124:17,
137:24, 138:22,
143:10, 144:6,
144:8, 168:14,
172:25, 207:7,
218:9, 218:22,
219:24
persons
196:6

| perspective | pick | played | pointed |
|---|---|---|---|
| 55:24, 205:6 | 19:23, 205:24 | 150:17, 151:1, | 117:18, 162:13, |
| **pertain** | **piece** | 158:22, 159:18, | 175:2, 215:6 |
| 106:9, 198:24 | 127:13 | 160:5, 161:2, | **pointing** |
| **pertained** | **pieces** | 162:4, 163:22, | 51:8, 51:9, |
| 77:17 | 129:14 | 164:22, 169:22, | 51:10, 51:11, |
| **pertaining** | **place** | 171:15, 183:15, | 51:12, 51:13, |
| 59:3, 75:6, | 10:1, 16:20, | 185:23, 210:16, | 51:17, 51:18 |
| 79:4 | 44:12, 50:23, | 210:25, 211:4, | **points** |
| **ph** | 81:11, 93:19, | 211:15, 212:2, | 134:23, 217:4 |
| 2:35, 3:1, 7:3, | 131:3, 155:9, | 212:10, 214:11, | **political** |
| 7:10, 11:15, | 158:12, 218:2, | 214:21 | 97:14, 97:22, |
| 15:9, 39:18, | 218:19, 219:17 | **playing** | 98:13, 98:15, |
| 195:2, 196:7 | **placement** | 150:15 | 98:17, 99:6, |
| **phase** | 31:21 | **pleadings** | 125:8, 126:22, |
| 46:11, 64:25, | **places** | 188:3, 188:4, | 142:21 |
| 65:7, 188:8 | 39:17, 98:2 | 188:6 | **politics** |
| **philosopher** | **plain** | **please** | 98:22 |
| 52:7 | 18:12, 23:9, | 8:5, 8:7, 8:11, | **pond** |
| **philosophers** | 38:21, 59:8, | 8:12, 8:16, | 133:17, 157:10, |
| 37:17, 37:20, | 64:2, 64:19, | 10:4, 11:12, | 157:11 |
| 42:23 | 78:11, 101:24, | 11:18, 12:16, | **pool** |
| **philosophical** | 103:14, 107:8, | 12:18, 120:24, | 132:7 |
| 17:2 | 109:11, 109:14, | 163:19, 164:19, | **portions** |
| **philosophy** | 109:19, 110:25, | 170:14, 210:10, | 121:11 |
| 36:9, 36:13, | 111:12, 114:15, | 219:3, 221:3 | **portraying** |
| 36:14, 36:15, | 114:25, 116:24, | **plenty** | 92:4 |
| 36:16, 36:24, | 188:22, 191:1, | 173:23 | **posed** |
| 36:25, 37:14 | 195:12, 196:17, | **pll** | 100:2, 100:23, |
| **phone** | 198:7, 216:11 | 62:18 | 102:17, 102:20, |
| 8:16, 19:21, | **plaintiff** | **plla** | 188:14 |
| 65:22, 65:24 | 1:10, 1:20, | 4:6 | **position** |
| **phonology** | 1:33, 2:7, 2:17, | **poetry** | 35:13, 42:3, |
| 18:25 | 2:29, 4:3, | 44:7 | 42:4, 81:8, |
| **photographing** | 10:13, 11:6 | **point** | 89:23, 90:7, |
| 145:24, 172:1 | **plaintiff's** | 30:23, 51:16, | 153:15, 166:13, |
| **phrase** | 46:10 | 51:17, 54:2, | 178:18, 203:10, |
| 102:14, 102:24, | **plaintiff's** | 61:23, 62:4, | 203:12, 206:10 |
| 102:25, 109:1, | 64:24 | 76:7, 98:6, | **positioned** |
| 109:12, 148:9, | **planet** | 107:21, 110:17, | 81:6 |
| 218:4, 218:5, | 6:19, 9:25 | 111:11, 125:6, | **positions** |
| 219:1, 219:19 | **play** | 125:12, 146:5, | 42:8, 42:9, |
| **physically** | 159:14, 160:2, | 148:13, 150:24, | 43:18, 43:20 |
| 167:8 | 210:10, 210:11, | 173:22, 175:7, | **possibility** |
| **physicist** | 210:13, 210:22, | 175:23, 196:19, | 51:21, 59:10 |
| 19:8 | 211:11, 211:23, | 198:1, 198:9, | **possible** |
| **physics** | 212:7, 214:7, | 204:21, 215:8, | 21:23, 75:14, |
| 19:8, 19:9 | 214:18 | 215:12, 220:3 | 78:14, 83:18, |

109:7, 116:12,
142:23, 145:10,
184:15, 200:6,
201:10, 201:19,
202:1

**possibly**
113:19, 122:25,
131:15, 131:17

**post**
35:4, 45:7,
45:14, 45:15

**post-doc**
36:19

**postdoctoral**
35:2

**potentially**
28:25, 92:13,
141:19, 143:5

**pours**
158:9

**powwows**
144:10

**pragmatics**
28:10, 28:11,
28:13, 28:14,
35:24, 55:1,
55:7, 55:10,
104:11

**prayer**
186:14

**praying**
145:11

**preach**
125:7, 126:21

**precise**
53:16

**precluding**
174:18

**predicament**
201:25, 203:10,
203:16

**predictions**
52:12

**predicts**
54:8

**prejudice**
105:4

**prejudices**
104:23

**preliminary**
67:11, 222:8

**preparing**
57:7, 66:18

**prescribe**
114:20

**prescriptive**
107:13

**present**
6:18, 65:20,
83:12, 121:17

**presented**
78:15, 218:7

**press**
74:3

**presumably**
114:4

**presume**
86:10, 122:24,
124:8

**pretty**
40:7, 48:22,
101:7, 125:10,
136:1, 173:8,
192:19

**prevent**
176:17, 176:23,
177:4

**previously**
101:2, 211:21

**pride**
56:6

**primarily**
19:10, 20:2,
89:10

**primary**
26:14, 27:14

**principal**
180:18

**principally**
121:5

**principle**
43:20

**principles**
74:3

**print's**
112:11

**prior**
16:12, 204:1

**prism**
44:17

**private**
86:19, 94:10

**privy**
193:15

**probable**
118:8

**probably**
44:9, 57:25,
67:14, 100:4,
100:5, 188:5

**problems**
32:11

**procedure**
21:11, 49:6

**procedures**
49:8

**proceed**
200:17

**proceeding**
8:3, 8:8

**process**
43:24, 75:18,
121:15

**processes**
101:5

**produced**
189:1

**professional**
55:11, 151:18,
157:19

**professor**
16:4, 21:8,
36:5, 39:15,
40:22, 41:21

**professors**
41:5

**programs**
21:15, 21:16,
45:10

**progress**
23:5, 201:16,
205:9

**project**
49:4

**promoted**
124:3

**prong**
23:1

**prongs**
22:22

**pronoun**
20:14

**pronounced**
11:24

**pronouns**
27:2, 29:13

**prosody**
110:4

**protest**
98:19

**protesting**
98:23, 124:25

**protestors**
98:25

**protests**
97:12

**proud**
59:17

**provide**
99:22, 112:7,
215:21

**provided**
57:15, 57:18,
57:21, 58:19,
68:17, 70:13,
70:17, 70:24,
75:7, 75:13,
106:5, 119:24,
121:5, 121:11,
150:5, 187:1,
187:5, 196:8

**provides**
48:13

**psychological**
90:18

**psychologist**
81:18, 91:10,
207:15

**psychologists**
42:22

**psychology**
37:1

**public**
3:23, 14:17,

209:2, 224:1
**publication**
50:11
**publications**
47:20, 47:22,
48:4
**publicly**
112:15, 113:2,
207:25, 208:5,
208:8, 208:11,
208:17, 209:3,
209:14
**published**
49:7
**publisher**
11:2
**pull**
149:4, 158:17,
170:13, 171:10,
179:16, 210:9,
214:5, 221:2
**pulls**
165:14
**punch**
61:10, 61:11
**pure**
94:9, 153:23
**purely**
107:7, 107:11,
153:23
**purport**
18:7
**purporting**
80:13
**purpose**
125:9, 153:12
**purposefully**
82:3
**purposes**
8:8
**pursuant**
3:22
**put**
22:11, 30:5,
31:4, 31:16,
33:18, 58:22,
63:6, 68:5,
76:15, 93:9,

93:11, 140:8,
170:25, 185:6,
206:10, 210:7
**puts**
20:11
**putting**
22:7, 36:3,
173:2, 177:10

## Q

**qualified**
199:7
**qualifying**
106:8
**quality**
102:2
**quantification**
50:4
**quantify**
76:22
**question**
20:20, 20:23,
26:18, 26:19,
27:10, 28:2,
30:13, 31:2,
31:5, 31:11,
31:15, 31:17,
31:22, 32:1,
32:4, 33:15,
33:23, 40:3,
40:4, 40:9,
49:24, 53:5,
53:9, 53:12,
53:15, 58:18,
59:9, 72:25,
91:9, 93:11,
102:11, 102:12,
102:20, 102:23,
103:4, 106:23,
109:3, 111:23,
112:1, 112:2,
112:6, 112:19,
115:2, 117:15,
121:7, 122:11,
142:9, 149:14,
171:25, 189:18,
189:23, 189:25,
190:13, 191:7,

