UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION

CIVIL ACTION NO. 2:20CV26 (WOB)

NICHOLAS SANDMANN                                    PLAINTIFF

VS.                              ORDER

GANNETT CO., INC.                                    DEFENDANT

This matter is before the Court on several pending motions (Docs. 65, 66, 78), and the Court being advised,

**IT IS ORDERED** that oral argument on these motions be, and is hereby, **SET FOR TUESDAY, JULY 26, 2022 AT 1:00 P.M.** An order setting the format for this argument will follow.

This 17th day of June 2022.



Signed By:
*William O. Bertelsman* WOB
United States District Judge