Sandmann v. Gannett Co., Inc. et al.
Case No. 2:20-cv-00026

## List of Exhibits from the Deposition of Plaintiff Nicholas Sandmann

| Deposition Exhibit Number | Description of Deposition Exhibit |
|---|---|
| Sandmann Exhibit 01 | Video, "Covington Catholic Colonel Crazies Compilation Video," YouTube (Jan. 21, 2019), formerly available at https://www.youtube.com/watch?v=KSiE1H4JKQE (played from 00:00-00:10, 00:45-1:06).[1] |
| Sandmann Exhibit 02 | Audio recording produced by Greater Cincinnati Investigation, Inc. (GCI) as GCI-000218 (clip from 5:54-6:30 of GCI's interview with Robert McGrane). |
| Sandmann Exhibit 03 | Video 4.[2] *See Gannett*, Doc. 61 (Stipulation) and Doc. 62 (Thumb Drive). *See also* https://www.dropbox.com/s/r669sphtcafllx1/Video%204.mp4?dl=0. |
| Sandmann Exhibit 04 | Photograph of water bottle with blue "Trump" label. |
| Sandmann Exhibit 05 | Video produced by NBC as NBCU000001 (Savannah Guthrie interview of Nicholas Sandmann) (played from 8:29-9:32, 13:06-13:56, 20:08-20:57). |
| Sandmann Exhibit 06 | Exhibit 6 was referenced, but skipped, at Plaintiff's deposition. *See* Sandmann Dep. Tr. 104:19-105:4. |
| Sandmann Exhibit 07 | Video 5. *See Gannett*, Doc. 61 (Stipulation) and Doc. 62 (Thumb Drive). *See also* https://www.dropbox.com/s/dncy7g5c419p3mu/Video%205.mp4?dl=0. |
| Sandmann Exhibit 08 | Documents produced by the Diocese of Covington as DOC000001-DOC000002 (Jan. 22, 2019 email from Nicholas Sandmann to Father Dan Schomaker). |

---

[1] This video appears to no longer be available on YouTube but can be accessed on the Internet Archive's Wayback Machine at https://web.archive.org/web/20211201043038/https://www.youtube.com/watch?v=KSiE1H4JKQE.

[2] References to video numbers, such as "Video 4", "Video 5", etc., are to the videos whose authenticity the parties stipulated to. Each stipulated video is contained on a thumb drive that, for purposes of the record, has been filed in each case. *See, e.g.*, *Gannett*, Docs. 61 (Stipulation) and 62 (Thumb Drive). In addition, each stipulated video may be accessed online at the following Dropbox link:
https://www.dropbox.com/sh/4dgmgswll9hzfd4/AAAq__ZWlgLUjC8LNrHV-bgea?dl=0. In addition, at Plaintiff's deposition most of the questions posed were based on particular excerpts of a stipulated video, not the entire video. Attached as Exhibit A to this document is a chart identifying the timestamps for each clip played from the videos at Plaintiff's deposition, along with the corresponding transcript citation where the clip was played during the deposition.

