**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**

CIVIL ACTION NO. 2:20CV26 (WOB)

NICHOLAS SANDMANN                                              **PLAINTIFF**

VS.                                    <u>**JUDGMENT**</u>

GANNETT CO., INC.                                        **DEFENDANT**

Pursuant to the Opinion and Order entered concurrently herewith,

**IT IS ORDERED AND ADJUDGED** that judgment be, and is hereby, **ENTERED IN DEFENDANT'S FAVOR.** This matter is hereby **STRICKEN** from the docket of this Court.

This 26th day of July 2022.



Signed By:

<u>*William O. Bertelsman*</u>  WOB

**United States District Judge**