193:1, 193:13,
193:14, 194:5,
194:9, 202:14,
202:19, 203:8,
204:23, 212:18,
212:24, 213:13,
217:21, 220:14
**question's**
31:18
**questioning**
61:20
**questions**
12:18, 18:3,
50:2, 75:6,
82:9, 83:3,
99:23, 99:25,
100:15, 100:16,
100:22, 101:6,
101:14, 102:17,
153:21, 162:19,
162:24, 188:14,
204:24, 223:9,
223:14
**quickly**
77:10, 101:17
**quite**
25:5, 123:23,
124:2, 172:3,
172:7, 181:2
**quote**
113:16, 125:7,
125:15, 125:23,
125:25, 127:15,
128:7, 132:23

## R

**raced**
137:7
**races**
123:10, 124:19
**racist**
135:19, 135:20,
136:1, 136:6,
136:13
**radio**
21:15
**raining**
116:2, 116:3

**raised**
186:11
**rallies**
137:25
**rally**
137:12, 137:18,
137:23, 138:20
**rang**
59:14
**range**
17:20, 95:19,
96:18, 109:7,
115:13
**ranging**
174:4
**rather**
59:13, 135:6
**rational**
103:3, 103:17,
103:24, 105:7
**rd**
13:7
**re-starting**
211:2, 211:25
**reach**
134:3, 204:10,
221:19
**reached**
221:16
**reaching**
75:18
**read**
8:23, 11:14,
25:21, 44:1,
44:5, 44:6,
44:25, 45:2,
45:3, 45:17,
79:2, 103:6,
103:13, 112:12,
127:4, 127:25,
128:10, 132:1,
203:12, 209:22,
220:1
**reader**
44:5, 44:23,
102:10, 102:12,
102:15, 102:24,
103:9, 103:11,

103:16, 103:20,
104:2, 106:7,
111:9, 188:25
**readers**
104:16
**readily**
205:10
**reading**
43:25, 44:4,
44:7, 44:15,
82:14, 103:21,
106:3, 127:15,
165:8, 187:9,
208:22, 224:8
**real**
200:16
**realized**
16:25
**really**
15:16, 20:16,
43:6, 44:19,
61:10, 61:12,
65:10, 100:6,
114:3, 123:7,
129:15, 130:15,
130:17, 132:20,
137:21, 140:9,
190:13
**reason**
34:10, 62:8,
69:15, 72:16,
83:15, 90:24,
122:20, 130:21,
130:24, 145:19,
148:2, 155:17,
165:23, 168:23,
186:10, 193:19,
205:8, 210:4
**reasonable**
102:10, 102:11,
102:14, 102:24,
103:9, 103:20,
104:2, 105:3,
105:24, 106:2,
106:6, 106:7,
111:9
**reasoning**
189:17

**reasons**
83:6, 83:13,
130:12, 130:23,
131:21, 194:24
**recall**
39:11, 71:20,
72:5, 72:13,
72:15, 72:16,
73:2, 73:5,
73:11, 111:25,
133:14, 136:25,
169:15
**received**
42:10
**recent**
23:20, 24:5
**recently**
55:5
**recess**
74:18, 120:15,
178:7, 220:23
**recognize**
46:13, 142:20,
161:6
**recognized**
137:22, 138:24
**recollection**
66:22
**reconstruct**
78:22
**reconstructing**
46:1
**record**
11:19, 12:19,
23:13, 74:20,
74:22, 120:9,
120:14, 120:17,
120:21, 149:5,
150:9, 162:12,
173:12, 178:6,
178:9, 220:22,
220:25, 222:18,
223:2, 223:17,
224:5
**recorded**
25:7
**recording**
8:7, 131:1

**records**
63:7, 66:21,
149:2
**recursive**
25:16
**red**
162:6, 162:14,
163:4, 171:23,
173:18, 174:5,
183:23
**reduced**
224:7
**reduction**
33:5
**refer**
19:4, 19:5,
89:7, 109:3,
119:14, 123:18,
127:8, 135:19,
139:12, 150:21,
193:1
**reference**
86:16, 93:1,
165:1, 170:10,
178:15, 179:15,
186:5, 188:3
**referenced**
148:22
**references**
86:4, 87:10
**referencing**
52:3, 163:4
**referring**
122:14, 126:1,
132:24, 135:16,
135:21, 162:18,
162:19, 162:24,
165:6, 179:24
**reflect**
82:1, 212:25
**reflecting**
132:7, 133:16,
157:10, 157:11
**reflection**
22:3, 31:1
**reflects**
31:2, 33:15,
33:19, 33:23,

37:19
**refrained**
119:18
**refuse**
118:13
**refused**
191:7, 191:12,
191:13, 192:21,
214:3
**refusing**
194:18
**regarded**
161:16
**regular**
110:13
**regularly**
45:11, 145:2
**rejected**
58:21
**relate**
36:16, 37:14
**related**
38:14, 51:25,
117:21, 224:10
**relates**
37:22
**relation**
218:1
**relationship**
41:18
**relationships**
18:9, 25:13
**relative**
80:22
**relatively**
24:5, 111:18
**relevance**
131:11
**relevant**
50:25, 77:6,
77:9, 80:12,
117:22, 121:19,
131:4, 131:19,
186:23
**reliable**
129:22, 130:9
**reliably**
170:6

relied
75:13
religious
125:7, 126:22
rely
19:16, 20:16,
20:24, 27:11,
82:10, 83:5
relying
177:22
remaining
93:11
remarks
186:9
remember
8:5, 8:11,
36:18, 39:16,
58:6, 58:7,
60:15, 60:22,
61:1, 66:8,
72:6, 88:13,
88:18, 100:8,
100:13, 108:10,
126:8, 127:13,
135:23, 136:4,
136:8, 136:20,
137:3, 180:16,
182:3, 202:11
remembered
66:5, 82:5
reminded
66:11
remote
8:2
remotely
8:3
repeatedly
75:23, 126:6
rephrase
58:13, 102:22,
203:8
reported
1:42
reporter
8:13, 11:11,
11:12, 11:14,
12:12, 13:16,
13:24, 14:2,

71:7, 72:7,
112:23, 138:15,
138:18, 178:24,
213:15
reporter-notary
224:1
reporting
13:23, 21:14,
70:21, 121:23,
190:8
reports
63:8, 66:6,
88:13, 88:14,
102:5
represent
10:5, 10:17,
85:8
representation
81:17
represented
78:20, 79:23,
81:19, 102:9,
114:10
representing
9:25, 10:10,
10:19, 11:4,
11:9
represents
84:11
requested
224:9
research
16:2, 23:23,
42:2, 42:5,
42:11, 43:22
resistance
191:24
resolve
29:1
resolving
26:24
resource
43:7
resources
25:3, 42:1,
63:19, 119:6,
119:11
respect
42:4, 72:12,

89:21, 92:1,
171:1, 184:24,
189:18, 193:22,
219:1
respected
43:6, 74:1,
111:22
respectful
170:24
respects
185:2
responding
141:16, 142:5,
142:14, 142:15
response
140:18
responses
78:3
rest
133:17
restart
159:25, 160:22,
161:24, 163:18,
164:17, 169:18,
173:10
restarting
160:3, 160:25,
163:20, 164:20,
169:20, 185:21,
214:19
results
25:6
resume
35:22
retain
66:16
retained
57:6, 57:8,
75:5, 186:25
retire
41:5
retired
35:17, 40:25,
41:24, 42:6
retreat
114:8, 117:17,
118:12, 190:19,
190:22, 191:4,

191:10, 191:14,
191:16, 191:20,
192:1, 192:2,
192:3, 192:22,
192:23, 194:16,
194:17, 194:19,
195:1, 198:11,
198:15, 214:3
review
48:5, 48:6,
57:11, 71:2,
71:4, 71:25,
72:19, 83:19,
83:21, 83:25,
94:4, 124:17,
124:18, 127:10,
128:15, 135:22,
137:4, 167:3,
168:14, 199:2,
199:19, 204:9,
217:5, 217:18,
217:19, 217:23,
218:22, 218:24,
219:24, 220:14,
222:9
reviewed
67:11, 68:23,
69:3, 70:10,
70:24, 71:15,
71:17, 73:3,
73:22, 77:10,
79:13, 101:8,
120:3, 120:5,
123:25, 181:25,
204:3, 216:7
reviewing
77:20, 78:18,
122:6, 122:21,
155:22
reviews
79:14, 126:13
revise
54:3
revision
54:5
rhythmically
145:3
rich
77:24

richer
198:1, 198:2
right-wing
104:24
rights
98:19, 98:24
ritchey
6:13
road
198:5
roberts
2:35, 3:1, 7:3,
7:10, 7:13,
8:21, 11:15,
11:20, 26:20,
47:5, 223:6,
223:17
rolling
2:32, 5:10,
9:13, 10:17
room
19:23, 113:5,
134:8, 173:5,
173:23, 177:8
rooms
21:19
root
140:20
rooting
140:16
rough
134:1, 134:3
roughly
66:3, 167:23,
168:6
round
130:2, 130:7,
133:5
rowdy
139:2, 139:3,
139:6, 139:16
rowe
73:19
rows
155:3
rpr
224:17
rubber
198:5

rude
112:24
rule
64:24
ruled
58:23, 59:18,
59:20
rules
12:7, 12:14,
25:16, 110:19
run
8:4
russell
52:23
rutgers
42:14, 42:24
ryan
5:14, 10:16