| Sandmann Exhibit 09 | Video 10. *See Gannett*, Doc. 61 (Stipulation) and Doc. 62 (Thumb Drive). *See also* https://www.dropbox.com/s/7xj6mish81ezr2s/Video%2010.mp4?dl=0. |
|---|---|
| Sandmann Exhibit 10 | Documents produced by Plaintiff as N.S. 000308-N.S. 000310 (Jan. 19, 2019 text messages numbered "498", "400", "500", and "501" on N.S. 000309-N.S. 000310 between Nicholas Sandmann and Steve "Dave" Schaeper). |
| Sandmann Exhibit 11 | Document produced by Plaintiff as N.S. 001814 (Jan. 2019 Twitter direct messages between Nicholas Sandmann and Kyle Kashuv). |
| Sandmann Exhibit 12 | Document produced by Plaintiff as N.S. 000129 (Jan. 19, 2019 Twitter direct message from Nicholas Sandmann to Charlie Kirk). |
| Sandmann Exhibit 13 | Documents produced by Plaintiff as N.S. 000326-N.S. 000335 (Jan. 19, 2019 text messages numbered "547", "548", "549", "551", "573", and "574" on N.S. 000327-N.S.000328, N.S. 000335 between Nicholas Sandmann and Mara Schutt). |
| Sandmann Exhibit 14 | Document produced by Plaintiff as N.S. 000001-N.S. 000003, N.S. 0000016 (excerpts from Shelton Forensic Solutions forensic evaluative report of Nicholas Sandmann). |
| Sandmann Exhibit 15 | Document produced by Plaintiff as N.S. 002044-N.S.002049 (Jan. 2019 Instagram direct messages among Nicholas Sandmann, Will Fries, and Josh Merkle). |
| Sandmann Exhibit 16 | Video 2. *See Gannett*, Doc. 61 (Stipulation) and Doc. 62 (Thumb Drive). *See also* https://www.dropbox.com/s/hlo0r6pnckijus4/Video%202.mp4?dl=0. |
| Sandmann Exhibit 17 | Video 8. *See Gannett*, Doc. 61 (Stipulation) and Doc. 62 (Thumb Drive). *See also* https://www.dropbox.com/s/asi18roehztkj56/Video%208.mp4?dl=0. |
| Sandmann Exhibit 18 | Video 17. *See Gannett*, Doc. 61 (Stipulation) and Doc. 62 (Thumb Drive). *See also* https://www.dropbox.com/s/j4okqo8wz7228m9/Video%2017.mp4?dl=0. |
| Sandmann Exhibit 19 | Document produced by Plaintiff as N.S. 000105-N.S.00106 (Jan. 19, 2019 email from Nicholas Sandmann to CovCath Principal Bob Rowe). |
| Sandmann Exhibit 20 | Document produced by Plaintiff as N.S. 000102-N.S.00104 (Statement of Nick Sandmann, Covington Catholic High School Junior, Regarding Incident at the Lincoln Memorial). |

| | |
|---|---|
| Sandmann Exhibit 21 | Document produced by Plaintiff as N.S. 000001-N.S. 000003, N.S. 0000039 (excerpts from Shelton Forensic Solutions forensic evaluative report of Nicholas Sandmann). |
| Sandmann Exhibit 22 | Nov. 22, 2019 tweet from Nicholas Sandmann (@N1ckSandmann) linking to YouTube video "Covington Catholic School Remix – Won't Back Down." |
| Sandmann Exhibit 23 | Video, "Covington Catholic School Remix – Won't Back Down", YouTube (Jan. 19, 2019), https://www.youtube.com/watch?v=twrW4uYlN7M. |
| Sandmann Exhibit 24 | Documents produced by Plaintiff as N.S. 000662-N.S. 000671 (Feb. 2019 text messages numbered "1529", "1530", "1531", "1532", "1533", "1534", "1548", "1549", and "1562" on N.S. 000662, N.S. 000667, and N.S. 000671 between Nicholas Sandmann and Isaac Boldery). |
| Sandmann Exhibit 25 | Document produced by Plaintiff as N.S. 000720 (Jan. 19, 2019 text message numbered "1714" from Nicholas Sandmann to Mara Schutt). |
| Sandmann Exhibit 26 | Document produced by Plaintiff as N.S. 000780 (Jan. 19, 2019 text message numbered "1888" from Henry B to Nicholas Sandmann, Steve "Dave" Schaeper, Will Fries, Jared Gallagher, and Will Clark). |
| Sandmann Exhibit 27 | Document produced by Plaintiff as N.S. 000717 (Jan. 21, 2019 text message numbered "1705" from Will Clark to Nicholas Sandmann, Steve "Dave" Schaeper, Will Fries, Jared Gallagher, and Henry B). |
| Sandmann Exhibit 28 | Video 9.  *See Gannett*, Doc. 61 (Stipulation) and Doc. 62 (Thumb Drive).  *See also* https://www.dropbox.com/s/3yg38oolsap3iac/Video%209.mp4?dl=0. |
| Sandmann Exhibit 29 | Video 3.  *See Gannett*, Doc. 61 (Stipulation) and Doc. 62 (Thumb Drive).  *See also* https://www.dropbox.com/s/ccj1jri6nwam0np/Video%203.mp4?dl=0. |
| Sandmann Exhibit 30 | Video 11.  *See Gannett*, Doc. 61 (Stipulation) and Doc. 62 (Thumb Drive).  *See also* https://www.dropbox.com/s/3ej3nk9saqlxe4k/Video%2011.mp4?dl=0. |
| Sandmann Exhibit 31 | Video, "Nicholas Sandmann's full speech at the Republican National Convention | 2020 RNC Night 2", YouTube (Aug. 25, 2020), https://www.youtube.com/watch?v=tCDsBS2Ljqk (played from 00:00-00:11, 00:58-1:17, 1:47-1:59). |