**S**

s
4:1, 5:28, 52:8
said
13:18, 18:24,
20:4, 22:21,
26:3, 27:2,
29:9, 30:24,
34:5, 34:10,
34:17, 37:5,
40:25, 42:19,
44:22, 50:18,
51:16, 56:2,
59:21, 60:2,
61:20, 61:21,
62:1, 66:1,
66:11, 67:15,
79:10, 82:5,
87:12, 88:12,
88:17, 90:2,
90:12, 90:13,
91:21, 93:6,
94:3, 94:20,
96:25, 97:3,
97:7, 98:18,
102:16, 108:11,
111:11, 114:19,
118:12, 118:18,
122:20, 124:22,

126:9, 127:21,
134:18, 135:8,
136:12, 136:22,
138:14, 139:16,
141:2, 142:19,
156:10, 157:1,
157:4, 157:6,
172:9, 172:11,
181:1, 182:24,
184:21, 185:18,
186:4, 186:10,
187:13, 187:17,
188:12, 188:21,
189:10, 189:22,
191:3, 192:11,
194:17, 197:8,
197:25, 198:12,
202:10, 202:22,
202:25, 211:19,
212:4, 212:20,
215:2, 224:6
same
33:17, 33:25,
39:19, 47:12,
50:13, 50:14,
70:4, 72:21,
83:6, 83:13,
87:15, 90:6,
105:23, 116:19,
130:20, 138:20,
144:1, 158:15,
169:11, 178:19,
183:23, 195:3,
199:20, 201:24,
203:14, 205:18,
210:4, 218:25,
219:6
sandmann's
73:20, 82:10,
84:17, 90:10,
90:21, 164:12,
168:7, 170:17,
172:6, 173:3,
173:17, 173:18,
173:21, 174:3,
175:1, 177:13,
179:2, 198:12,
205:6, 206:5,

206:13, 206:14,
215:17
sang
129:6
satellite
2:21, 5:21,
6:2, 10:22, 11:1
satisfied
108:7
saw
67:13, 72:4,
88:1, 90:15,
96:5, 121:23,
131:22, 133:5,
133:12, 138:1,
141:13, 147:9,
147:12, 147:15,
148:11, 150:4,
155:10, 155:25,
156:1, 157:24,
158:12, 159:5,
166:8, 166:11,
167:21, 176:20,
179:3, 204:7,
210:1, 210:3,
217:5, 217:13,
217:15, 218:6,
218:23, 218:24,
220:12, 220:16
saying
13:1, 19:7,
31:10, 33:1,
43:6, 72:8,
81:22, 93:20,
93:22, 96:16,
97:16, 98:25,
103:9, 106:11,
106:14, 110:15,
117:16, 128:13,
128:16, 129:2,
140:10, 145:5,
145:6, 150:4,
168:18, 174:10,
175:5, 175:10,
177:11, 181:9,
184:25, 198:4,
198:14, 205:19,
214:25, 218:20,

219:12
**says**
35:22, 42:4,
47:4, 48:9,
60:5, 68:17,
81:4, 102:23,
113:25, 116:22,
137:6, 179:14,
183:22, 183:24,
190:10, 192:17,
194:4, 204:20,
215:1
**scene**
69:19, 130:17,
132:22, 133:9,
138:24, 147:23,
152:20, 180:3,
181:3, 181:16,
182:1
**scenes**
150:5
**scholar**
42:11
**school**
14:11, 14:13,
14:14, 14:17,
15:4, 16:21,
39:19, 83:11,
127:19, 128:4,
137:7, 137:16
**schoolmates**
164:16
**science**
35:8, 36:19,
37:1, 42:16,
42:17, 42:25,
53:24, 54:5,
107:6, 110:24
**scientific**
17:17
**scientists**
19:18, 42:23,
53:24
**scrabble**
44:20
**screen**
76:12, 173:4
**seated**
120:9

**sec**
158:19
**second**
20:22, 23:1,
24:19, 25:24,
25:25, 37:13,
50:3, 59:1,
71:13, 75:9,
97:1, 114:19,
118:11, 120:9,
120:20, 127:2,
150:14, 150:24,
160:2, 160:23,
160:24, 161:25,
162:1, 162:18,
163:5, 165:16,
167:6, 169:19,
171:9, 171:12,
174:24, 176:22,
187:7, 194:12,
194:15, 198:21,
199:1, 204:20,
205:4, 215:4,
215:20, 215:21,
216:16, 219:14,
222:3
**secondly**
130:16, 131:20,
131:21, 197:10
**seconds**
150:19, 158:24,
159:20, 159:22,
160:4, 160:7,
160:9, 161:1,
161:4, 162:2,
162:13, 163:21,
163:24, 164:21,
164:24, 165:2,
165:9, 169:19,
169:21, 169:24,
171:14, 171:17,
173:13, 178:23,
179:1, 179:4,
183:17, 211:3,
214:10, 214:13,
214:20
**secretary**
70:18

**section**
75:8, 120:25,
121:6, 121:9,
121:15, 127:5,
186:22, 189:17
**see**
31:18, 46:23,
47:18, 50:10,
50:11, 57:25,
58:2, 60:15,
69:11, 70:14,
73:16, 76:6,
76:8, 78:9,
80:24, 81:25,
88:25, 93:2,
94:23, 95:1,
102:7, 104:14,
105:5, 105:6,
110:17, 126:5,
130:14, 133:13,
135:3, 137:13,
148:14, 148:18,
149:13, 150:21,
151:3, 152:19,
154:1, 154:6,
154:11, 156:15,
159:1, 159:23,
164:2, 165:5,
165:22, 166:16,
166:18, 167:4,
167:25, 168:10,
168:13, 168:16,
169:4, 169:8,
169:16, 171:7,
171:19, 173:2,
173:9, 173:18,
174:1, 175:16,
175:19, 176:19,
176:22, 177:18,
177:22, 178:20,
179:2, 179:19,
199:15, 200:19,
201:17, 203:20,
204:12, 205:21,
206:5, 206:8,
206:13, 206:15,
206:16, 207:3,
207:4, 207:20,

218:2, 218:5,
218:8, 218:22,
219:13
**seeing**
80:20, 213:8,
213:23
**seek**
73:5
**seem**
58:8, 139:25,
197:20
**seemed**
44:12, 119:1,
122:12, 123:16,
131:12, 134:7,
135:9, 137:9,
140:11, 140:13,
145:19, 152:25,
186:8, 186:17,
191:23, 205:24
**seems**
61:14, 84:5,
84:7, 95:2,
118:20, 127:17,
127:23, 128:2,
199:4, 199:21,
219:1, 219:4,
219:12, 219:17,
219:19, 219:25
**seen**
66:5, 72:9,
86:12, 86:13,
161:11, 161:13,
210:2, 215:13,
215:17
**sees**
165:9
**segment**
71:16, 72:14
**segments**
71:3, 75:23,
77:2, 77:6,
77:9, 77:16
**select**
195:18
**selection**
50:3, 50:12
**seller**
16:18

semantic
26:2
semanticist
19:13, 37:5,
108:11
semantics
17:11, 18:17,
18:18, 18:19,
18:21, 19:1,
19:6, 19:11,
19:12, 19:16,
24:21, 35:24,
50:4
semester
41:8
seminar
36:14
seminars
35:23, 43:11
sense
54:4, 58:16,
97:25, 117:23,
118:5, 118:15,
118:16, 119:2,
139:20, 176:4,
177:9
senses
117:21, 195:15
sensible
23:18
sensitive
29:1, 41:16
sensors
22:1
sent
70:19, 72:3
sentence
19:25, 20:15,
22:23, 26:5,
26:8, 26:13,
32:18, 33:3,
33:4, 51:3,
51:6, 108:2,
118:25, 127:25,
133:22, 135:1,
135:2, 139:1,
139:4, 190:20,
217:9, 219:11,

219:15
sentences
21:23, 25:18,
33:18, 119:8,
190:2, 190:5,
190:14, 193:20,
193:23, 198:23,
198:25
separate
68:7, 69:14
september
65:16, 65:17,
66:21, 67:8,
100:18, 221:21,
221:22, 222:5
serious
214:24
serve
41:25
set
25:16, 69:9,
105:4, 108:25,
132:22, 224:14
setting
92:20
seven
67:16, 100:7
several
20:1, 29:22,
29:23, 30:4,
36:21, 47:20,
63:2, 73:25,
75:3, 108:5,
123:10, 174:8,
174:16, 180:5
shakes
183:25
share
28:24, 34:15
shared
34:18
sharing
185:2
sheet
127:21, 154:7
shelf
112:8, 112:10,
112:14

shirt
137:8, 173:19
shoeboxes
21:18, 21:19
shohl
60:9
shook
5:13, 10:14,
10:15
short
72:8, 129:14,
218:17, 220:17
shorthand
224:1
shot
133:12, 157:2,
157:18
should
8:9, 34:21,
46:18, 74:12,
107:14, 107:15,
114:22, 116:22,
127:25, 141:10,
141:11, 153:3,
193:20, 210:24
shoulder
173:3
shouldn't
67:4, 107:15
show
107:1, 146:6,
147:24, 148:7
showed
106:25
shown
115:6, 195:7
shows
178:19, 218:18
shy
13:22
sic
105:3
side
13:23, 60:19,
60:25, 61:5,
61:6, 61:7,
61:8, 61:23,
62:2, 148:5,