| | |
|---|---|
| Sandmann Exhibit 32 | Video 6.  *See Gannett*, Doc. 61 (Stipulation) and Doc. 62 (Thumb Drive).  *See also* https://www.dropbox.com/s/bssh229je1socwq/Video%206.mp4?dl=0. |
| Sandmann Exhibit 33 | Documents produced by RunSwitch PR as RunSwitch_00233-RunSwitch_00234; RunSwitch_00236- RunSwitch_00237; RunSwitch_00246- RunSwitch_00247; RunSwitch_00249-RunSwitch_00250 (Jan. 2019 emails from Scott Jennings to Ted Sandmann, Todd McMurtry, Gary Gerdemann, Steve Bryant). |
| Sandmann Exhibit 34 | Document produced by RunSwitch PR as RunSwitch_00064 (Jan. 22, 2019 email from Ted Sandmann to Father Dan Schomaker). |
| Sandmann Exhibit 35 | Exhibit 35 was skipped at Plaintiff's deposition. |
| Sandmann Exhibit 36 | Documents produced by RunSwitch PR as RunSwitch_00231-RunSwitch_00232 (Jan. 22, 2019 email from Scott Jennings to Ted Sandmann). |
| Sandmann Exhibit 37 | Exhibit 37 was skipped at Plaintiff's deposition. |
| Sandmann Exhibit 38 | Video 13.  *See Gannett*, Doc. 61 (Stipulation) and Doc. 62 (Thumb Drive).  *See also* https://www.dropbox.com/s/y5z0lbtuo2tnx28/Video%2013.mp4?dl=0. |
| Sandmann Exhibit 39[3] | Video 14.  *See Gannett*, Doc. 61 (Stipulation) and Doc. 62 (Thumb Drive).  *See also* https://www.dropbox.com/s/1mmb5jt0ee906fx/Video%2014.mov?dl=0. |
| Sandmann Exhibit 40 | Exhibit 40 was skipped at Plaintiff's deposition. |
| Sandmann Exhibit 41 | Documents produced by Plaintiff as N.S. 000803-N.S. 000804 (Jan. 2019 text messages numbered "1935", "1936", and "1937" among Nicholas Sandmann and Steve "Dave" Schaeper, Will Fries, Jared Gallagher, Will Clark, and Henry B). |
| Sandmann Exhibit 42 | Exhibit 42 was skipped at Plaintiff's deposition. |
| Sandmann Exhibit 43 | Plaintiff Nicholas Sandmann's First Supplemental Objections and Responses to the First Set of Interrogatories and Requests for Production of Documents Propounded By Defendants (Aug. 4, 2021). |
| Sandmann Exhibit 44 | Defendants' Phase One First Set of Interrogatories and Request for Production of Documents to Plaintiff (May 21, 2021). |

---

[3] Sandmann Exhibit 39 is erroneously transcribed at Sandmann Dep. Tr. 421:9-11 as Video 13. That exhibit should be identified as Video 14.

4

**EXHIBIT A**

| DAY ONE OF PLAINTIFF'S DEPOSITION – 9/13/2021 | | | |
|---|---|---|---|
| **Stipulated Video[4]** | **Deposition Video Exhibit** | **Transcript Location** | **Timestamps of Deposition Video Exhibit Clips Played** |
| N/A | Sandmann 01 | 30:1 | 00:00-0:10 |
| N/A | Sandmann 01 | 30:13 | 00:45-1:06 |
| N/A | Sandmann 02 | 51:21 | 5:54-6:30 |
| Video 4 | Sandmann 03 | 54:9 | 11:19-12:08 |
| Video 4 | Sandmann 03 | 56:9 | 38:00-38:25 |
| Video 4 | Sandmann 03 | 57:11 | 38:25-38:33 |
| Video 4 | Sandmann 03 | 58:6 | 38:33-38:36 |
| Video 4 | Sandmann 03 | 60:18 | 43:56-44:39 |
| Video 4 | Sandmann 03 | 64:15 | 49:29-49:49 |
| Video 4 | Sandmann 03 | 65:8 | 49:29-49:49 |
| Video 4 | Sandmann 03 | 68:4 | 49:49-50:03 |
| Video 4 | Sandmann 03 | 69:3 | 50:02-50:04 (frame by frame)[5] |
| Video 4 | Sandmann 03 | 71:14 | 50:02-50:14 |
| Video 4 | Sandmann 03 | 72:15 | 50:02-50:14 |
| Video 4 | Sandmann 03 | 72:24 | 50:02-50:09 |
| Video 4 | Sandmann 03 | 73:10 | 50:09-50:53 |
| Video 4 | Sandmann 03 | 74:4 | 53:29-53:34 |
| Video 4 | Sandmann 03 | 74:16 | 58:29-59:09 |
| Video 4 | Sandmann 03 | 76:11 | 58:29-59:09 |