160:13, 174:13
sides
95:22, 97:13
siegel
11:3
signature-p1kal
224:15
significance
150:2, 170:21,
170:22
signing
224:8
similar
131:24
simple
51:7, 77:21,
101:7, 113:23,
197:20
simply
96:16, 180:24,
216:7
since
23:3, 48:24
singing
129:10, 129:17
single
51:3, 204:3,
218:15
sitting
39:11, 72:11,
73:2, 73:11,
127:12, 136:25
situation
34:3, 75:15,
75:22, 77:12,
78:7, 78:9,
78:12, 79:19,
80:10, 80:11,
81:12, 81:16,
81:18, 82:24,
84:11, 90:24,
92:21, 93:12,
95:13, 97:10,
108:1, 108:2,
114:10, 119:25,
135:15, 146:8,
170:24, 192:2,
192:3, 192:10,

192:23, 198:9,
200:15, 201:15,
203:3

**six**
125:16, 142:5,
142:15, 221:12

**sizes**
132:22

**skewed**
80:6

**sleep**
91:19

**slide**
216:22, 217:14

**slided**
216:20, 216:21

**slightly**
98:6, 165:13,
168:8, 168:22,
169:2, 186:13

**slogan**
60:12, 60:18,
60:24, 61:2,
61:3

**slot**
116:19

**slower**
76:18

**slowly**
8:5

**slur**
55:25, 56:5,
56:7

**slurs**
55:1, 55:12,
55:15, 55:18,
55:21, 77:25,
126:19, 135:20,
135:23, 198:3

**small**
148:18, 181:24,
182:8

**smaller**
131:12

**smile**
164:8

**smirk**
170:3, 170:5

**smoothly**
8:4

**snippets**
69:13, 70:4

**soap**
125:13

**sociology**
37:2

**socrates**
6:19

**software**
76:17

**solan**
39:13, 39:14

**solely**
63:17, 64:13,
79:7, 79:12,
79:16, 80:2,
83:20, 88:24,
94:13

**some**
16:12, 22:2,
38:18, 38:21,
38:23, 45:16,
52:1, 55:17,
63:10, 69:9,
69:14, 69:15,
77:9, 93:6,
93:8, 93:14,
93:16, 93:20,
97:12, 98:2,
98:21, 101:12,
103:10, 111:3,
113:20, 115:6,
117:20, 123:23,
123:24, 124:8,
125:1, 126:2,
127:1, 127:21,
132:5, 136:1,
146:14, 151:9,
153:5, 155:6,
155:7, 155:12,
155:17, 156:3,
158:10, 161:6,
165:23, 168:23,
175:23, 179:5,
182:1, 184:6,
186:17, 189:9,

191:11, 222:8,
222:16

**somebody**
30:15, 86:23,
93:22, 132:17,
135:12, 136:9,
136:12, 152:3,
152:6, 187:13,
207:19, 212:18,
215:1

**someone**
16:17, 63:23,
85:12, 86:14,
86:24, 92:11,
92:13, 92:22,
93:23, 98:23,
104:18, 128:8,
128:14, 142:24,
184:23, 187:14,
195:2, 212:13,
212:16

**someone's**
80:9, 124:21

**something**
20:5, 20:18,
33:24, 43:25,
44:9, 45:15,
55:7, 58:8,
60:25, 91:15,
91:22, 107:14,
115:18, 116:4,
116:15, 122:4,
136:13, 137:22,
138:9, 138:21,
183:20, 185:17,
187:13, 198:7,
202:8, 205:5,
212:4, 215:1,
221:13

**sometimes**
23:6, 37:3,
51:4, 56:4,
122:17, 129:7,
211:23

**somewhat**
218:16

**song**
144:13, 144:19,

192:10, 192:15

**soon**
79:13, 110:1

**sophisticated**
25:7

**sorry**
9:18, 10:7,
19:22, 28:3,
28:7, 31:7,
40:2, 40:10,
47:6, 49:25,
50:14, 58:1,
58:15, 60:5,
61:1, 62:8,
63:6, 65:1,
66:20, 66:25,
68:10, 72:2,
87:5, 112:2,
112:20, 120:20,
124:15, 127:10,
155:14, 162:23,
177:1, 178:24,
211:1, 212:3,
213:15, 214:5,
217:22, 219:13,
219:14

**sort**
25:20, 38:24,
44:1, 46:22,
88:20, 125:1,
140:1, 140:20,
164:8, 176:12,
177:20

**sound**
13:23, 18:1,
19:1, 24:2,
110:4, 110:5,
144:22, 144:25

**sounds**
19:21, 23:19,
24:1, 26:4,
49:21, 145:2

**sources**
21:13, 115:12,
128:12

**south**
5:6, 14:9,
157:13, 158:5,

165:3, 165:11,
165:18, 167:23,
168:4, 168:6,
168:22
**sovereign**
60:23, 60:24,
61:3, 61:8,
61:24
**space**
156:8, 174:10,
175:2, 175:5,
175:8, 205:17,
206:5, 206:13,
206:14, 209:12
**sparks**
64:5
**speak**
8:5, 48:16,
48:18, 48:20,
49:16, 103:12,
107:14, 111:15
**speaker**
49:18, 79:17,
91:24, 95:7,
103:3, 103:15,
103:17, 104:1,
105:6, 105:25,
106:2, 106:7,
106:12, 106:15,
106:20, 109:15,
109:18, 119:3,
188:23, 196:11,
200:8, 201:11,
201:20, 202:2,
202:4
**speakers**
21:21, 23:9,
23:18, 23:24,
24:9, 32:11,
38:19, 91:16,
103:25, 106:9,
107:9, 111:1,
114:17, 115:1,
115:10, 115:13,
115:15
**speaking**
8:14, 8:17,
29:6, 48:11,

50:24, 86:24,
91:3, 110:10,
181:5
**spears**
5:4, 7:4, 8:23,
9:18, 10:8,
11:7, 11:8,
11:17, 12:13,
13:19, 14:3,
28:8, 46:8,
74:15, 74:21,
85:10, 85:17,
85:25, 86:11,
94:11, 95:11,
96:14, 96:23,
102:19, 102:21,
120:8, 120:18,
126:24, 129:1,
138:12, 138:19,
141:25, 142:4,
142:8, 142:12,
143:3, 149:21,
150:1, 150:20,
158:17, 158:25,
159:21, 159:25,
160:8, 160:22,
161:5, 161:24,
162:8, 162:16,
163:7, 163:17,
163:25, 164:17,
164:25, 169:10,
169:18, 169:25,
170:7, 171:18,
173:10, 173:14,
175:24, 177:12,
178:1, 178:4,
178:10, 179:7,
182:21, 183:11,
183:18, 185:19,
186:1, 202:18,
203:5, 205:3,
210:19, 211:22,
212:6, 212:12,
214:14, 214:22,
219:11, 221:1,
223:1, 223:13
**special**
18:4, 18:7,

45:22, 45:25,
113:8, 134:20
**specialities**
52:2
**specialize**
19:15, 28:11
**specialized**
134:13
**specific**
39:23, 40:6,
54:18, 64:6,
72:15, 73:12,
90:15, 108:6,
145:2, 169:15,
208:24
**specifically**
50:24, 75:23,
127:9, 207:2
**spectators**
139:2, 139:6,
139:16
**speculating**
88:23
**speculation**
94:9
**spelled**
11:21
**spent**
76:20, 76:21,
77:1, 77:3,
101:16, 197:16
**spirit**
186:15
**spoil**
44:19
**spoke**
65:23, 144:1
**spoken**
24:8, 30:14,
51:6, 83:15,
110:7, 144:22
**sporting**
137:16, 139:9,
139:23, 140:22,
141:4, 141:9,
161:14
**sports**
137:9, 137:23,

137:25, 139:6,
140:4, 161:11
**springfield**
21:10
**square**
126:20
**st**
222:4, 222:6
**stairs**
171:21, 192:13,
192:23, 200:18,
205:11, 208:2,
208:7
**stake**
80:7
**stance**
52:25
**standard**
38:24
**standing**
61:23, 95:18,
125:16, 130:19,
155:9, 166:2,
173:17, 194:3,
198:12, 204:1,
204:4, 204:6,
204:13, 206:3,
206:4, 206:9,
207:5, 207:6
**standoff**
213:1
**stanford**
35:6, 36:20
**start**
110:10, 132:16,
150:13, 158:18,
164:18, 171:11,
173:15, 190:20,
196:24
**started**
55:8, 67:1,
100:13, 114:1,
190:16, 192:17,
193:24, 215:1,
222:11
**starting**
25:9, 25:11,
42:11, 47:21,

150:16, 158:20,
159:16, 162:2,
171:13, 183:13,
210:15, 211:14,
212:9, 214:9
**starts**
46:22, 133:19,
179:14, 179:20,
182:12
**state**
3:23, 6:6,
10:5, 11:18,
15:23, 35:13,
35:16, 35:20,
75:4, 75:12,
80:23, 116:8,
116:14, 132:23,
133:25, 135:5,
144:11, 145:14,
149:23, 154:1,
171:19, 179:9,
184:18, 185:16,
200:13, 203:23,
216:12, 217:5
**stated**
150:6, 203:25
**statement**
73:20, 80:13,
84:7, 95:6,
104:21, 108:21,
126:21, 149:24,
166:24, 176:15,
184:13, 189:19,
193:11, 193:12,
197:5
**statements**
34:3, 48:2,
79:3, 79:7,
79:16, 79:18,
79:22, 79:24,
81:4, 82:11,
83:5, 94:20,
94:25, 103:22,
120:5, 176:11,
177:19, 187:22,
187:24, 189:12,
212:19, 213:16
**states**
1:1, 70:12,