---

[4] *See Gannett*, Docs. 61 (Stipulation) and 62 (Thumb Drive).
[5] "Frame by frame" refers to various points during Plaintiff's deposition at which deposing counsel played a video clip at a slowed down pace, which showed each individual video frame in forward sequence.

| Video 4 | Sandmann 03 | 78:7 | 1:00:21[6] -1:01:23 |
| Video 4 | Sandmann 03 | 78:24 | 1:07:44-1:07:57 |
| Video 4 | Sandmann 03 | 82:24 | 1:07:57-1:08:19 |
| Video 4 | Sandmann 03 | 83:5 | 1:08:05-1:08:12 |
| Video 4 | Sandmann 03 | 83:19 | 1:08:05-1:08:12 |
| Video 4 | Sandmann 03 | 84:5 | 1:08:05-1:08:12 |
| Video 4 | Sandmann 03 | 85:10 | 1:08:12-1:08:18 |
| N/A | Sandmann 05 | 98:11 | 8:29-9:32 |
| Video 5 | Sandmann 07 | 105:5 | 00:00-00:35 |
| Video 4 | Sandmann 03 | 106:13 | 1:09:13-1:09:15 (frame by frame) |
| Video 4 | Sandmann 03 | 107:2 | 1:09:13-1:09:15 (frame by frame) |
| Video 4 | Sandmann 03 | 108:11 | 1:09:13-1:09:26 |
| Video 4 | Sandmann 03 | 108:23 | 1:09:26-1:09:33 |
| Video 5 | Sandmann 07 | 110:25 | 00:50-1:02 |
| Video 5 | Sandmann 07 | 111:10 | 00:50-1:02 |
| Video 5 | Sandmann 07 | 113:22 | 00:50-1:07 |
| Video 5 | Sandmann 07 | 115:2 | 1:07-1:15 |
| Video 5 | Sandmann 07 | 117:3 | 1:15-1:24 |
| Video 5 | Sandmann 07 | 118:3 | 1:24-1:40 |
| Video 5 | Sandmann 07 | 118:14 | 1:40-1:54 |
| Video 5 | Sandmann 07 | 122:5 | 2:30-2:37 |
| Video 5 | Sandmann 07 | 122:16 | 2:30-2:37 |
| Video 5 | Sandmann 07 | 123:10 | 2:37-2:44 |

---

[6] This start timestamp is erroneously transcribed at Sandmann Dep. Tr. 78:6. as "51 minutes and 21 seconds."