139:11
**stating**
12:15, 135:6,
145:17, 163:3,
200:21
**status**
41:3
**statute**
63:15
**statutes**
63:12
**statutory**
64:17
**stay**
120:9, 194:6
**stayed**
93:9, 93:19,
210:7, 219:17
**staying**
194:8
**stays**
179:4
**stenographically**
224:6
**step**
154:11, 205:10
**steps**
137:7, 152:21,
154:3, 154:8,
154:21, 155:7,
155:20, 157:12,
157:21, 157:23,
158:6, 158:9,
165:10, 166:6,
166:12, 166:16,
166:19, 166:21,
167:5, 167:8,
167:23, 168:2,
169:1, 172:4,
172:7, 173:24,
173:25, 174:8,
174:16, 174:19,
175:6, 175:14,
175:19, 175:20,
175:21, 176:17,
176:18, 177:4,
179:3, 182:11,
192:5, 193:25,

204:6, 209:17
**sticking**
59:8
**still**
17:9, 17:13,
41:25, 42:4,
43:10, 53:1,
165:14, 173:4,
210:8
**stipulated**
149:6, 150:10
**stipulation**
11:14
**stone**
2:32, 5:10,
9:13, 10:17
**stood**
123:22, 154:13,
190:17, 191:19,
194:1, 205:19,
210:8, 218:2
**stop**
20:22, 37:12,
44:10, 63:19,
75:9, 150:13,
162:5, 165:16,
219:13
**stopped**
76:6, 130:13,
131:18
**stopping**
176:12, 176:13,
177:20
**story**
16:11, 45:17
**straight**
194:2, 220:6
**straightforward**
78:2
**stray**
123:10, 124:10
**streaming**
45:13, 45:18
**street**
4:15, 4:23,
5:16, 5:25, 6:6,
13:7
**strict**
59:7

**strike**
41:20, 68:22,
79:25, 107:3,
116:9, 137:2,
170:16, 189:24,
208:3, 209:19
**strong**
104:23
**structure**
20:3, 20:9,
20:25, 23:2,
23:14, 23:25,
24:1, 24:16,
25:3, 26:11,
32:18, 51:20,
117:3, 117:7,
117:9
**structures**
23:6, 24:10,
25:2, 25:14
**student**
173:17, 174:12,
175:1, 175:9,
210:21, 211:13,
213:25, 214:15
**students**
38:13, 38:16,
43:8, 43:12,
53:21, 55:9,
83:11, 93:2,
93:6, 93:8,
123:18, 131:6,
131:10, 143:8,
152:10, 154:13,
155:4, 156:3,
156:9, 161:6,
171:21, 174:11,
209:7, 209:18,
209:20, 209:24,
212:20, 213:16
**studied**
15:7, 15:10,
15:12, 16:1,
17:7, 21:7,
36:25, 37:21,
37:23, 88:3,
151:9
**studies**
19:12, 110:24

**study**
14:22, 15:11,
16:7, 16:25,
17:10, 17:11,
17:17, 17:20,
18:1, 18:15,
18:19, 19:1,
19:2, 19:3,
19:8, 19:20,
20:15, 21:7,
21:22, 23:5,
25:6, 26:15,
26:21, 28:14,
35:5, 35:8,
35:9, 36:2,
36:21, 37:5,
42:18, 104:9,
110:25, 111:1,
115:20
**studying**
21:12, 23:2,
24:7, 24:9,
26:6, 110:20
**stuff**
99:2
**style**
180:14
**su**
215:1
**subfield**
18:23
**subfields**
19:10
**subject**
17:25, 20:6,
52:15, 55:15,
203:1
**subscribe**
45:6, 45:9
**subsequent**
79:6, 79:22,
126:12
**subsequently**
72:20, 77:15,
79:2
**substantial**
187:8, 187:11,
189:9, 189:12

**substantially**
187:18, 187:23
**substantive**
189:14
**substitute**
85:18
**sue**
29:16, 29:18,
29:20, 29:21,
29:25, 30:1,
30:3, 30:6,
30:24, 31:6,
31:7, 31:9,
31:10, 31:14,
32:9, 33:12,
33:19
**sufficient**
208:19
**suggest**
84:25, 124:24
**suggested**
208:6
**suggesting**
181:5, 181:8
**suggests**
196:15
**suit**
57:7
**suitable**
115:24
**suite**
4:7, 4:16,
4:23, 5:6, 6:14
**summary**
105:9, 105:10,
154:7, 188:8
**support**
114:12, 148:12
**supports**
176:11, 177:19
**suppose**
29:22
**sure**
11:23, 13:6,
13:21, 29:14,
33:9, 40:4,
40:9, 47:2,
52:17, 58:13,

58:15, 66:25,
68:8, 74:14,
75:4, 93:23,
96:14, 97:9,
103:13, 106:1,
114:11, 115:4,
117:13, 123:7,
125:18, 127:1,
128:23, 129:2,
131:2, 147:7,
147:9, 147:14,
149:19, 150:23,
159:6, 173:7,
173:8, 175:25,
178:4, 181:11,
194:14, 195:5,
195:8, 196:5,
202:18, 211:18,
211:20, 219:11,
221:13
**surmise**
143:20, 153:24
**surprise**
144:15, 144:18
**surrounded**
176:1, 176:4,
176:5, 176:7,
214:15
**suspect**
58:6, 153:14
**swear**
11:12
**sworn**
11:16
**synonymous**
61:4, 61:9,
62:5, 62:6
**syntactic**
20:3, 20:9,
20:25, 23:1,
23:14, 24:1,
24:15, 25:2,
25:3, 25:14,
26:11, 51:20,
116:19, 117:3,
117:7, 117:9
**syntacticians**
23:15, 24:6,

25:8
**syntax**
18:1, 20:11,
23:2, 24:17,
25:6, 35:24,
35:25, 109:8,
118:17, 196:25
**systematic**
17:1

**T**

**table**
52:20, 206:16
**tactic**
23:6
**take**
22:4, 24:10,
27:16, 34:16,
38:3, 47:23,
49:16, 74:12,
82:17, 83:9,
95:8, 105:7,
106:3, 106:17,
109:16, 109:21,
114:12, 114:24,
117:22, 134:13,
152:12, 169:17,
175:22, 178:2,
178:18, 186:2,
192:11, 192:14,
192:22, 193:16,
211:7, 220:17
**taken**
58:8, 74:18,
120:15, 132:4,
133:6, 178:7,
220:23, 224:3,
224:6
**takes**
50:23
**taking**
10:1, 15:25,
89:23, 90:7,
91:24, 112:14,
151:19, 158:3,
180:4
**talk**
8:6, 25:3,

25:13, 28:9,
38:17, 54:19,
54:25, 64:5,
90:25, 94:4,
97:7, 102:10,
112:21, 122:4,
146:9, 148:8,
156:11, 156:12,
162:17, 171:9,
188:20, 188:24,
189:7, 203:22,
213:20
**talked**
22:9, 25:1,
27:12, 62:14,
65:13, 70:20,
77:24, 82:19,
86:2, 92:10,
99:10, 106:6,
114:14, 116:9,
117:2, 117:3,
172:9, 178:11,
178:14, 209:8,
212:16, 217:9,
221:15
**talking**
20:18, 34:23,
47:6, 47:9,
50:19, 56:7,
64:2, 68:3,
68:8, 68:10,
69:25, 89:8,
89:11, 90:12,
91:18, 106:15,
114:4, 114:5,
130:6, 156:13,
162:7, 168:19,
189:2, 189:3,
214:4
**talks**
54:10
**tape**
122:21, 122:22,
123:13
**taught**
35:19, 35:22,
36:14, 38:6,
39:21, 41:11

**teach**
36:13, 40:15,
41:9, 41:10,
109:23
**teaching**
42:6, 42:8,
42:9, 43:15,
52:5, 63:24,
108:13
**team**
139:13, 139:17,
140:5, 140:6,
140:14, 140:17,
140:21
**technical**
28:20, 51:25,
54:17, 58:15
**technical-related**
8:18
**technician**
6:19, 8:2
**techniques**
119:7
**ted**
1:8, 1:18,
1:31, 2:5, 2:15,
2:27
**teenagers**
142:2, 142:14,
142:15
**telephone**
19:22, 67:19,
67:23
**television**
21:15, 139:9,
173:13
**tell**
13:25, 17:15,
19:2, 49:23,
53:11, 61:14,
63:7, 83:19,
108:4, 122:15,
123:5, 124:20,
127:11, 127:12,
129:15, 130:21,
134:8, 149:3,
149:11, 160:18,
164:9, 172:15,

197:9, 210:6,
211:12, 212:3,
212:5, 214:24,
215:10, 218:10
**telling**
107:13, 137:2,
150:6, 153:23,
180:21
**tells**
33:20, 80:6
**ten**
100:7, 178:3,
220:18
**tend**
196:10
**tense**
104:8, 110:13,
110:14, 191:6
**term**
21:12, 22:5,
41:7, 54:18,
56:4, 98:7,
116:18, 116:19
**terms**
17:18, 17:19,
27:4, 55:16,
59:9, 62:6,
78:1, 81:25,
98:13, 99:11,
121:18, 126:18,
167:6, 188:10,
213:4, 216:18
**terre**
13:14, 14:1,
14:7, 14:8,
14:11
**testified**
11:16, 56:15,
56:20, 59:4,
60:6, 61:2,
61:9, 156:1,
208:3
**testify**
65:4, 91:5
**testifying**
59:11, 66:13,
80:23
**testimony**
57:12, 57:16,