| | | | |
|---|---|---|---|
| Video 5 | Sandmann 07 | 125:14 | 2:44-2:57 |
| Video 5 | Sandmann 07 | 126:4 | 2:57-3:20 |
| Video 4 | Sandmann 03 | 127:4 | 1:10:32-1:10:45 |
| Video 4 | Sandmann 03 | 128:7 | 1:10:45-1:11:18 |
| Video 4 | Sandmann 03 | 129:1 | 1:11:18-1:11:47 |
| Video 4 | Sandmann 03 | 131:8 | 1:11:47-1:11:56 |
| Video 5 | Sandmann 07[7] | 132:5 | 3:20-3:50 |
| Video 5 | Sandmann 07 | 133:18 | 3:50-4:18 |
| Video 5 | Sandmann 07 | 134:24 | 4:18-4:55 |
| Video 5 | Sandmann 07 | 136:12 | 4:45-4:55 |
| Video 5 | Sandmann 07 | 139:14 | 4:55-5:22 |
| Video 4 | Sandmann 03 | 143:22 | 1:12:15-1:12:25 |
| Video 4 | Sandmann 03 | 144:12 | 1:12:25-1:13:02 |
| Video 4 | Sandmann 03 | 145:18 | 1:13:02-1:13:16 |
| Video 4 | Sandmann 03 | 146:3 | 1:13:16-1:13:22 |
| Video 4 | Sandmann 03 | 150:15 | 1:13:22-1:13:45 |
| Video 4 | Sandmann 03 | 151:6 | 1:13:45-1:14:07 |
| Video 4 | Sandmann 03 | 152:14 | 1:14:07-1:14:15 |
| Video 4 | Sandmann 03 | 152:22 | 1:14:07-1:14:15 |
| Video 4 | Sandmann 03 | 155:21 | 1:14:15-1:14:27 |
| N/A | Sandmann 05 | 158:12 | 13:06-13:56 |
| Video 10 | Sandmann 09 | 159:8 | 00:00-00:05 |
| Video 10 | Sandmann 09 | 160:17 | 00:05-00:12 |

---

[7] Sandmann Exhibit 7 is erroneously transcribed as Sandmann Exhibit 5 at Sandmann Dep. Tr. 132:5-6.

| Video 10 | Sandmann 09[8] | 161:8 | 00:12-00:26 |
|---|---|---|---|
| Video 10 | Sandmann 09 | 162:8 | 00:26-00:27 |
| Video 10 | Sandmann 09 | 162:17 | Freeze at 00:26 |
| Video 10 | Sandmann 09 | 201:21 | Freeze at 00:00 |
| Video 10 | Sandmann 09 | 202:18 | 00:00-00:09 |
| Video 2 | Sandmann 16 | 204:9 | 00:00-00:00 (frame by frame) |
| Video 2 | Sandmann 16 | 206:8 | 00:00-00:10, then rewind and freeze at 00:09 |
| Video 2 | Sandmann 16 | 206:21 | 00:07-00:08 (frame by frame) |
| Video 2 | Sandmann 16 | 207:7 | 00:08-00:10 (frame by frame) |
| Video 2 | Sandmann 16 | 208:10 | 00:10-00:13 |
| Video 2 | Sandmann 16 | 209:6 | 00:10-00:13 |
| Video 2 | Sandmann 16 | 209:15 | 00:13-00:30 |
| Video 2 | Sandmann 16 | 211:25 | 00:24-00:25 (frame by frame) |
| Video 2 | Sandmann 16 | 213:3 | 00:25-00:32 |
| Video 2 | Sandmann 16 | 213:12 | 00:32-00:37 |
| Video 2 | Sandmann 16 | 214:9 | 00:32-00:44 |
| Video 2 | Sandmann 16 | 214:25 | 00:32-00:35 |
| Video 2 | Sandmann 16 | 215:2 | Freeze at 00:32 |
| Video 2 | Sandmann 16 | 215:12 | 00:32-00:44 |
| Video 2 | Sandmann 16 | 216:16 | 00:44-00:52 |
| Video 2 | Sandmann 16 | 221:18 | 00:52-00:56 |
| Video 2 | Sandmann 16 | 222:3 | 00:56-1:05 |

---

[8] Sandmann Exhibit 9 is erroneously transcribed as Sandmann Exhibit 3 at Sandmann Dep. Tr. 161:8, 162:8, and 162:17.