57:19, 58:23,
59:5, 59:10,
59:13, 59:17,
59:19, 59:22,
59:24, 63:11,
64:2, 80:22,
82:23, 85:16,
224:5, 224:6
**texts**
23:8
**th**
25:10, 46:12,
52:24, 65:13,
69:20, 74:4,
75:1, 222:11,
224:14
**thank**
8:2, 8:19,
12:14, 12:15,
24:24, 27:4,
28:9, 54:22,
58:18, 73:1,
93:21, 120:19,
138:18, 142:17,
152:13, 219:16,
220:20, 223:11,
223:14, 223:15
**thanks**
53:18, 74:15,
186:15
**theater**
15:1
**themself**
10:4
**themselves**
34:6, 134:19
**theories**
52:14
**theorist**
52:18
**theory**
28:19, 28:21,
30:25, 41:18,
52:6, 52:11,
52:13, 52:19,
53:12, 53:14,
53:23, 54:4,
54:6, 54:18,

54:21

**thereafter**
224:7

**therefore**
110:25, 192:21

**they'd**
80:6

**thing**
24:19, 25:20,
32:12, 62:12,
63:24, 87:15,
102:6, 109:24,
110:22, 138:20,
167:7, 167:9,
177:25, 180:19,
184:21, 192:4,
193:13, 197:12,
198:10

**things**
26:17, 27:2,
27:5, 36:21,
37:18, 42:18,
43:17, 44:2,
44:16, 45:3,
49:24, 55:17,
76:7, 77:14,
78:3, 86:20,
92:11, 98:24,
99:8, 102:8,
103:19, 105:1,
108:23, 109:5,
110:11, 110:23,
113:25, 114:8,
146:9, 146:18,
150:6, 184:16,
193:20, 197:1

**thinking**
85:4, 113:24,
113:25, 184:16,
184:17, 186:20,
190:9, 193:15,
193:18

**third**
26:2, 51:10,
51:18, 132:1,
133:21

**thoroughly**
78:14

**thought**
16:15, 37:18,
37:19, 37:22,
43:24, 61:22,
67:12, 96:14,
100:20, 102:8,
113:18, 113:21,
114:8, 118:7,
131:7, 140:15,
151:12, 184:6,
185:9, 185:14,
192:4, 193:13,
195:1, 195:23,
197:21, 212:25,
213:4

**three**
13:11, 22:22,
74:1, 74:6,
77:1, 77:4,
97:11, 111:24,
112:3, 117:20,
122:10, 123:17,
131:21, 142:21,
154:21, 172:6,
173:24, 191:15,
197:2

**through**
1:7, 1:17,
1:30, 2:4, 2:14,
2:26, 43:15,
43:23, 44:17,
46:1, 64:8,
69:22, 72:18,
75:10, 79:12,
86:3, 86:25,
92:6, 101:17,
111:24, 149:16,
156:8, 156:18,
209:23

**throughout**
181:2, 218:3,
218:13, 218:19

**till**
110:8

**time**
8:17, 9:23,
12:16, 15:12,
15:25, 16:13,

17:8, 17:12,
39:22, 43:11,
49:13, 59:6,
67:3, 68:11,
74:17, 74:20,
76:2, 76:20,
76:22, 77:12,
80:19, 82:15,
87:11, 87:23,
98:22, 99:3,
110:8, 111:5,
114:1, 120:14,
120:17, 123:23,
132:3, 132:12,
135:24, 140:12,
154:10, 164:12,
167:4, 169:11,
172:16, 178:6,
178:9, 204:5,
204:13, 211:5,
211:12, 212:21,
213:18, 213:23,
214:23, 215:18,
218:13, 220:22,
220:25, 221:3,
223:14

**timeframe**
49:11

**times**
1:23, 1:24,
6:10, 6:11, 9:4,
10:10, 45:7,
45:14, 75:19,
76:5, 107:12,
108:6, 122:19

**timing**
120:10

**title**
151:16

**titled**
120:25, 223:5

**today**
9:24, 10:16,
10:23, 11:2,
21:15, 72:11,
73:2, 73:11,
127:12, 127:21,
137:1, 154:8,

188:21, 200:25,
221:14

**today's**
9:15, 9:22

**todd**
4:4, 5:15,
10:15, 10:17,
11:5, 65:19,
67:11, 102:20

**together**
20:11, 22:8,
22:11, 36:3,
36:20, 125:16,
147:16, 182:9

**told**
16:19, 52:4,
53:4, 54:14,
62:8, 64:18,
66:2, 66:3,
77:22, 92:15,
101:7, 101:20,
102:4, 132:3,
139:22, 154:15,
188:16, 190:23,
194:25

**tomahawk**
161:7, 161:9,
161:19

**tomorrow**
41:16

**took**
15:18, 16:12,
67:16, 68:4,
81:10, 96:20,
118:14, 119:8,
135:9, 137:10,
143:21, 157:18,
165:13, 194:19

**tool**
24:6, 25:25

**tools**
23:21, 25:23,
37:6, 39:1

**top**
17:9, 17:13,
73:24, 192:13,
223:5

**tore**
137:8

total
77:3, 222:10
touched
17:1
tourists
122:25
toward
141:19, 166:8,
166:16, 168:1,
168:25, 180:6
towards
15:15, 54:25,
135:24, 141:20,
145:16, 160:13,
166:14, 166:22,
168:1, 193:24
track
57:24
trademark
60:11
tradition
59:7
trailed
152:6
trailing
145:24
training
15:14, 15:24,
43:22, 44:1,
44:14, 134:14,
134:16, 211:8
trajectory
208:6
transcript
82:11, 224:4
transcription
73:19
transitive
118:24
translate
108:13, 108:18,
108:20
translating
108:19
translation
108:17
translations
48:13

traurig
6:5, 10:25
treat
20:16
tremaine
4:14
trial
65:4, 197:8
tribe
88:16, 143:23,
144:12
tried
38:17, 38:25,
75:19, 76:6,
77:22, 89:12,
134:6
tries
115:11
triple
142:7, 142:10,
142:17
true
29:16, 29:25,
31:23, 33:16,
33:21, 33:24,
34:1, 55:20,
61:25, 62:3,
67:13, 78:2,
78:8, 78:12,
79:18, 79:24,
81:7, 82:24,
84:18, 92:1,
94:25, 95:2,
100:21, 101:23,
102:8, 108:8,
108:24, 121:21,
187:17, 187:18,
187:20, 187:23,
188:1, 189:19,
191:9, 191:12,
198:6, 198:14,
199:4, 199:18,
199:21, 206:2,
216:9, 224:4
truth
33:21, 55:19,
56:8, 61:18,
62:5, 77:22,

78:10, 80:12,
87:7, 87:25,
88:1, 94:24,
101:21, 107:6,
107:23, 107:25,
108:3, 108:4,
108:6, 108:21,
108:22, 109:1,
117:10, 119:7,
122:3, 187:8,
187:10, 187:12,
188:17, 188:20,
189:1, 189:2,
189:9, 189:12,
190:1, 190:5,
197:11, 197:24,
198:2, 198:4,
199:14, 199:17,
216:10
truthfully
108:2
try
33:10, 58:16,
58:17, 187:25,
197:22, 209:22
trying
12:25, 37:15,
40:4, 40:10,
78:5, 78:22,
81:19, 84:25,
85:18, 86:15,
86:24, 94:12,
112:24, 132:20,
141:11, 151:17,
153:10, 157:14,
208:7, 212:24,
219:9
tuesday
2:37, 4:2
turk
23:22, 26:3
turn
154:20, 167:25,
193:24
turned
155:18, 165:23,
167:15, 187:15,
194:2, 204:15,

217:7, 217:12
turning
168:24
turns
154:19, 160:10,
165:15, 166:22,
168:2, 168:9,
168:20, 168:21,
168:23, 169:2,
182:12
tv
45:20, 71:2
twice
134:7
two
25:2, 29:19,
32:23, 35:5,
40:18, 66:10,
75:6, 76:14,
77:1, 77:4,
82:9, 83:3,
94:20, 94:25,
95:18, 96:6,
97:11, 98:9,
99:23, 108:19,
110:10, 117:20,
130:12, 154:21,
158:3, 165:10,
176:14, 182:6,
187:2, 190:14,
193:19, 196:4,
198:17, 199:3,
200:13, 202:24,
203:1, 215:24,
216:2, 223:3,
223:4
type
18:15, 21:2,
32:14, 76:12,
116:20
types
18:3, 27:12
typewriting
224:7
typical
144:2
typically
86:2, 103:24,

115:25, 143:22,
145:3, 191:6,
200:14, 200:22,
203:2
**typo**
127:22, 128:19,
128:21
**typos**
127:21

**U**

**ultimate**
82:3
**umm**
45:2, 71:11,
104:17
**unable**
8:15, 200:16,
203:3
**unclear**
133:2
**under**
16:4, 20:20,
21:21, 26:18,
26:19, 31:1,
31:2, 31:17,
31:18, 33:16,
33:23, 48:9,
53:5, 53:9,
53:12, 53:15,
70:20, 73:15,
102:12, 105:9,
187:2, 224:7
**undergraduate**
14:24, 14:25,
15:3, 35:19,
35:23, 38:12,
49:2
**underlying**
25:13
**understand**
12:7, 12:17,
13:1, 32:13,
32:19, 33:14,
40:2, 54:7,
65:7, 78:11,
79:17, 83:17,
85:1, 104:21,