8

| | | | |
|---|---|---|---|
| Video 2 | Sandmann 16 | 222:16 | 1:05-1:32 |
| Video 2 | Sandmann 16 | 223:5 | 1:32-1:34 |
| Video 2 | Sandmann 16 | 225:25 | 1:34-1:55 |
| Video 8 | Sandmann 17 | 227:7 | 00:00-00:00 (frame by frame) |
| Video 8 | Sandmann 17 | 228:1 | 00:00-00:09 |
| Video 8 | Sandmann 17 | 228:21 | 00:09-00:15 |
| Video 8 | Sandmann 17 | 229:11 | 00:15-00:17 |
| Video 8 | Sandmann 17 | 229:18 | 00:15-00:16 (frame by frame) |
| Video 8 | Sandmann 17 | 230:2 | 00:16-00:16 (frame by frame) |
| Video 8 | Sandmann 17 | 230:18 | 00:16-00:20 |
| Video 8 | Sandmann 17 | 231:18 | 00:20-00:21 (frame by frame) |
| Video 8 | Sandmann 17 | 233:13 | 00:19-00:20 (frame by frame) |
| Video 8 | Sandmann 17 | 239:5 | 00:20-00:32 |
| Video 17 | Sandmann 18 | 240:1 | 1:55-2:25 |
| Video 17 | Sandmann 18 | 240:13 | 2:24-2:25 (frame by frame) |
| Video 17 | Sandmann 18 | 241:2 | 2:25-2:45 |
| Video 17 | Sandmann 18 | 241:16 | 2:45-3:07 |
| Video 17 | Sandmann 18 | 242:13 | 3:07-3:12 |
| Video 17 | Sandmann 18 | 243:8 | 3:07-3:12 (frame by frame) |
| Video 17 | Sandmann 18 | 244:3 | 3:12-3:32 |
| Video 17 | Sandmann 18 | 245:7 | 3:32-3:37 |
| Video 17 | Sandmann 18 | 245:25 | 3:37-3:42 |
| Video 17 | Sandmann 18 | 246:22 | 3:37-3:42 |
| Video 17 | Sandmann 18 | 248:3 | 3:42-3:48 |

| DAY TWO OF PLAINTIFF'S DEPOSITION – 9/14/2021 | | | |
|---|---|---|---|
| **Stipulated Video** | **Deposition Video Exhibit** | **Transcript Location** | **Timestamps of Deposition Video Exhibit Clips Played** |
| Video 17 | Sandmann 18 | 253:4 | 4:38-4:43 |
| Video 17 | Sandmann 18 | 253:12 | 4:38-4:43 |
| Video 17 | Sandmann 18 | 256:16 | 4:43-4:46 |
| Video 17 | Sandmann 18 | 256:23 | 4:43-4:46 |
| Video 17 | Sandmann 18 | 258:11 | 4:46-5:00 |
| N/A | Sandmann 23 | 288:8 | 00:00-end of video |
| Video 2 | Sandmann 16 | 299:22 | 00:55-1:03 |
| Video 2 | Sandmann 16 | 300:22 | 00:55-1:03 |
| Video 8 | Sandmann 17 | 301:16 | 00:35-00:39 |
| Video 8 | Sandmann 17 | 301:25 | 00:39-00:42 |
| Video 8 | Sandmann 17 | 302:10 | 00:39-00:42 |
| Video 8 | Sandmann 17 | 309:20 | 00:34-00:37 |
| Video 8 | Sandmann 17 | 310:6 | 00:34-00:37 |
| Video 8 | Sandmann 17 | 310:18 | 00:37-00:48 |
| Video 8 | Sandmann 17 | 310:23 | 00:43-00:48 |
| Video 2 | Sandmann 16 | 311:9 | 1:18-1:22[9] |
| Video 2 | Sandmann 16 | 311:13 | 1:18-1:22 |
| Video 2 | Sandmann 16 | 312:8 | 1:22-1:29 |
| Video 2 | Sandmann 16 | 312:25 | 1:29-1:39 |
| Video 2 | Sandmann 16 | 313:10 | 1:29-1:42 |

---

[9] The concluding timestamp for the video played at Sandmann Dep. Tr. 311:9 is erroneously transcribed as "1:20." Sandmann Dep. Tr. 311:11.

10

| Video 2 | Sandmann 16 | 314:10 | 1:42-1:52 |
| Video 2 | Sandmann 16 | 314:21 | 1:42-1:52 |
| Video 2 | Sandmann 16 | 315:21 | 1:52-2:12 |
| Video 2 | Sandmann 16 | 316:17 | 2:12-2:34 |
| Video 2 | Sandmann 16 | 318:20 | 3:15-3:20 |
| Video 2 | Sandmann 16 | 319:11 | 3:20-3:22 |
| Video 2 | Sandmann 16 | 319:19 | 3:22-3:32 |
| Video 2 | Sandmann 16 | 320:9 | 3:27-3:34 |
| Video 2 | Sandmann 16 | 321:22 | 3:27-3:34 (frame by frame) |
| Video 2 | Sandmann 16 | 322:25 | 3:28-3:35 |
| Video 2 | Sandmann 16 | 323:17 | 3:32-3:36 |
| Video 2 | Sandmann 16 | 323:24 | 3:32-3:36 |
| Video 2 | Sandmann 16 | 324:8 | 3:32-3:36 |
| Video 2 | Sandmann 16 | 324:18 | 3:36-3:43 |
| Video 9 | Sandmann 28 | 326:12 | 00:00-00:06 |
| Video 9 | Sandmann 28 | 326:21 | 00:00-00:06 |
| Video 9 | Sandmann 28 | 327:4 | 00:00-00:06 |
| Video 3 | Sandmann 29 | 328:9 | 00:00-00:20 |
| Video 3 | Sandmann 29[10] | 329:18 | 1:15-1:43 |
| Video 3 | Sandmann 29 | 330:3 | 1:15-1:43 |
| Video 3 | Sandmann 29 | 334:3 | 1:43-2:05 |
| Video 3 | Sandmann 29 | 335:3 | 1:43-2:05 |
| Video 3 | Sandmann 29 | 336:1 | 1:43-2:05 |