106:10, 107:20,
118:9, 119:4,
119:25, 184:22,
188:4, 188:5,
191:16, 197:12,
197:18, 198:16,
199:14, 208:21,
211:8
**understanding**
25:23, 84:13,
85:9, 113:12,
187:18, 188:7,
193:6, 197:11
**understood**
12:20, 12:22,
34:22, 38:19,
80:22, 103:6,
107:9, 188:18
**undertake**
19:16, 27:11
**unfriendly**
99:14
**ungrammatical**
44:13
**united**
1:1, 139:10
**universal**
55:21
**universities**
17:9
**university**
14:19, 14:23,
15:8, 15:11,
15:19, 17:4,
35:6, 35:14,
35:16, 36:6,
39:20, 42:1,
49:3, 74:3
**unless**
44:3, 87:13
**unmovable**
212:14
**unmoving**
95:18
**unquote**
128:7
**unreasonable**
104:16

**unrelated**
122:12, 123:17
**until**
24:23, 66:24,
124:14, 130:5,
142:8, 160:2,
162:23, 166:9,
166:17, 166:22,
167:15, 168:2,
172:6, 179:4,
206:20, 213:12,
217:20, 220:13
**unusually**
96:18
**upbringing**
170:23
**updating**
51:21
**usa**
10:23, 11:2
**usage**
23:16, 116:23,
198:21
**usages**
21:11, 21:17,
21:20, 23:8,
24:7, 196:20,
200:1
**use**
19:19, 21:15,
22:10, 22:11,
22:17, 23:21,
24:4, 25:1,
26:3, 27:21,
28:16, 37:6,
48:23, 61:4,
75:17, 95:14,
98:3, 102:25,
108:17, 109:11,
109:13, 111:2,
111:16, 115:10,
115:20, 116:24,
118:24, 139:1,
139:2, 145:1,
147:25, 148:9,
164:14, 168:16,
172:16, 172:17,
184:23, 200:22,

200:24, 200:25,
201:4, 218:5,
219:1, 219:19
**useful**
37:8, 39:1,
108:12
**uses**
23:16, 55:23,
102:24, 116:13,
116:14, 197:13
**using**
91:3, 98:5,
201:2
**usually**
76:15, 139:23,
145:3
**utilize**
76:17
**utter**
19:25, 20:3,
22:23
**utterance**
20:10, 20:21,
26:22, 26:25,
32:23, 33:11,
33:13, 34:12,
55:19, 91:17,
198:5, 198:6
**utterances**
29:19, 30:23,
31:22
**uttered**
95:5, 145:2

**V**

**vague**
98:9, 132:21
**valid**
196:3, 200:6,
201:10, 201:19,
202:1
**variety**
18:13, 19:9,
21:13, 37:18,
40:8, 42:18,
52:9
**various**
20:13, 49:24,

97:13, 122:11,
134:23
**veracity**
48:1
**verb**
110:13, 116:20,
116:21, 216:19,
220:4
**verbatim**
187:4, 192:11
**version**
112:13
**versus**
9:1, 9:3, 9:6,
9:9, 9:13, 9:20,
20:19, 29:20,
30:6, 30:24,
61:7, 131:23,
139:17, 139:19,
139:23, 140:7
**veteran**
71:24
**via**
8:16
**viacomcbs**
4:19, 5:2
**vicinity**
129:16
**video-recorded**
8:24
**videoed**
134:25
**videographer**
6:18, 8:20,
9:15, 9:22,
9:24, 11:11,
74:16, 74:19,
120:13, 120:16,
122:22, 125:11,
129:13, 130:16,
133:6, 147:2,
148:24, 149:1,
178:5, 178:8,
206:17, 207:16,
220:12, 220:24,
223:16
**videography**
131:1, 134:17

**videotape**
8:21
**videotaping**
135:14
**view**
90:9, 90:20,
104:22, 138:9,
141:9, 141:10,
141:11, 218:10,
220:3
**viewed**
72:17, 141:3,
142:22, 161:19
**viewing**
134:19, 138:24
**views**
86:19, 88:22,
89:13, 89:15,
89:18, 98:18,
124:3, 125:12
**viral**
71:24
**virtually**
2:36, 3:2
**virtue**
30:15, 54:6,
198:6
**vis-a-vis**
133:16, 203:10
**vision**
205:14, 205:16,
206:1, 206:11,
206:25, 207:6
**visiting**
36:5, 40:21
**visual**
51:14, 206:18,
206:21, 207:9,
207:19
**vitae**
58:7

---

**W**

**wacker**
5:6
**waded**
176:3
**wading**
160:19, 160:20

**wah**
145:6
**wait**
24:22, 120:20,
124:14, 130:5,
142:8, 162:23,
171:9, 198:14,
206:20, 213:12,
217:20, 220:13
**walk**
110:1, 155:16,
156:18, 180:3,
220:6
**walked**
93:7, 155:10,
155:11, 155:15,
155:19, 156:5,
160:10, 168:19,
176:8, 194:2,
204:14, 204:15,
205:10, 209:11
**walking**
152:15, 154:17,
156:25, 159:2,
159:7, 165:20,
165:22, 166:5,
166:11, 166:14,
166:20, 167:22,
168:4, 168:5,
168:22, 168:25,
169:1, 180:6,
181:22, 182:5,
182:9, 182:15,
208:9, 208:15,
209:16
**walks**
110:1, 156:20,
158:8, 165:12,
167:19, 168:8
**walt**
4:11
**want**
13:5, 13:20,
35:1, 37:13,
46:3, 53:19,
61:10, 61:14,
68:5, 75:4,
81:11, 83:16,

91:6, 93:1,
102:4, 103:14,
103:15, 103:17,
105:24, 106:1,
120:9, 126:2,
126:5, 140:8,
140:9, 146:9,
156:12, 165:16,
167:3, 171:10,
171:24, 177:25,
178:1, 204:25,
222:18
**wanted**
17:14, 18:1,
49:10, 53:17,
59:13, 61:3,
101:18, 118:14,
119:15, 125:12,
132:14, 132:15,
192:5, 205:5,
208:1, 209:15,
209:23
**washington**
4:16, 45:7,
45:14
**waste**
82:15
**watch**
44:25, 45:11,
45:12, 45:19,
45:20, 76:10,
76:13, 76:18,
104:22, 106:19,
169:5, 169:11
**watched**
71:10, 71:19,
72:14, 73:9,
75:19, 75:23,
76:5, 126:10,
135:8, 146:2,
149:12, 149:23,
150:8, 169:13,
215:15
**watching**
71:20, 76:21,
94:14, 139:20,
139:25, 141:15,
144:9, 147:19,

180:3, 183:1
**ways**
19:20, 20:15,
26:10, 26:15,
26:21, 29:11,
36:2, 37:6,
38:24, 51:20,
90:15, 103:10,
136:10, 191:15
**we'll**
222:3
**we're**
13:21, 47:12,
53:25, 56:3,
74:22, 103:14,
120:13, 120:21,
178:8, 222:20
**we've**
105:16, 149:4,
158:18, 210:9,
217:9
**wearing**
99:5, 147:18,
165:10, 180:11
**web**
21:16, 23:21,
23:23, 53:7
**webster**
195:16, 195:24
**webster's**
201:23
**week**
76:25
**weigh**
78:7
**weird**
49:24, 50:2
**well-known**
60:18
**went**
14:16, 14:19,
15:8, 15:20,
16:21, 17:4,
19:22, 35:17,
39:20, 72:14,
76:6, 110:15,
111:24, 149:16,
165:23, 215:9,

216:16, 220:2,
220:3
**weren't**
130:21, 151:20,
155:3
**wessels**
4:6, 57:2, 57:9
**west**
4:23, 5:16,
5:25, 13:7,
157:21, 168:1
**western**
14:8
**whatever**
64:3, 90:24,
94:2, 140:17,
145:22, 148:2,
184:5, 184:7,
222:4
**whereof**
224:13
**whereupon**
223:19
**wherever**
133:10
**whether**
23:24, 32:4,
32:7, 33:18,
53:14, 55:20,
67:12, 72:13,
73:2, 79:24,
91:25, 95:2,
100:21, 102:7,
114:9, 120:4,
121:20, 139:10,
145:4, 145:6,
145:8, 151:12,
153:12, 154:2,
161:18, 163:15,
181:11, 181:14,
182:22, 184:12,
187:20, 187:22,
187:25, 189:19,
199:3, 199:17,
199:20, 200:17,
202:6, 202:14,
203:9, 203:15,
204:18, 205:25,

214:1, 216:8
**white**
142:1, 142:14,
142:15, 151:3,
174:5
**whitehead**
52:23
**whoever**
157:18
**whole**
33:11, 135:9,
177:25, 198:23,
198:25
**wide**
21:13, 52:9
**wider**
172:15
**wiley**
14:13, 14:15
**willing**
66:9, 150:7
**within**
19:11, 28:21,
72:1, 73:13,
84:19, 103:25
**without**
33:12, 87:19,
118:2, 118:3,
195:2, 196:7
**witness**
11:13, 28:3,
28:6, 57:6,
82:23, 85:7,
85:15, 85:16,
85:22, 86:10,
94:7, 94:17,
96:16, 102:18,
102:20, 128:25,
141:23, 142:19,
149:22, 162:5,
162:12, 162:14,
169:8, 170:5,
177:1, 179:1,
182:18, 199:13,
202:19, 211:5,
211:18, 212:3,
212:9, 219:8,
224:13