---

[10] Sandmann Exhibit 29 is erroneously transcribed as Sandmann Exhibit 28 at Sandmann Dep. Tr. 329:18; 330:3; 334:3; 335:3; 336:1; and 336:16.

11

| Video 3 | Sandmann 29 | 336:16 | 2:05-2:20 |
|---|---|---|---|
| Video 10 | Sandmann 09 | 341:7 | Freeze at 00:00, then frame by frame for a few frames within the first second |
| Video 3 | Sandmann 29 | 345:12 | 2:20-2:37 |
| Video 3 | Sandmann 29 | 346:2 | 2:20-2:37 |
| Video 3 | Sandmann 29 | 347:15 | 2:37-2:54 |
| Video 3 | Sandmann 29 | 348:7 | 2:54-3:07 |
| Video 3 | Sandmann 29 | 348:22 | 2:54-3:07 |
| Video 3 | Sandmann 29 | 349:16 | 3:00-3:07 |
| Video 3 | Sandmann 29 | 350:20 | 3:07-3:24 |
| Video 3 | Sandmann 29 | 351:20 | 3:24-3:33 |
| Video 11 | Sandmann 30 | 356:17 | 00:30-00:56 |
| Video 11 | Sandmann 30 | 357:4 | Freeze at 00:35 |
| Video 11 | Sandmann 30 | 358:11 | 00:56-1:02 |
| Video 11 | Sandmann 30 | 358:17 | 1:02-2:24 |
| N/A | Sandmann 31 | 364:18 | 00:00-00:11 |
| N/A | Sandmann 31 | 365:3 | 00:58-1:17 |
| N/A | Sandmann 31 | 366:23 | 1:47-1:59 |
| N/A | Sandmann 31 | 367:25 | 1:47-1:59 |
| Video 6 | Sandmann 32 | 370:10 | 00:00-00:01 |
| Video 6 | Sandmann 32 | 371:12 | 00:01-00:30 |
| Video 6 | Sandmann 32 | 372:12 | 00:30-00:56 |
| Video 4 | Sandmann 03 | 373:9 | 1:18:18-1:18:26 |
| Video 4 | Sandmann 03 | 373:22 | 1:18:18-1:18:26 |

| | | | |
|---|---|---|---|
| Video 4 | Sandmann 03 | 374:25 | 1:18:26-1:18:44 |
| Video 4 | Sandmann 03 | 378:17 | 1:18:44-1:18:52 |
| Video 4 | Sandmann 03 | 379:1 | 1:18:44-1:18:52 |
| Video 4 | Sandmann 03 | 385:4 | 1:18:52-1:18:54 |
| Video 4 | Sandmann 03 | 385:25 | 1:18:54-1:19:27 |
| Video 4 | Sandmann 03 | 386:11 | 1:19:21-1:19:27 |
| Video 4 | Sandmann 03 | 388:13 | 1:19:27-1:19:34 |
| Video 4 | Sandmann 03 | 389:10 | 1:19:34-1:20:01 |
| Video 4 | Sandmann 03 | 389:13 | 1:20:00-1:20:00 (frame by frame for a few frames within that second) |
| N/A | Sandmann 05 | 409:15 | 20:08-20:57 |
| Video 13 | Sandmann 38 | 420:1 | 00:00-end of video |
| Video 14 | Sandmann 39 | 421:12 | 00:00-end of video |