**witnessing**
141:3
**womb**
110:3
**women**
123:25, 180:5
**won**
183:20, 183:21,
183:24, 183:25,
184:6, 184:11,
184:21, 184:25,
185:13, 185:15
**wonder**
151:2
**word**
23:25, 30:16,
33:2, 33:4,
37:24, 37:25,
44:21, 52:21,
52:22, 95:14,
95:17, 98:3,
98:4, 109:5,
109:19, 115:1,
115:8, 115:9,
116:12, 135:25,
139:1, 139:2,
139:13, 144:22,
145:9, 147:25,
152:16, 164:14,
195:10, 195:11,
196:4, 196:16,
200:14, 200:21,
201:4, 216:13
**words**
20:2, 20:8,
20:11, 20:25,
23:10, 26:10,
27:21, 31:16,
33:17, 33:19,
34:6, 36:3,
38:1, 69:13,
91:3, 92:21,
94:19, 104:7,
111:12, 113:15,
113:17, 114:10,
136:3, 140:8,
144:11, 144:19,
177:21, 185:6,

188:22, 193:6,
193:10, 193:11,
195:3, 196:12,
196:18, 198:21,
198:23, 216:4,
217:1
**work**
12:23, 16:19,
17:14, 21:4,
26:17, 30:25,
35:3, 44:9,
44:11, 53:2,
53:5, 53:9,
54:15, 54:19,
56:18, 58:4,
63:16, 67:1,
68:2, 172:18,
221:9
**worked**
16:2, 21:9,
49:1, 100:6,
221:12, 222:7,
222:10
**working**
15:15, 42:21,
55:8, 100:13,
222:11
**works**
52:1, 197:14,
197:15, 197:17
**world**
17:10, 50:19,
87:11, 112:22
**world's**
52:20
**worth**
132:12, 179:21
**wouldn't**
18:7, 85:11,
109:22, 114:7,
117:17, 118:12,
132:9, 141:6,
144:21, 145:8,
190:18, 190:21,
191:3, 191:6,
191:10, 194:16,
194:17, 194:25,
198:11, 198:15,

206:2
**wrap**
35:1
**wright**
4:14
**write**
27:16, 27:20,
62:22, 64:1,
67:15, 67:17,
89:12, 121:3,
125:6, 156:19
**writing**
38:15, 39:25,
43:13, 53:21,
63:8, 161:22
**written**
24:8, 27:16,
53:9, 105:15,
105:19
**wrong**
52:11, 141:6,
159:3, 159:10,
159:24, 163:16,
165:6, 176:6,
196:24
**wrote**
46:15, 49:5,
63:1, 63:3,
63:4, 67:7

**Y**

**yardstick**
172:15, 173:2
**yardsticks**
172:16, 172:17,
172:19
**yeah**
12:10, 19:24,
22:11, 24:22,
27:8, 28:4,
29:15, 32:16,
34:25, 40:12,
40:14, 41:8,
44:15, 44:24,
45:4, 47:14,
47:24, 51:2,
55:2, 55:4,
57:20, 61:9,

61:22, 63:3,
70:16, 95:25,
102:18, 103:19,
122:5, 147:8,
166:4, 174:3,
190:11, 192:14,
194:25, 198:19,
221:24
**year**
15:7, 15:10,
15:21, 15:22,
16:13, 41:8,
55:3, 110:9,
221:21
**years**
13:10, 35:5,
35:15, 37:20,
197:16
**yelled**
185:16
**yelling**
141:17, 146:18,
183:20, 186:3,
210:21, 211:13,
214:25
**yep**
151:4, 170:15,
201:18, 210:6
**yesterday**
41:15
**yield**
33:24
**york**
1:23, 1:24,
6:7, 6:10, 6:11,
9:4, 10:3,
10:10, 13:4,
13:8, 16:12,
39:18, 45:7,
45:14
**young**
170:23
**yourself**
8:17, 18:16,
19:4, 19:5, 92:4

**Z**

**zero**
173:13

**zoom**
55:14, 67:23

**$**

**$300**
221:7

**.**

**.1188**
4:9
**.1222**
5:18
**.1400**
6:8
**.3071**
6:16
**.4499**
4:17
**.8000**
5:8
**.8280**
5:27
**.8900**
4:25

**0**

**00023**
1:21, 9:5
**00024**
1:34, 9:7
**00025**
2:8, 9:11
**00026**
2:18, 9:21
**00027**
2:30, 9:14
**00056**
1:11, 9:2
**01**
9:23, 178:7,
178:9
**03**
185:22
**05**
220:23, 220:25
**06**
224:18
**07**
185:20, 185:25

**09**
223:18, 223:19

---

**1**

**1**
120:15, 120:17,
179:21, 211:11,
211:14, 211:16,
211:25, 212:8,
212:9, 212:11
**10**
4:23, 5:16,
9:23, 46:12,
57:25, 65:13,
75:1, 99:19,
137:6, 143:14,
146:3, 146:7,
148:13, 148:14,
149:5, 149:6,
149:9, 149:17,
149:24, 150:12,
150:14, 150:15,
150:17, 150:18,
150:19, 151:1,
152:14, 156:11,
156:14, 167:1,
167:17, 171:5
**100**
218:13
**10027**
13:8
**11**
74:4, 74:17,
74:18, 74:20,
171:12, 171:17,
179:9, 186:22,
187:1, 224:14
**116**
135:1
**12**
7:4, 120:14,
120:15, 188:12,
189:16
**12207**
6:7
**1221**
10:2
**123**
13:7

**13**
83:23, 83:24,
192:9, 200:10,
201:1, 203:23
**1301**
4:15
**14**
74:17, 74:18,
88:20, 93:1,
93:14, 170:11,
215:4, 215:19,
215:20
**147**
179:18
**16**
47:6, 171:6,
171:11, 171:13,
171:15, 171:16,
173:13, 176:10,
177:17
**17**
214:5, 221:12
**18**
69:20, 69:23,
70:1, 70:4,
72:9, 72:19,
75:10, 75:17,
77:7, 79:12,
121:4, 122:7,
183:12, 183:14,
201:14, 204:11,
211:11, 211:14,
211:25, 217:24
**19**
1:11, 9:2,
25:10, 52:24
**1950**
23:4, 25:11
**1978**
15:3
**1979**
15:22
**1981**
48:25
**1988**
35:17

---

**2**

**2**
156:17, 178:6,

178:7
**20**
1:21, 1:34,
2:8, 2:18, 2:30,
9:5, 9:7, 9:11,
9:14, 9:21,
13:7, 25:10,
52:24, 120:14,
120:15, 146:7,
148:13, 148:14,
158:24, 160:2,
160:7, 160:23,
161:1, 172:20,
224:18
**200**
14:9, 37:20
**20005**
4:16
**2005**
38:9
**2016**
35:18, 38:9,
40:21
**2019**
40:21, 69:20,
121:4
**202.973**
4:17
**2021**
2:37, 4:2,
7:15, 9:23,
46:13, 47:4,
47:15, 75:1,
99:19, 222:17,
223:7, 224:14
**2022**
42:12
**2023**
224:18
**21**
65:16, 65:17,
165:9, 221:22,
222:4, 222:6
**22**
211:11, 211:16,
212:8, 212:9
**223**
7:12

**224**
1:41
**23**
224:18
**233**
5:6
**2400**
6:14
**250**
4:7
**26**
46:10, 64:24
**27**
120:17, 222:11
**2700**
4:23
**28**
178:6, 178:7,
210:13, 210:15,
211:3
**29**
74:18, 74:20,
212:8, 212:11
**2:-cv--wob-cj**
9:11
**2:-cv--wob-cjs**
2:8, 2:18,
2:30, 9:14

---

**3**

**3**
178:7, 178:9,
183:12, 183:14,
185:19, 185:22,
210:13, 210:14,
210:15, 210:18,
220:22, 220:23
**3-foot**
171:10, 171:20,
174:2, 175:3,
177:18, 178:16
**30**
2:37, 131:15,
132:18, 133:23,
161:25
**300**
6:14
**312.876**
5:8

**317.635**
4:25
**32**
160:24, 161:3,
162:2, 163:18,
163:21, 210:14,
210:18
**33**
183:12, 183:17,
187:16
**34**
214:7, 214:10,
214:19
**37**
187:14, 214:8,
214:12
**39**
162:13, 163:6,
163:8, 164:21

---
**4**
---
**4**
185:20, 185:25,
220:23, 220:25,
223:18, 223:19
**40**
131:15, 133:23,
163:5, 165:21,
187:16, 197:16
**40202**
5:26
**41**
162:1, 163:19,
164:18, 165:2
**41017**
4:8, 6:15
**416134**
1:40
**43**
163:24
**43215**
5:17
**46**
164:19, 165:2
**46204**
4:24
**47**
7:9, 164:24,

169:19, 169:21
**48**
179:21
**4th**
5:25

---
**5**
---
**50**
132:18, 178:23,
179:1, 179:4,
220:22, 220:23
**500**
4:7, 4:16
**501**
13:7
**502.540**
5:27
**518.689**
6:8
**53**
185:19
**54**
6:6
**58**
169:19, 169:24
**59**
8:1
**5900**
5:6

---
**6**
---
**6-second**
171:11
**60**
88:14
**60606**
5:7
**615.565**
5:18
**6th**
6:6

---
**7**
---
**7**
68:20
**70**
88:14
**710**
5:25

**78**
49:1
**7th**
9:16, 9:23,
222:17

---
**8**
---
**8-second**
159:15, 160:1
**80**
15:23, 49:2,
52:8
**859.344**
4:9
**859.578**
6:16

---
**9**
---
**9**
2:37, 8:1